**ORIGINAL**

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

STANFORD HOSPITAL AND CLINICS AND LUCILE PACKARD CHILDREN'S HOSPITAL

CV 08 1726 RS

TO: (Name and address of defendant)
STANFORD HOSPITAL AND CLINICS AND LUCILE PACKARD CHILDREN'S HOSPITAL
300 Pasteur Drive, Room HG005
Stanford, CA 94305

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

William A. Sokol
W. Daniel Boone
Bruce A. Harland
Weinberg, Roger & Rosenfeld
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501

an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE  MAR 3 1 2008

(BY) DEPUTY CLERK

MARY ANN BUCKLEY

NDCAO440

| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS) | TELEPHONE NO. | FOR COURT USE ONLY |
|---|---|---|
| WEINBERG, ROGER & ROSENFELD<br>1001 MARINA VILLAGE PRKWY, STE. 200<br>ALAMEDA, CA 94501-1023 | (510) 337-1001 | |
| ATTORNEY FOR (NAME) | REFERENCE NUMBER<br>00034581-01 | |

Insert name of court, judicial district or branch court, if any, and post office and street address
United States District Court,

SHORT NAME OF CASE
SEIU UNITED HEALTHCARE WORKERS vs. STANFORD

| PROOF OF SERVICE | DATE: | TIME: | DEPT/DIV: | CASE NUMBER:<br>CV 08 1726 RS |
|---|---|---|---|---|

I am and was on the dates herein mentioned over the age of eighteen years and not a party to this action;

I served the:
Summons In A Civil Case; Petition to Compel Arbitration; Order Setting Initial Case Management Conference; Welcome to the U.S. District Court, San Francisco; ECF Registration Information Handout; Civil Case Cover Sheet; Notice of Assignment of Case to a United States Magistrate Judge

Name: STANFORD HOSPITAL AND CLINICS AND LUCILE PACKARD CHILDREN'S HOSPITAL

Person Served: LAUREN SCHODETHALER
Title: AUTHORIZED TO ACCEPT SERVICE

Date of Delivery: April 17, 2008    HDATE:
Time of Delivery: 12:01 pm

Place of Service: STANFORD, BLDG. 170, 3RD FLR. MAIN QUAD
STANFORD, CA 94305                           **(Business)**

Manner of Service:   **Personal Service - By Personally Delivering copies to the person on whom the service is required.**

Fee for service:   $ 79.50

JUDICIAL COUNCIL FORM, RULE #982 (A)(23)

[X] Registered: ... SANTA CLARA .... County,
Number: ........ 25 ...........
Expiration Date:
RAPID SERVE
210 Fell Street, # 19
San Francisco, CA 94102
(415) 882-2266
302/00034581-01

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
on: .......... April 22, 2008 .........,
at: ............ San Francisco ...., California.

Signature: _____

Name: THOMAS J. BOWMAN, JR.
Title: (i) Employee or independent contractor