**FOLEY & LARDNER LLP**
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409
TELEPHONE:   415.434.4484
FACSIMILE:   415.434.4507

LAURENCE R. ARNOLD, CA BAR NO. 133715
EILEEN R. RIDLEY, CA BAR NO. 151735
SCOTT P. INCIARDI, CA BAR NO. 228814
Attorneys for Respondents
Stanford Hospital & Clinics and
Lucile Packard Children's Hospital

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715,<br><br>Petitioner,<br><br>v.<br><br>STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S HOSPITAL,<br><br>Respondents. | Case No: 5:08-CV-01726-JF<br><br>**NOTICE OF APPEARANCE OF LAURENCE R. ARNOLD** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Laurence R. Arnold (California Bar No. 133715), of the law offices of Foley & Lardner LLP, hereby files this Notice of Appearance in the above-referenced action as counsel for Respondents, Stanford Hospital & Clinics and Lucile Packard

///
///
///
///
///

Children's Hospital, and requests that copies of all briefs, motions, orders, correspondence and other papers be electronically served on the undersigned at larnold@foley.com.

Dated: May 7, 2008

FOLEY & LARDNER LLP
LAURENCE R. ARNOLD
EILEEN R. RIDLEY
SCOTT P. INCIARDI

By: /s/ Laurence R. Arnold
LAURENCE R. ARNOLD
Attorneys for Respondents
Stanford Hospital & Clinics and Lucile Packard Children's Hospital

2
NOTICE OF APPEARANCE OF LAURENCE R. ARNOLD
CASE NO: 5:08-CV-01726-JF

SFCA_1377627.1