**United States District Court**
For the Northern District of California

1
2
3                                          **\*E-FILED 7/11/08\***
4
5
6
7
8                          UNITED STATES DISTRICT COURT
9                         NORTHERN DISTRICT OF CALIFORNIA
10
11   STANFORD HOSPITAL & CLINICS,                    No. C 07-05158 JF (RS)
     et al.,
12
                    Petitioners,
13
          v.                                         **CLERK'S NOTICE**
14
     SERVICE EMPLOYEES INTERNATIONAL,
15   UNION, LOCAL 715,
16              Respondent.
     _____/
17
     THIS NOTICE APPLIES TO
18   ALL RELATED ACTIONS.
     _____/
19
20   TO ALL PARTIES AND COUNSEL OF RECORD:
21          Due to the unavailability of the Court, petitioners' motions to compel, dockets [46], [47], [48]
22   and [53], noticed for hearing on August 27, 2008, shall be held on **September 3, 2008 at 9:30 a.m.**
23   in Courtroom 4, Fifth Floor, United States Courthouse, 280 S. First Street, San Jose, California.
24          This change of hearing date does *not* alter the briefing schedule.  Briefing deadlines for these
25   motions shall be calculated under the Local Civil Rules from the originally-noticed hearing date.
26   Dated:  7/11/08                               For the Court,
                                                   RICHARD W. WEIKING, Clerk
27
28                                                 By:    /s/ Martha Parker Brown
                                                          Courtroom Deputy Clerk

**United States District Court**
For the Northern District of California

1    **THIS IS TO CERTIFY THAT THIS NOTICE WAS ELECTRONICALLY PROVIDED TO:**

2    Laurence R. Arnold    larnold@foley.com

3    W. Daniel Boone    courtnotices@unioncounsel.net

4    Bruce A. Harland    courtnotices@unioncounsel.net, bharland@unioncounsel.net

5    Vincent A. Harrington , Jr    courtnotices@unioncounsel.net

6    Scott Powers Inciardi    sinciardi@foley.com, syardley@foley.com

7    Eileen Regina Ridley    eridley@foley.com, tschuman@foley.com, wdelvalle@foley.com

8

9

10

11    Dated: 7/11/08

12

13    /s/ BAK
      Chambers of Magistrate Judge Richard Seeborg

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2