1
**FOLEY & LARDNER LLP**
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409
2
TELEPHONE:    415.434.4484
FACSIMILE:    415.434.4507
3
LAURENCE R. ARNOLD, CA BAR NO. 133715
EILEEN R. RIDLEY, CA BAR NO. 151735
4
SCOTT P. INCIARDI, CA BAR NO. 228814
Attorneys for STANFORD HOSPITAL & CLINICS and
5
LUCILE PACKARD CHILDREN'S HOSPITAL

6

7

8                **UNITED STATES DISTRICT COURT**

9                **NORTHERN DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S | Case No: 5:07-CV-05158-JF |
| 12  HOSPITAL, | DECLARATION OF SCOTT P. INCIARDI IN SUPPORT OF STANFORD HOSPITAL |
| 13         Petitioners, | AND CLINICS' AND LUCILE PACKARD CHILDREN'S HOSPITALS' MOTIONS |
| 14      vs. | FOR SUMMARY JUDGMENT OF, IN THE ALTERNATIVE, SUMMARY |
| 15  SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715, | ADJUDICATION OF CLAIMS OR DEFENSES |
| 16         Respondent. | Date:        August 29, 2008 |
| 17 | Time:        9:00 A.M. Dept:        Ctrm. 3, 5th Floor |
| 18 | Judge:        Hon. Jeremy Fogel |
| 19 | |
| 20  SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715 | Case No: 5:08-CV-00213-JF |
| 21         Petitioner and Counter- | |
| 22         Respondent, | |
| 23      vs. | |
| 24  STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S | |
| 25  HOSPITAL | |
| 26         Respondents and Counter- Petitioners. | Judge:        Hon. Jeremy Fogel |
| 27 | |

28

---

INCIARDI DECLARATION IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT
CASE NOS. 5:07-CV-05158-JF, 5:08-CV-00213-JF, 5:08-CV-00215-JF;
5:08-CV-00216-JF; 5:08-CV-01726-JF; 5:08-CV-01727-JF

SFCA_1423384.1

| | |
|---|---|
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715 | Case No: 5:08-CV-00215-JF |
| Petitioner, | |
| vs. | |
| STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S HOSPITAL | |
| Respondents. | Judge:        Hon. Jeremy Fogel |
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715 | Case No: 5:08-CV-00216-JF |
| Petitioner, | |
| vs. | |
| STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S HOSPITAL | |
| Respondents. | Judge:        Hon. Jeremy Fogel |
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715 | Case No: 5:08-CV-01726-JF |
| Petitioner, | |
| vs. | |
| STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S HOSPITAL | |
| Respondents. | Judge:        Hon. Jeremy Fogel |
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715 | Case No: 5:08-CV-01727-JF |
| Petitioner, | |
| vs. | |
| STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S HOSPITAL | |
| Respondents. | Judge:        Hon. Jeremy Fogel |

1    I, Scott P. Inciardi, declare as follows:

2    1.    I am an attorney admitted to practice in the State of California and before this

3    Court, and am an associate with the law firm of Foley & Lardner LLP, attorneys of record for

4    Stanford Hospital And Clinics And Lucile Packard Children's Hospital (the "Hospitals") in these

5    matters. I make this declaration based on my personal knowledge. If called as a witness, I could

6    and would testify competently under oath to the following facts.

7                                    **Local 715 Website**

8    2.    On March 28, 2008, I used an internet browser to access the web site

9    http://www.seiu715.org/.

10    3.    Once I accessed the web page at the foregoing address (the "homepage"), I

11    pressed "Prt Scr" on my computer keyboard to record a "screen-shot" of the image that was on

12    my computer screen at that time. I then accessed a Microsoft Word document designated

13    document number SFCA_1330962.1 (the "Word Document"). I activated the "paste" function in

14    the Word Document to insert the screenshot into the Word Document. (Hereinafter, the

15    previously-described process of recording a screen-shot image and reproducing it in the Word

16    Document will be referred to as "taking a screen-shot.") A true and correct copy of the screen-

17    shot is attached hereto as Exhibit A, page 1 (Exhibit "A-1").

18    4.    I next used the above-described screen-shot procedure to record an image of the

19    bottom portion of the homepage, a true and correct copy of which is attached hereto as Exhibit

20    A-2.

21    5.    Next, I moved my cursor to the menu-bar on the left side of the homepage and

22    clicked the button marked "On The Job." I took screen shots of the web page that appeared, true

23    and correct copies of which are attached as Exhibit A-3-4.

24    6.    Next, I moved my cursor to the menu-bar on the left side of the homepage and

25    clicked the button marked "benefits." I took screen shots of the web page that appeared, true

26    and correct copies of which are attached as Exhibit A-5-7.

27    7.    Next, I moved my cursor to the menu-bar on the left side of the homepage and

28    clicked the button marked "our local." I took screen shots of the web page that appeared, true

1 | and correct copies of which are attached as Exhibit A-8-9.

2 |        8.    Next, I moved my cursor to the menu-bar on the left side of the homepage and

3 | clicked the button marked "Action Center." I took screen shots of the web page that appeared,

4 | true and correct copies of which are attached as Exhibit A-10-11.

5 |        9.    Next, I moved my cursor to the menu-bar on the left side of the homepage and

6 | clicked the button marked "Around SEIU." I took screen shots of the web page that appeared,

7 | true and correct copies of which are attached as Exhibit A-12-13.

8 |       10.    Next, I moved my cursor to the menu-bar on the left side of the homepage and

9 | clicked the button marked "Jin SEIU." I took screen shots of the web page that appeared,  true

10 | and correct copies of which are attached as Exhibit A-14-15

11 |       11.    Next, I moved my cursor to the menu-bar on the left side of the homepage and

12 | clicked the button marked "Events Calendar." I took screen shots of the web page that appeared,

13 | true and correct copies of which are attached as Exhibit A-16-17.

14 |       12.    Next, I moved my cursor to the menu-bar on the left side of the homepage and

15 | clicked the button marked "SEIU JOBS." I took screen shots of the web page that appeared,

16 | true and correct copies of which are attached as Exhibit A-18-19.

17 |       13.    Next, I moved my cursor to the menu-bar on the left side of the homepage and

18 | clicked the button marked "PRESS CENTER." I used the drop-down menu to select "2008." I

19 | took a screen-shot of the resulting web page, a true and correct copy of which is attached hereto

20 | as Exhibit A-20. I then used the drop-down menu to select "2007." I took a screen-shot of the

21 | resulting web page, a true and correct copy of which is attached hereto as Exhibit A-21.

22 |       14.    Next, I moved my cursor to the menu-bar on the left side of the homepage and

23 | clicked the button marked "CONTACT US." I took screen shots of the web page that appeared,

24 | true and correct copies of which are attached as Exhibit A-22-23.

25 |       15.    On April 9, 2008, I again accessed the web site, http://www.seiu715.org/. The

26 | appearance of the homepage had changed since the last time I accessed it on March 28, 2008.

27 | Using a Microsoft Word document designated SFCA-1367631.1, I took screen shots of the home

28 | page, true and correct copies of which are attached as Exhibit B 1-2.

INCIARDI DECLARATION IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT
CASE NOS. 5:07-CV-05158-JF, 5:08-CV-00213-JF, 5:08-CV-00215-JF;
5:08-CV-00216-JF; 5:08-CV-01726-JF; 5:08-CV-01727-JF

16.    Next, I moved my cursor to the menu-bar near the top of the homepage and clicked the button marked "On The Job." I took a screen shot of the web page that appeared, a true and correct copy of which is attached as Exhibit B 3.

17.    Next, I moved my cursor to the menu-bar near the top of the homepage and clicked the link marked "Benefits." I took screen shots of the web page that appeared, true and correct copies of which are attached hereto as Exhibit B 4-6

18.    Next, I moved my cursor to the menu-bar near the top of the homepage and clicked the link marked "Our Local." I took screen shots of the web page that appeared, true and correct copies of which are attached hereto as Exhibit B 7-8.

19.    Next, I moved my cursor to the menu-bar near the top of the homepage and clicked the button marked "Action Center." I took a screen shot of the web page that appeared, a true and correct copy of which is attached as Exhibit B 9.

20.    Next, I moved my cursor to the menu-bar near the top of the homepage and clicked the button marked "Around SEIU." I took a screen shot of the web page that appeared, a true and correct copy of which is attached as Exhibit B 10.

21.    Next, I moved my cursor near the top of the homepage and clicked on the link marked "Visit our State Council." Clicking this link caused a new web page to open. The address of the new web page was http://www.seiuca.org. I took a screen shot of this web page, a true and correct copy of which is attached hereto as Exhibit B 11. Then I closed the new web page.

22.    Next, I moved my cursor near the top of the homepage and clicked on the link marked "SEIU Store." Clicking this link caused a new web page to open. The address of the new web page was http://seiu.imagepointe.com. I took a screen shot of this web page, a true and correct copy of which is attached hereto as Exhibit B 12. Then I closed the new web page.

23.    Next, I moved my cursor to the menu-bar near the top of the homepage and clicked the link marked "Contact Us." I took a screen shot of the web page that appeared, a true and correct copy of which is attached as Exhibit B 13.

1

**UHW Website**

2     24.    On March 28, 2008, I used an internet browser to access the web site

3   http://www.seiu-uhw.org/.

4     25.    Once I accessed the web page at the foregoing address (the "homepage"), I took a

5   screen-shot and inserted it into a Microsoft Word document designated document number

6   SFCA_1336378.1.  A true and correct copy of the screen-shot is attached hereto as Exhibit C,

7   page 1 (Exhibit "C-1").

8     26.    Next, I moved my cursor to the left-hand side of the homepage and clicked the

9   link marked "hospitals/clinics."  I took a screen shot of the web page that appeared, a true and

10   correct copy of which is attached as Exhibit C-2.

11     27.    Next, I moved my cursor to the top portion of the "hospitals/clinics" page and

12   clicked the link marked "List of 2008 Contracts to be Renewed."  This caused a document titled

13   "2008 CONTRACT EXPIRATIONS" to be displayed.  I took screen shots of the document, true

14   and correct copies of which are attached as Exhibit C-3-7.  I also used the "print" function on my

15   computer to generate a printed version of the document, a true and correct copy of which is

16   attached hereto as Exhibit D.

17     28.    Next, I moved my cursor to the top portion of the "hospitals/clinics" page and

18   clicked the link marked "SEIU Targets 2008 Contracts."  This caused a document containing a

19   news article titled "SEIU Targets 2008 contracts with hospitals, nursing homes" to be displayed.

20   I took a screen shot of the document, a true and correct copy of which is attached as Exhibit C-8.

21   I also used the "print" function on my computer to generate a printed version of the document, a

22   true and correct copy of which is attached hereto as Exhibit E.

23     29.    Next, I returned to the homepage, moved my cursor to the green menu bar near

24   the top of the page, and clicked the link marked "facilities."  I took screen shots of the web page

25   that appeared, true and correct copies of which are attached hereto as Exhibit C 9-21.

26     30.    Next, I consulted the list of facilities on the "facilities" page and located link

27   marked "Stanford University Medical Center" (which appears at Exhibit C-20).  I clicked on the

28   link and took a screen shot of the web page that appeared, a true and correct copy of which is

4

1  attached hereto as Exhibit C-22.

2                                    **Local 521 Website**

3        31.    On March 28, 2008, I used an internet browser to access the web site

4  http://www.seiu521.org/.

5        32.    Once I accessed the web page at the foregoing address (the "homepage"), I took a

6  screen shot of the image that appeared and inserted into a Microsoft Word document designated

7  document number SFCA_1329121.1. A true and correct copy of the screen-shot is attached

8  hereto as Exhibit F, page 1 (Exhibit "F-1").

9        33.    Next, I moved my cursor to the right-hand side of the homepage and clicked the

10  link marked "Executive Board Budget & Actions." I took screen shots of the web page that

11  appeared, true and correct copies of which are attached as Exhibit F-2-7.

12        34.    Next, I moved my cursor to the area of the "Executive Board Budget & Actions"

13  page marked "Income Reports: Bank Balance:" and clicked the link marked "August, 2007."

14  This caused a document titled "SEIU Local 521 Bank Balance on Saving and Investment

15  accounts as of August 31, 2007" to be displayed. I took screen shots of this document, true and

16  correct copies of which are attached as Exhibit F-8-9. I also used the "print" function on my

17  computer to generate a printed version of the document, a true and correct copy of which is

18  attached hereto as Exhibit G.

19        35.    Next, I moved my cursor to the area of the "Executive Board Budget & Actions"

20  page marked "Income Reports: Bank Balance:" and clicked the link marked "September, 2007."

21  This caused a document titled "SEIU Local 521 Bank Balance on Saving and Investment

22  accounts as of September 30, 2007" to be displayed. I took screen shots of this document, true

23  and correct copies of which are attached as Exhibit F-10-11. I also used the "print" function on

24  my computer to generate a printed version of the document, a true and correct copy of which is

25  attached hereto as Exhibit H.

26        36.    Next, I moved my cursor to the area of the "Executive Board Budget & Actions"

27  page marked "Income Reports: Bank Balance:" and clicked the link marked "November, 2007."

28  This caused a document titled "SEIU Local 521 Bank Balance on Saving and Investment

1  accounts as of November 30, 2007" to be displayed. I took screen shots of this document, true

2  and correct copies of which are attached as Exhibit F-12-13. I also used the "print" function on

3  my computer to generate a printed version of the document, a true and correct copy of which is

4  attached hereto as Exhibit I.

5        37.    Next, I moved my cursor to the area of the "Executive Board Budget & Actions"

6  page marked "Income Reports: Bank Balance:" and clicked the link marked "December, 2007."

7  This caused a document titled "SEIU Local 521 Bank Balance on Saving and Investment

8  accounts as of December 31, 2007" to be displayed. I took screen shots of this document, true

9  and correct copies of which are attached as Exhibit F-14-15. I also used the "print" function on

10 my computer to generate a printed version of the document, a true and correct copy of which is

11 attached hereto as Exhibit J.

12       38.    Next, I moved my cursor to the area of the "Executive Board Budget & Actions"

13 page marked "Income Reports: Bank Balance:" and clicked the link marked "January, 2008."

14 This caused a document titled "SEIU Local 521 Bank Balance on Saving and Investment

15 accounts as of January 31, 2008" to be displayed. I took screen shots of this document, true and

16 correct copies of which are attached as Exhibit F-16-17. I also used the "print" function on my

17 computer to generate a printed version of the document, a true and correct copy of which is

18 attached hereto as Exhibit K.

19       39.    Next, I moved my cursor to the area of the "Executive Board Budget & Actions"

20 page marked "Income Reports: Dues Receipts:" and clicked the link marked "Year 2007." This

21 caused a document titled "SEIU Local 521 Dues Receipts of the year of 2007" to be displayed. I

22 took screen shots of this document, true and correct copies of which are attached as Exhibit F-

23 18-24. I also used the "print" function on my computer to generate a printed version of the

24 document, a true and correct copy of which is attached hereto as Exhibit L.

25       40.    Next, I moved my cursor to the area of the "Executive Board Budget & Actions"

26 page marked "Income Reports: General Income:" and clicked the link marked "May 2007." This

27 caused a document titled "SEIU Local 521 Financial Statement For the month of May 2007" to

28 be displayed. I took screen shots of this document, true and correct copies of which are attached

as Exhibit F-25-34. I also used the "print" function on my computer to generate a printed version of the document, a true and correct copy of which is attached hereto as Exhibit M.

41. Next, I moved my cursor to the area of the "Executive Board Budget & Actions" page marked "Income Reports: General Income:" and clicked the link marked "June 2007." This caused a document titled "SEIU Local 521 Financial Statement For the month of June 2007" to be displayed. I took screen shots of this document, true and correct copies of which are attached as Exhibit F-35-44. I also used the "print" function on my computer to generate a printed version of the document, a true and correct copy of which is attached hereto as Exhibit N.

42. Next, I moved my cursor to the area of the "Executive Board Budget & Actions" page marked "Income Reports: General Income:" and clicked the link marked "August 2007." This caused a document titled "SEIU Local 521 Financial Statement For the month of August 2007" to be displayed. I took screen shots of this document, true and correct copies of which are attached as Exhibit F-45-54. I also used the "print" function on my computer to generate a printed version of the document, a true and correct copy of which is attached hereto as Exhibit O.

43. Next, I moved my cursor to the area of the "Executive Board Budget & Actions" page marked "Income Reports: General Income:" and clicked the link marked "September 2007." This caused a document with a partially visible title reading "SEIU Local 521 Financial Statement For the month of September 2007" to be displayed. I took screen shots of this document, true and correct copies of which are attached as Exhibit F-55-67. I also used the "print" function on my computer to generate a printed version of the document, a true and correct copy of which is attached hereto as Exhibit P.

44. Next, I moved my cursor to the area of the "Executive Board Budget & Actions" page marked "Income Reports: General Income:" and clicked the link marked "November 2007." This caused a document titled "SEIU Local 521 Financial Statement - For the month of November 2007" to be displayed. I took screen shots of this document, true and correct copies of which are attached as Exhibit F-68-72. I also used the "print" function on my computer to generate a printed version of the document, a true and correct copy of which is attached hereto as Exhibit Q.

7

45.   Next, I moved my cursor to the area of the "Executive Board Budget & Actions" page marked "Income Reports: General Income:" and clicked the link marked "January 2008." This caused a document titled "SEIU Local 521 Financial Statement for the year of 2008" to be displayed. I took screen shots of this document, true and correct copies of which are attached as Exhibit F-73-76. I also used the "print" function on my computer to generate a printed version of the document, a true and correct copy of which is attached hereto as Exhibit R.

46.   Next, I returned to the homepage and clicked on the link on the left hand side of the page marked "About Us/Contact Us." I took screenshots of the web page that appeared, true and correct copies of which are attached hereto as Exhibit F-77-81.

### Documents Produced By The SEIU International

47.   On July 1, 2008, Norman Gleichman, counsel for Service Employees International Union ("SEIU" or the "International") produced certain documents pursuant to a subpoena served upon SEIU by the Hospitals. A true and correct copy of Mr. Gleichman's e-mail enclosing the documents is attached hereto as Exhibit S.

48.   The documents produced by SEIU included the following:

49.   A document titled "Hearing Officers' Joint Report And Recommendations," a true and correct copy of which is attached hereto as Exhibit T;

50.   An "Order Of Reorganization" Signed by Andrew L. Stern, a true and correct copy of which is attached hereto as Exhibit U;

51.   A June 8, 2007 letter from Andrew L. Stern to Bruce Smith regarding Mr. Smith's appointment as Trustee of SEIU Local 715, a true and correct copy of which is attached hereto as Exhibit V;

52.   A document titled "Report And Recommendation To The International Executive Board," a true and correct copy of which is attached hereto as Exhibit W;

53.   An August 23, 2007 letter from Anna Burger to Bruce Smith, a true and correct copy of which is attached hereto as Exhibit X;

54.   A "Form LM-15 Trusteeship Report" a true and correct copy of which is attached hereto as Exhibit Y.

**Documents Produced By Local 715**

55.    On June 23, 2008, Local 715 produced documents pursuant to discovery requests issued by the Hospitals. Local 715 produced the same set of documents in each of the six (6) above-captioned cases. Among the documents produced by Local 715 were the following:

56.    A document titled "Order Of Emergency Trusteeship Appointing A Trustee To Take Charge And Control Of The Affairs Of Service Employees International Union, Local 715" which was labeled SEIU0001-SEIU0002. A true and correct copy of this document is attached hereto as Exhibit Z.

57.    A June 14, 2007 fax from Bruce Smith to Laurie Quintel, which was labeled SEIU0003-SEIU0005. A true and correct copy of this document is attached hereto as Exhibit AA.

58.    A June 18, 2007 letter from Bruce Smith to Laurie Quintel labeled SEIU0006-SEIU0007. A true and correct copy of this document is attached hereto as Exhibit BB.

59.    A set of images from the Local 715 website labeled SEIU0010-SEIU0019. A true and correct copy of these documents is attached hereto as Exhibit CC.

60.    An August 15, 2006 fax from "Greg P." to Laurie Quintel enclosing a copy of a "Servicing Agreement," labeled SEIU0020-SEIU0023. A true and correct copy of this document is attached hereto as Exhibit DD.

61.    An August 11, 2006 letter from William A. Sokol to Laurence R. Arnold enclosing a copy of a "Servicing Agreement," labeled SEIU0024-SEIU0027. A true and correct copy of this document is attached hereto as Exhibit EE.

62.    An August 17, 2006 letter from William A. Sokol to Laurence R. Arnold, labeled SEIU0028. A true and correct copy of this document is attached hereto as Exhibit FF.

63.    A document titled "Form LM-15 Trusteeship Report," labeled SEIU0029-SEIU0034. A true and correct copy of this document is attached hereto as Exhibit GG.

64.    Attached hereto as Exhibit HH is a printout of the Court's docket in Case Number 5:08-CV00213 JF from July 15, 2008. The docket reflects that Local 715 has not filed an answer to the Hospitals' Counter-Petition To Vacate Arbitration Award, which was filed on March 6,

9

1    2008.

2         I declare under penalty of perjury under the laws of the State of California and the United

3    States of America that the foregoing is true and correct.

4         Executed on this 17th day of July, 2008 in San Francisco, California.

5

6

7

8

9                                             _____
                                                   SCOTT P. INCIARDI
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INCIARDI DECLARATION IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT
CASE NOS. 5:07-CV-05158-JF, 5:08-CV-00213-JF, 5:08-CV-00215-JF;
5:08-CV-00216-JF; 5:08-CV-01726-JF; 5:08-CV-01727-JF

**EXHIBIT A**





SEIU Local 715 - Microsoft Internet Explorer provided by Foley

http://www.seiu715.org/

You Decide Who

Moves In Next

Email this Page    Print this Page

Home | On The Job | Benefits | Our Local | Action Center | Around SEIU
Join SEIU | Events Calendar | Search | Contact Us | PRIVACY POLICY
Copyright © SEIU Local 715 2008. All rights reserved.

2



SFCA_1330962.1



SFCA_1330962.1



SFCA_1330962.1



SEIU Local 715 - Microsoft Internet Explorer provided by Foley

http://www.seiu715.org/benefits/

**You Decide Who**

**Moves In Next**

- **Secured Credit Card** for members who have poor credit or little or no credit history
- **Loans**—personal loans, lines of credit, and home equity loans
- **Credit Counseling** to help eliminate debt
- **Your Credit Score** for a 15% discount

- your Local
- **Immigration Legal Services** including free initial consultations and discounts on hourly rates
- **Planning for College**—resources on applying, paying, and more
- **Paying for College**—resources include loans, financial aid, and savings plans
- **Pet Health**—savings on veterinary services for all animals

*House and Home*

- **Mortgage and Real Estate**—low down payments and reduced closing costs
- **Home Heating Oil Discounts**—save on service contracts and fuel oil purchases
- **Moving Van Discounts**—Save on interstate moves, truck rentals, and storage

*Health and Well-Being*

- **Health Savings** reduces out-of-pocket expenses for prescriptions, vision, and other services
- **Health Club Discounts** at more than 1,500 locations

*Insurance Protection*

- **Life Insurance** protection regardless of job or health conditions
- **Accident Insurance** including insurance for accidental death in the workplace

*Union Marketplace*

- **Cingular Wireless Discounts** on monthly service for union members
- **Auto Buying Service** to help you find the right vehicle for the right price

6



SFCA_1330962.1



SFCA_1330962.1



🧪 Email this Page   🖨 Print this Page

Home | On The Job | Benefits | Our Local | Action Center | Around SEIU
Join SEIU | Events Calendar | Search | Contact Us | PRIVACY POLICY
Copyright © SEIU Local 715 2008. All rights reserved.

9



SFCA_1330962.1



SFCA_1330962.1



SFCA_1330962.1



SEIU Files Lawsuit Against USCIS/DHS for Illegally Inflating Immigrant
Service Fees

Following the agency's dramatic July 30 citizenship fee hikes, the USCIS stands accused of
unlawfully charging citizenship and visa applicants for infrastructure upgrades, expensive
subcontractors, and other agency blunders. "This lawsuit is about accountability," said
SEIU EVP Eliseo Medina.

▶ Read the press release

**Unions on the Rise**

The *Las Vegas Sun* on Aug. 19th offered this analysis of the recent resurgence of the
American labor movement's energy and political clout.

▶ Read more

***Just Work*, a Huffington Post Blog Featuring Real Stories by Real
Workers**

SEIU launched *Just Work*, a bi-weekly Huffington Post blog where real workers can discuss
their daily struggles to balance work, afford life and participate in a more just society.

▶ Read *Just Work*

🖾 Email this Page    🖶 Print this Page

Home | On The Job | Benefits | Our Local | Action Center | Around SEIU
Join SEIU | Events Calendar | Search | Contact Us | PRIVACY POLICY
Copyright © SEIU Local 715 2008. All rights reserved.

13

SFCA_1330962.1



SFCA_1330962.1



SFCA_1330962.1



SFCA_1330962.1



SFCA_1330962.1



SFCA_1330962.1



SFCA_1330962.1



SFCA_1330962.1



SFCA_1330962.1



SFCA_1330962.1



SFCA_1330962.1

**EXHIBIT B**





SFCA_1367631.1



SFCA_1367631.1



SFCA_1367631.1



SFCA_1367631.1



SFCA_1367631.1



SFCA_1367631.1



SFCA_1367631.1



SFCA_1367631.1



SFCA_1367631.1



SFCA_1367631.1



SFCA_1367631.1



13

**EXHIBIT C**





SFCA_1336378.1



SFCA_1336378.1



SFCA_1336378.1



SFCA_1336378.1



SFCA_1336378.1



SFCA_1336378.1



**The News**

THE BUSINESS JOURNAL (Silicon Valley/San Jose)

OCTOBER 8, 2007

# SEIU targets 2008 contracts with hospitals, nursing homes



SFCA_1336378.1



SFCA_1336378.1



Facility Search - Microsoft Internet Explorer provided by Foley

http://www.seiu-uhw.org/aboutuhw/facilities/

| | | |
|---|---|---|
| Community Hospital of Huntington Park | Huntington Park | CA |
| Community Hospital Of San Bernardino | San Bernardino | CA |
| Contra Costa County IHSS Public Authority | Martinez | CA |
| Convalescent Center Mission Street | San Francisco | CA |
| Cottonwood Health Care Center | Woodland | CA |
| Country Drive Care Center | Fremont | CA |
| Courtland Care Center | Hayward | CA |
| Creekside Health Care Center | San Pablo | CA |
| Crestwood Geriatric Treatment Center | Fremont | CA |
| Crothall Health Care Inc | Los Angeles | CA |
| Di Goren DDS & Associates | Lakewood | CA |
| Desert Regional Medical Center | Palm Springs | CA |
| Diamond Ridge Health Care Center | Pittsburg | CA |
| Doctors Hospital Of Manteca | Manteca | CA |
| Doctors Medical Center Modesto | Modesto | CA |
| Doctors Medical Center San Pablo / Pinole | San Pablo | CA |
| Dominican Hospital | Santa Cruz | CA |
| Dominican Oaks Assisted Living | Santa Cruz | CA |
| Driftwood Healthcare Center | Hayward | CA |
| Eden Medical Center | Castro Valley | CA |
| El Camino Hospital | Mountain View | CA |
| Emerald Gardens Nursing Center | Sacramento | CA |
| Emmanuel Convalescent Hospital - Alameda | Alameda | CA |
| Emmanuel Convalescent Hospital - Los Gatos | Los Gatos | CA |
| Emmanuel Convalescent Hospital - Millbrae | Millbrae | CA |
| Emmanuel Convalescent Hospital - San Jose | San Jose | CA |
| Emmanuel Health Care Ctr - Yuba City | Yuba City | CA |
| Empress Care Center | San Jose | CA |
| Encino-Tarzana Regional Medical Center, Encino Campus | Encino | CA |
| Encino-Tarzana Regional Medical Center, Tarzana Campus | Tarzana | CA |
| Enloe Medical Center | Chico | CA |



| | | |
|---|---|---|
| Enloe Medical Center | Chico | CA |
| Evergreen Castro Valley Care | Castro Valley | CA |
| Evergreen HC Ctrs of Vallejo - Heartwood | Vallejo | CA |
| Evergreen HC Ctrs of Vallejo - Louisiana | Vallejo | CA |
| Evergreen HC Ctrs of Vallejo - Springs Road | Vallejo | CA |
| Evergreen Health and Rehab Ctr of Petaluma | Petaluma | CA |
| Evergreen New Hope Health & Rehab | Tracy | CA |
| Excell Care Ctr | Oakland | CA |
| Fields Dental Group | Van Nuys | CA |
| Fifth Ave Health Care Center | San Rafael | CA |
| Florin Healthcare | Sacramento | CA |
| Foothill Oaks Care Center | Auburn | CA |
| Frank Campbell DDS Inc | Pasadena | CA |
| Fremont Health Ctr | Fremont | CA |
| French Hospital Medical Center | San Luis Obispo | CA |
| Fresno Care & Guidance Center | Fresno | CA |
| Fresno County IHSS Public Authority | Fresno | CA |
| Fruitvale Care Ctr | Oakland | CA |
| Garden Grove Hospital and Medical Center | Garden Grove | CA |
| Garfield Medical Center | Monterey Park | CA |
| Gateway Care & Rehab Center | Hayward | CA |
| Gateways Hospital & Mental Health Center | Los Angeles | CA |
| Gilroy Healthcare and Rehabilitation Center | Gilroy | CA |
| Gladman Mental Health Rehab Center | Oakland | CA |
| Golden Cross Health Care Of Fresno | Fresno | CA |
| Golden Gate Health Care Center | San Francisco | CA |
| Good Samaritan Hospital/Los Angeles | Los Angeles | CA |
| Good Samaritan Hospital/Mission Oaks | San Jose | CA |
| Grand Lake Gardens | Oakland | CA |
| Grant Cuesta Nursing & Rehab Center | Mountain View | CA |
| Greater El Monte Community Hospital | South El Monte | CA |
| Greenfield Care Center Of Fairfield | Fairfield | CA |
| Grove Street Care Center | San Francisco | CA |

SFCA_1336378.1



SFCA_1336378.1



SFCA_1336378.1



SFCA_1336378.1



| | | |
|---|---|---|
| Kaiser Woodland Hills Medical Center | Woodland Hills | CA |
| Katherine Healthcare Center | Salinas | CA |
| Kindred Hospital San Leandro | San Leandro | CA |
| Kyakameena Skilled Nursing Facility | Berkeley | CA |
| La Mariposa Care & Rehab Center | Fairfield | CA |
| Laguna Honda Hospital | | |
| Lake Park Retirement Residence | Oakland | CA |
| Lakeshore Convalescent Hospital | Oakland | CA |
| Lakewood Regional Medical Center | Lakewood | CA |
| Laurel Heights Convalescent Hospital | San Francisco | CA |
| Lawton Health Care Center | San Francisco | CA |
| Linda Mar Care Center | Pacifica | CA |
| Lone Tree Convalescent Hospital | Antioch | CA |
| Los Alamitos Medical Center | Los Alamitos | CA |
| Los Angeles Gay & Lesbian Community Service Center | Los Angeles | CA |
| Los Robles Regional Medical Center | Thousand Oaks | CA |
| Mac Arthur Nursing Center | Oakland | CA |
| Madera County | | |
| Magnolia Gardens Healthcare Center | Burlingame | CA |
| Majestic Pines Care Center | Hayward | CA |
| Marian Medical Center | Santa Maria | CA |
| Marin County IHSS Public Authority | San Rafael | CA |
| Mariposa County | | |
| Mark Twain Convalescent Hospital | San Andreas | CA |
| Mark Twain Saint Joseph's Hospital | San Andreas | CA |
| Marysville Care & Rehabilitation | Marysville | CA |
| Matilda Brown Home | Oakland | CA |
| McClure Convalescent Hospital | Oakland | CA |
| Menifee Valley Medical Center | Sun City | CA |
| Mercy General Hospital | Sacramento | CA |
| Mercy Hospital Of Folsom | Folsom | CA |
| Mercy Hospitals of Bakersfield | Bakersfield | CA |

SFCA_1336378.1



Facility Search - Microsoft Internet Explorer provided by Foley

http://www.seiu-uhw.org/aboutuhw/facilities/

| Mercy Hospital Of Folsom | Folsom | CA |
| Mercy Hospitals of Bakersfield | Bakersfield | CA |
| Mercy Medical Center Of Redding | Redding | CA |
| Mercy Medical Center Of Mt Shasta | Mount Shasta | CA |
| Mercy San Juan Medical Center | Carmichael | CA |
| Mercy Southwest Hospital | Bakersfield | CA |
| Methodist Hospital of Sacramento | Sacramento | CA |
| Millbrae Serra Convalescent Hospital | Millbrae | CA |
| Mission Bay Convalescent Hospital | San Francisco | CA |
| Mission Hospital of Huntington Park | Huntington Park | CA |
| Mission Neighborhood Health Clinic | San Francisco | CA |
| Monterey Care Center | Monterey | CA |
| Monterey Park Hospital | Monterey Park | CA |
| Monterey Pines Skilled Nursing Facility | Monterey | CA |
| Moreno Valley Community Hospital | Moreno Valley | CA |
| Motion Picture & Television Fund | Woodland Hills | CA |
| Mt Diablo Medical Center | Concord | CA |
| Nineteenth Ave Healthcare Center | San Francisco | CA |
| Northeast Valley Health Corp | San Fernando | CA |
| Northgate Care Center | San Rafael | CA |
| Northridge Hospital Medical Center | Northridge | CA |
| O'Connor Hospital | San Jose | CA |
| Oakland Care Center | Oakland | CA |
| Oakridge Care Center | Oakland | CA |
| Olympia Medical Center | Los Angeles | CA |
| Pacific Coast Care Center | Salinas | CA |
| Pacific Grove Convalescent Hospital | Pacific Grove | CA |
| Pacifica Hospital Of The Valley | Sun Valley | CA |
| Palm Haven Care Center | Manteca | CA |
| Palo Alto Nursing Center | Palo Alto | CA |
| Park Central Care & Rehab Center | Fremont | CA |
| Parkmont Care Center | Fremont | CA |

17





SFCA_1336378.1



SFCA_1336378.1



Facility Search - Microsoft Internet Explorer provided by Foley

http://www.seiu-uhw.org/aboutuhw/facilities/

| Valley Skilled Nursing Center | Sacramento | CA |
| Victorian Healthcare Center | San Francisco | CA |
| Villa Fairmont Mental Health Center | San Leandro | CA |
| Villa Residential Care | Daly City | CA |
| Vintage Estates Of Hayward | Hayward | CA |
| Visiting Nurses Association Of Santa Cruz County | Santa Cruz | CA |
| Vista Manor Nursing Center | San Jose | CA |
| Washington Hospital | Fremont | CA |
| Watsonville Community Hospital | Watsonville | CA |
| Watts Healthcare Corporation | Los Angeles | CA |
| West Hills Hospital & Medical Center | West Hills | CA |
| West Oakland Health Council | Oakland | CA |
| Western Dental | | |
| Western Medical Center - Anaheim | Anaheim | CA |
| Willow Pass Healthcare Center | Concord | CA |
| Willow Tree Convalescent Hospital | Oakland | CA |
| Windsor Gardens Care Center of Hayward | Hayward | CA |
| Windsor Gardens Rehabilitation Center of Salinas | Salinas | CA |
| Windsor Manor Rehabilitation Center of Concord | Concord | CA |
| Windsor Park Care Center of Fremont | Fremont | CA |
| Woodland Healthcare Clinic | Woodland | CA |
| Woodland Hospital | Woodland | CA |
| Woodland Skilled Nursing Center | Woodland | CA |
| Woodside Nursing & Rehab | San Luis Obispo | CA |
| Yolo County IHSS Public Authority | Woodland | CA |
| Yuba City Care & Rehabilitation | Yuba City | CA |
| Yuba County IHSS Public Authority | Marysville | CA |

SFCA_1336378.1



SFCA_1336378.1

EXHIBIT D





# SEIU UHW-WEST
## HOSPITAL DIVISION

## CATHOLIC HEALTHCARE WEST

### FACILITY

Bakersfield Memorial Hospital
Bruceville Terrace
California Hospital Medical Center
Community Hospital Of San Bernardino
Dominican Hospital
Dominican Oaks Assisted Living
French Hospital Medical Center
Mark Twain Hospital
Marian Medical Center
Mercy General Hospital
Mercy Home Health Hospice & Lifeline
Mercy Hospital Of Folsom
Mercy Hospitals Of Bakersfield
Mercy Medical Center  Of Redding
Mercy Medical Center Of Mt Shasta
Mercy San Juan Medical Center
Mercy Southwest
Methodist Hospital Of Sacramento
Northridge Hospital Medical Center
Saint Francis Memorial Hospital
Sequoia Hospital
St. Bernardine Medical Center
St. Elizabeth Community Hospital
St. John's Pleasant Valley Hospital
St. John's Regional Medical Center
St. Joseph's Behavioral Health Center
St. Joseph's Medical Center
St. Mary's Medical Center-Long Beach
St. Mary's Medical Ctr- San Francisco
Woodland Healthcare Clinic
Woodland Hospital

## COMMUNITY HEALTH SYSTEMS (CHS)

### FACILITY

Watsonville Community Hospital

## DAUGHTERS OF CHARITY

### FACILITY

O'Connor Hospital
Saint Louise Regional Hospital
Seton Medical Center
Seton Medical Center-Coastside
Saint Francis

## INDEPENDENTS AND CLINICS

### FACILITY

Alameda Hospital
Antelope Valley Hospital
Chinese Hospital of San Francisco
City Of Hope National Medical Center
Compass/Crothall Services Group
Compass/Morrison Mgmt Specialists
Doctors Medical Center San Pablo/Pinole
Gateways Hospital & Mental Health Ctr.
Hollywood Community Hospital
Information & Referral Fed Of LA
Los Angeles Gay & Lesbian Comm. Ctr.
Mission Neighborhood Health Clinic
Southwest Community Health Center
Stanford Univ. Med. Ctr./ Lucille Packard
Tiburcio Vasquez Health Center
Washington Hospital

# HOSPITAL DIVISION

## SUTTER HEALTH

**FACILITY**

Alta Bates Summit Medical Center (3 sites)
California Pacific Medical Center (3 sites)
Eden Medical Center
St Luke's Hospital
Sutter Amador
Sutter Delta Medical Center
Sutter Lakeside Hospital
Sutter Medical Center Of Santa Rosa
Sutter Roseville Medical Center
Sutter Solano Medical Center

# NURSING HOME DIVISION

## AVALON HEALTHCARE

**FACILITY**

Avalon Care Center Sonora
Avalon Healthcare of Chowchilla
Mark Twain Convalescent

## BEVERLY

**FACILITY**

Beverly Healthcare Center
Beverly Living Care
Beverly Manor Fresno
Clovis Convalescent
Fresno Care & Guidance Center

## COUNTY VILLA HEALTH SERVICES

**FACILITY**

Country Villa of San Rafael

## COVENANT

**FACILITY**

Emerald Gardens Nursing Center
Grant Cuesta Nursing & Rehab Center
Palo Alto Nursing Center
Willow Tree Convalescent Hospital

## EVA CARE GROUP

**FACILITY**

Empress Care Center
Greenfiled Care Center of Fairfield
Evergreen Castro Valley Care
Evergreen HC Centers of Vallejo - Heartwood
Evergreen HC Centers of Vallejo - Springs Rd
Evergreen Health & Rehab Center of Petaluma
Evergreen New Hope Health & Rehab
Katherine Healthcare Center

## FORESIGHT MANAGEMENT SERVICES

**FACILITY**

Brookside Convalescent Hospital
McClure Convalescent Hospital
Northgate Care Center
Valley Pointe Rehab/Sub-Acute

## FSC

**FACILITY**

Almaden Care
Creekside Health Care Center
Fremont Health Center
FSCO Driftwood Hayward

# NURSING HOME DIVISION

## FSC

### FACILITY

FSCO Florin
FSCO Hayward Hills
FSCO Pine Ridge
Parkview Convalescent Hospital
Skyline Convalescent Hospital - San Jose
Vale Care Center

## GHC

### FACILITY

Vista Manor Nursing Center

## HORIZON WEST

### FACILITY

Foothill Oaks Care Center, Inc
Heritage Convalescent Hospital
Lakeport Skilled Nursing Center
Monterey Pines SNF
Placerville Pines
Sierra Healthcare Center

## KINDRED

### FACILITY

Bayview Nursing & Rehab
Fifth Ave Health Care Center
Golden Gate Health Care Center
Hacienda Care Center
Lawton Health Care Center
Magnolia Gardens Healthcare Center
Nineteenth Ave Health Care Center
Pacific Coast Care Center
Santa Cruz Health Care Center
Tunnell Healthcare Center
Victorian Health Care Center

## METHODIST HOMES

### FACILITY

Lake Park Retirement Residence

## NORTH AMERICAN

### FACILITY

Cottonwood Health Care
Linda Mar Care Center
Valley Skilled Nursing Center
Woodland Skilled
Grove Street Care Center

## PARRA & PALLI

### FACILITY

Marysville Care
Palm Haven
Yuba City Care

## PIERCE

### FACILITY

Lone Tree Convalescent Hospital

## PREMA THEKKEK

### FACILITY

Bay Point Nursing & Rehab
Gateway Care and & Rehab Center
La Mariposa Skilled Nursing Center
Park Central Care & Rehab Center

## SALLY RAPP

### FACILITY

Vintage Estates Hayward

## SAVA

### FACILITY

Diamond Ridge Health Care Center
Excell Care Center
Fruitvale Care Center

# NURSING HOME DIVISION

## SUN HEALTH

### FACILITY

Sunbridge Care Center - Kingsburg
Sunbridge Care Center for San Leandro
Sunbridge Heritage Care Center

## TILLER

### FACILITY

Berkeley Pines Convalescent
Oakridge Care Center
Pittsburg Care Center

## TRINITY

### FACILITY

High Street Convalescent Hospital
MacArthur Care Center

## WESTLINE MEDICAL MANAGEMENT

### FACILITY

Brookvue Care Center
Oakland Care Center
Rounseville Care Center
Sunrise Health Care Center

## WINDSOR

### FACILITY

Windsor Gardens Care Hayward
Windsor Gardens RehabCenter of Salinas
Windsor Park Care Center of Fremont
Windsor Rehabilitation Center of Concord

### FACILITY

California Convalescent
Cedars of Marin
Community for Jewish Living
Hayes Convalescent
Laurel Heights
Sheffield Convalescent Hospital

St Francis Height
St Francis Pavilion
All Saints Sub-Acute & Rehab Center
Convalescent Center Mission Street
Gilroy Healthcare and Rehabilitation Center
Golden Cross Health Care of Fresno
Hayward Convalescent Hospital
Millbrae Serra Convalescent Hospital
Mission Bay Convalescent Hospital
San Marco Nursing Rehab Center
Tracy Convalescent Hospital
University Mound Ladies Home

## KAISER DIVISION*

KAISER - Anaheim
KAISER - Baldwin Park
KAISER - Bellflower
KAISER - Fontana
KAISER - Fresno
KAISER - San Francisco
KAISER - Harbor City
KAISER - Hayward
KAISER - Oakland
KAISER - Panorama City
KAISER - Redwood City
KAISER - Riverside
KAISER - Sacramento
KAISER - San Diego
KAISER - San Rafael
KAISER - Santa Clara
KAISER - Santa Rosa
KAISER - Santa Teresa
KAISER - South Sacramento
KAISER - South San Francisco
KAISER - Los Angeles Med Ctr.
KAISER - Walnut Creek
KAISER - West Los Angeles
KAISER - Woodland Hills
KAISER - Vallejo
KAISER - Manteca
* Includes clinics

# SEIU LOCAL 1199NW WASHINGTON

**FACILITY**

Aramark - EHS Deaconess/Valley Health
DSHS/DOH
EHS - Deaconess/Valley Health
Enumclaw Community Hospital
Good Samaritan Hospital
Group Health Cooperative
Harborview Medical Center
Highline Medical Center
Providence Centralia
Regional Hospital
Skagit Valley Hospital
St. Clare Hospital
St. Joseph Medical Center
Stevens Hospital
Swedish Medical Center
Toppenish Community Hospital
United General
Valley General
Valley Medical Center
Yakima Regional Medical Center

# SEIU LOCAL 121RN CALIFORNIA

**CATHOLIC HEALTHCARE WEST**

**FACILITY**

Northridge Hospital Medical Center
St. John's Pleasant Valley Hospital
St. John's Regional Medical Center

# SEIU LOCAL 49 OREGON

**FACILITY**

Legacy Emanuel Hospital
Columbia Memorial Hospital

# SEIU LOCAL 1199NE CONNECTICUT

**FACILITY**

Bridgeport Manor/HC
Bridgeport City Nurses
Statford School Nurses
Stamford Hospital

# SEIU LOCAL 113 MINNESOTA

**FACILITY**

Allina
Children's Health Care
Fairview
HealthEast
HealthPartners
Methodist
North Memorial

# SEIU LOCAL 1107 NEVEDA

**CATHOLIC HEALTHCARE WEST**

**FACILITY**

St. Rose Dominican Hospital (3 sites)

**EXHIBIT E**

# The News

# SEIU targets 2008 contracts with hospitals, nursing homes

**BY SARA SOLOVITCH**
ssolovitch@bizjournals.com

SEIU United Healthcare Workers-West is gearing up for a slew of bargaining talks in California and other western states, culminating in what union leaders describe as the nation's single largest coordinated campaign in health care.

More than 200 contracts with hospitals and nursing homes across California are due to expire within a three-month period in 2008 and United Healthcare Workers will be negotiating all of them.

"We have worked 10 years to get to this point, to get the contracts lined up this way," says John Borsos, vice president of the local that represents 150,000 workers, from licensed vocational nurses and pharmacists to certified nursing assistants, homecare workers and clerical staff.

"It allows us to have an industrial approach," he continues. "Instead of bargaining one hospital, one system at a time, it allows us to talk about issues."

The union accomplished this feat in a number of ways. In some cases, it negotiated short-term contracts. In other cases, long-term contracts. In still others, it bided its time and allowed contracts to lapse over periods of months.

Recently, it brought together 2,000 leaders from hospitals and nursing facilities locals across six states for its annual conference in San Jose. Union representatives met in small groups, laying the groundwork for the upcoming negotiations — most of them scheduled for May, June and July — with 100 hospitals and 100 nursing homes.

Though United Healthcare Workers says it is still developing a plan of action, the issues this time around are

threefold: wages and benefits; worker training and education; a growing voice in patient care decisions.

Tying together all three, says Borsos, is the "fundamental belief that no matter where you do the work, you should get the same pay."

By lining up all these separate contract negotiations, the union has succeeded not only in increasing its own power, according to UHW Local President Sal Rosselli; it has also strengthened its ability to involve government and community organizations, as well as attract more media attention.

Rosselli says he anticipates positive talks with Kaiser Permanente. United Healthcare Workers is a member of the health giant's Labor Management Partnership and describes the relationship as "open and collaborative."

Not so its relations with either Stanford Hospital & Clinics or Sutter Health Network.

Rosselli says that both systems are "resistant to giving caregivers a voice. They have been the ones that are most resistant to training and upgrade programs."

"Stanford," he continues, "is extremely adversarial, extremely anti-union, extremely rich and extremely arrogant. Their attitude is 'We don't need to hear what healthcare providers want. Just do it our way.'"

Stanford did not respond to Rosselli's comments in time for this article.

The union's strategy proved itself successful in 2004, when 70 of its contracts expired within a short time.

United Healthcare Workers began negotiations by settling a master statewide contract with Catholic Health-

care West. From there, it moved to the Daughters of Charity Health System with similar demands. The union called a 12-hour strike before a contract was signed.

Soon, says Rosselli, it had settled with every hospital and nursing home in the state excluding Sutter, with whom it has a notoriously problematic relationship.

A 60-day strike against California Pacific Medical Center transpired before an agreement was struck. The union went on to wage another one-week strike against Sutter's Eden Medical Center in Castro Valley.

Some hospitals have already entered into early talk stages with the union. O'Connor Hospital's contract expires next April, but it is already meeting with the union to discuss work redesign, a subject that includes streamlining the patient registration process. "We're using good faith efforts to be collaborative in the interest of our employees and our patients," says spokesperson Elizabeth Nikels, adding that the talks are not intended as active negotiation.

"In the past we've always been able to work with SEIU."

The California Nurses Association has meanwhile announced a two-day strike against 13 Sutter hospitals, including Mills-Peninsula Hospital in Burlingame.

That strike, which involves 5,000 nurses and is scheduled for Oct. 10 and 11, has been called the largest nurses' strike in a decade.

*SARA SOLOVITCH covers health care and biotech for the Business Journal. You can reach her at (408) 299-1841.*

**EXHIBIT F**







Please RSVP to Kelly West: (408) 678-3000 x3347

### Convention Elections Committee:

**Elections from Saturday, March 8 through March 18 in various locations.**

All members of SEIU Local 521 who have been a member of Local 521 and one other of 521's predecessors, 1415, 715, 535, 715, 700 for at least one year, are eligible to nominate or be nominated to be a delegate (, the quarterly 'ink' committees nomination was 20 to 41,046). **Nominations have been received and now, it's time to elect your delegates!**

Click here for dates, times and locations >>

### Local 521 Budget:

- Budget for year 2007
- 2008 Budget Assumption
- 2008 Budget Dues Receipt
- Budget for year 2008

### Executive Board Minutes:

- April 24, 2007
- May 4, 2007
- May 23, 2007
- June 23, 2007
- July 24, 2007
- August 25, 2007
- September 26, 2007
- October 23, 2007

SFCA_1329121.1



SFCA_1329121.1



**Organizing Income:**

- June 2007
- August 2007
- September 2007
- November 2007

**Per Capita Tax Count Report:**

- Year 2007
- January 2008

## Read Local 521's Charter
## Provisional Bylaws for Local 521

**Executive Board Members**
**(As of March 1, 2008)**

SFCA_1329121.1



SFCA_1329121.1



**Note:**

➢ You will need Adobe Acrobat Reader to open and read the following documents

SFCA_1329121.1



### SEIU Local 521
### Bank Balance on Saving and Investment accounts
as of August 31, 2007

| ITEMS | GL= | ACCOUNT NAME | Bank | Local | ENDING BALANCE as of 8 31 07 |
|---|---|---|---|---|---|
| 1 | NA | LEGAL DEFENSE FUND | NA | 521 | 56,250.00 |
| 2 | NA | CAPITAL RESERVE | NA | 521 | 43,343.92 |
| 3 | NA | CLARENCE DODGE SCHOLARSHIP | NA | 521 | 21,701.97 |
| 4 | 1017 | BUILDING FUND | Commonwealth Credit Union | 715 | 114,169.00 |
| 5 | 1013 | CAPITAL RESERVE | Citizens Funds | 715 | 273,997.89 |
| 6 | 1019 | CONTINGENCY FUND | Commonwealth Credit Union | 715 | 80,447.40 |
| 7 | 1011 | SANTA CLARA COUNTY CHAPTER FUND | Santa Clara Credit Union | 715 | 15,326.83 |
| 8 | NA | RETIREE BENEFIT TRUST | NA | 715 | 167,478.58 |
| 9 | 1000 | STRIKE FUND | Bank of The West | 715 | 250,000.00 |
| 10 | 1006 | STRIKE FUND | Citizens Funds | 715 | 141,155.42 |
| 11 | 1018 | STRIKE FUND | Commonwealth Credit Union | 715 | 556,749.24 |
| 12 | NA | STRIKE FUND | NA | 521 | 112,500.00 |
| 13 | NA | STRIKE FUND | Bay Federal | 415 | 111,184.81 |
| 14 | NA | STRIKE FUND as of 7 31 07 | @ INTERNATIONAL | 521 | 92,443.20 |
| 15 | | Reserve #1 | Union Bank of California | 817 | 94,846.53 |
| 16 | | Reserve #2 | Union Bank of California | 817 | 471,320.79 |
| 17 | | Reserve #2 | Smith Barney | 817 | 82,092.37 |
| | | Total reserve | | | $  2,685,007.95 |
| 18 | NA | STRIKE FUND as of 7 31 07 | @ INTERNATIONAL | 715 | 402,140.84 |
| 19 | NA | STRIKE FUND as of 1 31 07 | @ INTERNATIONAL | 115 | 37,001.89 |

SFCA_1329121.1



| | | | | | | |
|---|---|---|---|---|---|---|
| 11 | 1018 | STRIKE FUND | Commonwealth Credit Union | 715 | | 556,749.24 |
| 12 | NA | STRIKE FUND | NA | 521 | | 112,500.00 |
| 13 | NA | STRIKE FUND | Bay Federal | 415 | | 111,184.81 |
| 14 | NA | STRIKE FUND as of 7 31 07 | @ INTERNATIONAL | 521 | | 92,443.20 |
| 15 | | Reserve #1 | Union Bank of California | 817 | | 94,846.55 |
| 16 | | Reserve #2 | Union Bank of California | 817 | | 471,320.79 |
| 17 | | Reserve #2 | Smith Barney | 817 | | 82,092.37 |
| | | Total reserve | | | $ | 2,685,007.95 |
| 18 | NA | STRIKE FUND as of 7 31 07 | @ INTERNATIONAL | 715 | | 402,140.84 |
| 19 | NA | STRIKE FUND as of 3 31 07 | @ INTERNATIONAL | 415 | | 27,991.88 |
| 20 | NA | STRIKE FUND as of 2 28 07 | @ INTERNATIONAL | 817 | | 46,016.80 |
| 21 | NA | STRIKE FUND as of 3 31 07 | @ INTERNATIONAL | 700 | | 69,098.31 |
| | | | | | $ | 545,247.83 |
| 22 | | PAC - Candidates | US Bank - Olson | 521 | | 29,246.00 |
| 23 | | PAC - Issues | US Bank - Olson | 521 | | 2,003.00 |
| 24 | | PAC - Independent Expenditure | US Bank - Olson | 521 | | - |
| 25 | | PAC - Candidates | US Bank - Olson | 715 | | 3,089.44 |
| 26 | | PAC - Issues | US Bank - Olson | 715 | | 58.47 |
| 27 | | PAC - Candidates | Union Bank of California | 817 | | 12,979.58 |
| 28 | | PAC - Issues | Union Bank of California | 817 | | 5,338.43 |
| 29 | | Reserve #1 | Morgan Stanley | 700 | | 133,318.16 * |
| 30 | 1003 | AGENCY FEE | Bank of The West | 521 | | 134,234.15 |
| 31 | 1002 | ORGANIZING FUND | Bank of The West | 521 | | 1,232,704.98 |

* - bank statement balance as of June 30, 2007.

G:\Finance\Monthend\2007\bANKBALBOARD2007 083107 9/26/2007 1

9

SFCA_1329121.1



### SEIU Local 521
### Bank Balance on Saving and Investment accounts
as of September 30 2007

| ITEMS | GL# | ACCOUNT NAME | Bank | Local | ENDING BALANCE as of 9 30 07 |
|---|---|---|---|---|---|
| 1 | NA | LEGAL DEFENSE FUND | NA | 521 | 65,625.00 |
| 2 | NA | CAPITAL RESERVE | NA | 521 | 44,343.92 |
| 3 | NA | CLARENCE DODGE SCHOLARSHIP | NA | 521 | 23,201.97 |
| 4 | 1017 | BUILDING FUND | Commonwealth Credit Union | 715 | 114,306.54 |
| 5 | 1013 | CAPITAL RESERVE | Citizens Funds | 715 | 274,988.66 |
| 6 | 1019 | CONTINGENCY FUND | Commonwealth Credit Union | 715 | 80,447.40 |
| 7 | 1011 | SANTA CLARA COUNTY CHAPTER FUND | Santa Clara Credit Union | 715 | 15,326.83 |
| 8 | NA | RETIREE BENEFIT TRUST | NA | 715 | 177,878.58 |
| 9 | 1000 | STRIKE FUND | Bank of The West | 715 | 250,000.00 |
| 10 | 1006 | STRIKE FUND | Citizens Funds | 715 | 147,665.84 |
| 11 | 1018 | STRIKE FUND | Commonwealth Credit Union | 715 | 558,705.20 |
| 12 | NA | STRIKE FUND | NA | 521 | 131,250.00 |
| 13 | NA | STRIKE FUND | Bay Federal | 415 | 111,545.58 |
| 14 | NA | STRIKE FUND as of 9 30 07 | // INTERNATIONAL | 521 | 156,444.40 |
| 15 | | Reserve #1 | Union Bank of California | 817 | 94,846.53 |
| 16 | | Reserve #2 | Union Bank of California | 817 | 471,320.79 |
| 17 | | Reserve #2 | Smith Barney | 817 | 82,092.37 |
| | | Total reserve | | | $ 2,773,887.61 |
| 18 | NA | STRIKE FUND as of 7 31 07 | // INTERNATIONAL | 715 | 402,140.84 |
| 19 | NA | STRIKE FUND as of 3 31 07 | // INTERNATIONAL | 415 | 27,991.88 |
| 20 | NA | STRIKE FUND as of 2 28 07 | // INTERNATIONAL | 817 | 46,016.80 |
| 21 | NA | STRIKE FUND as of 3 31 07 | // INTERNATIONAL | 700 | 69,098.31 |
| | | | | | $ 545,247.83 |
| 22 | | PAC - Candidates | US Bank - Olson | 521 | 56,947.25 |
| 23 | | PAC - Issues | US Bank - Olson | 521 | 3.70 |
| 24 | | PAC - Independent Expenditure | US Bank - Olson | 521 | 4,908.61 |

SFCA_1329121.1



| | | | | | |
|---|---|---|---|---|---|
| 4 | 1017 | BUILDING FUND | Commonwealth Credit Union | 715 | 114,206.54 |
| 5 | 1013 | CAPITAL RESERVE | Citizens Funds | 715 | 274,588.66 |
| 6 | 1019 | CONTINGENCY FUND | Commonwealth Credit Union | 715 | 80,447.40 |
| 7 | 1011 | SANTA CLARA COUNTY CHAPTER FUND | Santa Clara Credit Union | 715 | 25,326.83 |
| 8 | NA | RETIREE BENEFIT TRUST | NA | 715 | 177,878.58 |
| 9 | 1000 | STRIKE FUND | Bank of The West | 715 | 252,000.00 |
| 10 | 1006 | STRIKE FUND | Citizens Funds | 715 | 141,665.84 |
| 11 | 1018 | STRIKE FUND | Commonwealth Credit Union | 715 | 558,703.20 |
| 12 | NA | STRIKE FUND | NA | 531 | 131,250.00 |
| 13 | NA | STRIKE FUND | Bay Federal | 415 | 111,545.58 |
| 14 | NA | STRIKE FUND as of 9 30 07 | u INTERNATIONAL | 521 | 186,444.40 |
| 15 | | Reserve #1 | Union Bank of California | 817 | 94,846.53 |
| 16 | | Reserve #2 | Union Bank of California | 817 | 471,820.79 |
| 17 | | Reserve #2 | Smith Barney | 817 | 82,092.37 |
| | | Total reserve | | $ | 2,773,887.61 |
| 18 | NA | STRIKE FUND as of 7 31 07 | u INTERNATIONAL | 715 | 402,140.84 |
| 19 | NA | STRIKE FUND as of 3 31 07 | u INTERNATIONAL | 415 | 27,991.88 |
| 20 | NA | STRIKE FUND as of 2 28 07 | u INTERNATIONAL | 817 | 46,016.80 |
| 21 | NA | STRIKE FUND as of 3 31 07 | u INTERNATIONAL | 700 | 69,098.31 |
| | | | | $ | 545,247.83 |
| 22 | | PAC - Candidates | US Bank - Olson | 531 | 56,947.25 |
| 23 | | PAC - Issues | US Bank - Olson | 531 | 3.00 |
| 24 | | PAC - Independent Expenditure | US Bank - Olson | 531 | 4,908.61 |
| 25 | | PAC - Candidates | US Bank - Olson | 715 | closed |
| 26 | | PAC - Issues | US Bank - Olson | 715 | closed |
| 27 | | PAC - Candidates | Union Bank of California | 817 | 12,979.58 |
| 28 | | PAC - Issues | Union Bank of California | 817 | 5,338.33 |
| 29 | | Reserve #1 | Morgan Stanley | 700 | 133,318.16 * |
| 30 | 1003 | AGENCY FEE | Bank of The West | 531 | 145,759.58 |
| 31 | 1002 | ORGANIZING FUND | Bank of The West | 531 | 1,919,569.76 |

* - bank statement balance as of June 30, 2007.

G:\Finance\Monthend\2007\BAL~\BALBOARD2007 093007 10/23/2007 6:15 PM

SFCA_1329121.1



SEIU Local 521

**Bank Balance on Saving and Investment accounts**

as of November 30, 2007

| ITEMS | GL# | ACCOUNT NAME | Bank | Local | ENDING BALANCE as of 11 30 07 |
|---|---|---|---|---|---|
| 1 | 1005 | CONTINGENCY FUND | Bank of The West | 521 | 80,447.40 |
| 2 | 2180 | RETIREE BENEFIT TRUST | NA | 521 | 198,747.60 |
| 3 | 2181 | CLARENCE DODGE SCHOLARSHIP | NA | 521 | 20,201.97 |
| 4 | 2182 | CAPITAL RESERVE | NA | 521 | 321,617.00 |
| 5 | 2183 | LEGAL DEFENSE FUND | NA | 521 | 226,178.00 |
| 6 | 2184 | BUILDING FUND | NA | 521 | 113,650.00 |
| 7 | 2334 | SANTA CLARA COUNTY CHAPTER FUND | Bank of The West | 521 | 15,826.83 |
| 8 | 1000 | STRIKE FUND | Bank of The West | 521 | 250,000.00 |
| 9 | 1006 | STRIKE FUND | Bank of The West | 521 | 558,006.09 |
| 10 | 2185 | STRIKE FUND | NA | 521 | 559,747.00 |
| 11 | NA | STRIKE FUND as of 10 31 07 | @ INTERNATIONAL | 521 | 198,643.20 |
| 12 | NA | STRIKE FUND | Bay Federal | 415 | 111,901.36 |
| 13 | | Reserve #1 | Union Bank of California | 817 | 95,333.90 |
| 14 | | Reserve #2 | Union Bank of California | 817 | 473,842.81 |
| 15 | | Reserve #3 | Smith Barney | 817 | 83,093.78 |
| | | Total reserve | | | $ 3,266,736.97 |
| 16 | NA | STRIKE FUND as of 7 31 07 | @ INTERNATIONAL | 715 | 402,140.84 |
| 17 | NA | STRIKE FUND as of 3 31 07 | @ INTERNATIONAL | 415 | 27,991.88 |
| 18 | NA | STRIKE FUND as of 3 28 07 | @ INTERNATIONAL | 817 | 46,016.80 |
| 19 | NA | STRIKE FUND as of 3 31 07 | @ INTERNATIONAL | 700 | 69,098.31 |
| | | | | | $ 545,247.83 |
| 20 | | PAC - Candidates | US Bank - Olson | 521 | 22,244.25 |
| 21 | | PAC - Issues | US Bank - Olson | 521 | 2,050.70 |
| 22 | | PAC - Independent Expenditure | US Bank - Olson | 521 | 24,765.16 |

12



| | | | | | |
|---|---|---|---|---|---|
| 2 | 2180 | RETIREE BENEFIT TRUST | NA | 521 | 198,747.60 |
| 3 | 2181 | CLARENCE DODGE SCHOLARSHIP | NA | 521 | 30,201.97 |
| 4 | 2182 | CAPITAL RESERVE | NA | 521 | 321,617.00 |
| 5 | 2183 | LEGAL DEFENSE FUND | NA | 521 | 226,178.00 |
| 6 | 2184 | BUILDING FUND | NA | 521 | 113,650.00 |
| 7 | 2334 | SANTA CLARA COUNTY CHAPTER FUND | Bank of The West | 521 | 15,326.83 |
| 8 | 1000 | STRIKE FUND | Bank of The West | 521 | 250,000.00 |
| 9 | 1006 | STRIKE FUND | Bank of The West | 521 | 558,006.09 |
| 10 | 2185 | STRIKE FUND | NA | 521 | 559,747.00 |
| 11 | NA | STRIKE FUND as of 10 31 07 | a INTERNATIONAL | 521 | 158,643.20 |
| 12 | NA | STRIKE FUND | Bay Federal | 415 | 111,901.39 |
| 13 | | Reserve #1 | Union Bank of California | 817 | 95,333.90 |
| 14 | | Reserve #2 | Union Bank of California | 817 | 473,842.81 |
| 15 | | Reserve #2 | Smith Barney | 817 | 83,093.78 |
| | | Total reserve | | | $ 3,266,736.97 |
| 16 | NA | STRIKE FUND as of 7 31 07 | a INTERNATIONAL | 715 | 402,140.84 |
| 17 | NA | STRIKE FUND as of 3 31 07 | a INTERNATIONAL | 415 | 27,591.88 |
| 18 | NA | STRIKE FUND as of 2 28 07 | a INTERNATIONAL | 817 | 46,016.80 |
| 19 | NA | STRIKE FUND as of 3 31 07 | a INTERNATIONAL | 700 | 69,098.31 |
| | | | | | $ 545,247.83 |
| 20 | | PAC - Candidates | US Bank - Olson | 521 | 22,244.25 |
| 21 | | PAC - Issues | US Bank - Olson | 521 | 2,059.70 |
| 22 | | PAC - Independent Expenditure | US Bank - Olson | 521 | 24,763.16 |
| 23 | | PAC - Candidates | Union Bank of California | 817 | 12,961.58 |
| 24 | | PAC - Issues | Union Bank of California | 817 | 5,323.43 |
| 25 | | Reserve #1 | Morgan Stanley | 700 | 119,856.50 |
| 26 | 1003 | AGENCY FEE | Bank of The West | 521 | 168,283.00 |
| 27 | 1002 | ORGANIZING FUND | Bank of The West | 521 | 1,935,177.54 |

** Balance as of 10 31 2007

G:\Finance-Monthend\2007\BAL\BALBOARD2007 11\3007 10/10/2007 6:59 PM

13



### SEIU Local 521

### Bank Balance on Saving and Investment accounts

as of December 31st, 2007

| ITEMS | GL# | ACCOUNT NAME | Bank | Local | ENDING BALANCE as of 12 31 07 | |
|---|---|---|---|---|---|---|
| 1 | 1005 | CONTINGENCY FUND | Bank of The West | 521 | 80,447.40 | |
| 2 | 2180 | RETIREE BENEFIT TRUST | NA | 521 | 209,147.00 | |
| 3 | 2181 | CLARENCE DODGE SCHOLARSHIP | NA | 521 | 21,702.00 | |
| 4 | 2182 | CAPITAL RESERVE | NA | 521 | 322,617.00 | |
| 5 | 2183 | LEGAL DEFENSE FUND | NA | 521 | 255,552.00 | |
| 6 | 2184 | BUILDING FUND | NA | 521 | 113,650.00 | |
| 7 | 2334 | SANTA CLARA COUNTY CHAPTER FUND | Bank of The West | 521 | 15,326.83 | |
| 8 | 1000 | STRIKE FUND | Bank of The West | 521 | 250,000.00 | |
| 9 | 1006 | STRIKE FUND | Bank of The West | 521 | 561,306.25 | |
| 10 | 2185 | STRIKE FUND | NA | 521 | 559,747.00 | |
| 11 | NA | STRIKE FUND as of 11 30 0? | a INTERNATIONAL | 521 | 182,814.46 | |
| 12 | NA | STRIKE FUND | Bay Federal | 415 | 112,246.81 | |
| 13 | | Reserve #1 | Union Bank of California | 817 | 95,424.91 | |
| 14 | | Reserve #2 | Union Bank of California | 817 | 474,315.34 | |
| 15 | | Reserve #2 | Smith Barney | 817 | 83,095.78 | ** |
| | | Total reserve | | | $ 3,315,291.72 | |
| 16 | NA | STRIKE FUND as of 12 31 0? | a INTERNATIONAL | 715 | NA | |
| 17 | NA | STRIKE FUND as of 3 31 07 | a INTERNATIONAL | 415 | 27,991.88 | |
| 18 | NA | STRIKE FUND as of 2 28 07 | a INTERNATIONAL | 817 | 46,016.80 | |
| 19 | NA | STRIKE FUND as of 3 31 07 | a INTERNATIONAL | 700 | 69,098.31 | |
| | | | | | $ 143,106.99 | |
| 20 | | PAC - Candidates | US Bank - Olson | 521 | 23,999.40 | |
| 21 | | PAC - Issues | US Bank - Olson | 521 | 6,105.85 | |
| 22 | | PAC - Independent Expenditure | US Bank - Olson | 521 | 24,763.16 | |

SFCA_1329121.1



| | | | | | |
|---|---|---|---|---|---|
| 2 | 2180 | RETIREE BENEFIT TRUST | NA | 521 | 209,147.00 |
| 3 | 2181 | CLARENCE DODGE SCHOLARSHIP | NA | 521 | 21,702.00 |
| 4 | 2182 | CAPITAL RESERVE | NA | 521 | 222,617.00 |
| 5 | 2183 | LEGAL DEFENSE FUND | NA | 521 | 235,553.00 |
| 6 | 2184 | BUILDING FUND | NA | 521 | 115,650.00 |
| 7 | 2334 | SANTA CLARA COUNTY CHAPTER FUND | Bank of The West | 521 | 15,326.83 |
| 8 | 1000 | STRIKE FUND | Bank of The West | 521 | 250,000.00 |
| 9 | 1006 | STRIKE FUND | Bank of The West | 521 | 561,206.25 |
| 10 | 2185 | STRIKE FUND | NA | 521 | 559,747.00 |
| 11 | NA | STRIKE FUND as of 11 30 07 | @ INTERNATIONAL | 521 | 180,814.40 |
| 12 | NA | STRIKE FUND | Bay Federal | 415 | 112,346.81 |
| 13 | | Reserve #1 | Union Bank of California | 817 | 95,424.91 |
| 14 | | Reserve #2 | Union Bank of California | 817 | 474,315.34 |
| 15 | | Reserve #2 | Smith Barney | 817 | 83,093.78 |
| | | Total reserve | | | $ 3,315,291.72 |
| | | | | | |
| 16 | NA | STRIKE FUND as of 12 31 07 | @ INTERNATIONAL | 715 | NA |
| 17 | NA | STRIKE FUND as of 3 31 07 | @ INTERNATIONAL | 415 | 27,991.88 |
| 18 | NA | STRIKE FUND as of 2 28 07 | @ INTERNATIONAL | 817 | 46,016.80 |
| 19 | NA | STRIKE FUND as of 3 31 07 | @ INTERNATIONAL | 700 | 69,098.31 |
| | | | | | $ 143,106.99 |
| | | | | | |
| 20 | | PAC - Candidates | US Bank - Olson | 521 | 24,999.30 |
| 21 | | PAC - Issues | US Bank - Olson | 521 | 6,105.85 |
| 22 | | PAC - Independent Expenditure | US Bank - Olson | 521 | 24,763.16 |
| 23 | | PAC - Candidates | Union Bank of California | 817 | 12,958.58 |
| 24 | | PAC - Issues | Union Bank of California | 817 | 5,320.43 |
| 25 | | Reserve #1 | Morgan Stanley | 700 | 25,580.77 |
| 26 | 1003 | AGENCY FEE | Bank of The West | 521 | 180,263.26 |
| 27 | 1002 | ORGANIZING FUND | Bank of The West | 521 | 1,945,590.56 |

G:\Finance\Monthend\2007\BANKBALBOARD2007 12/31/07 1/16/2008 9:58 PM

15



SEIU Local 521

Bank Balance on Saving and Investment accounts

as of Jan. 31st, 2008

| ITEMS | GL# | ACCOUNT NAME | Bank | Local | ENDING BALANCE as of 1 31 2008 |
|---|---|---|---|---|---|
| 1 | 1005 | CONTINGENCY FUND | Bank of The West | 521 | 80,447.40 |
| 2 | 2180 | RETIREE BENEFIT TRUST | NA | 521 | 218,547.60 |
| 3 | 2181 | CLARENCE DODGE SCHOLARSHIP | NA | 521 | 22,951.97 |
| 4 | 2182 | CAPITAL RESERVE | NA | 521 | 273,617.70 |
| 5 | 2183 | LEGAL DEFENSE FUND | NA | 521 | 195,307.00 |
| 6 | 2184 | BUILDING FUND | NA | 521 | 113,650.00 |
| 7 | 2255 | SANTA CLARA COUNTY CHAPTER FUND | Bank of The West | 521 | 15,076.83 |
| 8 | 1000 | STRIKE FUND | Bank of The West | 521 | 250,000.00 |
| 9 | 1006 | STRIKE FUND | Bank of The West | 521 | 562,653.28 |
| 10 | 2185 | STRIKE FUND | NA | 521 | 763,503.70 |
| 11 | NA | STRIKE FUND as of 11 30 0" | @ INTERNATIONAL | 521 | 180,814.40 |
| 12 | NA | STRIKE FUND | Bay Federal | 415 | 112,853.46 |
| 13 | | Reserve #1 | Union Bank of California | 817 | 95,509.77 |
| 14 | | Reserve #2 | Union Bank of California | 817 | 474,757.28 |
| 15 | | Reserve #2 | Smith Barney | 817 | 85,093.78 |
| | | Total reserve | | | $ 3,442,784.17 |
| 16 | | PAC - Candidates | US Bank - Olson | 521 | 18,999.40 |
| 17 | | PAC - Issues | US Bank - Olson | 521 | 6,105.85 |
| 18 | | PAC - Independent Expenditure | US Bank - Olson | 521 | 24,763.16 |
| 19 | | PAC - Candidates | Union Bank of California | 817 | 22,955.58 |
| 20 | | PAC - Issues | Union Bank of California | 817 | 5,317.47 |

16



http://www.seiu521.org/assets/assetcontent/252a5258-a599-4803-9c22-dd5c796f4333/546bfa9e-94e2-4 - Microsoft Internet Explorer p

| ITEMS | GL# | ACCOUNT NAME | Bank | Local | ENDING BALANCE as of 1 31 2008 |
|---|---|---|---|---|---|
| 1 | 1005 | CONTINGENCY FUND | Bank of The West | 521 | 80,447.40 |
| 2 | 2180 | RETIREE BENEFIT TRUST | NA | 521 | 218,547.60 |
| 3 | 2181 | CLARENCE DODGE SCHOLARSHIP | NA | 521 | 22,951.97 |
| 4 | 2182 | CAPITAL RESERVE | NA | 521 | 273,617.70 |
| 5 | 2183 | LEGAL DEFENSE FUND | NA | 521 | 195,307.00 |
| 6 | 2184 | BUILDING FUND | NA | 521 | 113,650.00 |
| 7 | 2334 | SANTA CLARA COUNTY CHAPTER FUND | Bank of The West | 521 | 15,076.83 |
| 8 | 1000 | STRIKE FUND | Bank of The West | 521 | 250,000.00 |
| 9 | 1006 | STRIKE FUND | Bank of The West | 521 | 562,653.28 |
| 10 | 2185 | STRIKE FUND | NA | 521 | 763,503.70 |
| 11 | NA | STRIKE FUND as of 11 30 07 | □ INTERNATIONAL | 521 | 180,814.40 |
| 12 | NA | STRIKE FUND | Bay Federal | 415 | 112,853.46 |
| 13 |  | Reserve #1 | Union Bank of California | 817 | 95,509.77 |
| 14 |  | Reserve #2 | Union Bank of California | 817 | 474,757.28 |
| 15 |  | Reserve #3 | Smith Barney | 817 | 83,093.78 |
|  |  | Total reserve |  |  | $ 3,442,784.17 |
| 16 |  | PAC - Candidates | US Bank - Olson | 521 | 18,999.40 |
| 17 |  | PAC - Issues | US Bank - Olson | 521 | 6,105.83 |
| 18 |  | PAC - Independent Expenditure | US Bank - Olson | 521 | 24,765.16 |
| 19 |  | PAC - Candidates | Union Bank of California | 817 | 22,955.58 |
| 20 |  | PAC - Issues | Union Bank of California | 817 | 5,317.47 |
| 21 |  | Reserve #1 | Morgan Stanley | 700 | 27,580.77 |
| 22 | 1003 | AGENCY FEE | Bank of The West | 521 | 225,222.31 |
| 23 | 1002 | ORGANIZING FUND | Bank of The West | 521 | 1,288,235.42 |

G:\Finance\Monthend\2008\BANK\BAL BOARD 2008 013108 2 27 2008 1 13 PM

SFCA_1329121.1



SEIU Local 521
Dues Receipts of the year of 2007

|  | A | B | C | D | E | F | G | H | I | J | L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 |  | Mar-07 | Apr-07 | May-07 | Jun-07 | Jun-07 | Aug-07 | Sep-07 | Oct-07 | Nov-07 | YTD 2007 |
| 2 | **Dues Receipts** |  |  |  |  |  |  |  |  |  |  |
| 3 | **Counties** |  |  |  |  |  |  |  |  |  |  |
| 4 | Dues - Santa Clara County | 470,448 | 524,339 | 787,487 | 526,439 | 528,349 | 531,773 | 529,842 | 799,449 | 534,889 | **5,233,084** |
| 5 | Dues - San Mateo County | 119,751 | 74,084 | 73,818 | 80,835 | 74,392 | 74,173 | 112,154 | 75,557 | 77,623 | **762,287** |
| 6 | Dues - Kern County | 259,178 | 172,739 | 172,899 | 173,438 | 175,510 | 271,279 | 185,585 | 187,293 | 192,003 | **1,789,923** |
| 7 | Dues - San Benito County | 11,969 | 10,763 | 11,034 | 10,640 | 15,154 | 10,398 | 10,565 | 16,318 | 11,170 | **108,081** |
| 8 | Dues - Santa Cruz County | 98,732 | 50,949 | 148,372 | 101,453 | 102,876 | 106,070 | 52,079 | 151,251 | 102,148 | **913,980** |
| 9 | Dues - KINGS County | 11,988 | 5,760 | 17,118 | 11,232 | 5,598 | 11,196 | 11,070 | 5,544 | - | **79,506** |
| 10 | Dues - TULARE County | 4,376 | 6,501 | 9,045 | 9,861 | 8,060 | 9,111 | 23,612 | 17,060 | 3,711 | **91,338** |
| 11 | Dues - MONTEREY COUNTY | 109,335 | 142,998 | 143,495 | 143,380 | 147,711 | 153,549 | 187,499 | 154,879 | 154,776 | **1,337,622** |
| 12 | Dues - STANISLAUS COUNTY | - | - | - | - | - | - | 155,395 | - | 36,239 | **191,635** |
| 13 | Dues - MARIPOSA COUNTY | - | 4,890 | 4,798 | 5,414 | 5,665 | - | - | - | - | **20,767** |
| 14 | Dues -FRESNO COUNTY |  | 116,016 | 347,306 | 230,008 | 232,837 | 239,111 | 468,354 | 208,305 | 240,246 | **2,082,183** |
| 15 | Dues -MADERA (COMPA) COUNTY |  |  |  |  |  |  | 8,336 | - | - | **8,336** |
| 16 | Dues -MADERA (SEMC) COUNTY |  |  |  |  |  |  | 3,240 | - | - | **3,240** |
| 17 | **Courts** |  |  |  |  |  |  |  |  |  |  |
| 18 | Dues - Santa Clara Sup Court | 39,116 | 39,290 | 59,229 | 39,918 | 41,282 | 41,641 | 41,848 | 63,541 | 42,781 | **408,647** |
| 19 | Dues - San Mateo Sup Court | 14,531 | 14,663 | 14,876 | 15,070 | 14,912 | 14,838 | 22,265 | 14,996 | 15,401 | **141,552** |
| 20 | Dues - SANTA CRUZ COURT | 2,730 | 5,479 | 5,570 | 8,881 | 5,653 | 5,627 | 5,567 | 8,221 | 5,655 | **53,383** |
| 21 | Dues - SAN BENITO COURT | 996 | 451 | 939 | 940 | 961 | 943 | 957 | 1,447 | 1,015 | **8,641** |
| 22 | Dues - KINGS COURT | 1,306 | 1,224 | 1,242 | 1,260 | 1,260 | 1,908 | 1,332 | 1,332 | 1,314 | **12,078** |
| 23 | Dues - TULARE COURT | 3,890 | 6,741 | 6,854 | 4,958 | 4,958 | 7,595 | 5,158 | 5,130 | 5,303 | **50,588** |
| 24 | Dues - MONTEREY COURT | 10,543 | - | 5,293 | 5,383 | 5,487 | 11,281 | 5,527 | 5,519 | 5,432 | **54,465** |
| 25 | Dues - MARIPOSA COURT | - | 348 | 314 | 324 | 334 | - | - | - | - | **1,320** |
| 26 | **Cities** |  |  |  |  |  |  |  |  |  | **-** |
| 27 | Dues - City of Menlo Park | 8,501 | 4,276 | 13,002 | 8,712 | 9,175 | 14,134 | 8,737 | 8,850 | 8,892 | **84,279** |
| 28 | Dues - City of Palo Alto | 38,654 | 39,012 | 39,823 | 38,718 | 39,907 | 62,546 | 40,185 | 40,395 | 40,745 | **379,985** |

SFCA_1329121.1



| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 28 | Dues - City of Palo Alto | 38,654 | 39,012 | 39,823 | 38,718 | 39,907 | 62,546 | 40,185 | 40,395 | 40,745 | 379,985 |
| 29 | Dues - City of East Palo Alto | 2,299 | 1,506 | 833 | 821 | 1,743 | 2,714 | 1,917 | 1,875 | 1,808 | 15,516 |
| 30 | Dues - City of Redwood City | 15,498 | 15,548 | 8,507 | 23,054 | 23,130 | 15,512 | 15,542 | 15,604 | 23,502 | 155,888 |
| 31 | Dues - City of San Mateo | 6,838 | 3,397 | - | 13,528 | 6,470 | 6,699 | 6,723 | 10,042 | 6,778 | 60,474 |
| 32 | Dues - City of San Mateo GU | 8,956 | 9,071 | 13,636 | 4,592 | 4,599 | 13,916 | 9,147 | 14,024 | 14,090 | 92,031 |
| 33 | Dues - City of Mtn View | 10,796 | 10,902 | 16,452 | 11,032 | 11,315 | 11,374 | 11,368 | 17,123 | 11,455 | 111,817 |
| 34 | Dues - City of Sunnyvale | 1,606 | 1,623 | 2,503 | 1,614 | 1,585 | 1,570 | 1,524 | 1,551 | 2,390 | 15,966 |
| 35 | Dues - City of EXETER | 585 | 585 | 585 | 585 | 585 | 634 | 605 | 546 | 566 | 5,285 |
| 36 | Dues - City of Delano | 5,504 | 5,511 | 5,484 | 5,604 | 5,687 | 8,521 | 5,799 | 5,681 | 5,777 | 53,589 |
| 37 | Dues - City of Salinas | 9,865 | 10,062 | 10,156 | 10,156 | 9,814 | 9,787 | 9,814 | 9,663 | 9,539 | 88,856 |
| 38 | Dues - City of Santa Cruz | 21,256 | 21,050 | 23,786 | 22,448 | 23,527 | 23,719 | 22,746 | 22,412 | 24,313 | 205,257 |
| 39 | Dues - City of Watsonville | 2,444 | 2,404 | 3,606 | 2,422 | 2,535 | 2,643 | 2,623 | 4,004 | 2,640 | 25,320 |
| 40 | Dues - City of King | 689 | 694 | 694 | 347 | 694 | 1,045 | 695 | 696 | 674 | 6,228 |
| 41 | Dues - City of Hanford | 4,365 | 2,175 | 6,641 | 4,400 | 4,402 | 3,930 | 2,161 | 6,529 | 4,404 | 39,006 |
| 42 | Dues - City of TAFT | 517 | - | 481 | 157 | 564 | 905 | 249 | 264 | 380 | 3,518 |
| 43 | Dues - City of WASCO | 500 | 917 | 1,074 | 1,074 | 1,074 | 537 | 1,148 | 1,867 | - | 8,189 |
| 44 | Dues - City of CORCORAN | 351 | 312 | 663 | 351 | 312 | 312 | - | 351 | 702 | 3,354 |
| 45 | Dues - City of Scotts Valley | 1,317 | 1,342 | 1,395 | 1,395 | 1,395 | 1,476 | 1,482 | 1,489 | 1,491 | 12,786 |
| 46 | Dues - City of Shafter | 925 | 2,696 | 1,753 | 1,753 | 1,756 | 1,758 | 1,722 | 1,753 | 1,735 | 15,809 |
| 47 | Dues - City of Tulare | 1,642 | 4,907 | 7,871 | 3,531 | 3,635 | 5,594 | 3,825 | 4,043 | 4,180 | 39,205 |
| 48 | Dues - City of Bakersfield | 25,485 | 25,565 | 25,743 | 25,635 | 25,745 | 38,662 | 26,056 | 26,261 | 26,148 | 245,300 |
| 49 | Dues - City of HOLLISTER | 2,116 | 1,018 | 2,973 | 1,922 | 2,004 | 1,932 | 3,996 | - | 1,995 | 17,956 |
| 50 | Dues - City of COALINGA | 536 | 1,109 | 1,678 | 1,159 | 1,174 | 1,174 | 1,724 | 1,123 | 1,145 | 10,822 |
| 51 | Dues - City of LINDSAY | - | 467 | 240 | 212 | 106 | 304 | 389 | 185 | 185 | 2,088 |
| 52 | Dues - City of ARVIN | - | 658 | 660 | 729 | 468 | 847 | 554 | 588 | 533 | 5,037 |

19

SFCA_1329121.1



1 of 3     G:\Finance\Monthend\2007\1107\INC1107 Inc1107 12/10/2007 6:41 PM

## SEIU Local 521
## Dues Receipts of the year of 2007

| | A | B | C | D | E | F | G | H | I | J | L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | Mar-07 | Apr-07 | May-07 | Jun-07 | Jun-07 | Aug-07 | Sep-07 | Oct-07 | Nov-07 | YTD 2007 |
| 53 | Schools | | | | | | | | | | - |
| 54 | Dues - Santa Clara COE | 41,089 | 40,875 | 41,237 | 41,427 | 41,111 | 37,842 | 41,737 | 42,153 | 42,631 | 370,100 |
| 55 | Dues - San Mateo COE | 6,188 | 6,115 | 6,108 | 6,066 | 6,193 | 5,523 | 5,324 | 5,731 | 5,886 | 53,137 |
| 56 | Dues - Campbell UHSD | 2,537 | 2,559 | 2,559 | 3,554 | 2,856 | 2,128 | 2,155 | 2,498 | 2,677 | 22,522 |
| 57 | Dues - Cupertino USD | 9,116 | 9,316 | 9,162 | 9,453 | 8,402 | 7,918 | 8,398 | 8,975 | 9,337 | 79,987 |
| 58 | Dues - Los Gatos JUHSD | 4,611 | 4,542 | 4,787 | 4,827 | 4,648 | 2,196 | 2,991 | 4,932 | 4,951 | 38,476 |
| 59 | Dues - Morgan Hill JUHSD | 9,920 | 9,601 | 9,597 | 9,942 | 7,718 | 3,830 | 4,658 | 10,452 | 10,427 | 76,144 |
| 60 | Dues - Orchard Elem | 818 | 828 | 889 | - | 860 | 797 | 217 | 960 | 984 | 6,354 |
| 61 | Dues - West Valley CCD | 14,430 | 14,592 | 14,552 | 14,456 | 14,110 | 13,233 | 14,127 | 15,645 | 15,630 | 130,776 |
| 62 | Dues - Foothill - DeAnza CCD | 31,350 | 31,442 | 31,374 | 31,327 | 31,433 | 29,538 | 27,243 | 28,798 | - | 242,405 |
| 63 | Dues - CABRILLO COLLEGE | 11,392 | 11,464 | 6,561 | - | - | - | - | - | - | 29,317 |
| 64 | Dues - GONZALES UNIFIED | 187 | - | 178 | 178 | 178 | - | - | 178 | 178 | 1,075 |
| 65 | Dues - STANDARD SCHOOL | 1,285 | - | 1,285 | 2,560 | - | 1,278 | 734 | 1,631 | 1,827 | 10,599 |
| 66 | Dues - San Lorenzo Valley USI | 3,706 | 3,669 | - | - | - | - | - | 14,869 | - | 22,244 |
| 67 | Dues - TAFT UNION HIGH SC | - | 1,556 | 1,556 | 1,556 | 1,516 | 1,073 | 1,113 | 1,529 | 1,539 | 11,430 |
| 68 | Dues - EDISON ELEMENTAR | - | 480 | - | 493 | 493 | 1,178 | 221 | 440 | 440 | 3,746 |
| 69 | Dues - RIVERDALE UNIFIED | - | - | 1,441 | 1,440 | 1,440 | 1,398 | 2,952 | 1,470 | 1,630 | 11,761 |
| 70 | Dues - LAIDLAW EDUCATIO | - | - | - | 6,308 | 166 | 4,641 | 29,099 | 6,377 | 6,162 | 52,652 |
| 71 | Dues - FRESNO UNIFIED SCI | - | - | - | - | 26,170 | 28,606 | 102,542 | 26,849 | 26,708 | 210,875 |
| 72 | Dues - FASTA | - | - | - | - | - | - | 30,653 | 6,425 | 10,094 | 47,172 |
| 73 | UHW & L1877 | | | | | | | | | | |
| 74 | Dues - Santa Clara University | 3,686 | 3,943 | 3,818 | 4,073 | 3,762 | 5,983 | 2,153 | 3,661 | 3,846 | 34,924 |
| 75 | Dues - Bon Appetit SantaC U | 24 | - | - | - | - | - | - | - | - | 24 |
| 76 | Dues - Standford | 40,032 | 41,760 | 43,154 | 45,288 | 39,644 | 43,946 | 42,468 | 20,486 | 68,139 | 384,916 |
| 77 | Dues - SLAC | 10,184 | 24,519 | 35,749 | 13,298 | 34,453 | 25,559 | 24,805 | 11,260 | 25,835 | 205,664 |

8.50 x 11.00 in

SFCA_1329121.1

http://www.seiu521.org/Admin/Assets/AssetContent/252a5258-a599-4803-9c22-dd5c796f4333/546bfa9e-... - Microsoft Internet Explorer



| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 77 | Dues - SLAC | 10.184 | 24.519 | 35.749 | 13.398 | 34.453 | 25.599 | 24.505 | 11.260 | 25.835 | 205,664 |
| 78 | Dues - USW Hospitals | - | - | - | - | - | - | 21.949 | - | - | 21,949 |
| 79 | Dues - Cardinal Cogen | 990 | 993 | 1.000 | 1.064 | 922 | 858 | 1.648 | 790 | (67) | 8,137 |
| 80 | Dues - Bon Appent Standford | - | - | - | - | - | - | - | - | - | - |
| 81 | **Private Non-profit** | | | | | | | | | | - |
| 82 | Dues - Alliance for Comm Care | 9.819 | 9.617 | 9.583 | 13.925 | 9.175 | 8.801 | 8.93? | 8.607 | 13.241 | 91,706 |
| 83 | Dues - Community Solutions | 4.555 | 1.161 | 3.971 | 2.322 | 1.699 | 3.511 | 2.526 | 2.750 | 4.312 | 26,206 |
| 84 | Dues - Gardner Health | 5.733 | 5.591 | 8.406 | 5.906 | 5.939 | 6.066 | 8.789 | 5.802 | 5.834 | 58,056 |
| 85 | Dues - Rebekan Children's Hm | 2.564 | 2.637 | 2.521 | 2.605 | 2.517 | 3.830 | 2.530 | 2.795 | 3.110 | 25,108 |
| 86 | Dues - SC Bar Foundation | 1.745 | 1.731 | 1.766 | 1.643 | 1.716 | 1.663 | 1.733 | 1.758 | 1.969 | 15,725 |
| 87 | Dues - Starlight | 4.263 | 4.452 | 4.973 | 5.182 | 4.668 | 5.038 | 5.054 | 4.737 | 5.478 | 43,844 |
| 88 | **Homecares** | | | | | | | | | | |
| 89 | Dues - Addus Health Center | 1.267 | 1.114 | 1.139 | 1.145 | 1.242 | 1.185 | 1.210 | 1.338 | 1.239 | 10,879 |
| 90 | Dues - IHSS San Mateo Co. | 46.781 | 47.519 | 46.832 | 47.645 | 48.548 | 48.373 | 50.367 | 50.039 | 51.292 | 437,306 |
| 91 | Dues - IHSS Santa Clara Co. | 194.614 | 184.800 | 175.301 | 190.544 | 197.732 | 195.859 | 195.917 | 206.883 | 210.331 | 1,751,971 |
| 92 | Dues - MidPen Homecare | - | 2.726 | 4.729 | - | 3.011 | 2.308 | 2.748 | 4.239 | - | 19,790 |
| 93 | Dues - OACM | 1.894 | 2.808 | 2.023 | 1.914 | 2.002 | 1.876 | 2.820 | 1.901 | - | 17,237 |
| 94 | Dues - BEAR VALLEY | 480 | 1.411 | 1.460 | 976 | 1.068 | 1.043 | 1.001 | 958 | 1.445 | 9,842 |
| 95 | **Special Districts** | | | | | | | | | | |
| 96 | Dues - El Camino Hospital | 33.140 | 21.976 | 21.733 | 21.637 | 20.419 | 27.387 | 18.133 | 17.672 | 19.377 | 201,375 |
| 97 | Dues - Housing Authority-SCC | 5.798 | 5.910 | 8.758 | 5.731 | 5.750 | 5.733 | 5.728 | 5.783 | 10.145 | 59,337 |
| 98 | Dues - Humane Society | 767 | 410 | 750 | 742 | 819 | 770 | 1.274 | 837 | 833 | 7,202 |
| 99 | Dues - Valley Transit Authorit | 18.233 | 18.238 | 22.531 | 18.666 | 18.396 | 18.426 | 18.370 | 18.231 | 27.703 | 183,485 |
| 100 | Dues - MACSA | - | 5.670 | 2.880 | 2.805 | 3.079 | 2.848 | 2.814 | - | 5.780 | 25,877 |
| 101 | Dues - HOPE REHABILITATI | 4.792 | 5.106 | 4.997 | 2.699 | 5.248 | 5.573 | 5.356 | 5.327 | 5.381 | 44,478 |
| 102 | Dues - YOSEMITE CONC | 15.175 | 12.472 | 24.901 | 31.508 | 31.734 | 49.216 | 30.601 | 28.862 | 27.337 | 251,804 |
| 103 | Dues - Community Act Part Ke | 11.518 | 18.182 | 11.808 | 9.895 | 8.460 | 8.467 | 2.573 | 11.590 | 11.219 | 93,912 |
| 104 | Dues - SANTA CRUZ METRO | 2.707 | 2.721 | 10.772 | 3.234 | 2.179 | - | 2.759 | 5.494 | 8.149 | 38,017 |
| 105 | Dues - SANTA CRUZ COMM | 3.574 | - | 2.770 | 1.496 | 416 | 511 | 1.177 | 1.699 | - | 11,642 |
| 106 | Dues - SALUD PARA LA GEN | 6.028 | - | 7.535 | 2.021 | 4.842 | 4.038 | 4.364 | 8.725 | 4.736 | 42,288 |
| 107 | Dues - ARVIN-EDISON WATI | 688 | 725 | 725 | 725 | 688 | 707 | 1.069 | 996 | 615 | 6,938 |
| 108 | Dues - COMMUNITY ACT P I | 920 | 2.914 | 2.101 | 1.890 | 1.933 | 3.314 | 3.197 | 3.196 | 5.165 | 22,630 |
| 109 | Dues - MONTEREY REGION. | 1.575 | - | - | - | 6.233 | 1.550 | 1.544 | 1.489 | 1.499 | 13,890 |
| 110 | Dues - HOPE - SAN JOSE | - | - | - | 2.669 | - | - | - | - | - | 2,669 |
| 111 | Dues - San Andreas Regional C | 15.542 | 15.962 | 16.240 | 16.344 | 16.068 | 15.605 | (149) | 15.627 | 15.664 | 126,903 |
| 112 | Dues - UNISCAN STR ATI... | 111 | 111 | 57 | 177 | 111 | 84 | 75 | 75 | 75 | 897 |

8.50 x 11.00 in

SFCA_1329121.1



| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 112 | Dues - LINDSAY STRATHM... | 114 | 114 | 57 | 172 | 114 | 95 | 75 | 75 | 75 | 892 |
| 113 | Dues - SSJUD | 225 | 213 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 1,838 |
| 114 | Dues - MONTEREY CHILDRE... | 1,000 | - | 1,026 | - | - | - | - | - | - | 2,026 |
| 115 | Dues - GOLDEN VALLEY HE... | 8,140 | 4,048 | 12,055 | 8,242 | 8,948 | 9,152 | 13,895 | 9,826 | 9,592 | 83,899 |
| 116 | Dues - SAN BENITO CTY WA... | 58 | 385 | 431 | 389 | 352 | 357 | 364 | 375 | 820 | 3,332 |
| 117 | Dues - SOQUEL CREEK WAT... | 552 | 974 | 487 | - | 974 | 487 | - | 974 | 487 | 4,935 |
| 118 | Dues - CHAMBERLAIN'S CH... | 955 | 952 | 766 | 695 | 695 | - | 732 | 1,560 | 890 | 7,245 |
| 119 | Dues - MARINA COAST WA... | 1,392 | 1,279 | 1,281 | 1,235 | 1,286 | 1,345 | 1,342 | 1,337 | 1,349 | 11,747 |

2 of 3                                    G:\Finance\Monthend\2007\1107\INC1107 inc1107 12/10/2007 6:41 PM

## SEIU Local 521
## Dues Receipts of the year of 2007

| | A | B | C | D | E | F | G | H | I | J | L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | Mar-07 | Apr-07 | May-07 | Jun-07 | Jan-07 | Aug-07 | Sep-07 | Oct-07 | Nov-07 | YTD 2007 |
| 120 | Dues - MONTEREY BAY UN... | 979 | 977 | - | - | - | - | - | - | - | 1,956 |
| 121 | Dues - COMMUNITY BRIDG... | 487 | 508 | 476 | 506 | - | 491 | 1,009 | 446 | 533 | 4,457 |
| 122 | Dues - WOMEN'S CRISIS SU... | 537 | 585 | 561 | 559 | 497 | 539 | 511 | 567 | 528 | 4,879 |
| 123 | Dues - CENTRAL CA LEGAL... | 1,053 | 2,156 | 2,115 | 2,082 | 2,165 | 2,132 | 2,307 | 2,530 | 2,596 | 19,126 |
| 124 | Dues - Housing Authority-MBY | 3,568 | 3,503 | 3,416 | 3,496 | - | 6,902 | 3,467 | 3,517 | 3,570 | 31,439 |
| 125 | Dues - PENINSULA DENTAL... | 378 | - | - | - | - | - | (378) | - | - | - |
| 126 | Dues - CHISPA HOUSING M... | - | 1,155 | 1,665 | 853 | 853 | - | 1,252 | 864 | 1,538 | 8,180 |
| 127 | Dues - MV PUBLIC TRANSP... | - | 3,796 | 1,912 | 1,856 | 1,856 | 1,800 | 1,828 | 1,828 | 1,828 | 16,702 |
| 128 | Dues - ACHIEVEKIDS | - | 5,645 | 5,576 | 5,531 | 8,303 | 5,592 | 5,572 | 5,500 | 5,954 | 47,672 |
| 129 | Dues - PENINSULA JEWISH... | - | 2,039 | 1,956 | - | 2,764 | 877 | 877 | 2,229 | 2,332 | 13,082 |
| 130 | Dues - CHILDREN'S SERVIC... | - | 2,016 | - | 2,991 | 2,770 | - | 3,371 | - | 3,944 | 15,092 |
| 131 | Dues - JEWISH COMM CTR - | - | 718 | 694 | 686 | 364 | - | 238 | 985 | 1,081 | 4,666 |
| 132 | Dues - AMERICAN REDCRO... | - | - | 2,472 | 2,429 | 2,593 | 2,662 | 7,372 | 2,711 | 2,545 | 22,785 |
| 133 | Dues - Housing Authority-FAT... | - | - | - | 1,419 | 1,386 | 2,968 | 12,634 | 2,921 | 2,975 | 24,302 |
| 134 | Dues - KERN REGIONAL CENTER | | | | | | 9,020 | 44,108 | 8,491 | 8,980 | 70,599 |
| 135 | Dues - STUDENT TRANSPORTATION | | | | | | - | 3,290 | - | - | 3,290 |

8.50 x 11.00 in



| | | | | | | | | | | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 135 | Dues - STUDENT TRANSPORTATION | | | | | | - | 3,390 | - | - | 3,290 |
| 136 | Dues - Associate Members | 206 | - | 472 | - | 86 | - | - | - | - | 764 |
| 137 | Dues - Retirees | 1,701 | 339 | 1,690 | - | 924 | 1,257 | 815 | 765 | 622 | 8,112 |
| 138 | Dues - 521 Staff Members | 1,076 | 771 | 1,363 | 1,824 | 1,888 | 2,710 | 1,598 | 1,570 | 1,421 | 14,222 |
| 139 | Total Dues Receipts | 1,937,972 | 1,960,198 | 2,661,404 | 2,182,557 | 2,224,147 | 2,412,425 | 2,867,623 | 2,595,318 | 2,358,390 | 21,199,934 |
| 140 | Other Income | | | | | | | | | | |
| 141 | Interest Dividend Income | - | 6,158 | 7,601 | 6,986 | 7,767 | 10,529 | 15,063 | 20,039 | 4,553 | 78,696 |
| 142 | Gain Loss on Investment | - | - | - | - | - | - | - | - | - | - |
| 143 | Rebate Income | - | 2,247 | - | - | - | - | - | - | - | 2,247 |
| 144 | Rebate Org Income | - | | | | | | | | | |
| 145 | Rental Income | 3,311 | 3,311 | 3,311 | 4,626 | 3,457 | 3,536 | 3,391 | 3,761 | 3,536 | 32,240 |
| 146 | Misc Income | 383 | 61 | - | 47 | 234 | 15 | (378) | 298 | - | 659 |
| 147 | ADMINISTRATION FEES | - | 25,000 | - | - | - | - | - | - | 25,000 | 50,000 |
| 148 | | | | | | | | | | | |
| 149 | Total Receipts | 1,941,666 | 1,996,975 | 2,672,316 | 2,194,216 | 2,235,604 | 2,426,506 | 2,885,698 | 2,619,416 | 2,391,379 | 21,363,775 |

23

SFCA_1329121.1



SFCA_1329121.1



**SEIU Local 521**
**Financial Statement**
**For the month of May 2007**

| B | Mar | Apr | O | P May | Q | AQ | AR | AS |
|---|---|---|---|---|---|---|---|---|
| | Actual | Actual | Budget | Actual | better(worse) | Budget | Actual | better(worse) |
| | | | | | | | YTD - Three months | |
| TOTAL DUES RECEIPTS | 1,937,972 | 1,960,198 | 2,378,957 | 2,661,404 | 284,446 | 7,130,872 | 6,559,573 | (571,299) |
| OTHER INCOME | | | | | | | | |
| Interest & Dividends | | 6,158 | 2,400 | 7,601 | 5,201 | 7,200 | 13,760 | 6,560 |
| SMI+HSS Administrative Reimb | - | 25,000 | 5,000 | - | (5,000) | 15,000 | 25,000 | 10,000 |
| Sublease Rent | 3,311 | 3,311 | 3,600 | 3,311 | (289) | 10,800 | 9,933 | (867) |
| Misc. Income | 383 | 2,308 | - | - | - | - | 2,691 | 2,691 |
| Total Misc. Income | 3,694 | 36,777 | 11,000 | 10,912 | (88) | 33,000 | 51,384 | 18,384 |
| | | | | | | | | |
| TOTAL GENERAL FUND INCOME | 1,941,666 | 1,996,975 | 2,387,957 | 2,672,316 | 284,359 | 7,163,872 | 6,610,956 | (552,916) |
| | | | | | | | | |
| GENERAL FUND EXPENSES | | | | | | | | |
| | | | | | | | | |
| ORGANIZING OFFSET | 301,077 | 301,077 | 301,077 | 301,077 | (0) | 903,232 | 903,232 | - |
| | | | | | | | | |
| SALARIES | | | | | | | | |
| Administrative | 29,293 | 34,472 | 37,345 | 34,472 | 2,873 | 112,035 | 96,237 | 13,797 |
| Admin Support | 15,732 | 18,304 | 37,674 | 32,391 | 5,283 | 113,021 | 66,427 | 46,594 |
| Directors | 63,466 | 65,628 | 83,896 | 65,581 | 18,315 | 251,688 | 194,876 | 56,812 |
| Internal Organizers/Research | 179,499 | 207,013 | 252,575 | 218,022 | 34,553 | 757,726 | 604,534 | 153,192 |
| Clerical | 58,721 | 67,096 | 68,579 | 54,179 | 14,400 | 205,736 | 179,967 | 25,770 |
| Facilities | 2,689 | 3,321 | 3,337 | 3,080 | 257 | 10,010 | 9,070 | 939 |
| Data Base Services | 17,162 | 21,396 | 23,217 | 22,889 | 328 | 69,650 | 61,437 | 8,213 |
| Temp. Internal Organizers/Res | 2,889 | 3,440 | 5,000 | 5,190 | (190) | 15,000 | 11,519 | 3,481 |
| Temp. Clerical/Support | 915 | 645 | 3,000 | 4,275 | (1,275) | 9,000 | 5,835 | 3,165 |
| Vacation & Comp Time | 5,611 | 956 | 25,331 | 5,067 | 20,264 | 75,993 | 11,334 | 64,659 |
| Total Salaries | 375,947 | 422,143 | 539,963 | 445,146 | 94,807 | 1,619,858 | 1,243,236 | 376,622 |
| PAYROLL RELATED EXPENSES | | | | | | | | |
| Pension | 102,328 | 28,766 | 70,927 | 58,608 | 12,319 | 212,791 | 189,700 | 23,081 |
| Payroll Taxes Expenses | 30,413 | 67,561 | 50,662 | 26,190 | 24,473 | 151,966 | 114,163 | 37,823 |
| Travel Staff-Admin | 951 | 3,012 | 1,500 | 5,877 | (4,377) | 4,500 | 9,841 | (5,341) |
| Travel Staff-Internal Organizers | 5,977 | 9,614 | 3,000 | 3,634 | (634) | 9,000 | 19,225 | (10,225) |
| Mileage/Ins. Reimb-Admin & D | 2,209 | 1,049 | 10,392 | 509 | 9,883 | 31,176 | 3,766 | 27,410 |
| Mileage/Ins. Reimb-Internal Or | 15,962 | 17,963 | 21,475 | 17,106 | 4,369 | 64,425 | 51,051 | 13,374 |

SFCA_1329121.1



| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 7 | Sublease Rent | 3,311 | 3,311 | 3,600 | 3,311 | (289) | 10,800 | 9,933 | (867) |
| 8 | Misc Income | 383 | 2,308 | - | - | - | | 2,691 | 2,691 |
| 9 | Total Misc. Income | 3,694 | 36,777 | 11,000 | 10,912 | (88) | 33,000 | 51,384 | 18,384 |
| 10 | | | | | | | | | |
| 11 | TOTAL GENERAL FUND INCO | 1,941,666 | 1,996,975 | 2,387,957 | 2,672,316 | 284,359 | 7,163,872 | 6,610,956 | (552,916) |
| 12 | | | | | | | | | |
| 13 | GENERAL FUND EXPENSES | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | ORGANIZING OFFSET | 301,077 | 301,077 | 301,077 | 301,077 | (0) | 903,232 | 903,232 | - |
| 16 | | | | | | | | | |
| 17 | SALARIES | | | | | | | | |
| 18 | Administrative | 29,293 | 34,472 | 37,345 | 34,472 | 2,873 | 112,036 | 98,237 | 13,797 |
| 19 | Admin Support | 15,732 | 19,304 | 37,674 | 32,391 | 5,283 | 113,021 | 66,427 | 46,594 |
| 20 | Directors | 63,466 | 65,828 | 83,896 | 65,581 | 18,315 | 251,686 | 194,876 | 56,612 |
| 21 | Internal Organizers/Research | 179,499 | 207,013 | 252,575 | 218,022 | 34,553 | 757,726 | 604,534 | 153,192 |
| 22 | Clerical | 58,721 | 67,096 | 98,579 | 54,179 | 14,400 | 205,736 | 179,967 | 25,770 |
| 23 | Facilites | 2,669 | 3,321 | 3,337 | 3,080 | 257 | 10,010 | 9,070 | 939 |
| 24 | Data Base Services | 17,152 | 21,396 | 23,217 | 22,889 | 328 | 69,650 | 61,437 | 8,213 |
| 25 | Temp. Internal Organizers/Rese | 2,669 | 3,440 | 5,000 | 5,190 | (190) | 15,000 | 11,519 | 3,481 |
| 26 | Temp. Clerical/Support | 915 | 645 | 3,000 | 4,275 | (1,275) | 9,000 | 5,835 | 3,165 |
| 27 | Vacation & Comp Time | 5,811 | 656 | 25,331 | 5,067 | 20,264 | 75,993 | 11,334 | 64,659 |
| 28 | Total Salaries | 375,947 | 422,143 | 539,953 | 445,146 | 94,807 | 1,619,858 | 1,243,236 | 376,622 |
| 29 | PAYROLL RELATED EXPENSES | | | | | | | | |
| 30 | Pension | 102,326 | 29,766 | 70,927 | 58,608 | 12,319 | 212,781 | 189,700 | 23,081 |
| 31 | Payroll Taxes Expenses | 30,413 | 57,561 | 90,662 | 26,190 | 24,473 | 151,966 | 114,163 | 37,623 |
| 32 | Travel Staff-Admin | 951 | 3,012 | 1,500 | 5,877 | (4,377) | 4,500 | 9,841 | (5,341) |
| 33 | Travel Staff-Internal Organizer | 5,977 | 9,614 | 3,000 | 3,634 | (634) | 9,000 | 19,225 | (10,225) |
| 34 | Mileage/Ins. Reimb -Admin & D | 2,009 | 1,049 | 10,392 | 509 | 9,683 | 31,176 | 3,766 | 27,410 |
| 35 | Mileage/Ins. Reimb -Internal Or | 15,962 | 17,963 | 21,475 | 17,106 | 4,369 | 64,425 | 51,051 | 13,374 |
| 36 | Telephone Reimbursement | 3,040 | 2,298 | 7,500 | 2,431 | 5,069 | 22,500 | 7,769 | 14,731 |
| 37 | Retiree Health Exp | 3,410 | 7,969 | 5,731 | 2,334 | 3,366 | 17,102 | 13,714 | 3,386 |
| 38 | Retire Benefit Trust Fund | | | 10,400 | | | 31,200 | 31,200 | - |
| 39 | Benefits/Health, Dental, Vision | 94,216 | 188,515 | 163,718 | 111,093 | 52,624 | 491,153 | 393,826 | 97,327 |
| 40 | Workers Comp Insurance | 23,737 | 7,613 | 20,698 | 7,613 | 13,065 | 62,096 | 38,963 | 23,133 |
| 41 | Recruiting exp | 909 | 1,394 | 1,000 | 1,331 | (331) | 3,000 | 3,634 | (634) |
| 42 | Vacancy Rate (saving) | | | (86,182) | | (86,182) | (264,547) | - | (264,547) |
| 43 | Total Payroll Related Expen | 283,672 | 336,154 | 278,790 | 247,127 | 31,663 | 836,371 | 876,863 | (40,492) |
| 44 | | | | | | | | | |
| 45 | Total Salaries & Payroll Expe | 669,619 | 758,297 | 818,743 | 692,272 | 126,470 | 2,456,229 | 2,120,088 | 336,140 |
| 46 | | | | | | | | | |

1 of 5

G:\Finance\Monthend\2007\0507\NC0507 0507 8/6/2007 6:59 PM

SFCA_1329121.1



SEIU Local 521
Financial Statement
For the month of May 2007

| | B | Mar | Apr | Budget | Actual | better(worse) | Budget | Actual | better(worse) |
|---|---|---|---|---|---|---|---|---|---|
| | | Actual | Actual | | May | | YTD - Three months | | |
| 48 | MISCELLANEOUS | | | | | | | | |
| 49 | Agency Fee/Assoc. Exp | | | 11,000 | | - | 33,000 | 33,000 | - |
| 50 | Capita Fund Expense | 1,000 | 1,000 | 1,000 | 1,000 | - | 3,000 | 3,000 | - |
| 51 | Admin exp share w. chapter | 375 | 40 | 1,000 | 302 | 698 | 3,000 | 717 | 2,263 |
| 52 | Free Life insurance to members (SCR, MRY & E | | 1,200 | 6,800 | 2,454 | 4,346 | 20,400 | 3,854 | 16,746 |
| 53 | Chapter Fund Reimbursement | 3,886 | 3,074 | 4,000 | 3,119 | 881 | 12,000 | 9,878 | 2,122 |
| 54 | Dodge Scholarship | 1,500 | 1,500 | 1,500 | 1,500 | - | 4,500 | 4,500 | - |
| 55 | Good & Welfare | | | 3,600 | | 3,600 | 10,800 | | 10,800 |
| 56 | UHW & L1877 ADMIN EXPEN | 181,638 | 189,849 | - | 14,356 | (14,356) | - | 385,843 | (385,843) |
| 57 | Total Miscellaneous | 199,198 | 207,663 | 28,900 | 33,732 | (4,832) | 86,700 | 440,693 | (353,893) |
| 58 | | | | | | | | | |
| 59 | ARBITRATIONS & LEGAL | | | | | | | | |
| 60 | Arbitrations Fees | 7,545 | 3,909 | 3,100 | 1,781 | 1,319 | 9,300 | 13,235 | (3,935) |
| 61 | Retainer | 13,262 | 8,995 | 21,740 | 21,791 | (51) | 65,220 | 44,049 | 21,171 |
| 62 | Court Costs | | | 3,300 | 1,215 | 2,085 | 9,900 | 1,215 | 8,685 |
| 63 | Miscellaneous | | | 500 | | 500 | 1,500 | - | 1,500 |
| 64 | Total Arbitrations & Legal | 20,807 | 12,905 | 28,640 | 24,787 | 3,853 | 85,920 | 58,499 | 27,421 |
| 65 | | | | | | | | | |
| 66 | FACILITIES | | | | | | | | |
| 67 | Rent-SJC + 535SJC | 32,716 | 37,673 | 34,922 | 37,731 | (2,809) | 104,766 | 108,120 | (3,354) |
| 68 | Rent-RWC | 6,114 | 6,114 | 6,114 | 6,130 | (16) | 18,342 | 18,358 | (16) |
| 69 | Rent-Bakersfield apartment | | | 1,525 | | 1,525 | 4,575 | - | 4,575 |
| 70 | Rent-Fresno | 6,853 | 273 | 6,900 | 11,793 | (4,893) | 20,700 | 18,919 | 1,781 |
| 71 | Rent-Santa Cruz, Watsonville & | 750 | 7,333 | 7,333 | 7,329 | 4 | 21,999 | 15,462 | 6,537 |
| 72 | Rent-Visalia | 2,157 | 661 | 700 | 925 | (225) | 2,100 | 3,743 | (1,643) |
| 73 | Utilities | 13,135 | 5,504 | 18,200 | 18,083 | 117 | 54,600 | 36,723 | 17,877 |
| 74 | Kitchen Sundries | 1,716 | 2550.93 | 3,500 | 2,153 | 1,347 | 10,500 | 6,420 | 4,060 |
| 75 | Gen. Liab Ins. & Property Tax ( | 5,417 | 5,417 | 18,033 | 5,433 | 12,600 | 54,099 | 16,268 | 37,831 |
| 76 | Building Maintenance/Security/ | 7,948 | 11,733 | 9,000 | 8,608 | 392 | 27,000 | 28,339 | (1,339) |
| 77 | Total Admin - Facilities | 76,806 | 77,359 | 106,227 | 98,187 | 8,040 | 318,681 | 252,351 | 66,330 |
| 78 | | | | | | | | | |
| 79 | ADMINISTRATIVE - OFFICES | | | | | | | | |

11.00 x 8.50 in



| | Description | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 51 | Admin exp share w. chapter | 375 | 40 | 1,000 | 302 | 698 | 3,000 | 717 | 2,283 |
| 52 | Free Life Insurance to members (SCR, MRY & E | | 1,200 | 6,800 | 2,454 | 4,346 | 20,400 | 3,654 | 16,746 |
| 53 | Chapter Fund Reimbursement | 3,685 | 3,074 | 4,000 | 3,119 | (881) | 12,000 | 9,878 | 2,122 |
| 54 | Dodge Scholarship | 1,500 | 1,500 | 1,500 | 1,500 | | 4,500 | 4,500 | |
| 55 | Good & Welfare | | | 3,600 | | 3,600 | 10,800 | - | 10,800 |
| 56 | UHW & L1877 ADMIN EXPENS | 181,638 | 189,849 | | 14,356 | (14,356) | | 385,843 | (385,843) |
| 57 | **Total Miscellaneous** | 199,198 | 207,663 | 28,900 | 33,732 | (4,832) | 86,700 | 440,693 | (353,893) |
| 58 | | | | | | | | | |
| 59 | ARBITRATIONS & LEGAL | | | | | | | | |
| 60 | Arbitrations Fees | 7,545 | 3,909 | 3,100 | 1,781 | 1,319 | 9,300 | 13,235 | (3,935) |
| 61 | Retainer | 13,262 | 8,995 | 21,740 | 21,791 | (51) | 65,220 | 44,049 | 21,171 |
| 62 | Court Costs | | | 3,300 | 1,215 | 2,085 | 9,900 | 1,215 | 8,685 |
| 63 | Miscellaneous | | | 500 | | 500 | 1,500 | - | 1,500 |
| 64 | **Total Arbitrations & Legal** | 20,807 | 12,905 | 28,640 | 24,787 | 3,853 | 85,920 | 58,499 | 27,421 |
| 65 | | | | | | | | | |
| 66 | FACILITIES | | | | | | | | |
| 67 | Rent-SJC + 535SJC | 32,716 | 37,673 | 34,922 | 37,731 | (2,809) | 104,766 | 108,120 | (3,354) |
| 68 | Rent-RWC | 6,114 | 6,114 | 6,114 | 6,130 | (16) | 18,342 | 18,358 | (16) |
| 69 | Rent-Bakersfield apartment | | | 1,525 | | 1,525 | 4,575 | - | 4,575 |
| 70 | Rent-Fresno | 6,853 | 273 | 6,900 | 11,793 | (4,893) | 20,700 | 18,919 | 1,781 |
| 71 | Rent-Santa Cruz Watsonville & | 750 | 7,383 | 7,333 | 7,329 | 4 | 21,999 | 15,462 | 6,537 |
| 72 | Rent-Visalia | 2,157 | 661 | 700 | 925 | (225) | 2,100 | 3,743 | (1,643) |
| 73 | Utilities | 13,135 | 5,504 | 18,200 | 18,083 | 117 | 54,600 | 36,723 | 17,877 |
| 74 | Kitchen Sundries | 1,716 | 2550.63 | 3,500 | 2,153 | 1,347 | 10,500 | 6,420 | 4,080 |
| 75 | Gen. Liab. Ins. & Property Tax | 5,417 | 5,417 | 18,033 | 5,433 | 12,600 | 54,099 | 16,268 | 37,831 |
| 76 | Building Maintenance/Security/ | 7,948 | 11,783 | 9,000 | 6,608 | 392 | 27,000 | 28,339 | (1,339) |
| 77 | **Total Admin - Facilities** | 76,806 | 77,359 | 106,227 | 98,187 | 8,040 | 318,681 | 252,351 | 66,330 |
| 78 | | | | | | | | | |
| 79 | ADMINISTRATIVE - OFFICES | | | | | | | | |
| 80 | Audit/Acct Fees | 910 | 901 | 10,000 | 13,025 | (3,025) | 30,000 | 14,836 | 15,164 |
| 81 | Subscriptions | | 171 | 500 | 647 | (147) | 1,500 | 818 | 682 |
| 82 | Office Sundries | 6,184 | 4,355 | 7,000 | 13,187 | (6,187) | 21,000 | 25,726 | (4,726) |
| 83 | Office Equipment Leases | 36,592 | 44,816 | 40,000 | 25,726 | 14,274 | 120,000 | 107,134 | 12,866 |
| 84 | Equipment Maintenance & Rep | 3,628 | 3,575 | 8,000 | 5,919 | 2,081 | 24,000 | 19,123 | 4,877 |
| 85 | Contributions | | | 500 | 283 | 217 | 1,500 | 283 | 1,217 |
| 86 | Research Material & Data | | | 2,000 | | 2,000 | 6,000 | - | 6,000 |
| 87 | Dues Implementation | | | 600 | | 600 | 1,800 | - | 1,800 |
| 88 | Computer Database Services | 681 | 2,492 | 10,000 | 777 | 9,223 | 30,000 | 4,141 | 25,859 |
| 89 | Miscellaneous | | 750 | 1,000 | | 1,000 | 3,000 | 750 | 2,250 |
| 90 | **Total Admin - Offices** | 50,195 | 63,051 | 79,600 | 59,564 | 20,036 | 238,800 | 172,811 | 65,989 |

2 of 5

G:\Finance\Monthend\2007\Q507\VNC\0507 0507 9/6/2007 6:59 PM

SFCA_1329121.1



SEIU Local 521
Financial Statement
For the month of May 2007

| B | Mar Actual | Apr Actual | May Budget | May Actual | May better(worse) | YTD - Three months Budget | YTD - Three months Actual | YTD - Three months better(worse) |
|---|---|---|---|---|---|---|---|---|
| 92 COMMUNICATIONS | | | | | | | | |
| 93 Printing | 12,636 | 11,799 | 8,000 | 7,881 | 119 | 24,000 | 32,516 | (8,516) |
| 94 Paper | 2,445 | 1,244 | 4,000 | 2,404 | 1,596 | 12,000 | 6,092 | 5,908 |
| 95 Website/Station/communication | 719 | 799 | 1,500 | 453 | 1,047 | 4,500 | 1,971 | 2,529 |
| 96 Telephone & Internet | 13,223 | 11,744 | 18,000 | 13,188 | 4,812 | 54,000 | 38,155 | 15,845 |
| 97 Postage | 7,775 | 3,484 | 6,000 | 7,296 | (1,296) | 18,000 | 18,555 | (555) |
| 98 Professional Fees/Translations | | 55 | 1,000 | 120 | 880 | 3,000 | 175 | 2,825 |
| 99 Total Communications | 36,998 | 29,125 | 38,500 | 31,342 | 7,158 | 115,500 | 97,465 | 18,035 |
| 100 | | | | | | | | |
| 121 CONFERENCES/MILEAGE | | | | | | | | |
| 122 Staff-Misc. Conf/Seminar | | | 2,000 | | 2,000 | 6,000 | | 6,000 |
| 123 Exec. Board-Conferences | | | 1,000 | | 1,000 | 3,000 | - | 3,000 |
| 124 International Convention | | | - | | - | - | - | - |
| 125 Industries & Members Conferences | | | 1,000 | 1,500 | (500) | 3,000 | 1,500 | 1,500 |
| 126 Misc. Members-Reimbursed | | | 500 | | 500 | 1,500 | - | 1,500 |
| 127 Total Conferences/Mileage | - | - | 4,500 | 1,500 | 3,000 | 13,500 | 1,500 | 12,000 |
| 108 | | | | | | | | |
| 109 STAFF MEETING & TRAINING | | | | | | | | |
| 110 Director Training | | | 2,000 | 1,845 | 155 | 6,000 | 1,845 | 4,155 |
| 111 Staff - representation & political | 4,360 | 7,456 | 10,000 | 662 | 9,338 | 30,000 | 12,478 | 17,522 |
| 112 Clerical Staff | | 1,392 | 800 | 259 | 541 | 2,400 | 1,651 | 749 |
| 113 Executive Staff | 2,742 | | 800 | 886 | (86) | 2,400 | 3,627 | (1,227) |
| 114 Tuition Reim -Internal Organizers | | | 500 | | 500 | 1,500 | - | 1,500 |
| 115 Tuition Reim -OPEIU | | | 500 | | 500 | 1,500 | - | 1,500 |
| 116 Total Staff Training | 7,102 | 8,848 | 14,600 | 3,652 | 10,948 | 43,800 | 19,602 | 24,198 |
| 117 | | | | | | | | |
| 118 EDUCATION & TRAINING | | | | | | | | |
| 119 Steward & Chief Steward Training | | | 300 | | 300 | 900 | - | 900 |
| 120 Executive Board | | | 500 | | 500 | 1,500 | - | 1,500 |
| 121 Education & Training Committee Meeting & Materials | | | 4,000 | | 4,000 | 12,000 | - | 12,000 |
| 122 Industry Training Events | | | 2,000 | | 2,000 | 6,000 | - | 6,000 |
| 123 Total Education & Training | - | - | 6,800 | - | 6,800 | 20,400 | - | 20,400 |
| 124 | | | | | | | | |



| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 95 Website/Status/Communication | 799 | 7,000 | 403 | 1,047 | 4,300 | 1,977 | 2,929 |
| 96 Telephone & Internet | 13,223 | 11,744 | 18,000 | 13,188 | 4,812 | 54,000 | 38,155 | 15,845 |
| 97 Postage | 7,775 | 3,484 | 6,000 | 7,296 | (1,296) | 18,000 | 18,555 | (555) |
| 98 Professional Fees/Translations | | 55 | 1,000 | 120 | 880 | 3,000 | 175 | 2,825 |
| 99 **Total Communications** | 38,998 | 29,125 | 38,500 | 31,342 | 7,158 | 115,500 | 97,465 | 18,035 |
| 100 | | | | | | | |
| 101 CONFERENCES/MILEAGE | | | | | | | |
| 102 Staff-Misc. Conf/Seminar | | | 2,000 | | 2,000 | 6,000 | | 6,000 |
| 103 Exec Board-Conferences | | | 1,000 | | 1,000 | 3,000 | | 3,000 |
| 104 International Convention | | | - | | - | - | | - |
| 105 Industries & Members Conferences | | | 1,000 | 1,500 | (500) | 3,000 | 1,500 | 1,500 |
| 106 Misc. Members-Reimbursed | | | 500 | | 500 | 1,500 | - | 1,500 |
| 107 **Total Conferences/Mileage** | - | - | 4,500 | 1,500 | 3,000 | 13,500 | 1,500 | 12,000 |
| 108 | | | | | | | |
| 109 STAFF MEETING & TRAINING | | | | | | | |
| 110 Director Training | | | 2,000 | 1,845 | 155 | 6,000 | 1,845 | 4,155 |
| 111 Staff - representation & political | 4,360 | 7,456 | 10,000 | 662 | 9,338 | 30,000 | 12,478 | 17,522 |
| 112 Clerical Staff | | 1,392 | 800 | 259 | 541 | 2,400 | 1,651 | 749 |
| 113 Executive Staff | 2,742 | | 800 | 886 | (86) | 2,400 | 3,627 | (1,227) |
| 114 Tuition Reim -Internal Organizers | | | 500 | | 500 | 1,500 | - | 1,500 |
| 115 Tuition Reim -OPEIU | | | 500 | | 500 | 1,500 | - | 1,500 |
| 116 **Total Staff Training** | 7,102 | 8,848 | 14,600 | 3,652 | 10,948 | 43,800 | 19,602 | 24,198 |
| 117 | | | | | | | |
| 118 EDUCATION & TRAINING | | | | | | | |
| 119 Stewards & Chief Steward Training | | | 300 | | 300 | 900 | - | 900 |
| 120 Executive Board | | | 500 | | 500 | 1,500 | - | 1,500 |
| 121 Education & Training Committee Meeting & Materials | | | 4,000 | | 4,000 | 12,000 | - | 12,000 |
| 122 Industry Training Events | | | 2,000 | | 2,000 | 6,000 | - | 6,000 |
| 123 **Total Education & Training** | - | - | 6,800 | - | 6,800 | 20,400 | - | 20,400 |
| 124 | | | | | | | |
| 125 POLITICAL/SOCIAL INVOLVEMENT | | | | | | | |
| 126 Candidates Account ($0.10 per | 7,930 | 9,412 | 6,000 | 9,579 | (3,579) | 18,000 | 26,921 | (8,921) |
| 127 Issues Account | | | - | | - | - | - | - |
| 128 Legal | | | 4,000 | | 4,000 | 12,000 | - | 12,000 |
| 129 Committee Meetings | 91 | 56 | 300 | 68 | 232 | 900 | 245 | 655 |
| 130 Conferences | | | 2,000 | | 2,000 | 6,000 | - | 6,000 |
| 131 Electoral Staff Activity | | | 300 | | 300 | 900 | - | 900 |
| 132 Polls & Surveys | | | 500 | | 500 | 1,500 | - | 1,500 |
| 133 Special Printing | | | 200 | | 200 | 600 | - | 600 |
| 134 Subscriptions | | | 25 | | 25 | 75 | - | 75 |
| 135 **Total Political/Social Invol** | 8,021 | 9,498 | 13,325 | 9,647 | 3,678 | 39,975 | 27,166 | 12,809 |

G:\Finance\Monthend\2007\0507\NC0507 0507 8/6/2007 6:59 PM

SFCA_1329121.1



SEIU Local 521
Financial Statement
For the month of May 2007

| B | J Mar | M Apr | O Budget | P Actua | Q better/(worse) | AQ Budget | AR Actual | AS better/(worse) |
|---|---|---|---|---|---|---|---|---|
| | Actual | Actual | | May | | | YTD - Three months | |
| 136 | | | | | | | | |
| 137 SOCIAL & ECONOMIC JUSTICE | | | | | | | | |
| 138 Committee Meetings | | | 300 | 22 | 278 | 900 | 22 | 878 |
| 139 Conferences | 778 | | 300 | | 300 | 900 | 778 | 122 |
| 140 Contributions/Solidarity | 500 | | 200 | | 200 | 600 | 500 | 100 |
| 141 *** $1.00 PER MEMBER | 4,588 | 312 | 3,125 | 1,182 | 1,943 | 9,375 | 6,082 | 3,293 |
| 142 Total Social & Economic J | 5,867 | 312 | 3,925 | 1,204 | 2,721 | 11,775 | 7,382 | 4,393 |
| 143 | | | | | | | | |
| 144 MEMBER INVOLVEMENT | | | | | | | | |
| 145 Memorabilia/Give away Membe | 927 | 20,716 | 5,000 | 17,280 | (12,280) | 15,000 | 38,922 | (23,922) |
| 146 Awards/Recognition | 500 | | 300 | | 300 | 900 | 500 | 400 |
| 147 Planning & Event Prep | | | 300 | | 300 | 900 | - | 900 |
| 148 Ex Board / Advisory Board Reimbursement | | | 500 | | 500 | 1,500 | - | 1,500 |
| 149 Rally Rental & Bus | | 3,570 | 4,300 | 1,945 | 2,055 | 12,000 | 5,515 | 6,485 |
| 150 Member Reimbursement/Lost time | | 283 | 5,000 | 831 | 4,169 | 15,000 | 1,114 | 13,886 |
| 151 Transportation & Vehicle Exper | 134 | | 500 | | 500 | 1,500 | 134 | 1,366 |
| 152 Total Member Involvement | 1,561 | 24,569 | 15,800 | 20,056 | (4,466) | 46,800 | 46,186 | 614 |
| 153 | | | | | | | | |
| 154 NEGOTIATIONS | | | | | | | | |
| 155 Printing Contracts | 30,237 | | 5,000 | | 5,000 | 15,000 | 30,237 | (15,237) |
| 156 Meetings & Supplies | 445 | 1,690 | 5,000 | 1,087 | 3,913 | 15,000 | 3,222 | 11,778 |
| 157 Negotiations Committee  Food | | | 5,000 | | 5,000 | 15,000 | - | 15,000 |
| 158 Strike Preparations | | | 1,000 | | 1,000 | 3,000 | - | 3,000 |
| 159 Automatic Strike Fund Transfer ($0.50 per member/mom) | | | 18,750 | | 18,750 | 56,250 | - | 56,250 |
| 160 Total Negotiations | 30,682 | 1,690 | 34,750 | 1,087 | 33,663 | 104,250 | 33,459 | 70,791 |
| 161 | | | | | | | | |
| 162 MEETINGS & EVENTS | | | | | | | | |
| 163 Executive Board Meetings | 294 | 99 | 2,000 | 108 | 1,892 | 6,000 | 108 | 5,892 |
| 164 Stewards/Council meetings | | | 4,500 | 5,484 | (984) | 13,500 | 5,877 | 7,623 |
| 165 521 Party & other events | 2,596 | 5,886 | 7,000 | 22,719 | (15,719) | 21,000 | 31,200 | (10,200) |
| 166 Advisory Board Meetings | 15,570 | | 10,000 | | 10,000 | 30,000 | 15,570 | 14,430 |
| 167 Miscellaneous | | | 200 | | 200 | 600 | - | 600 |
| 168 Total Meetings & Events | 18,459 | 5,985 | 23,700 | 28,311 | (4,611) | 71,100 | 52,755 | 18,345 |

Case 5:08-cv-01726-JF    Document 31-7    Filed 07/18/2008    Page 33 of 41



| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 140 | Contributions/Solidarity | 500 | | 200 | | 200 | 600 | 500 | 100 |
| 141 | *** $1.00 PER MEMBER | 4,586 | 312 | 3,125 | 1,182 | 1,943 | 9,375 | 6,062 | 3,293 |
| 142 | Total Social & Economic J | 5,967 | 312 | 3,925 | 1,204 | 2,721 | 11,775 | 7,382 | 4,393 |
| 143 | | | | | | | | | |
| 144 | MEMBER INVOLVEMENT | | | | | | | | |
| 145 | Memorabilia/Give away Membe | 927 | 20,716 | 5,000 | 17,280 | (12,280) | 15,000 | 38,922 | (23,922) |
| 146 | Awards/Recognition | 500 | | 300 | | 300 | 900 | 500 | 400 |
| 147 | Planning & Event Prep | | | 300 | | 300 | 900 | - | 900 |
| 148 | Ex Board / Advisory Board Reimbursement | | | 500 | | 500 | 1,500 | - | 1,500 |
| 149 | Rally Rental & Bus | | 3,570 | 4,000 | 1,945 | 2,055 | 12,000 | 5,515 | 6,485 |
| 150 | Member Reimbursement/Lost time | | 283 | 5,000 | 831 | 4,169 | 15,000 | 1,114 | 13,886 |
| 151 | Transportation & Vehicle Exper | 134 | | 500 | | 500 | 1,500 | 134 | 1,366 |
| 152 | Total Member Involvement | 1,561 | 24,569 | 15,800 | 20,056 | (4,456) | 46,800 | 46,186 | 614 |
| 153 | | | | | | | | | |
| 154 | NEGOTIATIONS | | | | | | | | |
| 155 | Printing Contracts | 30,237 | | 5,000 | | 5,000 | 15,000 | 30,237 | (15,237) |
| 156 | Meetings & Supplies | 445 | 1,690 | 5,000 | 1,087 | 3,913 | 15,000 | 3,222 | 11,778 |
| 157 | Negotiations Committee Food | | | 5,000 | | 5,000 | 15,000 | - | 15,000 |
| 158 | Strike Preparations | | | 1,000 | | 1,000 | 3,000 | - | 3,000 |
| 159 | Automatic Strike Fund Transfer ($0.50 per member/mom) | | | 18,750 | | 18,750 | 56,250 | - | 56,250 |
| 160 | Total Negotiations | 30,682 | 1,690 | 34,750 | 1,087 | 33,663 | 104,250 | 33,459 | 70,791 |
| 161 | | | | | | | | | |
| 162 | MEETINGS & EVENTS | | | | | | | | |
| 163 | Executive Board Meetings | | | 2,000 | 108 | 1,892 | 6,000 | 108 | 5,892 |
| 164 | Stewards/Council meetings | 294 | 99 | 4,500 | 5,484 | (984) | 13,500 | 5,877 | 7,623 |
| 165 | 521 Party & other events | 2,596 | 5,896 | 7,000 | 22,719 | (15,719) | 21,000 | 31,200 | (10,200) |
| 166 | Advisory Board Meetings | 15,570 | | 10,000 | - | 10,000 | 30,000 | 15,570 | 14,430 |
| 167 | Miscellaneous | | | 200 | | 200 | 600 | - | 600 |
| 168 | Total Meetings & Events | 18,460 | 5,995 | 23,700 | 28,311 | (4,611) | 71,100 | 52,755 | 18,345 |
| 169 | | | | | | | | | |

4 of 5

G:\Finance\Monthend\2007\0507\NC0507 0507 8/9/2007 6:59 PM

11.00 x 8.50 in

SFCA_1329121.1



SEIU Local 521
Financial Statement
For the month of May 2007

| | B | J Mar | M Apr | O Budget | P Actual | Q better/(worse) | AQ Budget | AR Actual | AS better/(worse) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | May | | YTD - Three months | | |
| 1 | | Actual | Actual | Budget | Actual | better(worse) | Budget | Actual | better(worse) |
| 170 | REPRESENTATIVE DUES | | | | | | | | |
| 171 | SEIU $7.85 ea | 571,918 | 386,333 | 430,848 | 397,907 | 32,941 | 1,292,544 | 1,356,158 | (63,614) |
| 172 | SEIU Unity Fund $5.00ea | 347,500 | 238,740 | 266,200 | 247,290 | 18,910 | 798,600 | 833,530 | (34,930) |
| 173 | SEIU Retirees $1.00ea | - | - | 60 | - | 60 | 180 | - | 180 |
| 174 | SEIU Associate Members-1.00 | - | - | 12 | - | 12 | 36 | - | 36 |
| 175 | SEIU State Council-$2.53ea | 197,088 | 126,639 | 142,490 | 130,547 | 11,942 | 427,469 | 454,278 | (26,807) |
| 176 | So Bay CLC $0.55ea | 20,896 | 11,230 | 12,100 | 11,172 | 928 | 36,300 | 43,300 | (7,000) |
| 177 | SMCO CLC $0.60ea | 4,965 | 2,571 | 2,836 | 2,440 | 396 | 8,514 | 9,975 | (1,462) |
| 178 | Fresno CLC $0.55ea | 510 | 1,619 | 2,500 | 1,950 | 851 | 8,400 | 4,079 | 4,321 |
| 179 | Bakersfield CLC $0.25ea | - | 1,585 | 1,625 | 1,753 | (128) | 4,875 | 3,338 | 1,537 |
| 180 | Monterey & Santa Cruz LC $0.5 | 1,680 | 2,648 | 3,300 | 3,605 | (305) | 9,900 | 8,133 | 1,767 |
| 181 | CA Labor Fed 50% X .47ea | 13,261 | 8,901 | 9,048 | 9,167 | (120) | 27,143 | 31,329 | (4,186) |
| 182 | Building Trades-SMCO | 250 | 250 | 250 | 250 | - | 750 | 750 | - |
| 183 | Total Representative Dues | 1,158,271 | 780,517 | 871,570 | 806,081 | 65,489 | 2,614,710 | 2,744,869 | (130,159) |
| 184 | | | | | | | | | |
| 185 | TOTAL EXPENSES | 2,584,563 | 2,280,894 | 2,390,467 | 2,112,499 | 277,968 | 7,171,372 | 6,977,955 | 193,416 |
| 186 | | | | | | | | | |
| 187 | TOTAL INCOME LESS TOTAL | (642,897) | (283,919) | (2,500) | 559,817 | 562,316 | (7,600) | (366,999) | (359,600) |
| 188 | | | | | | | | | |
| 189 | VOLUNTARY TRANSFERS | | | | | | | | |
| 190 | Building Funds | - | | | | | | | |
| 191 | Automatic Legal Defense Fund | | | | 9,375 | - | 28,125 | 28,125 | - |
| 192 | Strike Fund | - | | | - | - | - | - | - |
| 193 | Total Transfers | 9,375 | 9,375 | 9,375 | 9,375 | - | 28,125 | 28,125 | - |
| 194 | TOTAL INCOME LESS EXPEN | (652,272) | (293,294) | (11,875) | 550,442 | 562,316 | (35,625) | (395,124) | (359,600) |

11.00 x 8.50 in



| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 174 | SEIU Associate Members-1.00 | - | - | 12 | - | - | 12 | 36 | - | 36 |
| 175 | SEIU State Council-$0.35ea | 197,089 | 126,639 | 142,490 | 130,547 | 11,942 | 427,469 | 454,276 | (26,807) |
| 176 | So Bay CLC $0.55ea | 20,896 | 11,230 | 12,100 | 11,172 | 928 | 36,300 | 43,300 | (7,000) |
| 177 | SMCO CLC $0.55ea | 4,965 | 2,571 | 2,836 | 2,440 | 396 | 6,514 | 9,976 | (1,462) |
| 178 | Fresno CLC $0.55ea | 510 | 1,619 | 2,800 | 1,950 | 851 | 6,400 | 4,079 | 4,321 |
| 179 | Bakersfield CLC 50.25ea | - | 1,595 | 1,625 | 1,753 | (128) | 4,675 | 3,338 | 1,537 |
| 180 | Monterey & Santa Cruz LC $0.5 | 1,880 | 2,648 | 3,300 | 3,605 | (305) | 9,900 | 8,133 | 1,767 |
| 181 | CA Labor Fed 50% X .47ea | 13,261 | 8,901 | 9,048 | 9,167 | (120) | 27,143 | 31,329 | (4,186) |
| 182 | Building Trades-SMCO | 250 | 250 | 250 | 250 | - | 750 | 750 | - |
| 183 | Total Representative Dues | 1,158,271 | 780,517 | 871,570 | 806,081 | 65,489 | 2,614,710 | 2,744,869 | (130,159) |
| 184 | | | | | | | | | |
| 185 | TOTAL EXPENSES | 2,584,563 | 2,280,894 | 2,390,467 | 2,112,499 | 277,968 | 7,171,372 | 6,977,966 | 193,416 |
| 186 | | | | | | | | | |
| 187 | TOTAL INCOME LESS TOTAL | (642,897) | (283,919) | (2,500) | 559,817 | 562,316 | (7,500) | (366,999) | (359,500) |
| 188 | | | | | | | | | |
| 189 | VOLUNTARY TRANSFERS | | | | | | | | |
| 190 | Building Funds | - | - | - | - | - | - | - | - |
| 191 | Automatic Legal Defense Fund | - | - | 9,375 | - | - | 28,125 | 28,125 | - |
| 192 | Strike Fund | - | - | - | - | - | - | - | - |
| 193 | Total Transfers | 9,375 | 9,375 | 9,375 | 9,375 | - | 28,125 | 28,125 | - |
| 194 | TOTAL INCOME LESS EXPEN | (652,272) | (293,294) | (11,875) | 550,442 | 562,316 | (35,625) | (395,124) | (359,500) |

5 of 5

G:\Finance\Monthend\2007\0507\NC0507 0507 8/9/2007 6:59 PM

SFCA_1329121.1



SEIU Local 521
Financial Statement
For the month of June 2007

| B | Mar | Apr | May | Budget | Actual | better(worse) | Budget | Actual | better(worse) |
|---|---|---|---|---|---|---|---|---|---|
| | | M | P | R | S | T | AQ | AR | AS |
| | Mar | Apr | May | | Jun | | | YTD - Four months | |
| | Actual | Actual | Actual | Budget | Actual | better(worse) | Budget | Actual | better(worse) |
| 3 TOTAL DUES RECEIPTS | 1,937,972 | 1,960,198 | 2,661,404 | 2,376,957 | 2,182,557 | (194,400) | 9,507,629 | 8,742,130 | (765,699) |
| 4 OTHER INCOME | | | | | | | | | |
| 5 Interest & Dividends | - | 6,158 | 7,601 | 2,400 | 6,986 | 4,586 | 9,600 | 20,745 | 11,145 |
| 6 SMHSS Administrative Reimb | - | 25,000 | - | 5,000 | - | (5,000) | 20,000 | 25,000 | 5,000 |
| 7 Sublease Rent | 3,311 | 3,311 | 3,311 | 3,600 | 4,626 | 1,026 | 14,400 | 14,559 | 159 |
| 8 Misc. Income | 383 | 2,308 | - | - | 47 | 47 | - | 2,738 | 2,738 |
| 9 Total Misc. Income | 3,694 | 36,777 | 10,912 | 11,000 | 11,659 | 659 | 44,000 | 63,042 | 19,042 |
| 10 | | | | | | | | | |
| 11 TOTAL GENERAL FUND INCO | 1,941,666 | 1,996,975 | 2,672,316 | 2,387,957 | 2,194,216 | (193,741) | 9,551,629 | 8,805,173 | (746,657) |
| 12 | | | | | | | | | |
| 13 GENERAL FUND EXPENSES | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 ORGANIZING OFFSET | 301,077 | 301,077 | 301,077 | 301,077 | 301,077 | (0) | 1,204,310 | 1,204,309 | (0) |
| 16 | | | | | | | | | |
| 17 SALARIES | | | | | | | | | |
| 18 Administrative | 29,293 | 34,472 | 34,472 | 37,345 | 34,472 | 2,873 | 149,380 | 132,710 | 16,670 |
| 19 Admin Support | 15,732 | 18,304 | 32,391 | 37,674 | 32,264 | 5,410 | 150,694 | 98,691 | 52,004 |
| 20 Directors | 63,466 | 65,828 | 65,581 | 83,696 | 71,063 | 12,633 | 335,584 | 265,939 | 69,645 |
| 21 Internal Organizers/Research | 179,499 | 207,013 | 218,022 | 252,575 | 248,018 | 4,557 | 1,010,301 | 852,552 | 157,749 |
| 22 Clerical | 56,721 | 67,066 | 54,179 | 68,579 | 55,436 | 13,142 | 274,315 | 235,403 | 38,912 |
| 23 Facilities | 2,669 | 3,321 | 3,080 | 3,337 | 3,362 | (26) | 13,346 | 12,433 | 914 |
| 24 Data Base Services | 17,152 | 21,396 | 22,889 | 23,217 | 23,847 | (631) | 92,866 | 85,284 | 7,582 |
| 25 Temp. Internal Organizers/Rese | 2,669 | 3,440 | 5,190 | 5,000 | 2,964 | 2,036 | 20,000 | 14,463 | 5,517 |
| 26 Temp. Clerical/Support | 915 | 545 | 4,275 | 3,000 | 5,742 | (2,742) | 12,000 | 11,577 | 423 |
| 27 Vacation & Comp Time | 5,611 | 656 | 5,067 | 25,331 | 5,921 | 19,410 | 101,324 | 17,255 | 84,069 |
| 28 Total Salaries | 375,947 | 422,143 | 445,146 | 539,953 | 483,091 | 56,862 | 2,159,811 | 1,726,326 | 433,484 |
| 29 PAYROLL RELATED EXPENSES | | | | | | | | | |
| 30 Pension | 102,326 | 28,766 | 58,608 | 70,927 | 61,103 | 9,824 | 283,706 | 250,803 | 32,905 |
| 31 Payro Taxes Expenses | 30,413 | 57,561 | 26,190 | 50,662 | 29,002 | 21,661 | 202,649 | 143,165 | 59,484 |
| 32 Travel-Staff-Admin | 951 | 3,012 | 5,877 | 1,530 | 434 | 1,096 | 6,000 | 10,275 | (4,275) |
| 33 Travel-Staff-Internal Organizers | 5,977 | 9,614 | 3,634 | 3,000 | 1,756 | 1,244 | 12,000 | 20,961 | (8,961) |
| 34 Mileage/Ins. Reimb -Admin & D | 2,209 | 1,049 | 509 | 10,392 | 3,639 | 6,753 | 41,568 | 7,405 | 34,163 |
| 35 Mileage/Ins. Reimb -Internal Or | 15,962 | 17,963 | 17,106 | 21,475 | 19,717 | 1,758 | 85,900 | 70,768 | 15,132 |

11.00 x 8.50 in



| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 7 | Sublease Rent | 3,311 | 3,311 | 3,311 | 3,600 | 4,626 | 1,026 | 14,400 | 14,559 | 159 |
| 8 | Misc. Income | 383 | 2,308 | | | 47 | 47 | | 2,738 | 2,738 |
| 9 | Total Misc. Income | 3,694 | 36,777 | 10,912 | 11,000 | 11,659 | 659 | 44,600 | 63,042 | 19,042 |
| 10 | | | | | | | | | | |
| 12 | TOTAL GENERAL FUND INCC | 1,941,566 | 1,996,975 | 2,672,316 | 2,387,957 | 2,194,216 | (193,741) | 9,551,829 | 8,805,173 | (746,657) |
| 13 | | | | | | | | | | |
| 14 | GENERAL FUND EXPENSES | | | | | | | | | |
| 15 | ORGANIZING OFFSET | 301,077 | 301,077 | 301,077 | 301,077 | 301,077 | (0) | 1,204,310 | 1,204,309 | (0) |
| 17 | SALARIES | | | | | | | | | |
| 18 | Administrative | 29,293 | 34,472 | 34,472 | 37,345 | 34,472 | 2,873 | 149,380 | 132,710 | 16,670 |
| 19 | Admin Support | 15,732 | 18,304 | 32,391 | 37,674 | 32,264 | 5,410 | 150,694 | 98,691 | 52,004 |
| 20 | Directors | 63,466 | 65,828 | 65,581 | 83,896 | 71,063 | 12,833 | 335,584 | 265,939 | 69,645 |
| 21 | Internal Organizers/Research | 179,499 | 207,013 | 218,022 | 252,575 | 248,018 | 4,557 | 1,013,301 | 852,552 | 157,749 |
| 22 | Clerical | 58,721 | 67,066 | 54,179 | 68,579 | 55,436 | 13,142 | 274,315 | 235,403 | 38,912 |
| 23 | Facilities | 2,669 | 3,321 | 3,080 | 3,337 | 3,362 | (26) | 13,346 | 12,433 | 914 |
| 24 | Data Base Services | 17,152 | 21,396 | 22,889 | 23,217 | 23,847 | (631) | 92,866 | 85,264 | 7,582 |
| 25 | Temp Internal Organizers/Rese | 2,686 | 3,440 | 5,190 | 5,030 | 2,964 | 2,036 | 20,000 | 14,483 | 5,517 |
| 26 | Temp. Clerical/Support | 915 | 645 | 4,275 | 3,000 | 5,742 | (2,742) | 12,000 | 11,577 | 423 |
| 27 | Vacation & Comp Time | 5,611 | 656 | 5,067 | 25,331 | 5,921 | 19,410 | 101,324 | 17,255 | 84,069 |
| 28 | Total Salaries | 375,947 | 422,143 | 446,146 | 539,953 | 483,091 | 56,862 | 2,159,811 | 1,726,326 | 433,484 |
| 29 | PAYROLL RELATED EXPENSES | | | | | | | | | |
| 30 | Pension | 102,326 | 28,766 | 58,608 | 70,927 | 61,103 | 9,824 | 283,706 | 250,803 | 32,905 |
| 31 | Payroll Taxes Expenses | 30,413 | 57,561 | 26,190 | 50,643 | 29,002 | 21,661 | 202,649 | 143,185 | 59,484 |
| 32 | Travel-Staff-Admin | 951 | 3,012 | 5,877 | 1,500 | 434 | 1,066 | 6,000 | 10,275 | (4,275) |
| 33 | Travel-Staff-Internal Organizers | 5,977 | 9,614 | 3,634 | 3,030 | 1,756 | 1,244 | 12,000 | 20,961 | (8,961) |
| 34 | Mileage/Ins. Reimb-Admin & D | 2,209 | 1,049 | 509 | 10,392 | 3,639 | 6,753 | 41,568 | 7,405 | 34,163 |
| 35 | Mileage/Ins. Reimb-Internal Or | 16,962 | 17,963 | 17,106 | 21,475 | 19,717 | 1,758 | 85,900 | 70,768 | 15,132 |
| 36 | Telephone Reimbursement | 3,040 | 2,298 | 2,431 | 7,500 | 2,457 | 5,043 | 30,000 | 10,226 | 19,774 |
| 37 | Retiree Health Exp | 3,410 | 7,969 | 2,334 | 5,711 | 3,236 | 2,464 | 22,802 | 16,950 | 5,852 |
| 38 | Retire Benefit Trust Fund | | | | 10,400 | | | 41,600 | 41,600 | - |
| 39 | Benefits(Health, Dental, Vision, | 94,218 | 168,515 | 111,093 | 163,718 | 114,959 | 48,758 | 654,671 | 508,785 | 145,885 |
| 40 | Workers Comp Insurance | 23,737 | 7,613 | 7,613 | 20,938 | 12,613 | 8,065 | 82,794 | 51,576 | 31,218 |
| 41 | Recruiting exp | 908 | 1,394 | 1,331 | 1,030 | 1,175 | (175) | 4,000 | 4,810 | (810) |
| 42 | Vacancy Rate (saving) | | | | (88,182) | | (88,182) | (352,730) | - | (352,730) |
| 43 | Total Payroll Related Expen | 283,572 | 336,154 | 247,127 | 278,790 | 260,491 | 18,299 | 1,115,161 | 1,137,344 | (22,183) |
| 44 | | | | | | | | | | |
| 45 | Total Salaries & Payroll Expe | 659,519 | 758,297 | 692,272 | 818,743 | 743,582 | 75,161 | 1,637,486 | 1,427,816 | 209,670 |

1 of 5                                   G:\Finance\Monthend\2007\2007\NC0607 0607 8/9/2007 6:53 PM

SFCA_1329121.1



SEIU Local 521
Financial Statement
For the month of June 2007

| B | J Mar Actual | M Apr Actual | P May Actual | R Budget | S Jun Actual | T better(worse) | AQ Budget | AR YTD - Four months Actual | AS better(worse) |
|---|---|---|---|---|---|---|---|---|---|
| 46 | | | | | | | | | |
| 47 | | | | | | | | | |
| 48 MISCELLANEOUS | | | | | | | | | |
| 49 Agency Fee/Assoc. Exp. | | | | 11,000 | | - | 44,000 | 44,000 | - |
| 50 Capita Fund Expense | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | - | 4,000 | 4,000 | - |
| 51 Admin exp share w. chapter | 375 | 40 | 302 | 1,000 | | 1,000 | 4,000 | 717 | 3,283 |
| 52 Free Life insurance to members (SCR, MRY & E | 1,000 | 1,205 | 2,454 | 6,800 | 1,227 | 5,573 | 27,200 | 4,881 | 22,319 |
| 53 Chapter Fund Reimbursement | 3,686 | 3,074 | 3,119 | 4,000 | 3,893 | 107 | 16,000 | 13,770 | 2,230 |
| 54 Dodge Scholarship | 1,500 | 1,500 | 1,500 | 1,530 | 1,500 | - | 6,000 | 6,000 | - |
| 55 Good & Welfare | | | | 3,600 | | 3,600 | 14,400 | | 14,400 |
| 56 UHW & L1877 ADMIN EXPENS | 181,638 | 189,849 | 14,356 | | 39,412 | (39,412) | - | 425,256 | (425,256) |
| 57 Total Miscellaneous | 199,198 | 207,663 | 33,732 | 28,930 | 58,032 | (29,132) | 115,600 | 498,625 | (383,025) |
| 58 | | | | | | | | | |
| 59 ARBITRATIONS & LEGAL | | | | | | | | | |
| 60 Arbitrations Fees | 7,545 | 3,909 | 1,781 | 3,100 | 8,374 | (5,274) | 12,400 | 21,609 | (9,209) |
| 61 Retainer | 13,262 | 8,996 | 21,791 | 21,740 | 11,237 | 10,503 | 86,960 | 55,286 | 31,674 |
| 62 Court Costs | | | 1,215 | 3,330 | | 3,300 | 13,200 | 1,215 | 11,985 |
| 63 Misce aneous | | | | 500 | | 500 | 2,000 | - | 2,000 |
| 64 Total Arbitrations & Legal | 20,807 | 12,905 | 24,787 | 28,640 | 19,611 | 9,029 | 114,560 | 78,110 | 36,450 |
| 65 | | | | | | | | | |
| 66 FACILITIES | | | | | | | | | |
| 67 Rent-SJC + 535 SJC | 32,716 | 37,673 | 37,731 | 34,922 | 37,643 | (2,721) | 139,688 | 145,763 | (6,075) |
| 68 Rent-RWC | 6,114 | 6,114 | 6,130 | 6,114 | 6,130 | (16) | 24,456 | 24,488 | (32) |
| 69 Rent-Bakersfield apartment | | | | 1,525 | | 1,525 | 6,100 | | 6,100 |
| 70 Rent-Fresno | 6,853 | 273 | 11,793 | 6,900 | 11,425 | (4,525) | 27,600 | 30,344 | (2,744) |
| 71 Rent-Santa Cruz Watsonville & | 750 | 7,383 | 7,329 | 7,333 | 7,329 | 4 | 29,332 | 22,792 | 6,540 |
| 72 Rent-Visalia | 2,157 | 661 | 925 | 700 | 661 | 39 | 2,800 | 4,404 | (1,604) |
| 73 Utilities | 13,135 | 5,504 | 18,083 | 18,200 | 16,099 | 2,101 | 72,800 | 52,821 | 19,979 |
| 74 Kitchen Sundries | 1,716 | 2550.93 | 2,153 | 3,500 | 3,328 | 172 | 14,000 | 8,747 | 5,253 |
| 75 Gen. Liab Ins. & Property Tax : | 5,417 | 5,417 | 5,433 | 18,033 | 8,089 | 9,943 | 72,131 | 24,357 | 47,775 |
| 76 Buicing Maintenance/Security/ | 7,948 | 11,783 | 8,608 | 9,000 | 17,551 | (8,551) | 36,000 | 45,889 | (9,889) |
| 77 Total Admin - Facilities | 76,806 | 77,359 | 98,187 | 106,227 | 107,255 | (1,028) | 424,907 | 359,606 | 65,301 |
| 78 | | | | | | | | | |

11.00 x 8.50 in



| # | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 50 | Capita Fund Expense | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | | 4,000 | 4,000 | - |
| 51 | Admin exp share w. chapter | 375 | 40 | 302 | 1,000 | | 1,000 | 4,000 | 717 | 3,283 |
| 52 | Free Life insurance to members (SCR, MRY & E | 1,200 | | 2,454 | 6,800 | 1,227 | 5,573 | 27,200 | 4,881 | 22,319 |
| 53 | Chapter Fund Reimbursement | 3,665 | 3,074 | 3,119 | 4,000 | 3,893 | 107 | 16,000 | 13,770 | 2,230 |
| 54 | Dodge Scholarship | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | | 6,000 | 6,000 | - |
| 55 | Good & Welfare | | | | 3,600 | | 3,600 | 14,400 | - | 14,400 |
| 56 | UHW & L1877 ADMIN EXPENS | 181,636 | 189,949 | 14,356 | | 39,412 | (39,412) | | 425,256 | (425,256) |
| 57 | Total Miscellaneous | 199,198 | 207,663 | 33,732 | 28,900 | 56,032 | (29,132) | 115,600 | 498,625 | (383,025) |
| 58 | | | | | | | | | | |
| 59 | ARBITRATIONS & LEGAL | | | | | | | | | |
| 60 | Arbitrations Fees | 7,545 | 3,909 | 1,781 | 3,100 | 5,374 | (5,274) | 12,400 | 21,609 | (9,209) |
| 61 | Retainer | 13,262 | 8,996 | 21,791 | 21,740 | 11,237 | 10,503 | 98,960 | 55,286 | 31,674 |
| 62 | Court Costs | | | 1,215 | 3,300 | | 3,300 | 13,200 | 1,215 | 11,985 |
| 63 | Miscellaneous | | | | 500 | | 500 | 2,000 | - | 2,000 |
| 64 | Total Arbitrations & Legal | 20,807 | 12,905 | 24,787 | 28,640 | 19,611 | 9,029 | 114,560 | 78,110 | 36,450 |
| 65 | | | | | | | | | | |
| 66 | FACILITIES | | | | | | | | | |
| 67 | Rent-SJC + 535SJC | 32,716 | 37,673 | 37,731 | 34,922 | 37,643 | (2,721) | 139,668 | 145,763 | (6,075) |
| 68 | Rent-RWC | 6,114 | 6,114 | 6,130 | 6,114 | 6,130 | (16) | 24,456 | 24,466 | (32) |
| 69 | Rent-Bakersfield apartment | | | | 1,525 | | 1,525 | 6,100 | - | 6,100 |
| 70 | Rent-Fresno | 6,863 | 273 | 11,793 | 6,900 | 11,425 | (4,525) | 27,600 | 30,344 | (2,744) |
| 71 | Rent-Santa Cruz, Watsonville & | 750 | 7,363 | 7,329 | 7,333 | 7,329 | 4 | 29,332 | 22,792 | 6,540 |
| 72 | Rent-Visalia | 2,157 | 661 | 925 | 700 | 661 | 39 | 2,800 | 4,404 | (1,604) |
| 73 | Utilities | 13,135 | 5,504 | 18,083 | 18,200 | 16,099 | 2,101 | 72,500 | 52,621 | 19,979 |
| 74 | Kitchen Sundries | 1,716 | 2550 93 | 2,153 | 3,500 | 2,328 | 1,172 | 14,000 | 8,747 | 5,253 |
| 75 | Gen. Liab. Ins. & Property Tax i | 5,417 | 5,417 | 5,433 | 18,033 | 5,089 | 9,943 | 72,131 | 24,357 | 47,775 |
| 76 | Buicing Maintenance/Security/ | 7,948 | 11,783 | 8,608 | 9,000 | 17,551 | (8,551) | 36,000 | 45,889 | (9,889) |
| 77 | Total Admin - Facilities | 76,806 | 77,359 | 98,187 | 106,227 | 107,255 | (1,028) | 424,907 | 359,606 | 65,301 |
| 78 | | | | | | | | | | |
| 79 | ADMINSTRATIVE - OFFICES | | | | | | | | | |
| 80 | Audit/Acct. Fees | 910 | 901 | 13,026 | 10,000 | 1,471 | 5,529 | 40,000 | 16,307 | 23,693 |
| 81 | Subscriptions | | 171 | 647 | 500 | | 500 | 2,000 | 818 | 1,182 |
| 82 | Office Sundries | 6,164 | 4,355 | 13,187 | 7,000 | 5,770 | 1,230 | 28,000 | 31,496 | (3,496) |
| 83 | Office Equipment Leases | 36,592 | 44,816 | 25,726 | 40,000 | 43,588 | (3,568) | 160,000 | 150,722 | 9,278 |
| 84 | Equipment Maintenance & Rep | 3,828 | 9,575 | 5,919 | 8,000 | 6,270 | 730 | 32,000 | 25,382 | 6,608 |
| 85 | Contributions | | | 283 | 500 | | 500 | 2,000 | 283 | 1,717 |
| 86 | Research Material & Data | | | | 2,900 | | 2,900 | 8,000 | - | 8,000 |
| 87 | Dues Imp-ementation | | | | 600 | | 600 | 2,400 | - | 2,400 |
| 88 | Computer Database Services | 681 | 2,492 | 777 | 10,000 | 777 | 9,223 | 40,000 | 4,918 | 35,082 |

2 of 5

G:\Finance\Monthend\2007\0607\NC0607 0607 8/9/2007 6 53 PM

11.00 x 8.50 in



SEIU Local 521
Financial Statement
For the month of June 2007

| | Mar | Apr | May | Jun Budget | Jun Actual | Jun better(worse) | YTD - Four months Budget | YTD Actual | YTD better(worse) |
|---|---|---|---|---|---|---|---|---|---|
| | Actual | Actual | Actual | Budget | Actual | better(worse) | Budget | Actual | better(worse) |
| 99 Miscellaneous | | 750 | | 1,000 | | 1,000 | 4,000 | 750 | 3,250 |
| 90 Total Admin - Offices | 50,195 | 63,051 | 59,564 | 79,600 | 57,876 | 21,724 | 318,400 | 230,687 | 87,713 |
| 92 COMMUNICATIONS | | | | | | | | | |
| 93 Printing | 12,836 | 11,799 | 7,881 | 8,000 | 11,160 | (3,160) | 32,000 | 43,677 | (11,677) |
| 94 Paper | 2,449 | 1,244 | 2,404 | 4,000 | 3,609 | 391 | 18,000 | 9,702 | 6,298 |
| 95 Webinar/Station/communication | 719 | 799 | 453 | 1,500 | 310 | 1,190 | 6,000 | 2,281 | 3,719 |
| 96 Telephone & Internet | 13,223 | 11,744 | 13,188 | 18,000 | 18,048 | (48) | 72,000 | 56,203 | 15,797 |
| 97 Postage | 7,775 | 3,484 | 7,296 | 6,000 | 2,642 | 3,359 | 24,000 | 21,196 | 2,804 |
| 98 Professional Fees/Translations | | 55 | 120 | 1,000 | 195 | 805 | 4,000 | 370 | 3,630 |
| 99 Total Communications | 36,998 | 29,125 | 31,342 | 38,500 | 35,964 | 2,536 | 154,000 | 133,429 | 20,571 |
| 100 | | | | | | | | | |
| 101 CONFERENCES/MILEAGE | | | | | | | | | |
| 102 Staff-Misc. Conf/Seminar | | | | 2,000 | 175 | 1,825 | 8,000 | 175 | 7,825 |
| 103 Exec. Board-Conferences | | | | 1,000 | | 1,000 | 4,000 | - | 4,000 |
| 104 International Convention | | | | | | - | - | - | - |
| 105 Industries & Members Conferences | | | 1,500 | 1,000 | 95 | 905 | 4,000 | 1,596 | 2,405 |
| 106 Misc. Members-Reimbursed | | | | 500 | 604 | (104) | 2,000 | 604 | 1,396 |
| 107 Total Conferences/Mileage | - | - | 1,500 | 4,500 | 874 | 3,626 | 18,000 | 2,374 | 15,626 |
| 108 | | | | | | | | | |
| 109 STAFF MEETING & TRAINING | | | | | | | | | |
| 110 Director Training | | | 1,845 | 2,000 | | 2,000 | 8,000 | 1,845 | 6,155 |
| 111 Staff - representation & political | 4,360 | 7,456 | 662 | 10,000 | | 10,000 | 40,000 | 12,478 | 27,522 |
| 112 Clerical Staff | | 1,392 | 259 | 800 | 323 | 477 | 3,200 | 1,975 | 1,226 |
| 113 Executive Staff | 2,742 | | 886 | 800 | 1,030 | (230) | 3,200 | 4,657 | (1,457) |
| 114 Tuition Reim.-Internal Organizers | | | | 500 | | 500 | 2,000 | - | 2,000 |
| 115 Tuition Reim.-OPEIU | | | | 500 | | 500 | 2,000 | - | 2,000 |
| 116 Total Staff Training | 7,102 | 8,848 | 3,652 | 14,600 | 1,354 | 13,246 | 58,400 | 20,955 | 37,446 |
| 117 | | | | | | | | | |
| 118 EDUCATION & TRAINING | | | | | | | | | |
| 119 Steward & Chief Steward Training | | | | 300 | | 300 | 1,200 | | 1,200 |
| 120 Executive Board | | | | 500 | | 500 | 2,000 | | 2,000 |
| 121 Education & Training Committee Meeting & Materials | | | | 4,000 | 29 | 3,971 | 16,000 | 29 | 15,971 |
| 122 Industry Training Events | | | | 2,000 | | 2,000 | 8,000 | | 8,000 |

39

SFCA_1329121.1



SFCA_1329121.1

EXHIBIT F



SEIU Local 521
Financial Statement
For the month of June 2007

| B | Mar Actual | Apr Actual | May Actual | Budget | Actual | better(worse) | Budget | Actual | better(worse) |
|---|---|---|---|---|---|---|---|---|---|
| | | M | P | R | S | T | AQ | AR | AS |
| | | | | | | | | YTD - Four months | |
| 133 Special Printing | | | | 200 | | 200 | 800 | - | 800 |
| 134 Subscriptions | | | | 25 | | 25 | 100 | - | 100 |
| 135 Total Political/Social Involv | 8,021 | 9,498 | 9,847 | 13,326 | 11,199 | 2,126 | 53,300 | 38,365 | 14,935 |
| 136 | | | | | | | | | |
| 137 SOCIAL & ECONOMIC JUSTICE | | | | | | | | | |
| 138 Committee Meetings | | | 22 | 300 | 524 | (224) | 1,200 | 546 | 654 |
| 139 Conferences | 778 | | | 300 | | 300 | 1,200 | 778 | 422 |
| 140 Contributions/Solidarity | 500 | | | 200 | 350 | (150) | 800 | 850 | (50) |
| 141 *** $1.00 PER MEMBER | 4,588 | 312 | 1,182 | 3,125 | | 3,125 | 12,500 | 6,082 | 6,418 |
| 142 Total Social & Economic J | 5,867 | 312 | 1,204 | 3,925 | 874 | 3,051 | 15,700 | 8,256 | 7,444 |
| 143 | | | | | | | | | |
| 144 MEMBER INVOLVEMENT | | | | | | | | | |
| 145 Memorabilia/Give away Membe | 927 | 20,716 | 17,280 | 5,000 | 8,236 | (3,236) | 20,000 | 47,157 | (27,157) |
| 146 Awards/Recognition | 500 | | | 300 | | 300 | 1,200 | 500 | 700 |
| 147 Planning & Event Prep | | | | 300 | | 300 | 1,200 | - | 1,200 |
| 148 Ex Board / Advisory Board Reimbursement | | | | 500 | | 500 | 2,000 | - | 2,000 |
| 149 Rally Rental & Bus | | 3,575 | 1,945 | 4,000 | 760 | 3,240 | 16,000 | 6,275 | 9,725 |
| 150 Member Reimbursement/Lost time | | 293 | 831 | 5,000 | | 5,000 | 20,000 | 1,114 | 18,886 |
| 151 Transportation & Vehicle Exper | 134 | | | 500 | | 500 | 2,000 | 134 | 1,866 |
| 152 Total Member Involvement | 1,561 | 24,569 | 20,056 | 15,600 | 8,995 | 6,605 | 62,400 | 55,181 | 7,219 |
| 153 | | | | | | | | | |
| 154 NEGOTIATIONS | | | | | | | | | |
| 155 Printing Contracts | 30,237 | | | 5,000 | | 5,000 | 20,000 | 30,237 | (10,237) |
| 156 Meetings & Supplies | 445 | 1,690 | 1,087 | 5,000 | 2,287 | 2,713 | 20,000 | 5,509 | 14,491 |
| 157 Negotiations Committee  Food | | | | 5,000 | | 5,000 | 20,000 | - | 20,000 |
| 158 Strike Preparations | | | | 1,000 | | 1,000 | 4,000 | - | 4,000 |
| 159 Automatic Strike Fund Transfer ($0.50 per member/mon) | | | | 18,750 | | 18,750 | 75,000 | - | 75,000 |
| 160 Total Negotiations | 30,682 | 1,690 | 1,087 | 34,750 | 2,287 | 32,463 | 139,000 | 35,746 | 103,254 |
| 161 | | | | | | | | | |
| 162 MEETINGS & EVENTS | | | | | | | | | |
| 163 Executive Board Meetings | | | 108 | 2,000 | | 2,000 | 8,000 | 108 | 7,892 |
| 164 Steward/Council meetings | 294 | 99 | 5,484 | 4,500 | 4,961 | (461) | 18,000 | 10,839 | 7,161 |
| 165 521 Party & other events | 2,596 | 5,896 | 22,719 | 7,000 | 1,565 | 5,435 | 28,000 | 32,765 | (4,765) |

SFCA_1329121.1



SEIU Local 521
Financial Statement
For the month of June 2007

| | B | Mar | Apr | May | Jun Budget | Jun Actual | Jun better/(worse) | YTD - Four months Budget | YTD Actual | YTD better/(worse) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Actual | Actual | Actual | Budget | Actual | better/(worse) | Budget | Actual | better/(worse) |
| 153 | Special Printing | | | | 200 | 200 | | 800 | - | 800 |
| 154 | Subscriptions | | | | 25 | 25 | | 100 | | 100 |
| 135 | Total Political/Social Invol | 8,021 | 9,498 | 9,847 | 13,325 | 11,199 | 2,126 | 53,300 | 38,365 | 14,935 |
| 136 | | | | | | | | | | |
| 137 | SOCIAL & ECONOMIC JUSTICE | | | | | | | | | |
| 138 | Committee Meetings | | | 22 | 300 | 524 | (224) | 1,200 | 546 | 654 |
| 139 | Conferences | 778 | | | 300 | | 300 | 1,200 | 778 | 422 |
| 140 | Contributions/Solidarity | 500 | | | 200 | 350 | (150) | 800 | 850 | (50) |
| 141 | *** $1.00 PER MEMBER | 4,588 | 312 | 1,182 | 3,125 | | 3,125 | 12,500 | 6,082 | 6,418 |
| 142 | Total Social & Economic J | 5,867 | 312 | 1,204 | 3,925 | 874 | 3,051 | 15,700 | 8,256 | 7,444 |
| 143 | | | | | | | | | | |
| 144 | MEMBER INVOLVEMENT | | | | | | | | | |
| 145 | Memorabilia/Give away Member | 927 | 20,716 | 17,280 | 5,000 | 8,235 | (3,235) | 20,000 | 47,157 | (27,157) |
| 146 | Awards/Recognition | 500 | | | 300 | | 300 | 1,200 | 500 | 700 |
| 147 | Planning & Event Prep | | | | 300 | | 300 | 1,200 | - | 1,200 |
| 148 | Ex Board / Advisory Board Reimbursement | | | | 500 | | 500 | 2,000 | | 2,000 |
| 149 | Rally Rental & Bus | | 3,570 | 1,945 | 4,000 | 780 | 3,240 | 16,000 | 6,275 | 9,725 |
| 150 | Member Reimbursement/Lost time | | 283 | 831 | 5,000 | | 5,000 | 20,000 | 1,114 | 18,886 |
| 151 | Transportation & Vehicle Exper | 134 | | | 500 | | 500 | 2,000 | 134 | 1,866 |
| 152 | Total Member Involvement | 1,561 | 24,569 | 20,056 | 15,600 | 8,995 | 6,605 | 62,400 | 55,181 | 7,219 |
| 153 | | | | | | | | | | |
| 154 | NEGOTIATIONS | | | | | | | | | |
| 155 | Printing Contracts | 30,237 | | | 5,000 | | 5,000 | 20,000 | 30,237 | (10,237) |
| 156 | Meetings & Supplies | 445 | 1,690 | 1,087 | 5,000 | 2,287 | 2,713 | 20,000 | 5,509 | 14,491 |
| 157 | Negotiations Committee Food | | | | 5,000 | | 5,000 | 20,000 | - | 20,000 |
| 158 | Strike Preparations | | | | 1,000 | | 1,000 | 4,000 | - | 4,000 |
| 159 | Automatic Strike Fund Transfer ($0.50 per member/mon) | | | | 18,750 | | 18,750 | 75,000 | - | 75,000 |
| 160 | Total Negotiations | 30,682 | 1,690 | 1,087 | 34,750 | 2,287 | 32,463 | 139,000 | 35,746 | 103,254 |
| 161 | | | | | | | | | | |
| 162 | MEETINGS & EVENTS | | | | | | | | | |
| 163 | Executive Board Meetings | | | 108 | 2,000 | | 2,000 | 8,000 | 108 | 7,892 |
| 164 | Steward/Council meetings | 294 | 99 | 5,484 | 4,500 | 4,961 | (461) | 18,000 | 10,839 | 7,161 |
| 165 | 521 Party & other events | 2,596 | 5,896 | 22,719 | 7,000 | 1,565 | 5,435 | 28,000 | 32,785 | (4,785) |

SFCA_1329121.1



SEIU Local 521
Financial Statement
For the month of June 2007

| | B | Mar Actual | Apr Actual | May Actual | Jun Budget | Jun Actual | Jun better(worse) | AQ YTD Budget | AR YTD Actual | AS YTD better(worse) |
|---|---|---|---|---|---|---|---|---|---|---|
| 170 | REPRESENTATIVE DUES | | | | | | | | | |
| 171 | SEIU $7.85 ea | 571,918 | 386,333 | 397,907 | 430,848 | 412,366 | 18,482 | 1,723,392 | 1,768,523 | (45,131) |
| 172 | SEIU Unity Fund $5.00ea | 347,500 | 238,740 | 247,290 | 266,200 | 254,750 | 11,450 | 1,064,800 | 1,088,280 | (23,480) |
| 173 | SEIU Retirees $1.00ea | - | - | - | 60 | - | 60 | 240 | - | 240 |
| 174 | SEIU Associate Members-1.00 | - | - | - | 12 | - | 12 | 48 | - | 48 |
| 175 | SEIU State Council-$C 53ea | 197,089 | 126,639 | 130,547 | 142,490 | 157,157 | (14,667) | 569,956 | 611,433 | (41,474) |
| 176 | So Bay CLC $0 55ea | 20,898 | 11,230 | 11,172 | 12,100 | 16,311 | (4,211) | 48,400 | 59,611 | (11,211) |
| 177 | SMCO CLC $0.55ea | 4,965 | 2,571 | 2,440 | 2,838 | 2,629 | 209 | 11,352 | 12,605 | (1,253) |
| 178 | Fresno CLC $0 35ea | 510 | 1,619 | 1,950 | 2,800 | 2,237 | 564 | 11,200 | 6,315 | 4,685 |
| 179 | Bakersfield CLC $0.25ea | - | 1,585 | 1,753 | 1,625 | 1,854 | (229) | 6,500 | 5,193 | 1,308 |
| 180 | Monterey & Santa Cruz LC $0 5 | 1,880 | 2,646 | 3,605 | 3,300 | 3,600 | (300) | 13,200 | 11,733 | 1,467 |
| 181 | CA Labor Fed 50% X .47ea | 13,261 | 8,901 | 9,167 | 9,048 | 9,501 | (453) | 36,190 | 40,829 | (4,639) |
| 182 | Building Trades-SMCO | 250 | 250 | 250 | 250 | 275 | (25) | 1,000 | 1,025 | (25) |
| 183 | Total Representative Dues | 1,158,271 | 780,517 | 806,081 | 871,570 | 860,678 | 10,892 | 3,486,280 | 3,605,547 | (119,266) |
| 184 | | | | | | | | | | |
| 185 | TOTAL EXPENSES | 2,584,563 | 2,280,894 | 2,112,499 | 2,390,457 | 2,216,213 | 174,243 | 7,924,343 | 7,758,314 | 166,028 |
| 186 | | | | | | | | | | |
| 187 | TOTAL INCOME LESS TOTAL | (642,897) | (283,919) | 568,817 | (2,500) | (21,997) | (19,498) | (10,000) | (388,996) | (378,998) |
| 188 | | | | | | | | | | |
| 189 | VOLUNTARY TRANSFERS | | | | | | | | | |
| 190 | Building Funds | - | | | | | - | | | |
| 191 | Automatic Legal Defense Fund | | | | 9,375 | | - | 37,500 | 37,500 | - |
| 192 | Strike Fund | | | | | | - | | | |
| 193 | Total Transfers | 9,375 | 9,375 | 9,375 | 9,375 | 9,375 | - | 37,500 | 37,500 | - |
| 194 | TOTAL INCOME LESS EXPEN | (652,272) | (293,294) | 560,442 | (11,875) | (31,372) | (19,498) | (47,500) | (426,496) | (378,998) |

11.00 x 8.50 in

43



| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 174 | SEIU Associate Members-1.00 | - | - | - | 12 | - | 12 | 48 | 48 |
| 175 | SEIU State Council-\$.53ea | 197,089 | 126,639 | 130,547 | 142,490 | 157,157 | (14,667) | 569,958 | 611,433 | (41,474) |
| 176 | So Bay CLC \$0.55ea | 20,698 | 11,230 | 11,172 | 12,100 | 16,311 | (4,211) | 48,400 | 59,611 | (11,211) |
| 177 | SMCO CLC \$0.60ea | 4,965 | 2,571 | 2,440 | 2,838 | 2,629 | 209 | 11,352 | 12,605 | (1,253) |
| 178 | Fresno CLC \$0.35ea | 510 | 1,619 | 1,950 | 2,630 | 2,237 | 564 | 11,200 | 6,315 | 4,885 |
| 179 | Bakersfield CLC \$0.25ea | - | 1,585 | 1,753 | 1,615 | 1,854 | (229) | 6,500 | 5,193 | 1,308 |
| 180 | Monterey & Santa Cruz LC \$0.5 | 1,580 | 2,648 | 3,605 | 3,300 | 3,600 | (300) | 13,200 | 11,733 | 1,467 |
| 181 | CA Labor Fed 50% x .47ea | 13,251 | 8,901 | 9,167 | 9,048 | 9,501 | (453) | 36,190 | 40,829 | (4,639) |
| 182 | Building Trades-SMCO | 250 | 256 | 250 | 250 | 275 | (25) | 1,000 | 1,025 | (25) |
| 183 | Total Representative Dues | 1,156,271 | 780,517 | 806,081 | 871,570 | 860,678 | 10,892 | 3,486,280 | 3,605,547 | (119,266) |
| 184 | | | | | | | | | | |
| 185 | TOTAL EXPENSES | 2,584,663 | 2,280,894 | 2,112,499 | 2,390,457 | 2,216,213 | 174,243 | 7,924,343 | 7,758,314 | 166,028 |
| 186 | | | | | | | | | | |
| 187 | TOTAL INCOME LESS TOTAL | (642,897) | (283,919) | 559,817 | (2,500) | (21,997) | (19,496) | (10,000) | (388,996) | (378,998) |
| 188 | | | | | | | | | | |
| 189 | VOLUNTARY TRANSFERS | | | | | | | | | |
| 190 | Building Funds | - | - | - | - | - | - | | | |
| 191 | Automatic Legal Defense Fund | - | - | - | 9,375 | - | - | 37,500 | 37,500 | - |
| 192 | Strike Fund | - | - | - | - | - | - | - | - | - |
| 193 | Total Transfers | 9,375 | 9,375 | 9,375 | 9,375 | 9,375 | - | 37,500 | 37,500 | - |
| 194 | TOTAL INCOME LESS EXPEN | (652,272) | (293,294) | 550,442 | (11,875) | (31,372) | (19,496) | (47,500) | (426,496) | (378,998) |

5 of 5

G:\Finance\Monthend\2007\0607\INC0607 0607 8/6/2007 5:53 PM

SFCA_1329121.1



SEIU Local 521
Financial Statement
For the month of August 2007

| | Mar | Apr | May | Jun | Ju. | Budget | Actua | better/(worse) | Budget | Actual | better/(worse) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Actual | Actual | Actua | Actual | Actual | | Aug | | | YTD - 5 x months | |
| TOTAL DUES RECEIPTS | 1,937,972 | 1,965,198 | 2,061,404 | 2,192,557 | 2,224,147 | 2,376,957 | 2,412,425 | 35,469 | 14,261,744 | 13,376,703 | (883,041) |
| OTHER INCOME | | | | | | | | | | | |
| Interest & Dividends | - | 6,158 | 7,801 | 6,995 | 7,767 | 2,400 | 10,529 | 8,129 | 14,400 | 39,341 | 24,941 |
| SMI-SS Administrative Re mb | - | 25,300 | - | - | - | 5,200 | - | (5,000) | 30,000 | 25,000 | (5,000) |
| Sub ease Rent | 3,311 | 3,311 | 3,311 | 4,025 | 3,487 | 3,600 | 3,536 | (64) | 21,600 | 21,552 | (48) |
| Misc  Income | 383 | 2,308 | - | 47 | 234 | - | 15 | 15 | - | 2,988 | 2,988 |
| Total Misc  Income | 3,694 | 36,777 | 10,912 | 11,659 | 11,487 | 11,000 | 14,081 | 3,081 | 66,000 | 88,580 | 22,580 |
| | | | | | | | | | | | |
| TOTAL GENERAL FUND INC | 1,941,666 | 1,996,975 | 2,072,316 | 2,194,216 | 2,235,604 | 2,387,957 | 2,426,506 | 38,548 | 14,327,744 | 13,487,283 | (860,461) |
| | | | | | | | | | | | |
| GENERAL FUND EXPENSES | | | | | | | | | | | |
| | | | | | | | | | | | |
| ORGANIZING OFFSET | 301,377 | 301,377 | 301,377 | 301,077 | 301,077 | 301,077 | 301,077 | (0) | 1,906,465 | 1,906,463 | 1 |
| | | | | | | | | | | | |
| SALARIES | | | | | | | | | | | |
| Admin strative | 29,293 | 34,472 | 34,472 | 34,472 | 34,472 | 37,345 | 50,267 | (12,922) | 224,089 | 217,448 | 6,621 |
| Admin Support | 15,732 | 19,304 | 32,391 | 32,284 | 32,224 | 37,674 | 54,556 | (16,982) | 226,941 | 185,471 | 43,571 |
| Directors | 63,496 | 65,926 | 65,581 | 71,053 | 76,314 | 83,896 | 105,810 | (21,914) | 503,376 | 442,064 | 61,312 |
| Interna Organizers/Research | 179,496 | 207,313 | 218,023 | 248,015 | 298,140 | 252,575 | 413,449 | (190,874) | 1,518,452 | 1,524,142 | (8,690) |
| C erical | 68,721 | 67,066 | 54,179 | 55,439 | 66,900 | 86,579 | 97,339 | (10,761) | 411,472 | 383,544 | 27,928 |
| Facilities | 2,659 | 3,321 | 3,086 | 3,392 | 3,200 | 3,337 | 4,875 | (1,541) | 20,019 | 20,513 | (494) |
| Data Base Services | 17,192 | 21,396 | 22,889 | 23,847 | 23,36 | 23,217 | 36,212 | (12,995) | 139,299 | 144,958 | (5,659) |
| Temp  Interna Organizers/Res | 2,869 | 3,440 | 6,190 | 2,964 | 9,960 | 5,000 | 2,615 | 2,385 | 30,000 | 20,961 | 9,039 |
| Temp  Clerical/Support | 916 | 645 | 4,276 | 5,742 | 9,400 | 3,000 | 5,993 | (2,993) | 18,000 | 26,974 | (8,974) |
| Vacation & Comp Time | 5,611 | 655 | 8,067 | 5,921 | 4,294 | 26,331 | 13,090 | 12,241 | 151,966 | 34,640 | 117,347 |
| Total Salaries | 375,947 | 422,143 | 445,146 | 483,091 | 566,677 | 539,953 | 774,211 | (234,258) | 3,239,716 | 3,006,614 | 233,101 |
| PAYROLL RELATED EXPENSES | | | | | | | | | | | |
| Pension | 62,326 | 26,756 | 59,808 | 61,133 | 60,816 | 70,427 | 99,649 | (29,222) | 425,582 | 406,366 | 17,194 |
| Payroll Taxes Expenses | 30,413 | 57,561 | 26,196 | 29,002 | 29,279 | 50,662 | 52,793 | (2,131) | 303,673 | 225,236 | 78,737 |
| Trave  Staff-Admin | 961 | 3,012 | 5,877 | 434 | 3,564 | 1,500 | 6,410 | (4,910) | 9,000 | 20,249 | (11,249) |
| Trave  Staff-Interna  Organizer | 5,977 | 9,614 | 3,634 | 1,756 | 6,336 | 3,000 | 3,757 | (757) | 18,000 | 30,073 | (12,073) |
| Mileage/Ins  Reimb-Admin & C | 2,209 | 1,049 | 509 | 3,639 | 3,084 | 10,392 | 2,164 | 8,228 | 62,352 | 12,854 | 49,698 |
| Mileage/Ins  Reimb-Internal O | 15,992 | 17,963 | 17,106 | 19,717 | 22,220 | 21,476 | 19,248 | 2,227 | 128,850 | 112,242 | 16,608 |
| Telephone Reimbursement | 3,040 | 2,296 | 2,431 | 2,457 | 4,086 | 7,500 | 4,349 | 3,151 | 45,000 | 18,660 | 26,340 |

SFCA_1329121.1



SFCA_1329121.1



SEIU Local 521
Financial Statement
For the month of August 2007

| | J Mar Actual | M Apr Actual | P May Actua | S Jun Actua | V Ju Actual | Budget Aug | Actua | better/worse) | AC Budget Y'TD - Six months | AR Actual | AS better/worse) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MISCELANEOUS | | | | | | | | | | | |
| Agency Fee/Assoc. Exp. | | | | | | 11,000 | - | | 66,000 | 66,000 | - |
| Capital Fund Expense | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | | 6,000 | 6,000 | - |
| Admin exp share w. chapter | 375 | 40 | 362 | | | 500 | | 500 | 6,000 | 717 | 5,283 |
| Free Life insurance to members (SCR MRY & | | 1,200 | 2,454 | 1,227 | 1,026 | 6,900 | 1,227 | 5,673 | 40,800 | 7,135 | 33,666 |
| Chapter Fund Reimbursement | 3,686 | 3,074 | 3,110 | 3,893 | 4,249 | 4,300 | 4,191 | 109 | 24,000 | 22,210 | 1,790 |
| Dodge Scholarship | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | | 9,000 | 9,000 | - |
| Good & Welfare | | | | | | 3,500 | 262 | 3,338 | 21,000 | 262 | 21,338 |
| UHW & L'877 ADMIN EXPEN | 181,538 | 189,946 | 14,358 | 32,412 | 167,420 | | 21,011 | (21,011) | | 613,667 | (613,667) |
| Hanford - Strush'an Expenses | - | - | - | - | 10,000 | | 10,000 | (10,000) | | 20,000 | (20,000) |
| Ex-Board Stipend | - | - | - | - | 2,200 | | 2,200 | (2,200) | | 4,400 | (4,400) |
| Total Miscellaneous | 199,198 | 207,663 | 33,732 | 58,032 | 198,385 | 28,900 | 52,391 | (23,491) | 173,800 | 749,411 | (575,611) |
| ARBITRATIONS & LEGAL | | | | | | | | | | | |
| Arbitrations Fees | 7,548 | 3,900 | 1,781 | 8,374 | 7,911 | 3,100 | 1,768 | 1,342 | 18,600 | 31,279 | (12,679) |
| Retainer | 13,262 | 8,995 | 21,791 | 11,237 | 27,134 | 24,740 | 20,717 | 6,023 | 130,440 | 102,537 | 27,903 |
| Court Costs | | | 1,215 | | | 3,300 | | 3,300 | 19,800 | 1,215 | 18,585 |
| Miscellaneous | | | | | | 500 | | 500 | 3,000 | | 3,000 |
| Total Arbitrations & Legal | 20,807 | 12,905 | 24,787 | 19,611 | 35,045 | 28,640 | 21,875 | 6,765 | 171,840 | 135,030 | 36,810 |
| FACILITIES | | | | | | | | | | | |
| Rent-SJC + 535SJC | 32,716 | 37,673 | 37,731 | 37,643 | 37,907 | 34,922 | 32,827 | 2,095 | 209,532 | 215,187 | (5,655) |
| Rent-RWC | 6,114 | 6,114 | 6,130 | 6,130 | 6,130 | 6,114 | 6,330 | (216) | 36,684 | 36,948 | (264) |
| Rent-Bakersfield apartment | | | | | | 1,525 | | 1,525 | 9,150 | - | 9,150 |
| Rent-Fresno | 6,853 | 273 | 11,792 | 11,425 | 11,402 | 6,900 | 6,853 | 47 | 41,400 | 48,600 | (7,200) |
| Rent-Santa Cruz Watsonville | 750 | 7,363 | 7,329 | 7,329 | 7,329 | 7,333 | 7,329 | 4 | 43,998 | 37,450 | 6,548 |
| Rent-Visalia | 2,187 | 661 | 925 | 661 | 961 | 700 | 600 | 100 | 4,200 | 6,966 | (1,965) |
| Kitchen Sundries | 1,716 | 2556.93 | 2,153 | 2,329 | (1,337) | 3,500 | 5,432 | 1,932 | 21,000 | 12,943 | 9,167 |
| Gen. Liab Ins. & Property Tax | 5,417 | 5,417 | 5,433 | 5,599 | 9,216 | 16,333 | 5,417 | 12,516 | 108,197 | 38,990 | 69,207 |
| Building Maintenance/Security | 7,948 | 11,763 | 8,908 | 17,551 | 12,386 | 9,500 | 14,052 | (5,052) | 54,000 | 73,257 | (19,257) |
| Total Admin - Facilities | 76,806 | 77,339 | 98,187 | 107,258 | 99,628 | 106,227 | 96,237 | 9,990 | 537,361 | 568,468 | 81,893 |

47

SFCA_1329121.1



SFCA_1329121.1



SEIU Local 521
Financial Statement
For the month of August 2007

| B | J | M | P | S | V | X | V | Z | AO | AR | AS |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mar | Apr | May | Jun | Jul | | Aug | | | YTD - Six months | |
| | Actual | Actual | Actual | Actual | Actual | Budget | Actual | better/worse | Budget | Actual | better/worse |
| 91 Miscelaneous | | 750 | | | | 1,000 | 0 | 1,000 | 6,000 | 750 | 5,250 |
| 92 Total Admin - Offices | 50,196 | 63,051 | 99,864 | 57,876 | 50,312 | 79,500 | 55,318 | 24,282 | 477,000 | 335,316 | 141,284 |
| 94 COMMUNICATIONS | | | | | | | | | | | |
| 95 Printing | 12,936 | 11,799 | 7,561 | 11,183 | 3,342 | 8,000 | 1,787 | 6,213 | 48,000 | 48,606 | (606) |
| 96 Paper | 2,446 | 1,244 | 2,404 | 3,609 | 2,473 | 4,000 | 411 | 3,589 | 24,000 | 12,585 | 11,415 |
| 97 Website/Staffcommunication | 719 | 769 | 483 | 310 | 261 | 1,500 | 303 | 1,197 | 9,000 | 2,935 | 6,165 |
| 98 Telephone & Internet | 13,223 | 11,744 | 13,168 | 18,049 | 11,957 | 18,000 | 12,207 | 5,793 | 108,000 | 80,367 | 27,633 |
| 99 Postage | 7,775 | 3,464 | 7,296 | 2,642 | 8,676 | 6,000 | 8,709 | (2,709) | 36,000 | 38,580 | (2,580) |
| 100 Professional Fees-Translations | | 55 | 122 | 195 | | 1,000 | 0 | 1,000 | 6,000 | 370 | 5,630 |
| 101 Total Communications | 36,998 | 29,125 | 31,342 | 35,964 | 26,656 | 38,500 | 23,416 | 15,084 | 231,000 | 183,543 | 47,457 |
| 103 CONFERENCES/MILEAGE | | | | | | | | | | | |
| 104 Staff-Misc Conf-Seminar | | | | 175 | | 2,000 | 575 | 1,425 | 12,000 | 750 | 11,250 |
| 105 Exec Board-Conferences | | | | | | 500 | | 500 | 6,000 | | 6,000 |
| 106 International Convention | | | | | | | | | | | |
| 107 Industries & Members Conferences | | | 1,500 | 25 | | 1,000 | | 1,000 | 6,000 | 1,595 | 4,405 |
| 108 Misc Member's-Reimbursed | | | | 674 | | 500 | | 500 | 3,000 | 604 | 2,396 |
| 109 Total Conferences/Mileage | - | - | 1,500 | 874 | - | 4,500 | 575 | 3,925 | 27,000 | 2,949 | 24,051 |
| 111 STAFF MEETING & TRAINING | | | | | | | | | | | |
| 112 Director Training | | | 1,845 | | | 2,000 | | 2,000 | 12,000 | 1,845 | 10,155 |
| 113 Staff - representation & politics | 4,360 | 7,466 | 662 | | | 10,000 | 5,076 | 4,924 | 60,000 | 17,555 | 42,446 |
| 114 Clerical Staff | | 1,382 | 269 | 323 | 177 | 800 | 568 | 232 | 4,800 | 2,719 | 2,081 |
| 115 Executive Staff | 2,742 | | 866 | 1,033 | | 800 | | 800 | 4,800 | 4,657 | 143 |
| 116 Tuition Reim.-Interna. Organizers | | | | | | 500 | | 500 | 3,000 | - | 3,000 |
| 117 Tuition Reim.-OPEIU | | | | | | 500 | | 500 | 3,000 | - | 3,000 |
| 118 Total Staff Training | 7,102 | 8,848 | 3,682 | 1,354 | 177 | 14,600 | 5,644 | 8,956 | 87,600 | 26,776 | 60,825 |
| 119 | | | | | | | | | | | |
| 120 EDUCATION & TRAINING | | | | | | | | | | | |
| 121 Steward & Chief Steward Training | | | | | | 350 | | 350 | 1,800 | - | 1,800 |
| 122 Executive Board | | | | | | 500 | | 500 | 3,000 | - | 3,000 |
| 123 Educator & Training Committee Meeting & Materials | | | | 29 | | 4,000 | | 4,000 | 24,000 | 29 | 23,971 |
| 124 Industry Training Events | | | | | | 2,000 | | 2,000 | 12,000 | - | 12,000 |
| 125 Total Education & Training | - | - | - | 29 | - | 6,800 | - | 6,800 | 40,800 | 29 | 40,771 |

49

SFCA_1329121.1



| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 95 Printing | 12,838 | 11,790 | 7,981 | 11,790 | 3,342 | 8,000 | 7,987 | 5,213 | 48,000 | 48,806 | (806) |
| 96 Paper | 2,446 | 1,244 | 2,404 | 3,609 | 2,473 | 4,000 | 411 | 3,589 | 24,000 | 12,696 | 11,416 |
| 97 Website/Station communication | 719 | 799 | 463 | 310 | 291 | 1,500 | 303 | 197 | 9,000 | 2,835 | 6,165 |
| 98 Telephone & Internet | 13,222 | 11,744 | 13,188 | 19,048 | 11,957 | 18,500 | 12,207 | 5,793 | 106,000 | 90,367 | 27,933 |
| 99 Postage | 7,778 | 3,484 | 7,296 | 2,642 | 8,678 | 6,000 | 6,709 | 12,709 | 36,000 | 38,590 | (2,590) |
| 100 Professional Fees/Translations | | 55 | 120 | 195 | | 500 | | 500 | 6,000 | 370 | 5,630 |
| 101 Total Communications | 36,996 | 29,125 | 31,342 | 35,964 | 26,696 | 38,500 | 23,416 | 15,084 | 231,000 | 183,643 | 47,457 |
| 103 CONFERENCES/MILEAGE | | | | | | | | | | | |
| 104 Staff-Misc Conf/Seminar | | | | 175 | | 2,000 | 675 | 1,425 | 12,000 | 750 | 11,250 |
| 105 Exec Board-Conferences | | | | | | 500 | | 500 | 6,000 | | 6,000 |
| 106 International Convention | | | | | | | | | | | - |
| 107 Industries & Members Conferences | | | 1,500 | 25 | | 500 | | 500 | 6,000 | 1,595 | 4,405 |
| 108 Misc. Members-Reimbursed | | | | 604 | | 500 | | 500 | 3,000 | 604 | 2,396 |
| 109 Total Conferences/Mileage | - | - | 1,500 | 874 | - | 4,500 | 575 | 3,925 | 27,000 | 2,949 | 24,051 |
| 111 STAFF MEETING & TRAINING | | | | | | | | | | | |
| 112 Director Training | | | 1,848 | | | 2,000 | | 2,000 | 12,000 | 1,845 | 10,156 |
| 113 Staff - representation & politics | 4,360 | 7,456 | 962 | | | 10,000 | 5,076 | 4,924 | 60,000 | 17,550 | 42,446 |
| 114 Clerical Staff | | 1,392 | 259 | 323 | 177 | 800 | 568 | 232 | 4,800 | 2,719 | 2,081 |
| 115 Executive Staff | 2,742 | | 485 | 1,030 | | 800 | | 800 | 4,800 | 4,657 | 143 |
| 116 Tuition Reim -Interns Organizers | | | | | | 500 | | 500 | 3,000 | - | 3,000 |
| 117 Tuition Reim -OPEIU | | | | | | 500 | | 500 | 3,000 | | 3,000 |
| 118 Total Staff Training | 7,102 | 8,848 | 3,552 | 1,354 | 177 | 14,600 | 5,644 | 8,956 | 87,600 | 26,776 | 60,825 |
| 120 EDUCATION & TRAINING | | | | | | | | | | | |
| 121 Steward & Chief Steward Training | | | | | | 300 | | 300 | 1,800 | - | 1,800 |
| 122 Executive Board | | | | | | 500 | | 500 | 3,000 | - | 3,000 |
| 123 Educator & Training Committee Meeting & Materials | | | | 29 | | 4,000 | | 4,000 | 24,000 | 29 | 23,971 |
| 124 Industry Training Events | | | | | | 2,000 | | 2,000 | 12,000 | - | 12,000 |
| 125 Total Education & Training | - | - | - | 29 | - | 6,800 | - | 6,800 | 40,800 | 29 | 40,771 |
| 127 POLITICAL/SOCIAL INVOLVEMENT | | | | | | | | | | | |
| 128 Candidates Account $5.00 per | 7,930 | 9,472 | 9,579 | 9,952 | 4,061 | 6,000 | 2,004 | 3,996 | 36,000 | 42,917 | (6,917) |
| 129 Issues Account | | | | | | 2,000 | 2,003 | (2,003) | | 2,003 | (2,003) |
| 130 Legal | | | | | | 4,000 | | 4,000 | 24,000 | - | 24,000 |
| 131 Committee Meetings | 91 | 66 | 68 | 1,295 | | 300 | 451 | (101) | 1,800 | 1,944 | (144) |
| 132 Conferences | | | | | 509 | 2,000 | | 2,000 | 12,000 | 509 | 11,491 |
| 133 Electoral Staff Activity | | | | | | 300 | | 300 | 1,800 | - | 1,800 |
| 134 Polls & Surveys | | | | | 247 | 500 | | 500 | 3,000 | 247 | 2,753 |
| 135 Special Printing | | | | | | 200 | | 200 | 1,200 | - | 1,200 |
| 136 Subscriptions | | | | | | 25 | | 25 | 150 | - | 150 |

SFCA_1329121.1



SEIU Local 521
Financial Statement
For the month of August 2007

| | Mar | Apr | May | Jun | Jul | Budget | Actua | better (worse) | Budget | Actual | better (worse) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Actual | Actual | Actua | Actual | Actual | | Aug | | | YTD - 6 x months | |
| 137 Total Political/Social Invol | 8,021 | 9,498 | 8,647 | 11,199 | 4,846 | 13,325 | 4,408 | 8,917 | 79,950 | 47,620 | 32,336 |
| 138 | | | | | | | | | | | |
| 139 SOCIAL & ECONOMIC JUST-CE | | | | | | | | | | | |
| 140 Committee Meetings | | | 22 | 524 | | 300 | 259 | (541) | 1,800 | 904 | 896 |
| 141 Conferences | 778 | | | | | 300 | 193 | 107 | 1,800 | 971 | 829 |
| 142 Contributions/Solidarity | 600 | | | 350 | | 200 | 300 | (100) | 1,200 | 1,150 | 50 |
| 143 *** $1.00 PER MEMBER | 4,588 | 312 | 1,182 | | 2,467 | 3,125 | 8,844 | (5,719) | 18,750 | 17,413 | 1,337 |
| 144 Total Social & Economic _ | 5,867 | 312 | 1,204 | 874 | 2,467 | 3,925 | 9,696 | (5,771) | 23,550 | 20,438 | 3,112 |
| 145 | | | | | | | | | | | |
| 146 MEMBER INVOLVEMENT | | | | | | | | | | | |
| 147 Memorabilia/Give away Member | 927 | 23,776 | 17,290 | 9,235 | 21,247 | 5,000 | 82,260 | (77,260) | 30,000 | 150,955 | (120,955) |
| 148 Awards/Recognition | 500 | | | | | 300 | 300 | | 1,800 | 500 | 1,300 |
| 149 Planning & Event Prep | | | | | | 300 | 300 | | 1,800 | - | 1,800 |
| 150 Ex Board / Advisory Board Reimbursement | | | | | | 500 | 500 | | 3,000 | - | 3,000 |
| 151 Rig v Rentz & Bus | | 3,570 | 1,946 | 753 | | 4,000 | 74 | 3,926 | 24,000 | 6,349 | 17,651 |
| 152 Member Reimbursement/Lost time | | 263 | 531 | | 1,414 | 5,000 | 569 | 4,431 | 30,000 | 3,097 | 26,903 |
| 153 Transportation & Vehicle Expen | 134 | | | | | 500 | | 500 | 3,000 | 134 | 2,966 |
| 154 Total Member Involvemen | 1,561 | 24,569 | 20,056 | 8,995 | 22,661 | 15,600 | 82,903 | (67,303) | 93,600 | 160,745 | (67,145) |
| 155 | | | | | | | | | | | |
| 156 NEGOTIATIONS | | | | | | | | | | | |
| 157 Printing Contracts | 30,237 | | | | 507 | 5,000 | (447) | 5,447 | 30,000 | 30,297 | (297) |
| 158 Meetings & Supplies | 446 | 1,690 | 1,097 | 2,287 | 2,656 | 5,000 | 6,627 | (1,627) | 30,000 | 14,692 | 15,308 |
| 159 Negotiations Committee Food | | | | | | 5,000 | 5,000 | | 30,000 | - | 30,000 |
| 160 Strike Preparations | | | | | | 1,000 | 1,000 | | 6,000 | - | 6,000 |
| 161 Automatic Strike Fund Transfer ($0.50 per member/month) | | | | | | 18,750 | | 18,750 | 112,500 | - | 112,500 |
| 162 Total Negotiations | 30,682 | 1,690 | 1,097 | 2,287 | 3,163 | 34,750 | 6,081 | 28,669 | 208,500 | 44,989 | 163,511 |
| 163 | | | | | | | | | | | |
| 164 MEETINGS & EVENTS | | | | | | | | | | | |
| 165 Executive Board Meetings | | | 108 | | 966 | 2,000 | 230 | 1,770 | 12,000 | 362 | 11,318 |
| 166 Steward Council Meetings | 264 | 99 | 5,484 | 4,961 | 4,261 | 4,500 | 26 | 4,474 | 27,000 | 18,146 | 11,954 |
| 167 521 Party & other events | 2,696 | 5,686 | 22,719 | 1,565 | | 7,000 | 3,516 | 3,484 | 42,000 | 36,281 | 5,719 |
| 168 Advisory Board Meetings | 16,570 | | - | | | 10,000 | 2,761 | 7,239 | 60,000 | 18,331 | 41,956 |
| 169 Miscellaneous | | | | | | 200 | | 200 | 1,200 | - | 1,200 |
| 170 Total Meetings & Events | 19,458 | 5,985 | 28,311 | 6,526 | 4,948 | 23,700 | 6,513 | 17,187 | 142,200 | 70,740 | 71,460 |

11.00 x 8.50 in



| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 141 | Conferences | 778 | | | | 300 | 193 | 157 | 1,600 | 971 | 629 |
| 142 | Contributions/Solidarity | 500 | | | 350 | 200 | 300 | (100) | 1,200 | 1,150 | 50 |
| 143 | *** $1.00 PER MEMBER | 4,588 | 312 | 1,192 | | 2,467 | 3,125 | 8,844 | (5,719) | 18,750 | 17,413 | 1,337 |
| 144 | Total Social & Economic | 5,867 | 312 | 1,204 | 674 | 2,467 | 3,925 | 9,696 | (5,771) | 23,550 | 20,438 | 3,112 |
| 145 | | | | | | | | | | | |
| 146 | MEMBER INVOLVEMENT | | | | | | | | | | |
| 147 | Memorial/Give away Member | 927 | 20,716 | 17,290 | 6,235 | 21,247 | 5,000 | 62,260 | +77,260 | 30,000 | 150,896 | (120,966) |
| 148 | Awards/Recognition | 500 | | | | | 300 | | +77,260 | 1,800 | 500 | 1,300 |
| 149 | Planning & Event Prep | | | | | | 300 | | 300 | 1,800 | - | 1,800 |
| 150 | Ex Board / Advisory Board Reimbursement | | | | | | 500 | | 500 | 3,000 | - | 3,000 |
| 151 | Rally Rents & Bus | | 3,570 | 1,946 | 780 | | 4,000 | 74 | 3,926 | 24,000 | 6,349 | 17,651 |
| 152 | Member Reimbursement/Lost time | | 283 | 631 | | 1,414 | 5,000 | 559 | 4,441 | 30,000 | 3,097 | 26,903 |
| 153 | Transportation & Vehicle Exper | 134 | | | | | 500 | | 500 | 3,000 | 134 | 2,866 |
| 154 | Total Member Involvemen | 1,561 | 24,569 | 20,956 | 6,995 | 22,961 | 15,600 | 62,903 | (67,303) | 93,600 | 160,745 | (67,145) |
| 155 | | | | | | | | | | | |
| 156 | NEGOTIATIONS | | | | | | | | | | |
| 157 | Printing Contracts | 30,237 | | | | 907 | 5,000 | (447) | 5,447 | 30,000 | 30,297 | (297) |
| 158 | Meetings & Supplies | 446 | 1,590 | 1,387 | 2,287 | 2,856 | 5,000 | 6,627 | +1,627 | 30,000 | 14,692 | 15,308 |
| 159 | Negotiations Committee Food | | | | | | 5,000 | | 5,000 | 30,000 | - | 30,000 |
| 160 | Strike Preparations | | | | | | | | - | 5,000 | - | 5,000 |
| 161 | Automatic Strike Fund Transfer ($0.50 per member/mon) | | | | | | 18,750 | | 18,750 | 112,500 | - | 112,500 |
| 162 | Total Negotiations | 30,682 | 1,590 | 1,387 | 2,287 | 3,763 | 34,750 | 6,081 | 28,669 | 208,500 | 44,989 | 163,511 |
| 163 | | | | | | | | | | | |
| 164 | MEETINGS & EVENTS | | | | | | | | | | |
| 165 | Executive Board Meetings | | | 109 | | 660 | 2,000 | 210 | 1,790 | 12,000 | 682 | 11,318 |
| 166 | Steward/Council meetings | 294 | 99 | 6,464 | 4,951 | 4,281 | 4,500 | 26 | 4,474 | 27,000 | 16,146 | 11,854 |
| 167 | C21 Party & other events | 2,699 | 5,496 | 22,710 | 665 | | 7,000 | 3,516 | 3,484 | 42,000 | 36,281 | 6,719 |
| 168 | Advisory Board Meetings | 16,670 | | - | | | 10,000 | 2,761 | 7,239 | 60,000 | +8,731 | 41,069 |
| 169 | Miscellaneous | | | | | | 200 | | 200 | 1,200 | - | 1,200 |
| 170 | Total Meetings & Events | 19,488 | 5,595 | 29,311 | 6,526 | 4,946 | 23,700 | 6,513 | 17,187 | 142,200 | 70,740 | 71,460 |
| 171 | | | | | | | | | | | |

4 of 5

G:\Finance\Month end\2007\GSOT\INCGE07 0807 9/26/2007 1:11 PM



SEIU Local 521
Financial Statement
For the month of August 2007

| B | Mar | Apr | May | Jun | Jul | Budget | Actual | better/(worse) | Budget | Actual | better/(worse) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Actual | Actual | Actual | Actual | Actual | | Aug | | | YTD - Six months | |
| REPRESENTATIVE DUES | | | | | | | | | | | |
| SEIU $7.65 ea | 571,318 | 396,333 | 397,907 | 412,968 | 424,540 | 430,848 | 417,300 | 13,546 | 2,585,096 | 2,610,363 | (25,275) |
| SEIU Unity Fund $6.00ea | 347,500 | 238,740 | 247,290 | 254,760 | 266,240 | 266,200 | 263,365 | 2,835 | 1,597,200 | 1,616,905 | (19,705) |
| SEIU Retirees $1.00ea | - | - | - | - | - | 60 | 602 | (542) | 360 | 602 | (242) |
| SEIU Associate Members-1.00 | - | - | - | - | - | 12 | - | 12 | 72 | - | 72 |
| SEIU State Council-$2.52ea | 167,066 | 126,939 | 130,547 | 157,157 | 139,966 | 142,490 | 146,237 | (3,747) | 854,936 | 939,955 | (44,717) |
| So Bay CLC  $3.05ea | 20,806 | 11,230 | 11,172 | 15,311 | 14,002 | 12,100 | 16,062 | (3,952) | 72,600 | 89,875 | (17,375) |
| SMCO CLC $0.60ea | 4,065 | 2,571 | 2,440 | 2,629 | 2,371 | 2,938 | 2,165 | 663 | 17,028 | 17,131 | (103) |
| Fresno CLC $0.35ea | 513 | 1,519 | 1,950 | 2,237 | 1,967 | 2,500 | 2,195 | 602 | 15,500 | 10,480 | 5,322 |
| Bakersfield CLC $0.35ea | - | 1,566 | 1,793 | 1,954 | 1,760 | 1,625 | 1,605 | 153 | 9,750 | 8,790 | 960 |
| Monterey & Santa Cruz CLC $0.90 | 1,880 | 2,648 | 3,600 | 3,600 | 4,284 | 3,300 | 3,989 | (659) | 19,800 | 20,006 | (206) |
| CA Labor Fed 50% X .47ea | 13,261 | 8,961 | 9,197 | 9,501 | 9,530 | 9,046 | 9,720 | (673) | 54,285 | 60,379 | (6,064) |
| Building Trades-SMCO | 250 | 250 | 250 | 275 | 275 | 250 | 275 | (25) | 1,500 | 1,575 | (75) |
| Total Representative Dues | 1,126,271 | 789,817 | 806,061 | 859,678 | 864,274 | 871,570 | 865,710 | 5,860 | 5,229,421 | 5,335,631 | (106,110) |
| TOTAL EXPENSES | 2,684,863 | 2,280,894 | 2,112,689 | 2,216,213 | 2,418,840 | 2,390,457 | 2,607,469 | (217,013) | 14,342,744 | 14,220,478 | 122,265 |
| TOTAL INCOME LESS TOTAL | (642,897) | (283,919) | 559,817 | (21,997) | (185,236) | (2,500) | (180,964) | (178,465) | (10,000) | (388,996) | (378,996) |
| VOLUNTARY TRANSFERS | | | | | | | | | | | |
| Building Funds | - | | | | | | | - | | | |
| Automate Legal Defense Fund | | | | | | 9,375 | | | 56,250 | 56,250 | - |
| Strike Fund | - | | | | | | | - | - | - | - |
| Total Transfers | 9,375 | 9,375 | 9,375 | 9,375 | 6,375 | 9,375 | 9,375 | - | 56,250 | 56,250 | - |
| TOTAL INCOME LESS EXPEN | (652,272) | (293,294) | 550,442 | (31,372) | (192,611) | (11,875) | (190,339) | (178,465) | (47,500) | (426,496) | (378,996) |

53

SFCA_1329121.1



SFCA_1329121.1



SFCA_1329121.1



SFCA_1329121.1



SFCA_1329121.1



SFCA_1329121.1



SFCA_1329121.1



SFCA_1329121.1



SFCA_1329121.1



SFCA_1329121.1



SFCA_1329121.1



SFCA_1329121.1



http://www.seiu521.org/Admin/Assets/AssetContent/252a5258-a599-4803-9c22-dd5c796f4333/546bfa9e- - Microsoft Internet Explorer p

http://www.seiu521.org/Admin/Assets/AssetContent/252a5258-a599-4803-9c22-dd5c796f4333/546bfa9e-94e2-4959-9d30-54cc81f55e47/20b5eee4-4078-42fa-81

| | B | | Mar Actual | Apr Actual | May Actual | Jun Actual |
|---|---|---|---|---|---|---|
| 172 | REPRESENTATIVE DUES | | | | | |
| 173 | SEIU $7.65 ea | | 571,918 | 380,333 | 397,907 | 157,157 |
| 174 | SEIU Unity Fund $5.00ea | | 347,500 | 238,740 | 247,280 | 254,750 |
| 175 | SEIU Retirees $1.00ea | | | | | |
| 176 | SEIU Associate Members-1.1 | | | | | |
| 177 | SEIU State Council-$2.82/m | | 197,089 | 128,639 | 130,547 | 16,311 |
| 178 | Fresno CLC $0.36ea | | 20,988 | 11,220 | 11,172 | |
| 179 | SMCO CLC $0.60ea | | 4,085 | 2,571 | 2,440 | 2,828 |
| 180 | So Bay CLC $0.35ea | | 510 | 1,619 | 1,980 | 2,237 |
| 181 | Bakersfield CLC $0.35ea | | 1,595 | 1,753 | 1,854 | |
| 182 | Monterey & Santa Cruz LC $ | | 1,980 | 2,648 | 3,605 | |
| 183 | CA Labor Fed 50% X, A'rea | | 13,361 | 8,901 | 9,167 | 3,601 |
| 184 | Building Trades-SMCO | | 250 | 250 | 250 | 275 |
| 185 | Total Representative Du | | 1,159,271 | 796,817 | 805,081 | 456,870 |
| 186 | | | | | | |
| 187 | TOTAL EXPENSES | | 2,884,893 | 2,209,494 | 2,112,499 | 2,216,213 |
| 188 | | | | | | |
| 189 | VOLUNTARY TRANSFERS | | | | | |
| 190 | Building Funds | | | | | |
| 191 | Automatic Legal Defense Fu | | | | | |
| 192 | Strike Fund | | | | | |
| 193 | | | | | | |
| 194 | TOTAL INCOME LESS TOT | | (462,887) | (283,919) | 689,617 | (21,507) |
| 195 | Total Transfers | | 9,375 | 9,375 | 9,375 | 9,376 |
| 196 | TOTAL INCOME LESS EXP | | (462,272) | (283,294) | 596,442 | (31,972) |

8.49 x 10.97 in



SFCA_1329121.1



SFCA_1329121.1



SFCA_1329121.1





SFCA_1329121.1



SFCA_1329121.1



SFCA_1329121.1



SFCA_1329121.1



SFCA_1329121.1



SFCA_1329121.1



SFCA_1329121.1



SFCA_1329121.1



SFCA_1329121.1



SFCA_1329121.1



**Contact Information**

Comments about our new local's web site? Fill out this form or email us.

**Our Vision and Core Principles**

Read our vision statement
- Read more

**Meet the Officers**

SFCA_1329121.1



81

**EXHIBIT G**

# SEIU Local 521

## Bank Balance on Saving and Investment accounts

### as of August 31, 2007

| ITEMS | GL# | ACCOUNT NAME | Bank | Local | ENDING BALANCE as of 8/31/07 |
|---|---|---|---|---|---|
| 1 | NA | LEGAL DEFENSE FUND | NA | 521 | 56,250.00 |
| 2 | NA | CAPITAL RESERVE | NA | 521 | 43,343.92 |
| 3 | NA | CLARENCE DODGE SCHOLARSHIP | NA | 521 | 21,701.97 |
| 4 | 1017 | BUILDING FUND | Commonwealth Credit Union | 715 | 114,169.00 |
| 5 | 1013 | CAPITAL RESERVE | Citizens Funds | 715 | 273,997.89 |
| 6 | 1019 | CONTINGENCY FUND | Commonwealth Credit Union | 715 | 80,447.40 |
| 7 | 1011 | SANTA CLARA COUNTY CHAPTER FUND | Santa Clara Credit Union | 715 | 15,326.83 |
| 8 | NA | RETIREE BENEFIT TRUST | NA | 715 | 167,478.58 |
| 9 | 1000 | STRIKE FUND | Bank of The West | 715 | 250,000.00 |
| 10 | 1006 | STRIKE FUND | Citizens Funds | 715 | 141,155.42 |
| 11 | 1018 | STRIKE FUND | Commonwealth Credit Union | 715 | 556,749.24 |
| 12 | NA | STRIKE FUND | NA | 521 | 112,500.00 |
| 13 | NA | STRIKE FUND | Bay Federal | 415 | 111,184.81 |
| 14 | NA | STRIKE FUND as of 7/31/07 | @ INTERNATIONAL | 521 | 92,443.20 |
| 15 | | Reserve #1 | Union Bank of California | 817 | 94,846.53 |
| 16 | | Reserve #2 | Union Bank of California | 817 | 471,320.79 |
| 17 | | Reserve #2 | Smith Barney | 817 | 82,092.37 |
| | | Total reserve | | $ | 2,685,007.95 |
| 18 | NA | STRIKE FUND as of 7/31/07 | @ INTERNATIONAL | 715 | 402,140.84 |
| 19 | NA | STRIKE FUND as of 3/31/07 | @ INTERNATIONAL | 415 | 27,991.88 |
| 20 | NA | STRIKE FUND as of 2/28/07 | @ INTERNATIONAL | 817 | 46,016.80 |
| 21 | NA | STRIKE FUND as of 3/31/07 | @ INTERNATIONAL | 700 | 69,098.31 |
| | | | | $ | 545,247.83 |
| | | **PAC money** | | | |
| 22 | | PAC - Candidates | US Bank - Olson | 521 | 29,246.00 |
| 23 | | PAC - Issues | US Bank - Olson | 521 | 2,003.00 |
| 24 | | PAC - Independent Expenditure | US Bank - Olson | 521 | - |
| 25 | | PAC - Candidates | US Bank - Olson | 715 | 3,089.44 |
| 26 | | PAC - Issues | US Bank - Olson | 715 | 58.47 |
| 27 | | PAC - Candidates | Union Bank of California | 817 | 12,979.58 |
| 28 | | PAC - Issues | Union Bank of California | 817 | 5,338.43 |
| 29 | | Reserve #1 | Morgan Stanley | 700 | 133,318.16 * |
| 30 | 1003 | AGENCY FEE | Bank of The West | 521 | 134,234.15 |
| 31 | 1002 | ORGANIZING FUND | Bank of The West | 521 | 1,232,704.98 |

* - bank statement balance as of June 30, 2007.

G:\FinanceMonthend\2007\bANKBALBOARD2007 083107 9/26/2007 1:26 PM

**EXHIBIT H**

# SEIU Local 521

## Bank Balance on Saving and Investment accounts

### as of September 30, 2007

| ITEMS | GL# | ACCOUNT NAME | Bank | Local | ENDING BALANCE as of 9/30/07 |
|---|---|---|---|---|---|
| 1 | NA | LEGAL DEFENSE FUND | NA | 521 | 65,625.00 |
| 2 | NA | CAPITAL RESERVE | NA | 521 | 44,343.92 |
| 3 | NA | CLARENCE DODGE SCHOLARSHIP | NA | 521 | 23,201.97 |
| 4 | 1017 | BUILDING FUND | Commonwealth Credit Union | 715 | 114,206.54 |
| 5 | 1013 | CAPITAL RESERVE | Citizens Funds | 715 | 274,988.66 |
| 6 | 1019 | CONTINGENCY FUND | Commonwealth Credit Union | 715 | 80,447.40 |
| 7 | 1011 | SANTA CLARA COUNTY CHAPTER FUND | Santa Clara Credit Union | 715 | 15,326.83 |
| 8 | NA | RETIREE BENEFIT TRUST | NA | 715 | 177,878.58 |
| 9 | 1000 | STRIKE FUND | Bank of The West | 715 | 250,000.00 |
| 10 | 1006 | STRIKE FUND | Citizens Funds | 715 | 141,665.84 |
| 11 | 1018 | STRIKE FUND | Commonwealth Credit Union | 715 | 558,703.20 |
| 12 | NA | STRIKE FUND | NA | 521 | 131,250.00 |
| 13 | NA | STRIKE FUND | Bay Federal | 415 | 111,545.58 |
| 14 | NA | STRIKE FUND as of 9/30/07 | @ INTERNATIONAL | 415 | 136,444.40 |
| 15 | | Reserve #1 | Union Bank of California | 817 | 94,846.53 |
| 16 | | Reserve #2 | Union Bank of California | 817 | 471,320.79 |
| 17 | | Reserve #2 | Smith Barney | 817 | 82,092.37 |
| | | Total reserve | | | $  2,773,887.61 |

| 18 | NA | STRIKE FUND as of 7/31/07 | @ INTERNATIONAL | 715 | 402,140.84 |
| 19 | NA | STRIKE FUND as of 3/31/07 | @ INTERNATIONAL | 415 | 27,991.88 |
| 20 | NA | STRIKE FUND as of 2/28/07 | @ INTERNATIONAL | 817 | 46,016.80 |
| 21 | NA | STRIKE FUND as of 3/31/07 | @ INTERNATIONAL | 700 | 69,098.31 |
| | | | | | $     545,247.83 |

| PAC money | | | | | |
| 22 | | PAC - Candidates | US Bank - Olson | 521 | 36,947.25 |
| 23 | | PAC - Issues | US Bank - Olson | 521 | 3.70 |
| 24 | | PAC - Independent Expenditure | US Bank - Olson | 521 | 4,908.61 |
| 25 | | PAC - Candidates | US Bank - Olson | 715 | closed |
| 26 | | PAC - Issues | US Bank - Olson | 715 | closed |
| 27 | | PAC - Candidates | Union Bank of California | 817 | 12,979.58 |
| 28 | | PAC - Issues | Union Bank of California | 817 | 5,338.43 |
| 29 | | Reserve #1 | Morgan Stanley | 700 | 133,318.16 * |

| 30 | 1003 | AGENCY FEE | Bank of The West | 521 | 145,759.58 |
| 31 | 1002 | ORGANIZING FUND | Bank of The West | 521 | 1,919,569.76 |

\* - bank statement balance as of June 30, 2007.

G:\Finance\Monthend\2007\bANKBALBOARD2007 093007 10/23/2007 6:16 PM

**EXHIBIT I**

# SEIU Local 521
## Bank Balance on Saving and Investment accounts
### as of November 30, 2007

| ITEMS | GL# | ACCOUNT NAME | Bank | Local | ENDING BALANCE as of 11/30/07 | |
|---|---|---|---|---|---|---|
| 1 | 1005 | CONTINGENCY FUND | Bank of The West | 521 | 80,447.40 | |
| 2 | 2180 | RETIREE BENEFIT TRUST | NA | 521 | 198,747.60 | |
| 3 | 2181 | CLARENCE DODGE SCHOLARSHIP | NA | 521 | 20,201.97 | |
| 4 | 2182 | CAPITAL RESERVE | NA | 521 | 321,617.00 | |
| 5 | 2183 | LEGAL DEFENSE FUND | NA | 521 | 226,178.00 | |
| 6 | 2184 | BUILDING FUND | NA | 521 | 113,650.00 | |
| 7 | 2334 | SANTA CLARA COUNTY CHAPTER FUND | Bank of The West | 521 | 15,326.83 | |
| 8 | 1000 | STRIKE FUND | Bank of The West | 521 | 250,000.00 | |
| 9 | 1006 | STRIKE FUND | Bank of The West | 521 | 558,006.09 | |
| 10 | 2185 | STRIKE FUND | NA | 521 | 559,747.00 | |
| 11 | NA | STRIKE FUND as of 10/31/07 | @ INTERNATIONAL | 521 | 158,643.20 | ** |
| 12 | NA | STRIKE FUND | Bay Federal | 415 | 111,901.39 | |
| 13 | | Reserve #1 | Union Bank of California | 817 | 95,333.90 | |
| 14 | | Reserve #2 | Union Bank of California | 817 | 473,842.81 | |
| 15 | | Reserve #2 | Smith Barney | 817 | 83,093.78 | ** |
| | | Total reserve | | | $ 3,266,736.97 | |
| 16 | NA | STRIKE FUND as of 7/31/07 | @ INTERNATIONAL | 715 | 402,140.84 | |
| 17 | NA | STRIKE FUND as of 3/31/07 | @ INTERNATIONAL | 415 | 27,991.88 | |
| 18 | NA | STRIKE FUND as of 2/28/07 | @ INTERNATIONAL | 817 | 46,016.80 | |
| 19 | NA | STRIKE FUND as of 3/31/07 | @ INTERNATIONAL | 700 | 69,098.31 | |
| | | | | | $ 545,247.83 | |
| | | PAC money | | | | |
| 20 | | PAC - Candidates | US Bank - Olson | 521 | 22,244.25 | ** |
| 21 | | PAC - Issues | US Bank - Olson | 521 | 2,050.70 | ** |
| 22 | | PAC - Independent Expenditure | US Bank - Olson | 521 | 24,763.16 | ** |
| 23 | | PAC - Candidates | Union Bank of California | 817 | 12,961.58 | |
| 24 | | PAC - Issues | Union Bank of California | 817 | 5,323.43 | |
| 25 | | Reserve #1 | Morgan Stanley | 700 | 119,856.50 | |
| 26 | 1003 | AGENCY FEE | Bank of The West | 521 | 168,283.00 | |
| 27 | 1002 | ORGANIZING FUND | Bank of The West | 521 | 1,935,177.04 | |

** Balance as of 10/31/2007

G:\Finance\Monthend\2007\bANKBALBOARD2007 113007 12/10/2007 8:58 PM

EXHIBIT J

# SEITU Local 521

## Bank Balance on Saving and Investment accounts

### as of December 31st, 2007

| ITEMS | GL# | ACCOUNT NAME | Bank | Local | ENDING BALANCE as of 12/31/07 |
|---|---|---|---|---|---|
| 1 | 1005 | CONTINGENCY FUND | Bank of The West | 521 | 80,447.40 |
| 2 | 2180 | RETIREE BENEFIT TRUST | NA | 521 | 209,147.00 |
| 3 | 2181 | CLARENCE DODGE SCHOLARSHIP | NA | 521 | 21,702.00 |
| 4 | 2182 | CAPITAL RESERVE | NA | 521 | 322,617.00 |
| 5 | 2183 | LEGAL DEFENSE FUND | NA | 521 | 235,553.00 |
| 6 | 2184 | BUILDING FUND | NA | 521 | 113,650.00 |
| 7 | 2334 | SANTA CLARA COUNTY CHAPTER FUND | Bank of The West | 521 | 15,326.83 |
| 8 | 1000 | STRIKE FUND | Bank of The West | 521 | 250,000.00 |
| 9 | 1006 | STRIKE FUND | Bank of The West | 521 | 561,206.25 |
| 10 | 2185 | STRIKE FUND | NA | 521 | 559,747.00 |
| 11 | NA | STRIKE FUND as of 11/30/07 | @ INTERNATIONAL | 521 | 180,814.40 |
| 12 | NA | STRIKE FUND | Bay Federal | 415 | 112,246.81 |
| 13 | | Reserve #1 | Union Bank of California | 817 | 95,424.91 |
| 14 | | Reserve #2 | Union Bank of California | 817 | 474,315.34 |
| 15 | | Reserve #2 | Smith Barney | 817 | 83,093.78 ** |
| | | Total reserve | | | $ 3,315,291.72 |

| | | | | | |
|---|---|---|---|---|---|
| 16 | NA | STRIKE FUND as of 12/31/07 | @ INTERNATIONAL | 715 | NA |
| 17 | NA | STRIKE FUND as of 3/31/07 | @ INTERNATIONAL | 415 | 27,991.88 |
| 18 | NA | STRIKE FUND as of 2/28/07 | @ INTERNATIONAL | 817 | 46,016.80 |
| 19 | NA | STRIKE FUND as of 3/31/07 | @ INTERNATIONAL | 700 | 69,098.31 |
| | | | | | $ 143,106.99 |

**PAC money**

| | | | | | |
|---|---|---|---|---|---|
| 20 | | PAC - Candidates | US Bank - Olson | 521 | 24,999.40 |
| 21 | | PAC - Issues | US Bank - Olson | 521 | 6,105.85 |
| 22 | | PAC - Independent Expenditure | US Bank - Olson | 521 | 24,763.16 |
| 23 | | PAC - Candidates | Union Bank of California | 817 | 12,958.58 |
| 24 | | PAC - Issues | Union Bank of California | 817 | 5,320.43 |
| 25 | | Reserve #1 | Morgan Stanley | 700 | 27,580.77 |

| | | | | | |
|---|---|---|---|---|---|
| 26 | 1003 | AGENCY FEE | Bank of The West | 521 | 180,263.26 |
| 27 | 1002 | ORGANIZING FUND | Bank of The West | 521 | 1,945,590.56 |

**EXHIBIT K**

# SETU Local 521

## Bank Balance on Saving and Investment accounts

### as of Jan. 31st, 2008

| ITEMS | GL.# | ACCOUNT NAME | Bank | Local | ENDING BALANCE as of 1/31/2008 |
|---|---|---|---|---|---|
| 1 | 1005 | CONTINGENCY FUND | Bank of The West | 521 | 80,447.40 |
| 2 | 2180 | RETIREE BENEFIT TRUST | NA | 521 | 218,547.60 |
| 3 | 2181 | CLARENCE DODGE SCHOLARSHIP | NA | 521 | 22,951.97 |
| 4 | 2182 | CAPITAL RESERVE | NA | 521 | 273,617.70 |
| 5 | 2183 | LEGAL DEFENSE FUND | NA | 521 | 195,307.00 |
| 6 | 2184 | BUILDING FUND | NA | 521 | 113,650.00 |
| 7 | 2334 | SANTA CLARA COUNTY CHAPTER FUND | Bank of The West | 521 | 15,076.83 |
| 8 | 1000 | STRIKE FUND | Bank of The West | 521 | 250,000.00 |
| 9 | 1006 | STRIKE FUND | Bank of The West | 521 | 562,663.28 |
| 10 | 2185 | STRIKE FUND | NA | 521 | 763,503.70 |
| 11 | NA | STRIKE FUND as of 11/30/07 | @ INTERNATIONAL | 521 | 180,814.40 |
| 12 | NA | STRIKE FUND | Bay Federal | 415 | 112,853.46 |
| 13 | | Reserve #1 | Union Bank of California | 817 | 95,509.77 |
| 14 | | Reserve #2 | Union Bank of California | 817 | 474,757.28 |
| 15 | | Reserve #2 | Smith Barney | 817 | 83,093.78 ** |

Total reserve

$ 3,442,784.17

PAC money

| 16 | | PAC - Candidates | US Bank - Olson | 521 | 18,999.40 |
|---|---|---|---|---|---|
| 17 | | PAC - Issues | US Bank - Olson | 521 | 6,105.85 |
| 18 | | PAC - Independent Expenditure | US Bank - Olson | 521 | 24,763.16 |
| 19 | | PAC - Candidates | Union Bank of California | 817 | 12,955.58 |
| 20 | | PAC - Issues | Union Bank of California | 817 | 5,317.47 |

| 21 | | Reserve #1 | Morgan Stanley | 700 | 27,580.77 |
|---|---|---|---|---|---|

| 22 | 1003 | AGENCY FEE | Bank of The West | 521 | 225,222.31 |
|---|---|---|---|---|---|
| 23 | 1002 | ORGANIZING FUND | Bank of The West | 521 | 1,288,235.42 |

G:\Finance\Monthend\2008\bANKBALBOARD2008 013108 2/27/2008 1:10 PM

**EXHIBIT L**

SEIU Local 521
Dues Receipts of the year of 2007

| | A | B | C | D | E | F | G | H | I | J | L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | Mar-07 | Apr-07 | May-07 | Jun-07 | Jun-07 | Aug-07 | Sep-07 | Oct-07 | Nov-07 | YTD 2007 |
| 2 | **Dues Receipts** | | | | | | | | | | |
| 3 | **Counties** | | | | | | | | | | |
| 4 | Dues - Santa Clara County | 470,448 | 524,339 | 787,487 | 526,439 | 528,349 | 531,773 | 529,842 | 799,449 | 534,889 | 5,233,014 |
| 5 | Dues - San Mateo County | 119,751 | 74,084 | 73,818 | 80,835 | 74,292 | 74,173 | 112,154 | 75,557 | 77,623 | 762,287 |
| 6 | Dues - Kern County | 259,178 | 172,739 | 172,899 | 173,438 | 175,510 | 271,279 | 185,585 | 187,293 | 192,003 | 1,789,923 |
| 7 | Dues - San Benito County | 11,969 | 10,763 | 11,034 | 10,640 | 15,154 | 10,398 | 10,565 | 16,318 | 11,170 | 108,011 |
| 8 | Dues - Santa Cruz County | 98,732 | 50,949 | 148,372 | 101,453 | 102,876 | 106,070 | 52,079 | 151,251 | 102,148 | 913,930 |
| 9 | Dues - KINGS County | 11,988 | 5,760 | 17,118 | 11,232 | 5,598 | 11,196 | 11,070 | 5,544 | - | 79,506 |
| 10 | Dues - TULARE County | 4,376 | 6,501 | 9,045 | 9,861 | 8,060 | 9,111 | 23,612 | 17,060 | 3,711 | 91,338 |
| 11 | Dues - MONTEREY COUNTY | 109,335 | 142,998 | 143,495 | 143,380 | 147,711 | 153,549 | 187,499 | 154,879 | 154,776 | 1,337,622 |
| 12 | Dues - STANISLAUS COUNT | - | - | - | - | - | - | 155,395 | - | 36,239 | 191,635 |
| 13 | Dues - MARIPOSA COUNTY | - | 4,890 | 4,798 | 5,414 | 5,665 | - | - | - | - | 20,767 |
| 14 | Dues -FRESNO COUNTY | - | 116,016 | 347,306 | 230,008 | 232,837 | 239,111 | 468,354 | 208,305 | 240,246 | 2,082,183 |
| 15 | Dues -MADERA (COMPA) COUNTY | | | | | | | 8,336 | - | - | 8,336 |
| 16 | Dues -MADERA (SEMC) COUNTY | | | | | | | 3,240 | - | - | 3,240 |
| 17 | **Courts** | | | | | | | | | | - |
| 18 | Dues - Santa Clara Sup Court | 39,116 | 39,290 | 59,229 | 39,918 | 41,282 | 41,641 | 41,848 | 63,541 | 42,781 | 408,647 |
| 19 | Dues - San Mateo Sup Court | 14,531 | 14,663 | 14,876 | 15,070 | 14,912 | 14,838 | 22,265 | 14,996 | 15,401 | 141,552 |
| 20 | Dues - SANTA CRUZ COURT | 2,730 | 5,479 | 5,570 | 8,881 | 5,653 | 5,627 | 5,567 | 8,221 | 5,655 | 53,383 |
| 21 | Dues - SAN BENITO COURT | 996 | 451 | 929 | 940 | 961 | 943 | 957 | 1,447 | 1,015 | 8,641 |
| 22 | Dues - KINGS COURT | 1,206 | 1,224 | 1,242 | 1,260 | 1,260 | 1,908 | 1,332 | 1,332 | 1,314 | 12,078 |
| 23 | Dues - TULARE COURT | 3,890 | 6,741 | 6,854 | 4,958 | 4,958 | 7,595 | 5,158 | 5,130 | 5,303 | 50,588 |
| 24 | Dues - MONTEREY COURT | 10,543 | - | 5,293 | 5,383 | 5,487 | 11,281 | 5,527 | 5,519 | 5,432 | 54,465 |
| 25 | Dues - MARIPOSA COURT | - | 348 | 314 | 324 | 334 | - | - | - | - | 1,320 |
| 26 | **Cities** | | | | | | | | | | |
| 27 | Dues - City of Menlo Park | 8,501 | 4,276 | 13,002 | 8,712 | 9,175 | 14,134 | 8,737 | 8,850 | 8,892 | 84,279 |
| 28 | Dues - City of Palo Alto | 38,654 | 39,012 | 39,823 | 38,718 | 39,907 | 62,546 | 40,185 | 40,395 | 40,745 | 379,985 |
| 29 | Dues - City of East Palo Alto | 2,299 | 1,506 | 833 | 821 | 1,743 | 2,714 | 1,917 | 1,875 | 1,808 | 15,516 |
| 30 | Dues - City of Redwood City | 15,498 | 15,548 | 8,507 | 23,054 | 23,120 | 15,512 | 15,542 | 15,604 | 23,502 | 155,888 |
| 31 | Dues - City of San Mateo | 6,838 | 3,397 | - | 13,528 | 6,470 | 6,699 | 6,723 | 10,042 | 6,778 | 60,474 |
| 32 | Dues - City of San Mateo GU | 8,956 | 9,071 | 13,636 | 4,592 | 4,599 | 13,916 | 9,147 | 14,024 | 14,090 | 92,031 |
| 33 | Dues - City of Mtn View | 10,796 | 10,902 | 16,452 | 11,032 | 11,315 | 11,374 | 11,368 | 17,123 | 11,455 | 111,817 |
| 34 | Dues - City of Sunnyvale | 1,606 | 1,623 | 2,503 | 1,614 | 1,585 | 1,570 | 1,524 | 1,551 | 2,390 | 15,966 |
| 35 | Dues - City of EXETER | 585 | 585 | 585 | 585 | 585 | 624 | 605 | 546 | 566 | 5,265 |
| 36 | Dues - City of Delano | 5,504 | 5,511 | 5,484 | 5,604 | 5,687 | 8,521 | 5,799 | 5,681 | 5,777 | 53,569 |
| 37 | Dues - City of Salinas | 9,865 | 10,062 | 10,156 | 10,156 | 9,814 | 9,787 | 9,814 | 9,663 | 9,539 | 88,856 |
| 38 | Dues - City of Santa Cruz | 21,256 | 21,050 | 23,786 | 22,448 | 23,527 | 23,719 | 22,746 | 22,412 | 24,312 | 205,257 |
| 39 | Dues - City of Watsonville | 2,444 | 2,404 | 3,606 | 2,422 | 2,535 | 2,643 | 2,621 | 4,004 | 2,640 | 25,320 |
| 40 | Dues - City of King | 689 | 694 | 694 | 347 | 694 | 1,045 | 695 | 696 | 674 | 6,228 |
| 41 | Dues - City of Hanford | 4,365 | 2,175 | 6,641 | 4,400 | 4,402 | 3,930 | 2,161 | 6,529 | 4,404 | 39,006 |
| 42 | Dues - City of TAFT | 517 | - | 481 | 157 | 564 | 905 | 249 | 264 | 380 | 3,518 |
| 43 | Dues - City of WASCO | 500 | 917 | 1,074 | 1,074 | 1,074 | 537 | 1,148 | 1,867 | - | 8,189 |
| 44 | Dues - City of CORCORAN | 351 | 312 | 663 | 351 | 312 | 312 | - | 351 | 702 | 3,354 |
| 45 | Dues - City of Scotts Valley | 1,317 | 1,342 | 1,395 | 1,395 | 1,395 | 1,476 | 1,482 | 1,489 | 1,494 | 12,786 |
| 46 | Dues - City of Shafter | 925 | 2,696 | 1,753 | 1,753 | 1,756 | 1,758 | 1,722 | 1,723 | 1,725 | 15,809 |
| 47 | Dues - City of Tulare | 1,642 | 4,907 | 7,871 | 3,521 | 3,625 | 5,594 | 3,823 | 4,043 | 4,180 | 39,205 |
| 48 | Dues - City of Bakersfield | 25,485 | 25,565 | 25,743 | 25,635 | 25,745 | 38,662 | 26,056 | 26,261 | 26,118 | 245,300 |
| 49 | Dues - City of HOLLISTER | 2,116 | 1,018 | 2,973 | 1,922 | 2,004 | 1,932 | 3,996 | - | 1,995 | 17,956 |
| 50 | Dues - City of COALINGA | 536 | 1,109 | 1,678 | 1,159 | 1,174 | 1,174 | 1,724 | 1,123 | 1,145 | 10,822 |
| 51 | Dues - City of LINDSAY | - | 467 | 240 | 212 | 106 | 304 | 389 | 185 | 185 | 2,088 |
| 52 | Dues - City of ARVIN | - | 658 | 660 | 729 | 468 | 847 | 554 | 588 | 533 | 5,037 |

1 of3

SEIU Local 521
Dues Receipts of the year of 2007

| | A | B | C | D | E | F | G | H | I | J | L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | Mar-07 | Apr-07 | May-07 | Jun-07 | Jun-07 | Aug-07 | Sep-07 | Oct-07 | Nov-07 | YTD 2007 |
| 53 | Schools | | | | | | | | | | |
| 54 | Dues - Santa Clara COE | 41,089 | 40,873 | 41,237 | 41,427 | 41,111 | 37,842 | 41,737 | 42,153 | 42,631 | 370,100 |
| 55 | Dues - San Mateo COE | 6,188 | 6,115 | 6,108 | 6,066 | 6,197 | 5,522 | 5,324 | 5,731 | 5,886 | 53,137 |
| 56 | Dues - Campbell UHSD | 2,537 | 2,559 | 2,559 | 2,554 | 2,856 | 2,128 | 2,155 | 2,498 | 2,677 | 22,522 |
| 57 | Dues - Cupertino USD | 9,116 | 9,316 | 9,162 | 9,453 | 8,302 | 7,918 | 8,398 | 8,975 | 9,327 | 79,967 |
| 58 | Dues - Los Gatos JUHSD | 4,611 | 4,542 | 4,787 | 4,827 | 4,648 | 2,196 | 2,991 | 4,922 | 4,951 | 38,476 |
| 59 | Dues - Morgan Hill UHSD | 9,920 | 9,601 | 9,597 | 9,942 | 7,718 | 3,830 | 4,658 | 10,452 | 10,427 | 76,144 |
| 60 | Dues - Orchard Elem. | 818 | 828 | 889 | - | 860 | 797 | 217 | 960 | 984 | 6,354 |
| 61 | Dues - West Valley CCD | 14,430 | 14,592 | 14,552 | 14,456 | 14,110 | 13,233 | 14,127 | 15,645 | 15,630 | 130,776 |
| 62 | Dues - Foothill - DeAnza CCD | 31,350 | 31,442 | 31,274 | 31,327 | 31,433 | 29,538 | 27,243 | 28,798 | - | 242,405 |
| 63 | Dues - CABRILLO COLLEGE | 11,292 | 11,464 | 6,561 | - | - | - | - | - | - | 29,317 |
| 64 | Dues - GONZALES UNIFIED | 187 | - | 178 | 178 | 178 | - | - | 178 | 178 | 1,075 |
| 65 | Dues - STANDARD SCHOOL | 1,285 | - | 1,285 | 2,560 | - | 1,278 | 734 | 1,631 | 1,827 | 10,599 |
| 66 | Dues - San Lorenzo Valley USI | 3,706 | 3,669 | - | - | - | - | - | 14,869 | - | 22,244 |
| 67 | Dues - TAFT UNION HIGH SC | - | 1,556 | 1,556 | 1,556 | 1,516 | 1,073 | 1,113 | 1,529 | 1,529 | 11,430 |
| 68 | Dues - EDISON ELEMENTAR | - | 480 | - | 493 | 493 | 1,178 | 221 | 440 | 440 | 3,746 |
| 69 | Dues - RIVERDALE UNIFIED | - | - | 1,441 | 1,440 | 1,440 | 1,398 | 2,952 | 1,470 | 1,620 | 11,761 |
| 70 | Dues - LAIDLAW EDUCATIC | - | - | - | 6,308 | 166 | 4,641 | 29,099 | 6,277 | 6,162 | 52,652 |
| 71 | Dues - FRESNO UNIFIED SCI | - | - | - | - | 26,170 | 28,606 | 102,542 | 26,849 | 26,708 | 210,875 |
| 72 | Dues - FASTA | - | - | - | - | - | - | 30,653 | 6,425 | 10,094 | 47,172 |
| 73 | UHW & L1877 | | | | | | | | | | - |
| 74 | Dues - Santa Clara University | 3,686 | 3,943 | 3,818 | 4,073 | 3,762 | 5,983 | 2,153 | 3,661 | 3,846 | 34,924 |
| 75 | Dues - Bon Appetit/SantaC U. | 24 | - | - | - | - | - | - | - | - | 24 |
| 76 | Dues - Standford | 40,032 | 41,760 | 43,154 | 45,288 | 39,644 | 43,946 | 42,468 | 20,486 | 68,139 | 384,916 |
| 77 | Dues - SLAC | 10,184 | 24,519 | 35,749 | 13,298 | 34,453 | 25,559 | 24,805 | 11,260 | 25,835 | 205,664 |
| 78 | Dues - USW Hospitals | - | - | - | - | - | - | 21,949 | - | - | 21,949 |
| 79 | Dues - Cardinal Cogen | 990 | 993 | 1,000 | 1,004 | 922 | 858 | 1,648 | 790 | (67) | 8,137 |
| 80 | Dues - Bon Appetit/Standford | - | - | - | - | - | - | - | - | - | - |
| 81 | Private Non-profit | | | | | | | | | | |
| 82 | Dues - Alliance for Comm Care | 9,819 | 9,617 | 9,583 | 13,925 | 9,175 | 8,801 | 8,937 | 8,607 | 13,241 | 91,706 |
| 83 | Dues - Community Solutions | 4,555 | 1,161 | 3,971 | 2,322 | 1,099 | 3,511 | 2,526 | 2,750 | 4,312 | 26,206 |
| 84 | Dues - Gardner Health | 5,733 | 5,591 | 8,406 | 5,906 | 5,929 | 6,066 | 8,789 | 5,802 | 5,834 | 58,056 |
| 85 | Dues - Rebekah Children's Hm | 2,564 | 2,637 | 2,521 | 2,605 | 2,517 | 3,830 | 2,530 | 2,795 | 3,110 | 25,108 |
| 86 | Dues - SC Bar Foundation | 1,745 | 1,731 | 1,766 | 1,643 | 1,716 | 1,663 | 1,733 | 1,758 | 1,969 | 15,725 |
| 87 | Dues - Starlight | 4,263 | 4,452 | 4,973 | 5,182 | 4,668 | 5,038 | 5,054 | 4,737 | 5,478 | 43,844 |
| 88 | Homecares | | | | | | | | | | |
| 89 | Dues - Addus Health Center | 1,267 | 1,114 | 1,139 | 1,145 | 1,242 | 1,185 | 1,210 | 1,338 | 1,239 | 10,879 |
| 90 | Dues - IHSS San Mateo Co. | 46,781 | 47,519 | 46,832 | 47,645 | 48,548 | 48,373 | 50,367 | 50,039 | 51,292 | 437,396 |
| 91 | Dues - IHSS Santa Clara Co. | 194,614 | 184,800 | 175,301 | 190,544 | 197,732 | 195,859 | 195,917 | 206,883 | 210,321 | 1,751,971 |
| 92 | Dues - MidPen Homecare | - | 2,726 | 4,729 | - | 3,011 | 2,308 | 2,748 | 4,229 | - | 19,750 |
| 93 | Dues - OACM | 1,894 | 2,808 | 2,023 | 1,914 | 2,002 | 1,876 | 2,820 | 1,901 | - | 17,237 |
| 94 | Dues - BEAR VALLEY | 480 | 1,411 | 1,460 | 976 | 1,068 | 1,043 | 1,001 | 958 | 1,445 | 9,842 |
| 95 | Special Districts | | | | | | | | | | - |
| 96 | Dues - El Camino Hospital | 33,140 | 21,976 | 21,733 | 21,637 | 20,419 | 27,287 | 18,133 | 17,672 | 19,377 | 201,375 |
| 97 | Dues - Housing Authority-SCC | 5,798 | 5,910 | 8,758 | 5,731 | 5,750 | 5,733 | 5,728 | 5,783 | 10,145 | 59,337 |
| 98 | Dues - Humane Society | 767 | 410 | 750 | 742 | 819 | 770 | 1,274 | 837 | 833 | 7,202 |
| 99 | Dues - Valley Transit Authorit | 18,233 | 18,228 | 27,231 | 18,666 | 18,396 | 18,426 | 18,370 | 18,231 | 27,703 | 183,485 |
| 100 | Dues - MACSA | - | 5,670 | 2,880 | 2,805 | 3,079 | 2,848 | 2,814 | - | 5,780 | 25,877 |
| 101 | Dues - HOPE REHABILITATI | 4,792 | 5,106 | 4,997 | 2,699 | 5,248 | 5,573 | 5,356 | 5,327 | 5,381 | 44,478 |
| 102 | Dues - YOSEMITE CONC | 15,175 | 12,472 | 24,901 | 31,508 | 31,734 | 49,216 | 30,601 | 28,862 | 27,337 | 251,804 |
| 103 | Dues - Community Act Part Ke | 11,518 | 18,182 | 11,808 | 9,895 | 8,460 | 8,467 | 2,773 | 11,590 | 11,219 | 93,912 |
| 104 | Dues - SANTA CRUZ METRO | 2,707 | 2,721 | 10,772 | 3,234 | 2,179 | - | 2,759 | 5,494 | 8,149 | 38,017 |
| 105 | Dues - SANTA CRUZ COMM | 3,574 | - | 2,770 | 1,496 | 416 | 511 | 1,177 | 1,699 | - | 11,642 |
| 106 | Dues - SALUD PARA LA GEN | 6,028 | - | 7,535 | 2,021 | 4,842 | 4,038 | 4,364 | 8,725 | 4,736 | 42,288 |
| 107 | Dues - ARVIN-EDISON WATI | 688 | 725 | 725 | 725 | 688 | 707 | 1,069 | 996 | 615 | 6,938 |
| 108 | Dues - COMMUNITY ACT P I | 920 | 2,914 | 2,101 | 1,890 | 1,933 | 3,314 | 3,197 | 3,196 | 3,165 | 22,630 |
| 109 | Dues - MONTEREY REGIONA | 1,575 | - | - | - | 6,233 | 1,550 | 1,544 | 1,489 | 1,499 | 13,890 |
| 110 | Dues - HOPE - SAN JOSE | - | - | - | 2,669 | - | - | - | - | - | 2,669 |
| 111 | Dues - San Andreas Regional C | 15,542 | 15,962 | 16,240 | 16,344 | 16,068 | 15,605 | (149) | 15,627 | 15,664 | 126,903 |
| 112 | Dues - LINDSAY SCHOOL | 114 | 114 | 57 | 172 | 114 | 95 | 75 | 75 | 75 | 892 |
| 113 | Dues - SSJUD | 225 | 213 | 200 | 200 | 200 | 200 | 200 | 200 | 200 | 1,838 |
| 114 | Dues - MONTEREY CHILDRE | 1,000 | - | 1,026 | - | - | - | - | - | - | 2,026 |
| 115 | Dues -GOLDEN VALLEY HE. | 8,140 | 4,048 | 12,055 | 8,242 | 8,948 | 9,152 | 13,895 | 9,826 | 9,592 | 83,899 |
| 116 | Dues -SAN BENITO CTY WA | 58 | 285 | 431 | 289 | 352 | 357 | 364 | 375 | 820 | 3,332 |
| 117 | Dues - SOQUEL CREEK WAT | 552 | 974 | 487 | - | 974 | 487 | - | 974 | 487 | 4,935 |
| 118 | Dues - CHAMBERLAIN'S CH | 955 | 952 | 766 | 695 | 695 | - | 732 | 1,560 | 890 | 7,245 |
| 119 | Dues - MARINA COAST WAT | 1,292 | 1,279 | 1,281 | 1,235 | 1,286 | 1,345 | 1,342 | 1,337 | 1,349 | 11,747 |

SEIU Local 521
Dues Receipts of the year of 2007

| | A | B | C | D | E | F | G | H | I | J | L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | | Mar-07 | Apr-07 | May-07 | Jun-07 | Jun-07 | Aug-07 | Sep-07 | Oct-07 | Nov-07 | YTD 2007 |
| 120 | Dues - MONTEREY BAY UNI | 979 | 977 | - | - | - | - | - | - | - | 1,956 |
| 121 | Dues - COMMUNITY BRIDGI | 487 | 508 | 476 | 506 | - | 491 | 1,009 | 446 | 533 | 4,457 |
| 122 | Dues - WOMEN'S CRISIS SUF | 537 | 585 | 561 | 559 | 497 | 529 | 511 | 567 | 528 | 4,873 |
| 123 | Dues - CENTRAL CA LEGAL | 1,053 | 2,156 | 2,115 | 2,082 | 2,165 | 2,132 | 2,307 | 2,520 | 2,596 | 19,126 |
| 124 | Dues - Housing Authority-MRY | 3,568 | 3,503 | 3,416 | 3,496 | - | 6,902 | 3,467 | 3,517 | 3,570 | 31,439 |
| 125 | Dues - PENINSULA DENTAL | 378 | - | - | - | - | - | (378) | | | - |
| 126 | Dues - CHISPA HOUSING MA | - | 1,155 | 1,665 | 853 | 853 | - | 1,252 | 864 | 1,538 | 8,180 |
| 127 | Dues - MV PUBLIC TRANSPO | - | 3,796 | 1,912 | 1,856 | 1,856 | 1,800 | 1,828 | 1,828 | 1,828 | 16,702 |
| 128 | Dues - ACHIEVEKIDS | - | 5,645 | 5,576 | 5,531 | 8,303 | 5,592 | 5,572 | 5,500 | 5,954 | 47,672 |
| 129 | Dues - PENINSULA JEWISH ( | - | 2,029 | 1,956 | - | 2,764 | 877 | 877 | 2,229 | 2,332 | 13,062 |
| 130 | Dues - CHILDREN'S SERVICE | - | 2,016 | - | 2,991 | 2,770 | - | 3,371 | - | 3,944 | 15,092 |
| 131 | Dues - JEWISH COMM CTR - | - | 718 | 694 | 686 | 264 | - | 238 | 985 | 1,081 | 4,666 |
| 132 | Dues - AMERICAN REDCROS | - | - | 2,472 | 2,429 | 2,593 | 2,662 | 7,372 | 2,711 | 2,545 | 22,785 |
| 133 | Dues - Housing Authority-FAT | - | - | - | 1,419 | 1,386 | 2,968 | 12,834 | 2,921 | 2,975 | 24,502 |
| 134 | Dues - KERN REGIONAL CENTER | | | | | | 9,020 | 44,108 | 8,491 | 8,980 | 70,599 |
| 135 | Dues - STUDENT TRANSPORTATION | | | | | | | 3,290 | | | 3,290 |
| 136 | Dues - Associate Members | 206 | - | 472 | - | 86 | - | - | - | - | 764 |
| 137 | Dues - Retirees | 1,701 | 339 | 1,690 | - | 924 | 1,257 | 815 | 765 | 622 | 8,112 |
| 138 | Dues - 521 Staff Members | 1,076 | 771 | 1,363 | 1,824 | 1,888 | 2,710 | 1,598 | 1,570 | 1,421 | 14,222 |
| 139 | Total Dues Receipts | 1,937,972 | 1,960,198 | 2,661,404 | 2,182,557 | 2,224,147 | 2,412,425 | 2,867,623 | 2,595,318 | 2,358,290 | 21,199,934 |
| 140 | **Other Income** | | | | | | | | | | |
| 141 | Interest / Dividend Income | - | 6,158 | 7,601 | 6,986 | 7,767 | 10,529 | 15,063 | 20,039 | 4,553 | 78,696 |
| 142 | Gain / Loss on Investment | - | - | - | - | - | - | - | - | - | |
| 143 | Rebate Income | - | 2,247 | - | - | - | - | - | - | - | 2,247 |
| 144 | Rebate Org. Income | - | - | - | - | - | - | - | - | - | |
| 145 | Rental Income | 3,311 | 3,311 | 3,311 | 4,626 | 3,457 | 3,536 | 3,391 | 3,761 | 3,536 | 32,240 |
| 146 | Misc. Income | 383 | 61 | - | 47 | 234 | 15 | (378) | 298 | - | 659 |
| 147 | ADMINISTRATION FEES | - | 25,000 | - | - | - | - | - | - | 25,000 | 50,000 |
| 148 | | | | | | | | | | | |
| 149 | **Total Receipts** | 1,941,666 | 1,996,975 | 2,672,316 | 2,194,216 | 2,235,604 | 2,426,506 | 2,885,698 | 2,619,416 | 2,391,379 | 21,363,775 |

**EXHIBIT M**

## SEIU Local 521
## Financial Statement
## For the month of May 2007

| # | B | J | M | O | P | Q | AQ | AR | AS |
|---|---|---|---|---|---|---|---|---|---|
| | | Mar | Apr | May | | | Budget | Actual | better/worse |
| | | Actual | Actual | Budget | Actual | better/worse | (YTD) | (YTD - Three months) | |
| 1 | | | | | | | | | |
| 2 | | | | | | | | | |
| 3 | TOTAL DUES RECEIPTS | 1,937,972 | 1,960,198 | 2,376,957 | 2,661,404 | 284,446 | 7,130,872 | 6,559,573 | (571,299) |
| 4 | OTHER INCOME | | | | | | | | |
| 5 | Interest & Dividends | - | 6,158 | 2,400 | 7,601 | 5,201 | 7,200 | 13,760 | 6,560 |
| 6 | SMIHSS Administrative Reimbu | - | 25,000 | 5,000 | - | (5,000) | 15,000 | 25,000 | 10,000 |
| 7 | Sublease Rent | 3,311 | 3,311 | 3,600 | 3,311 | (289) | 10,800 | 9,933 | (867) |
| 8 | Misc. Income | 383 | 2,308 | - | - | - | - | 2,691 | 2,691 |
| 9 | **Total Misc. Income** | 3,694 | 36,777 | 11,000 | 10,912 | (88) | 33,000 | 51,384 | 18,384 |
| 10 | | | | | | | | | |
| 11 | TOTAL GENERAL FUND INCO | 1,941,666 | 1,996,975 | 2,387,957 | 2,672,316 | 284,359 | 7,163,872 | 6,610,956 | (552,916) |
| 12 | | | | | | | | | |
| 13 | GENERAL FUND EXPENSES | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | ORGANIZING OFFSET | 301,077 | 301,077 | 301,077 | 301,077 | (0) | 903,232 | 903,232 | - |
| 16 | | | | | | | | | |
| 17 | SALARIES | | | | | | | | |
| 18 | Administrative | 29,293 | 34,472 | 37,345 | 34,472 | 2,873 | 112,035 | 98,237 | 13,797 |
| 19 | Admin Support | 15,732 | 18,304 | 37,674 | 32,391 | 5,283 | 113,021 | 66,427 | 46,594 |
| 20 | Directors | 63,466 | 65,828 | 83,896 | 65,581 | 18,315 | 251,688 | 194,876 | 56,812 |
| 21 | Internal Organizers/Research | 179,499 | 207,013 | 252,575 | 218,022 | 34,553 | 757,726 | 604,534 | 153,192 |
| 22 | Clerical | 58,721 | 67,066 | 68,579 | 54,179 | 14,400 | 205,736 | 179,967 | 25,770 |
| 23 | Facilities | 2,669 | 3,321 | 3,337 | 3,080 | 257 | 10,010 | 9,070 | 939 |
| 24 | Data Base Services | 17,152 | 21,396 | 23,217 | 22,889 | 328 | 69,650 | 61,437 | 8,213 |
| 25 | Temp. Internal Organizers/Rese | 2,889 | 3,440 | 5,000 | 5,190 | (190) | 15,000 | 11,519 | 3,481 |
| 26 | Temp. Clerical/Support | 915 | 645 | 3,000 | 4,275 | (1,275) | 9,000 | 5,835 | 3,165 |
| 27 | Vacation & Comp Time | 5,611 | 656 | 25,331 | 5,067 | 20,264 | 75,993 | 11,334 | 64,659 |
| 28 | **Total Salaries** | 375,947 | 422,143 | 539,953 | 445,146 | 94,807 | 1,619,858 | 1,243,236 | 376,622 |
| 29 | PAYROLL RELATED EXPENSES | | | | | | | | |
| 30 | Pension | 102,326 | 28,766 | 70,927 | 58,608 | 12,319 | 212,781 | 189,700 | 23,081 |
| 31 | Payroll Taxes Expenses | 30,413 | 57,561 | 50,662 | 26,190 | 24,473 | 151,986 | 114,163 | 37,823 |
| 32 | Travel Staff-Admin | 951 | 3,012 | 1,500 | 5,877 | (4,377) | 4,500 | 9,841 | (5,341) |
| 33 | Travel Staff- Internal Organizer | 5,977 | 9,614 | 3,000 | 3,634 | (634) | 9,000 | 19,225 | (10,225) |
| 34 | Mileage/Ins. Reimb.-Admin & D | 2,209 | 1,049 | 10,392 | 509 | 9,883 | 31,176 | 3,766 | 27,410 |
| 35 | Mileage/Ins. Reimb.-Internal Or | 15,982 | 17,963 | 21,475 | 17,106 | 4,369 | 64,425 | 51,051 | 13,374 |
| 36 | Telephone Reimbursement | 3,040 | 2,298 | 7,500 | 2,431 | 5,069 | 22,500 | 7,769 | 14,731 |
| 37 | Retiree Health Exp | 3,410 | 7,969 | 5,701 | 2,334 | 3,366 | 17,102 | 13,714 | 3,388 |
| 38 | Retiree Benefit Trust Fund | 10,400 | 10,400 | 10,400 | 10,400 | - | 31,200 | 31,200 | - |
| 39 | Benefits(Health, Dental, Vision, | 94,218 | 188,515 | 163,718 | 111,093 | 52,624 | 491,153 | 393,826 | 97,327 |
| 40 | Workers Comp Insurance | 23,737 | 20,698 | 20,698 | 7,613 | 13,085 | 62,095 | 38,963 | 23,133 |
| 41 | Recruiting exp | 909 | 1,394 | 1,000 | 1,331 | (331) | 3,000 | 3,634 | (634) |
| 42 | Vacancy Rate (saving) | - | - | (88,182) | - | (88,182) | (264,547) | - | (264,547) |
| 43 | **Total Payroll Related Expen** | 293,572 | 336,154 | 278,790 | 247,127 | 31,663 | 836,371 | 876,853 | (40,482) |
| 44 | | | | | | | | | |
| 45 | **Total Salaries & Payroll Expe** | 669,519 | 758,297 | 818,743 | 692,272 | 126,470 | 2,456,229 | 2,120,088 | 336,140 |
| 46 | | | | | | | | | |

G:\Finance\Monthend\2007\0507\INC0507 0507 8/6/2007 6:59 PM

SEIU Local 521
Financial Statement
For the month of May 2007

| | B | J | M | O | P | Q | AQ | AR | AS |
|---|---|---|---|---|---|---|---|---|---|
| | | Mar | Apr | May | May | | YTD - Three months | | |
| | | Actual | Actual | Budget | Actual | better/(worse) | Budget | Actual | better/(worse) |
| 48 | MISCELLANEOUS | | | | | | | | |
| 49 | Agency Fee/Assoc. Exp. | 11,000 | 11,000 | 11,000 | 11,000 | - | 33,000 | 33,000 | - |
| 50 | Capital Fund Expense | 1,000 | 1,000 | 1,000 | 1,000 | - | 3,000 | 3,000 | - |
| 51 | Admin exp share w. chapter | 375 | 40 | 1,000 | 302 | 698 | 3,000 | 717 | 2,283 |
| 52 | Free Life insurance to members (SCR, MRY & E | | 1,200 | 6,800 | 2,454 | 4,346 | 20,400 | 3,654 | 16,746 |
| 53 | Chapter Fund Reimbursement | 3,685 | 3,074 | 4,000 | 3,119 | 881 | 12,000 | 9,878 | 2,122 |
| 54 | Dodge Scholarship | 1,500 | 1,500 | 1,500 | 1,500 | | 4,500 | 4,500 | |
| 55 | Good & Welfare | | | 3,600 | | 3,600 | 10,800 | | 10,800 |
| 56 | UHW & L1877 ADMIN EXPENS | 181,638 | 189,849 | - | 14,356 | (14,356) | - | 385,843 | (385,843) |
| 57 | **Total Miscellaneous** | **199,198** | **207,663** | **28,900** | **33,732** | **(4,832)** | **86,700** | **440,593** | **(353,893)** |
| 58 | | | | | | | | | |
| 59 | ARBITRATIONS & LEGAL | | | | | | | | |
| 60 | Arbitrations Fees | 7,545 | 3,909 | 3,100 | 1,781 | 1,319 | 9,300 | 13,235 | (3,935) |
| 61 | Retainer | 13,262 | 8,995 | 21,740 | 21,791 | (51) | 65,220 | 44,049 | 21,171 |
| 62 | Court Costs | | | 3,300 | 1,215 | 2,085 | 9,900 | 1,215 | 8,685 |
| 63 | Miscellaneous | | | 500 | | 500 | 1,500 | - | 1,500 |
| 64 | **Total Arbitrations & Legal** | **20,807** | **12,905** | **28,640** | **24,787** | **3,853** | **85,920** | **58,499** | **27,421** |
| 65 | | | | | | | | | |
| 66 | FACILITIES | | | | | | | | |
| 67 | Rent-SJC + 535SJC | 32,716 | 37,673 | 34,922 | 37,731 | (2,809) | 104,766 | 108,120 | (3,354) |
| 68 | Rent-RWC | 6,114 | 6,114 | 6,114 | 6,130 | (16) | 18,342 | 18,358 | (16) |
| 69 | Rent-Bakersfield apartment | | 273 | 1,525 | | 1,525 | 4,575 | | 4,575 |
| 70 | Rent-Fresno | 6,853 | 7,383 | 6,900 | 11,793 | (4,893) | 20,700 | 18,919 | 1,781 |
| 71 | Rent-Santa Cruz, Watsonville 8 | 750 | 750 | 7,333 | 7,329 | 4 | 21,999 | 15,462 | 6,537 |
| 72 | Rent-Visalia | 2,157 | 661 | 700 | 925 | (225) | 2,100 | 3,743 | (1,643) |
| 73 | Utilities | 13,135 | 5,504 | 18,200 | 18,083 | 117 | 54,600 | 36,723 | 17,877 |
| 74 | Kitchen Sundries | 1,716 | 2550.93 | 3,500 | 2,153 | 1,347 | 10,500 | 6,420 | 4,080 |
| 75 | Gen. Liab. Ins. & Property Tax t | 5,417 | 5,417 | 18,033 | 5,433 | 12,600 | 54,099 | 16,268 | 37,831 |
| 76 | Building Maintenance/Security/. | 7,948 | 11,783 | 9,000 | 8,608 | 392 | 27,000 | 28,339 | (1,339) |
| 77 | **Total Admin - Facilities** | **76,806** | **77,359** | **106,227** | **98,187** | **8,040** | **318,681** | **252,351** | **66,330** |
| 78 | | | | | | | | | |
| 79 | ADMINISTRATIVE - OFFICES | | | | | | | | |
| 80 | Audit/Acct. Fees | 910 | 901 | 10,000 | 13,025 | (3,025) | 30,000 | 14,836 | 15,164 |
| 81 | Subscriptions | | 171 | 500 | 647 | (147) | 1,500 | 818 | 682 |
| 82 | Office Sundries | 8,184 | 4,355 | 7,000 | 13,187 | (6,187) | 21,000 | 25,726 | (4,726) |
| 83 | Office Equipment Leases | 36,592 | 44,816 | 40,000 | 25,726 | 14,274 | 120,000 | 107,134 | 12,866 |
| 84 | Equipment Maintenance & Rep | 3,628 | 9,575 | 8,000 | 5,919 | 2,081 | 24,000 | 19,123 | 4,877 |
| 85 | Contributions | | | 500 | 283 | 217 | 1,500 | 283 | 1,217 |
| 86 | Research Material & Data | | | 2,000 | | 2,000 | 6,000 | | 6,000 |
| 87 | Dues Implementation | 881 | | 600 | | 600 | 1,800 | | 1,800 |
| 88 | Computer Database Services | | 2,482 | 10,000 | 777 | 9,223 | 30,000 | 4,141 | 25,859 |
| 89 | Miscellaneous | | 750 | 1,000 | | 1,000 | 3,000 | 750 | 2,250 |
| 90 | **Total Admin - Offices** | **50,195** | **63,051** | **79,600** | **59,564** | **20,036** | **238,800** | **172,811** | **65,989** |

G:\FinanceMonthend\2007\0507\INC0507 0507 8/6/2007 6:59 PM

SEIU Local 521
Financial Statement
For the month of May 2007

| # | B | Mar Actual | Apr Actual | May Budget | May Actual | May better/(worse) | YTD Budget | YTD Three months Actual | YTD better/(worse) |
|---|---|---|---|---|---|---|---|---|---|
| 92 | COMMUNICATIONS | | | | | | | | |
| 93 | Printing | 12,836 | 11,799 | 8,000 | 7,881 | 119 | 24,000 | 32,516 | (8,516) |
| 94 | Paper | 2,445 | 1,244 | 4,000 | 2,404 | 1,596 | 12,000 | 6,092 | 5,908 |
| 95 | Website/Station/communication | 719 | 799 | 1,500 | 453 | 1,047 | 4,500 | 1,971 | 2,529 |
| 96 | Telephone & Internet | 13,223 | 11,744 | 18,000 | 13,188 | 4,812 | 54,000 | 38,155 | 15,845 |
| 97 | Postage | 7,775 | 3,484 | 6,000 | 7,296 | (1,296) | 18,000 | 18,555 | (555) |
| 98 | Professional Fees/Translations | | 55 | 1,000 | 120 | 880 | 3,000 | 175 | 2,825 |
| 99 | Total Communications | 36,998 | 29,125 | 38,500 | 31,342 | 7,158 | 115,500 | 97,465 | 18,035 |
| 101 | CONFERENCES/MILEAGE | | | | | | | | |
| 102 | Staff-Misc. Conf/Seminar | | | 2,000 | | 2,000 | 6,000 | - | 6,000 |
| 103 | Exec. Board-Conferences | | | 1,000 | | 1,000 | 3,000 | - | 3,000 |
| 104 | International Convention | | | | | | | | |
| 105 | Industries & Members Conferences | | | 1,000 | 1,500 | (500) | 3,000 | 1,500 | 1,500 |
| 106 | Misc. Members-Reimbursed | | | 500 | | 500 | 1,500 | - | 1,500 |
| 107 | Total Conferences/Mileage | - | - | 4,500 | 1,500 | 3,000 | 13,500 | 1,500 | 12,000 |
| 109 | STAFF MEETING & TRAINING | | | | | | | | |
| 110 | Director Training | | | 2,000 | 1,845 | 155 | 6,000 | 1,845 | 4,155 |
| 111 | Staff - representation & political | 4,360 | 7,456 | 10,000 | 662 | 9,338 | 30,000 | 12,478 | 17,522 |
| 112 | Clerical Staff | 2,742 | 1,392 | 800 | 259 | 541 | 2,400 | 1,651 | 749 |
| 113 | Executive Staff | | | 800 | 886 | (86) | 2,400 | 3,627 | (1,227) |
| 114 | Tuition Reim.-Internal Organizers | | | 500 | | 500 | 1,500 | | 1,500 |
| 115 | Tuition Reim.-OPEIU | | | 500 | | 500 | 1,500 | - | 1,500 |
| 116 | Total Staff Training | 7,102 | 8,848 | 14,600 | 3,652 | 10,948 | 43,800 | 19,602 | 24,198 |
| 118 | EDUCATION & TRAINING | | | | | | | | |
| 119 | Steward & Chief Steward Training | | | 300 | | 300 | 900 | | 900 |
| 120 | Executive Board | | | 500 | | 500 | 1,500 | | 1,500 |
| 121 | Education & Training Committee Meeting & Materials | | | 4,000 | | 4,000 | 12,000 | | 12,000 |
| 122 | Industry Training Events | | | 2,000 | | 2,000 | 6,000 | | 6,000 |
| 123 | Total Education & Training | - | - | 6,800 | - | 6,800 | 20,400 | - | 20,400 |
| 124 | | | | | | | | | |
| 125 | POLITICAL/SOCIAL INVOLVEMENT | | | | | | | | |
| 126 | Candidates Account ($0.10 per | 7,930 | 9,412 | 6,000 | 9,579 | (3,579) | 18,000 | 26,921 | (8,921) |
| 127 | Issues Account | | | - | | - | - | | - |
| 128 | Legal | | | 4,000 | | 4,000 | 12,000 | - | 12,000 |
| 129 | Committee Meetings | 91 | 86 | 300 | 68 | 232 | 900 | 245 | 655 |
| 130 | Conferences | | | 2,000 | | 2,000 | 6,000 | | 6,000 |
| 131 | Electoral Staff/Activity | | | 300 | | 300 | 900 | | 900 |
| 132 | Polls & Surveys | | | 500 | | 500 | 1,500 | - | 1,500 |
| 133 | Special Printing | | | 200 | | 200 | 600 | | 600 |
| 134 | Subscriptions | | | 25 | | 25 | 75 | | 75 |
| 135 | Total Political/Social Invol | 8,021 | 9,498 | 13,325 | 9,647 | 3,678 | 39,975 | 27,166 | 12,809 |

**SEIU Local 521**
**Financial Statement**
**For the month of May 2007**

| | J | M | O | P | Q | AQ | AR | AS |
|---|---|---|---|---|---|---|---|---|
| | Mar | Apr | | May | | | YTD - Three months | |
| | Actual | Actual | Budget | Actual | better/(worse) | Budget | Actual | better/(worse) |
| **136** | | | | | | | | |
| **137** SOCIAL & ECONOMIC JUSTICE | | | | | | | | |
| **138** Committee Meetings | | | 300 | 22 | 278 | 900 | 22 | 878 |
| **139** Conferences | 778 | | 300 | | 300 | 900 | 778 | 122 |
| **140** Contributions/Solidarity | 500 | | 200 | | 200 | 600 | 500 | 100 |
| **141** *** $1.00 PER MEMBER | 4,588 | 312 | 3,125 | 1,182 | 1,943 | 9,375 | 6,082 | 3,293 |
| **142** **Total Social & Economic J** | **5,867** | **312** | **3,925** | **1,204** | **2,721** | **11,775** | **7,382** | **4,393** |
| **143** | | | | | | | | |
| **144** MEMBER INVOLVEMENT | | | | | | | | |
| **145** Memorabilia/Give away Membe | 927 | 20,716 | 5,000 | 17,280 | (12,280) | 15,000 | 38,922 | (23,922) |
| **146** Awards/Recognition | 500 | | 300 | | 300 | 900 | 500 | 400 |
| **147** Planning & Event Prep | | | 300 | | 300 | 900 | | 900 |
| **148** Ex Board / Advisory Board Reimbursement | | | 500 | | 500 | 1,500 | | 1,500 |
| **149** Rally Rental & Bus | | 3,570 | 4,000 | 1,945 | 2,055 | 12,000 | 5,515 | 6,485 |
| **150** Member Reimbursement/Lost time | | 283 | 5,000 | 831 | 4,169 | 15,000 | 1,114 | 13,886 |
| **151** Transportation & Vehicle Exper | 134 | | 500 | | 500 | 1,500 | 134 | 1,366 |
| **152** **Total Member Involvement** | **1,561** | **24,569** | **15,600** | **20,056** | **(4,456)** | **46,800** | **46,186** | **614** |
| **153** | | | | | | | | |
| **154** NEGOTIATIONS | | | | | | | | |
| **155** Printing Contracts | 30,237 | | 5,000 | | 5,000 | 15,000 | 30,237 | (15,237) |
| **156** Meetings & Supplies | 445 | 1,690 | 5,000 | 1,087 | 3,913 | 15,000 | 3,222 | 11,778 |
| **157** Negotiations Committee Food | | | 5,000 | | 5,000 | 15,000 | - | 15,000 |
| **158** Strike Preparations | | | 1,000 | | 1,000 | 3,000 | - | 3,000 |
| **159** Automatic Strike Fund Transfer ($0.50 per member/mom) | | | 18,750 | | 18,750 | 56,250 | 56,250 | 56,250 |
| **160** **Total Negotiations** | **30,682** | **1,690** | **34,750** | **1,087** | **33,663** | **104,250** | **33,459** | **70,791** |
| **161** | | | | | | | | |
| **162** MEETINGS & EVENTS | | | | | | | | |
| **163** Executive Board Meetings | | | 2,000 | 108 | 1,892 | 6,000 | 108 | 5,892 |
| **164** Steward/Council meetings | 294 | 99 | 4,500 | 5,484 | (984) | 13,500 | 5,877 | 7,623 |
| **165** 521 Party & other events | 2,595 | 5,886 | 7,000 | 22,719 | (15,719) | 21,000 | 31,200 | (10,200) |
| **166** Advisory Board Meetings | 15,570 | | 10,000 | - | 10,000 | 30,000 | 15,570 | 14,430 |
| **167** Miscellaneous | | | 200 | | 200 | 600 | - | 600 |
| **168** **Total Meetings & Events** | **18,459** | **5,985** | **23,700** | **28,311** | **(4,611)** | **71,100** | **52,755** | **18,345** |
| **169** | | | | | | | | |

G:\IFinanceMonthend\2007\0507\INC0507 0507 8/6/2007 6:59 PM

SEIU Local 521
Financial Statement
For the month of May 2007

| | | Mar | Apr | May | | | YTD - Three months | | |
|---|---|---|---|---|---|---|---|---|---|
| 1 | B | J | M | O | P | Q | AQ | AR | AS |
| 2 | | Actual | Actual | Budget | Actual | better/(worse) | Budget | Actual | better/(worse) |
| 170 | REPRESENTATIVE DUES | | | | | | | | |
| 171 | SEIU $7.65 ea | 571,918 | 386,333 | 430,848 | 397,907 | 32,941 | 1,292,544 | 1,356,158 | (63,614) |
| 172 | SEIU Unity Fund $5.00ea | 347,500 | 238,740 | 266,200 | 247,290 | 18,910 | 798,600 | 833,530 | (34,930) |
| 173 | SEIU Retirees $1.00ea | - | - | 60 | - | 60 | 180 | - | 180 |
| 174 | SEIU Associate Members-1.00 | - | - | 12 | - | 12 | 36 | - | 36 |
| 175 | SEIU/ State Council-$2.53ea | 197,089 | 126,639 | 142,490 | 130,547 | 11,942 | 427,469 | 454,276 | (26,807) |
| 176 | So Bay CLC $0.55ea | 20,898 | 11,230 | 12,100 | 11,172 | 928 | 36,300 | 43,300 | (7,000) |
| 177 | SMCO CLC $0.60ea | 4,965 | 2,571 | 2,838 | 2,440 | 398 | 8,514 | 9,976 | (1,462) |
| 178 | Fresno CLC $0.35ea | 510 | 1,619 | 2,800 | 1,950 | 851 | 8,400 | 4,079 | 4,321 |
| 179 | Bakersfield CLC $0.25ea | - | 1,585 | 1,625 | 1,753 | (128) | 4,875 | 3,338 | 1,537 |
| 180 | Monterey & Santa Cruz LC $0.5 | 1,880 | 2,648 | 3,300 | 3,605 | (305) | 9,900 | 8,133 | 1,767 |
| 181 | CA Labor Fed 50% X .47ea | 13,261 | 8,901 | 9,048 | 9,167 | (120) | 27,143 | 31,329 | (4,186) |
| 182 | Building Trades-SMCO | 250 | 250 | 250 | 250 | - | 750 | 750 | - |
| 183 | **Total Representative Dues** | 1,158,271 | 780,517 | 871,570 | 806,081 | 65,489 | 2,614,710 | 2,744,869 | (130,159) |
| 184 | | | | | | | | | |
| 185 | **TOTAL EXPENSES** | 2,584,563 | 2,280,894 | 2,390,457 | 2,112,499 | 277,958 | 7,171,372 | 6,977,955 | 193,416 |
| 186 | | | | | | | | | |
| 187 | **TOTAL INCOME LESS TOTAL** | (642,897) | (283,919) | (2,500) | 559,817 | 562,316 | (7,500) | (366,999) | (359,500) |
| 188 | | | | | | | | | |
| 189 | VOLUNTARY TRANSFERS | | | | | | | | |
| 190 | Building Funds | | | | | | | | |
| 191 | Automatic Legal Defense Fund | 9,375 | 9,375 | 9,375 | 9,375 | - | 28,125 | 28,125 | - |
| 192 | Strike Fund | | | | | | | | |
| 193 | Total Transfers | 9,375 | 9,375 | 9,375 | 9,375 | - | 28,125 | 28,125 | - |
| 194 | **TOTAL INCOME LESS EXPEN** | (652,272) | (293,294) | (11,875) | 550,442 | 562,316 | (35,625) | (395,124) | (359,500) |

**EXHIBIT N**

## SEIU Local 521
## Financial Statement
## For the month of June 2007

|  | B | J<br>Mar<br>Actual | M<br>Apr<br>Actual | P<br>May<br>Actual | R<br>Budget | S<br>Jun<br>Actual | T<br>better/(worse) | AQ<br>Budget | AR<br>Actual<br>YTD - Four months | AS<br>better/(worse) |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 |  |  |  |  |  |  |  |  |  |  |
| 3 | TOTAL DUES RECEIPTS | 1,937,972 | 1,960,198 | 2,661,404 | 2,376,957 | 2,182,557 | (194,400) | 9,507,829 | 8,742,130 | (765,699) |
| 4 | OTHER INCOME |  |  |  |  |  |  |  |  |  |
| 5 | Interest & Dividends | - | 6,158 | 7,601 | 2,400 | 6,986 | 4,586 | 9,600 | 20,745 | 11,145 |
| 6 | SMHSS Administrative Reimb | - | 25,000 | - | 5,000 | - | (5,000) | 20,000 | 25,000 | 5,000 |
| 7 | Sublease Rent | 3,311 | 3,311 | 3,311 | 3,600 | 4,626 | 1,026 | 14,400 | 14,559 | 159 |
| 8 | Misc. Income | 383 | 2,308 | - | - | 47 | 47 | - | 2,738 | 2,738 |
| 9 | **Total Misc. Income** | 3,694 | 36,777 | 10,912 | 11,000 | 11,659 | 659 | 44,000 | 63,042 | 19,042 |
| 10 |  |  |  |  |  |  |  |  |  |  |
| 11 | TOTAL GENERAL FUND INC | 1,941,666 | 1,996,975 | 2,672,316 | 2,387,957 | 2,194,216 | (193,741) | 9,551,829 | 8,805,173 | (746,657) |
| 12 |  |  |  |  |  |  |  |  |  |  |
| 13 | GENERAL FUND EXPENSES |  |  |  |  |  |  |  |  |  |
| 14 |  |  |  |  |  |  |  |  |  |  |
| 15 | ORGANIZING OFFSET | 301,077 | 301,077 | 301,077 | 301,077 | 301,077 | (0) | 1,204,310 | 1,204,309 | (0) |
| 16 |  |  |  |  |  |  |  |  |  |  |
| 17 | SALARIES |  |  |  |  |  |  |  |  |  |
| 18 | Administrative | 29,293 | 34,472 | 34,472 | 37,345 | 34,472 | 2,873 | 149,380 | 132,710 | 16,670 |
| 19 | Admin Support | 15,732 | 18,304 | 32,391 | 37,674 | 32,264 | 5,410 | 150,694 | 98,691 | 52,004 |
| 20 | Directors | 63,466 | 65,828 | 65,581 | 83,896 | 71,063 | 12,833 | 335,584 | 265,939 | 69,645 |
| 21 | Internal Organizers/Research | 179,499 | 207,013 | 218,022 | 252,575 | 248,018 | 4,557 | 1,010,301 | 852,552 | 157,749 |
| 22 | Clerical | 58,721 | 67,066 | 54,179 | 68,579 | 55,436 | 13,142 | 274,315 | 235,403 | 38,912 |
| 23 | Facilities | 2,669 | 3,321 | 3,080 | 3,337 | 3,362 | (26) | 13,346 | 12,433 | 914 |
| 24 | Data Base Services | 17,152 | 21,396 | 22,889 | 23,217 | 23,847 | (631) | 92,866 | 85,284 | 7,582 |
| 25 | Temp. Internal Organizers/Res | 2,889 | 3,440 | 5,190 | 5,000 | 2,964 | 2,036 | 20,000 | 14,483 | 5,517 |
| 26 | Temp. Clerical/Support | 915 | 645 | 4,275 | 3,000 | 5,742 | (2,742) | 12,000 | 11,577 | 423 |
| 27 | Vacation & Comp Time | 5,611 | 656 | 5,067 | 25,331 | 5,921 | 19,410 | 101,324 | 17,255 | 84,069 |
| 28 | **Total Salaries** | 375,947 | 422,143 | 445,146 | 539,953 | 483,091 | 56,862 | 2,159,811 | 1,726,326 | 433,484 |
| 29 | PAYROLL RELATED EXPENSES |  |  |  |  |  |  |  |  |  |
| 30 | Pension | 102,326 | 28,766 | 58,608 | 70,927 | 61,103 | 9,824 | 283,708 | 250,803 | 32,905 |
| 31 | Payroll Taxes Expenses | 30,413 | 57,561 | 26,190 | 50,662 | 29,002 | 21,661 | 202,649 | 143,165 | 59,484 |
| 32 | Travel Staff-Admin | 951 | 3,012 | 5,877 | 1,500 | 434 | 1,066 | 6,000 | 10,275 | (4,275) |
| 33 | Travel Staff- Internal Organizer | 5,977 | 9,614 | 3,634 | 3,000 | 1,756 | 1,244 | 12,000 | 20,981 | (8,981) |
| 34 | Mileage/Ins. Reimb.-Admin & D | 2,209 | 1,049 | 509 | 10,392 | 3,639 | 6,753 | 41,568 | 7,405 | 34,163 |
| 35 | Mileage/Ins. Reimb.-Internal Or | 15,982 | 17,963 | 17,106 | 21,475 | 19,717 | 1,758 | 85,900 | 70,768 | 15,132 |
| 36 | Telephone Reimbursement | 3,040 | 2,298 | 2,431 | 7,500 | 2,457 | 5,043 | 30,000 | 10,226 | 19,774 |
| 37 | Retiree Health Exp | 3,410 | 7,969 | 2,334 | 5,701 | 3,236 | 2,464 | 22,802 | 16,950 | 5,852 |
| 38 | Retire Benefit Trust Fund | 10,400 | 10,400 | 10,400 | 10,400 | 10,400 | - | 41,600 | 41,600 | - |
| 39 | Benefits(Health, Dental, Vision, | 94,218 | 188,515 | 111,093 | 163,718 | 114,959 | 48,758 | 654,871 | 508,785 | 146,085 |
| 40 | Workers Comp Insurance | 23,737 | 7,613 | 7,613 | 20,698 | 12,613 | 8,085 | 82,794 | 51,576 | 31,218 |
| 41 | Recruiting exp | 909 | 1,394 | 1,331 | 1,000 | 1,175 | (175) | 4,000 | 4,810 | (810) |
| 42 | Vacancy Rate (saving) |  |  |  | (88,182) |  | (88,182) | (352,730) |  | (352,730) |
| 43 | **Total Payroll Related Expen** | 293,572 | 336,154 | 247,127 | 278,790 | 260,491 | 18,299 | 1,115,161 | 1,137,344 | (22,183) |
| 44 |  |  |  |  |  |  |  |  |  |  |
| 45 | **Total Salaries & Payroll Expe** | 669,519 | 758,297 | 692,272 | 818,743 | 743,582 | 75,161 | 1,637,486 | 1,427,816 | 209,670 |

SEIU Local 521
Financial Statement
For the month of June 2007

| 1 | B | J Mar | M Apr | P May | R Jun | S Jun | T | AQ YTD - Four months | AR YTD - Four months | AS |
|---|---|---|---|---|---|---|---|---|---|---|
| 2 | | Actual | Actual | Actual | Budget | Actual | better/(worse) | Budget | Actual | better/(worse) |
| 46 | | | | | | | | | | |
| 47 | | | | | | | | | | |
| 48 | MISCELLANEOUS | | | | | | | | | |
| 49 | Agency Fee/Assoc. Exp. | 11,000 | 11,000 | 11,000 | 11,000 | 11,000 | - | 44,000 | 44,000 | - |
| 50 | Capital Fund Expense | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | - | 4,000 | 4,000 | - |
| 51 | Admin exp share w. chapter | 375 | 40 | 302 | 1,000 | | 1,000 | 4,000 | 717 | 3,283 |
| 52 | Free Life insurance to members (SCR, MRY & E) | 3,685 | 1,200 | 2,454 | 6,800 | 1,227 | 5,573 | 27,200 | 4,881 | 22,319 |
| 53 | Chapter Fund Reimbursement | | 3,074 | 3,119 | 4,000 | 3,893 | 107 | 16,000 | 13,770 | 2,230 |
| 54 | Dodge Scholarship | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | - | 6,000 | 6,000 | - |
| 55 | Good & Welfare | | | | 3,600 | | 3,600 | 14,400 | | 14,400 |
| 56 | UHW & L1877 ADMIN EXPENSE | 181,638 | 189,849 | 14,356 | | 39,412 | (39,412) | - | 425,256 | (425,256) |
| 57 | **Total Miscellaneous** | 199,198 | 207,663 | 33,732 | 28,900 | 58,032 | (29,132) | 115,600 | 498,625 | (383,025) |
| 58 | | | | | | | | | | |
| 59 | ARBITRATIONS & LEGAL | | | | | | | | | |
| 60 | Arbitrations Fees | 7,545 | 3,909 | 1,781 | 3,100 | 8,374 | (5,274) | 12,400 | 21,609 | (9,209) |
| 61 | Retainer | 13,262 | 8,995 | 21,791 | 21,740 | 11,237 | 10,503 | 86,960 | 55,286 | 31,674 |
| 62 | Court Costs | | | 1,215 | 3,300 | | 3,300 | 13,200 | 1,215 | 11,985 |
| 63 | Miscellaneous | | | | 500 | | 500 | 2,000 | - | 2,000 |
| 64 | **Total Arbitrations & Legal** | 20,807 | 12,905 | 24,787 | 28,640 | 19,611 | 9,029 | 114,560 | 78,110 | 36,450 |
| 65 | | | | | | | | | | |
| 66 | FACILITIES | | | | | | | | | |
| 67 | Rent-SJC + 535SJC | 32,716 | 37,673 | 37,731 | 34,922 | 37,643 | (2,721) | 139,688 | 145,763 | (6,075) |
| 68 | Rent-RWC | 6,114 | 6,114 | 6,130 | 6,114 | 6,130 | (16) | 24,456 | 24,488 | (32) |
| 69 | Rent-Bakersfield apartment | | | | 1,525 | | 1,525 | 6,100 | | 6,100 |
| 70 | Rent-Fresno | 6,853 | 273 | 11,793 | 6,900 | 11,425 | (4,525) | 27,600 | 30,344 | (2,744) |
| 71 | Rent-Santa Cruz, Watsonville 8 | 750 | 7,383 | 7,329 | 7,333 | 7,329 | 4 | 29,332 | 22,792 | 6,540 |
| 72 | Rent-Visalia | 2,157 | 661 | 925 | 700 | 661 | 39 | 2,800 | 4,404 | (1,604) |
| 73 | Utilities | 13,135 | 5,504 | 18,083 | 18,200 | 16,099 | 2,101 | 72,800 | 52,821 | 19,979 |
| 74 | Kitchen Sundries | 1,716 | 2550.93 | 2,153 | 3,500 | 2,328 | 1,172 | 14,000 | 8,747 | 5,253 |
| 75 | Gen. Liab. Ins. & Property Tax | 5,417 | 5,417 | 5,433 | 18,033 | 8,089 | 9,943 | 72,131 | 24,357 | 47,775 |
| 76 | Building Maintenance/Security/ | 7,948 | 11,783 | 8,608 | 9,000 | 17,551 | (8,551) | 36,000 | 45,889 | (9,889) |
| 77 | **Total Admin - Facilities** | 76,806 | 77,359 | 98,187 | 106,227 | 107,255 | (1,028) | 424,907 | 359,606 | 65,301 |
| 78 | | | | | | | | | | |
| 79 | ADMINISTRATIVE - OFFICES | | | | | | | | | |
| 80 | Audit/Acct. Fees | 910 | 901 | 13,025 | 10,000 | 1,471 | 8,529 | 40,000 | 16,307 | 23,693 |
| 81 | Subscriptions | | 171 | 647 | 500 | | 500 | 2,000 | 818 | 1,182 |
| 82 | Office Sundries | 8,184 | 4,355 | 13,187 | 7,000 | 5,770 | 1,230 | 28,000 | 31,496 | (3,496) |
| 83 | Office Equipment Leases | 36,592 | 44,816 | 25,726 | 40,000 | 43,588 | (3,588) | 160,000 | 150,722 | 9,278 |
| 84 | Equipment Maintenance & Rep | 3,628 | 9,575 | 5,919 | 8,000 | 6,270 | 1,730 | 32,000 | 25,392 | 6,608 |
| 85 | Contributions | | | 283 | 500 | | 500 | 2,000 | 283 | 1,717 |
| 86 | Research Material & Data | | | | 2,000 | | 2,000 | 8,000 | | 8,000 |
| 87 | Dues Implementation | | | | 600 | | 600 | 2,400 | - | 2,400 |
| 88 | Computer Database Services | 881 | 2,482 | 777 | 10,000 | 777 | 9,223 | 40,000 | 4,918 | 35,082 |

SEIU Local 521
Financial Statement
For the month of June 2007

| 1 | | Mar | Apr | May | Jun | | | YTD - Four months | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | B | J | M | P | R | S | T | AQ | AR | AS |
| 2 | | Actual | Actual | Actual | Budget | Actual | better/(worse) | Budget | Actual | better/(worse) |
| 89 | Miscellaneous | | 750 | | 1,000 | | 1,000 | 4,000 | 750 | 3,250 |
| 90 | **Total Admin - Offices** | **50,195** | **63,051** | **59,564** | **79,600** | **57,876** | **21,724** | **318,400** | **230,687** | **87,713** |
| 92 | COMMUNICATIONS | | | | | | | | | |
| 93 | Printing | 12,836 | 11,799 | 7,881 | 8,000 | 11,160 | (3,160) | 32,000 | 43,677 | (11,677) |
| 94 | Paper | 2,445 | 1,244 | 2,404 | 4,000 | 3,609 | 391 | 16,000 | 9,702 | 6,298 |
| 95 | Website/Station/communication | 719 | 799 | 453 | 1,500 | 310 | 1,190 | 6,000 | 2,281 | 3,719 |
| 96 | Telephone & Internet | 13,223 | 11,744 | 13,188 | 18,000 | 18,048 | (48) | 72,000 | 56,203 | 15,797 |
| 97 | Postage | 7,775 | 3,484 | 7,296 | 6,000 | 2,642 | 3,359 | 24,000 | 21,196 | 2,804 |
| 98 | Professional Fees/Translations | | 55 | 120 | 1,000 | 195 | 805 | 4,000 | 370 | 3,630 |
| 99 | **Total Communications** | **36,998** | **29,125** | **31,342** | **38,500** | **35,964** | **2,536** | **154,000** | **133,429** | **20,571** |
| 101 | CONFERENCES/MILEAGE | | | | | | | | | |
| 102 | Staff-Misc. Conf/Seminar | | | | 2,000 | 175 | 1,825 | 8,000 | 175 | 7,825 |
| 103 | Exec. Board-Conferences | | | | 1,000 | | 1,000 | 4,000 | - | 4,000 |
| 104 | International Convention | | | | - | | - | - | - | - |
| 105 | Industries & Members Conferences | | | 1,500 | 1,000 | 95 | 905 | 4,000 | 1,595 | 2,405 |
| 106 | Misc. Members-Reimbursed | | | | 500 | 604 | (104) | 2,000 | 604 | 1,396 |
| 107 | **Total Conferences/Mileage** | **-** | **-** | **1,500** | **4,500** | **874** | **3,626** | **18,000** | **2,374** | **15,626** |
| 109 | STAFF MEETING & TRAINING | | | | | | | | | |
| 110 | Director Training | | | | 2,000 | | 2,000 | 8,000 | 1,845 | 6,155 |
| 111 | Staff - representation & political | 4,360 | 7,456 | 1,845 | 10,000 | | 10,000 | 40,000 | 12,478 | 27,522 |
| 112 | Clerical Staff | | 1,392 | 662 | 800 | 323 | 477 | 3,200 | 1,975 | 1,226 |
| 113 | Executive Staff | 2,742 | | 259 | 800 | 1,030 | (230) | 3,200 | 4,657 | (1,457) |
| 114 | Tuition Reim.-Internal Organizers | | | | 500 | | 500 | 2,000 | - | 2,000 |
| 115 | Tuition Reim.-OPEIU | | | 886 | 500 | | 500 | 2,000 | - | 2,000 |
| 116 | **Total Staff Training** | **7,102** | **8,848** | **3,652** | **14,600** | **1,354** | **13,246** | **58,400** | **20,955** | **37,445** |
| 118 | EDUCATION & TRAINING | | | | | | | | | |
| 119 | Steward & Chief Steward Training | | | | 300 | | 300 | 1,200 | - | 1,200 |
| 120 | Executive Board | | | | 500 | | 500 | 2,000 | - | 2,000 |
| 121 | Education & Training Committee Meeting & Materials | | | | 4,000 | 29 | 3,971 | 16,000 | 29 | 15,971 |
| 122 | Industry Training Events | | | | 2,000 | | 2,000 | 8,000 | - | 8,000 |
| 123 | **Total Education & Training** | **-** | **-** | **-** | **6,800** | **29** | **6,771** | **27,200** | **29** | **27,171** |
| 125 | POLITICAL/SOCIAL INVOLVEMENT | | | | | | | | | |
| 126 | Candidates Account ($0.10 per | 7,930 | 9,412 | 9,579 | 6,000 | 9,902 | (3,902) | 24,000 | 36,823 | (12,823) |
| 127 | Issues Account | | | | - | | - | - | - | - |
| 128 | Legal | | | | 4,000 | | 4,000 | 16,000 | | 16,000 |
| 129 | Committee Meetings | 91 | 86 | 68 | 300 | 1,298 | (998) | 1,200 | 1,542 | (342) |
| 130 | Conferences | | | | 2,000 | | 2,000 | 8,000 | - | 8,000 |
| 131 | Electoral Staff/ Activity | | | | 300 | 300 | 300 | 1,200 | - | 1,200 |
| 132 | Polls & Surveys | | | | 500 | | 500 | 2,000 | - | 2,000 |

## SEIU Local 521
## Financial Statement
### For the month of June 2007

| | B | J | M | P | R | S | T | AQ | AR | AS |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Mar | Apr | May | | Jun | | | YTD - Four months | |
| | | Actual | Actual | Actual | Budget | Actual | better/(worse) | Budget | Actual | better/(worse) |
| 133 | Special Printing | | | | 200 | | 200 | 800 | - | 800 |
| 134 | Subscriptions | | | | 25 | | 25 | 100 | - | 100 |
| 135 | **Total Political/Social Invol** | **8,021** | **9,498** | **9,647** | **13,325** | **11,199** | **2,126** | **53,300** | **38,365** | **14,935** |
| 136 | | | | | | | | | | |
| 137 | SOCIAL & ECONOMIC JUSTICE | | | | | | | | | |
| 138 | Committee Meetings | | | 22 | 300 | 524 | (224) | 1,200 | 546 | 654 |
| 139 | Conferences | 778 | | | 300 | | 300 | 1,200 | 778 | 422 |
| 140 | Contributions/Solidarity | 500 | | | 200 | 350 | (150) | 800 | 850 | (50) |
| 141 | *** $1.00 PER MEMBER | 4,588 | 312 | 1,182 | 3,125 | | 3,125 | 12,500 | 6,082 | 6,418 |
| 142 | **Total Social & Economic J** | **5,867** | **312** | **1,204** | **3,925** | **874** | **3,051** | **15,700** | **8,256** | **7,444** |
| 143 | | | | | | | | | | |
| 144 | MEMBER INVOLVEMENT | | | | | | | | | |
| 145 | Memorabilia/Give away Membe | 927 | 20,716 | 17,280 | 5,000 | 8,235 | (3,235) | 20,000 | 47,157 | (27,157) |
| 146 | Awards/Recognition | 500 | | | 300 | | 300 | 1,200 | 500 | 700 |
| 147 | Planning & Event Prep | | | | 300 | | 300 | 1,200 | - | 1,200 |
| 148 | Ex Board / Advisory Board Reimbursement | | | | 500 | | 500 | 2,000 | - | 2,000 |
| 149 | Rally Rental & Bus | | 3,570 | 1,945 | 4,000 | 760 | 3,240 | 16,000 | 6,275 | 9,725 |
| 150 | Member Reimbursement/Lost time | | 283 | 831 | 5,000 | | 5,000 | 20,000 | 1,114 | 18,886 |
| 151 | Transportation & Vehicle Exper | 134 | | | 500 | | 500 | 2,000 | 134 | 1,866 |
| 152 | **Total Member Involvement** | **1,561** | **24,569** | **20,056** | **15,600** | **8,995** | **6,605** | **62,400** | **55,181** | **7,219** |
| 153 | | | | | | | | | | |
| 154 | NEGOTIATIONS | | | | | | | | | |
| 155 | Printing Contracts | 30,237 | | | 5,000 | | 5,000 | 20,000 | 30,237 | (10,237) |
| 156 | Meetings & Supplies | 445 | 1,690 | 1,087 | 5,000 | 2,287 | 2,713 | 20,000 | 5,509 | 14,491 |
| 157 | Negotiations Committee  Food | | | | 5,000 | | 5,000 | 20,000 | - | 20,000 |
| 158 | Strike Preparations | | | | 1,000 | | 1,000 | 4,000 | - | 4,000 |
| 159 | Automatic Strike Fund Transfer ($0.50 per member/mom) | | | | 18,750 | | 18,750 | 75,000 | - | 75,000 |
| 160 | **Total Negotiations** | **30,682** | **1,690** | **1,087** | **34,750** | **2,287** | **32,463** | **139,000** | **35,746** | **103,254** |
| 161 | | | | | | | | | | |
| 162 | MEETINGS & EVENTS | | | | | | | | | |
| 163 | Executive Board Meetings | | | 108 | 2,000 | | 2,000 | 8,000 | 108 | 7,892 |
| 164 | Steward/Council meetings | 294 | 99 | 5,484 | 4,500 | 4,961 | (461) | 18,000 | 10,839 | 7,161 |
| 165 | 521 Party & other events | 2,595 | 5,886 | 22,719 | 7,000 | 1,565 | 5,435 | 28,000 | 32,765 | (4,765) |
| 166 | Advisory Board Meetings | 15,570 | | - | 10,000 | | 10,000 | 40,000 | 15,570 | 24,430 |
| 167 | Miscellaneous | | | | 200 | | 200 | 800 | - | 800 |
| 168 | **Total Meetings & Events** | **18,459** | **5,985** | **28,311** | **23,700** | **6,526** | **17,174** | **94,800** | **59,281** | **35,519** |
| 169 | | | | | | | | | | |

SEIU Local 521
Financial Statement
For the month of June 2007

| | J | M | P | R | S | T | AQ | AR | AS |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | YTD - Four months | |
| | Mar | Apr | May | Jun | Jun | | | | |
| B | Actual | Actual | Actual | Budget | Actual | better/(worse) | Budget | Actual | better/(worse) |
| 170 REPRESENTATIVE DUES | | | | | | | | | |
| 171 SEIU $7.65 ea | 571,918 | 386,333 | 397,907 | 430,848 | 412,366 | 18,482 | 1,723,392 | 1,768,523 | (45,131) |
| 172 SEIU Unity Fund $5.00ea | 347,500 | 238,740 | 247,290 | 266,200 | 254,750 | 11,450 | 1,064,800 | 1,088,280 | (23,480) |
| 173 SEIU Retirees $1.00ea | - | - | - | - | - | - | - | - | - |
| 174 SEIU Associate Members-1.00 | - | - | - | 12 | - | 12 | 48 | - | 48 |
| 175 SEIU/ State Council-$2.53ea | 197,089 | 126,639 | 130,547 | 142,490 | 157,157 | (14,667) | 569,958 | 611,433 | (41,474) |
| 176 So Bay CLC $0.55ea | 20,898 | 11,230 | 11,172 | 12,100 | 16,311 | (4,211) | 48,400 | 59,611 | (11,211) |
| 177 SMCO CLC $0.60ea | 4,965 | 2,571 | 2,440 | 2,838 | 2,629 | 209 | 11,352 | 12,605 | (1,253) |
| 178 Fresno CLC $0.35ea | 510 | 1,619 | 1,950 | 2,800 | 2,237 | 564 | 11,200 | 6,315 | 4,885 |
| 179 Bakersfield CLC $0.25ea | - | 1,585 | 1,753 | 1,625 | 1,854 | (229) | 6,500 | 5,193 | 1,308 |
| 180 Monterey & Santa Cruz LC $0.5 | 1,880 | 2,648 | 3,605 | 3,300 | 3,600 | (300) | 13,200 | 11,733 | 1,467 |
| 181 CA Labor Fed 50% X .47ea | 13,261 | 8,901 | 9,167 | 9,048 | 9,501 | (453) | 36,190 | 40,829 | (4,639) |
| 182 Building Trades-SMCO | 250 | 250 | 250 | 250 | 275 | (25) | 1,000 | 1,025 | (25) |
| 183   Total Representative Dues | 1,158,271 | 780,517 | 806,081 | 871,570 | 860,678 | 10,892 | 3,486,280 | 3,605,547 | (119,266) |
| 184 | | | | | | | | | |
| 185 TOTAL EXPENSES | 2,584,563 | 2,280,894 | 2,112,499 | 2,390,457 | 2,216,213 | 174,243 | 7,924,343 | 7,758,314 | 166,028 |
| 186 | | | | | | | | | |
| 187 TOTAL INCOME LESS TOTAL | (642,897) | (283,919) | 559,817 | (2,500) | (21,997) | (19,498) | (10,000) | (388,996) | (378,998) |
| 188 | | | | | | | | | |
| 189 VOLUNTARY TRANSFERS | | | | | | | | | |
| 190 Building Funds | | | | | | | | | |
| 191 Automatic Legal Defense Fund | 9,375 | 9,375 | 9,375 | 9,375 | 9,375 | - | 37,500 | 37,500 | - |
| 192 Strike Fund | | | | | | - | | | - |
| 193   Total Transfers | 9,375 | 9,375 | 9,375 | 9,375 | 9,375 | - | 37,500 | 37,500 | - |
| 194 TOTAL INCOME LESS EXPEN | (652,272) | (293,294) | 550,442 | (11,875) | (31,372) | (19,498) | (47,500) | (426,496) | (378,998) |

G:\Finance\Monthend\200706\0607\INC 0607 0607 8/6/2007 6 53 PM

**EXHIBIT O**

## SEIU Local 521
### Financial Statement
#### For the month of August 2007

| | B | J | M | P | S | V | X | Y | Z | AQ | AR | AS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Mar | Apr | May | Jun | Jul | | Aug | | | YTD - Six months | |
| | | Actual | Actual | Actual | Actual | Actual | Budget | Actual | better/(worse) | Budget | Actual | better/(worse) |
| 1 | | | | | | | | | | | | |
| 2 | | | | | | | | | | | | |
| 3 | TOTAL DUES RECEIPTS | 1,937,972 | 1,960,198 | 2,661,404 | 2,182,557 | 2,224,147 | 2,376,957 | 2,412,425 | 35,468 | 14,261,744 | 13,378,703 | (883,041) |
| 4 | OTHER INCOME | | | | | | | | | | | |
| 5 | Interest & Dividends | - | 6,158 | 7,601 | 6,986 | 7,767 | 2,400 | 10,529 | 8,129 | 14,400 | 39,041 | 24,641 |
| 6 | SMHSS Administrative Reimb | - | 25,000 | - | - | - | 5,000 | - | (5,000) | 30,000 | 25,000 | (5,000) |
| 7 | Sublease Rent | 3,311 | 3,311 | 3,311 | 4,626 | 3,457 | 3,600 | 3,536 | (64) | 21,600 | 21,552 | (48) |
| 8 | Misc. Income | 383 | 2,308 | - | 47 | 234 | - | 15 | 15 | - | 2,986 | 2,986 |
| 9 | Total Misc. Income | 3,694 | 36,777 | 10,912 | 11,659 | 11,457 | 11,000 | 14,081 | 3,081 | 66,000 | 88,580 | 22,580 |
| 10 | | | | | | | | | | | | |
| 11 | TOTAL GENERAL FUND INC | 1,941,666 | 1,996,975 | 2,672,316 | 2,194,216 | 2,235,604 | 2,387,957 | 2,426,506 | 38,548 | 14,327,744 | 13,467,283 | (860,461) |
| 12 | | | | | | | | | | | | |
| 13 | GENERAL FUND EXPENSES | | | | | | | | | | | |
| 14 | | | | | | | | | | | | |
| 15 | ORGANIZING OFFSET | 301,077 | 301,077 | 301,077 | 301,077 | 301,077 | 301,077 | 301,077 | (0) | 1,806,465 | 1,806,463 | 1 |
| 16 | | | | | | | | | | | | |
| 17 | SALARIES | | | | | | | | | | | |
| 18 | Administrative | 29,293 | 34,472 | 34,472 | 34,472 | 34,472 | 37,345 | 50,267 | (12,922) | 224,069 | 217,448 | 6,621 |
| 19 | Admin Support | 15,732 | 18,304 | 32,391 | 32,264 | 32,224 | 37,674 | 54,556 | (16,882) | 226,041 | 185,471 | 40,571 |
| 20 | Directors | 63,466 | 65,828 | 65,581 | 71,063 | 70,314 | 83,896 | 105,810 | (21,914) | 503,376 | 442,064 | 61,312 |
| 21 | Internal Organizers/Research | 179,499 | 207,013 | 218,022 | 248,018 | 258,140 | 252,575 | 413,449 | (160,874) | 1,515,452 | 1,524,142 | (8,690) |
| 22 | Clerical | 58,721 | 67,066 | 54,179 | 55,436 | 60,802 | 68,579 | 87,339 | (18,761) | 411,472 | 383,544 | 27,928 |
| 23 | Facilities | 2,669 | 3,321 | 3,080 | 3,362 | 3,203 | 3,337 | 4,878 | (1,541) | 20,019 | 20,513 | (494) |
| 24 | Data Base Services | 17,152 | 21,396 | 22,889 | 23,847 | 23,361 | 23,217 | 36,212 | (12,996) | 139,299 | 144,858 | (5,559) |
| 25 | Temp. Internal Organizers/Res | 2,889 | 3,440 | 5,190 | 2,964 | 9,863 | 5,000 | 2,615 | 2,385 | 30,000 | 26,961 | 3,039 |
| 26 | Temp. Clerical/Support | 915 | 645 | 4,275 | 5,742 | 9,403 | 3,000 | 5,993 | (2,993) | 18,000 | 26,974 | (8,974) |
| 27 | Vacation & Comp Time | 5,611 | 656 | 5,067 | 5,921 | 4,294 | 25,331 | 13,090 | 12,241 | 151,986 | 34,640 | 117,347 |
| 28 | Total Salaries | 375,947 | 422,143 | 445,146 | 483,091 | 506,077 | 539,953 | 774,211 | (234,258) | 3,239,716 | 3,006,614 | 233,101 |
| 29 | PAYROLL RELATED EXPENSES | | | | | | | | | | | |
| 30 | Pension | 102,326 | 28,786 | 58,608 | 61,103 | 60,615 | 70,927 | 96,949 | (26,022) | 425,562 | 408,368 | 17,194 |
| 31 | Payroll Taxes Expenses | 30,413 | 57,561 | 26,190 | 29,002 | 29,278 | 50,662 | 52,793 | (2,131) | 303,973 | 225,236 | 78,737 |
| 32 | Travel Staff-Admin | 951 | 3,012 | 5,877 | 434 | 3,564 | 1,500 | 6,410 | (4,910) | 9,000 | 20,249 | (11,249) |
| 33 | Travel Staff- Internal Organizer | 5,977 | 9,614 | 3,634 | 1,756 | 5,335 | 3,000 | 3,757 | (757) | 18,000 | 30,073 | (12,073) |
| 34 | Mileage/Ins. Reimb.-Admin & L | 2,209 | 1,049 | 509 | 3,639 | 3,084 | 10,392 | 2,164 | 8,228 | 62,352 | 12,654 | 49,698 |
| 35 | Mileage/Ins. Reimb.-Internal O | 15,982 | 17,963 | 17,106 | 19,717 | 22,226 | 21,475 | 19,248 | 2,227 | 128,850 | 112,242 | 16,608 |
| 36 | Telephone Reimbursement | 3,040 | 2,298 | 2,431 | 2,457 | 4,085 | 7,500 | 4,349 | 3,151 | 45,000 | 18,660 | 26,340 |
| 37 | Retiree Health Exp | 3,410 | 7,969 | 2,334 | 3,236 | 7,085 | 5,701 | 6,569 | (868) | 34,203 | 30,603 | 3,600 |
| 38 | Retire Benefit Trust Fund | 10,400 | 10,400 | 10,400 | 10,400 | 10,400 | 10,400 | 10,400 | - | 62,400 | 62,400 | - |
| 39 | Benefits(Health, Dental, Vision | 94,218 | 188,515 | 111,093 | 114,959 | 144,501 | 163,718 | 89,661 | 74,057 | 982,306 | 742,947 | 239,359 |
| 40 | Workers Comp Insurance | 23,737 | 7,613 | 7,613 | 12,613 | 7,613 | 20,698 | 7,613 | 13,085 | 124,190 | 66,802 | 57,389 |
| 41 | Recruiting exp | 909 | 1,394 | 1,331 | 1,175 | 1,271 | 1,000 | 1,501 | (501) | 6,000 | 7,582 | (1,582) |
| 42 | Vacancy Rate (saving) | | | | | | (88,182) | | (88,182) | (529,095) | | (529,095) |
| 43 | Total Payroll Related Expe | 293,572 | 336,154 | 247,127 | 260,491 | 299,057 | 278,790 | 301,414 | (22,624) | 1,672,741 | 1,737,815 | (65,074) |
| 44 | | | | | | | | | | | | |
| 45 | Total Salaries & Payroll Expe | 669,519 | 758,297 | 692,272 | 743,582 | 805,134 | 818,743 | 1,075,625 | (256,882) | 4,912,457 | 4,744,429 | 168,028 |
| 46 | | | | | | | | | | | | |

## SEIU Local 521
## Financial Statement
### For the month of August 2007

| # | B | J Mar Actual | M Apr Actual | P May Actual | S Jun Actual | V Jul Actual | X Aug Budget | Y Aug Actual | Z better/(worse) | AQ Budget | AR Actual (YTD - Six months) | AS better/(worse) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 48 | **MISCELLANEOUS** | | | | | | | | | | | |
| 49 | Agency Fee/Assoc. Exp. | 11,000 | 11,000 | 11,000 | 11,000 | 11,000 | 11,000 | 11,000 | - | 66,000 | 66,000 | - |
| 50 | Capital Fund Expense | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | - | 6,000 | 6,000 | - |
| 51 | Admin exp share w. chapter | 375 | 40 | 302 | | | 1,000 | | 1,000 | 6,000 | 717 | 5,283 |
| 52 | Free Life insurance to members (SCR, MRY & | | 1,200 | 2,454 | 1,227 | 1,026 | 6,800 | 1,227 | 5,573 | 40,800 | 7,135 | 33,665 |
| 53 | Chapter Fund Reimbursement | 3,685 | 3,074 | 3,119 | 3,893 | 4,249 | 4,000 | 4,191 | (191) | 24,000 | 22,210 | 1,790 |
| 54 | Dodge Scholarship | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | - | 9,000 | 9,000 | - |
| 55 | Good & Welfare | | | | | | 3,600 | 262 | 3,338 | 21,600 | 262 | 21,338 |
| 56 | UHW & L1877 ADMIN EXPEN | 181,638 | 189,849 | 14,356 | 39,412 | 167,420 | - | 21,011 | (21,011) | - | 613,687 | (613,687) |
| 57 | Hanford - Shawhan Expenses | | | | | 10,000 | - | 10,000 | (10,000) | - | 20,000 | (20,000) |
| 58 | Ex-Board Stipend | | | | | 2,200 | - | 2,200 | (2,200) | - | 4,400 | (4,400) |
| 59 | **Total Miscellaneous** | 199,198 | 207,663 | 33,732 | 58,032 | 198,395 | 28,900 | 52,391 | (23,491) | 173,400 | 749,411 | (576,011) |
| 60 | | | | | | | | | | | | |
| 61 | **ARBITRATIONS & LEGAL** | | | | | | | | | | | |
| 62 | Arbitrations Fees | 7,545 | 3,909 | 1,781 | 8,374 | 7,911 | 3,100 | 1,758 | 1,342 | 18,600 | 31,279 | (12,679) |
| 63 | Retainer | 13,262 | 8,995 | 21,791 | 11,237 | 27,134 | 21,740 | 20,117 | 1,623 | 130,440 | 102,537 | 27,903 |
| 64 | Court Costs | | | 1,215 | | | 3,300 | | 3,300 | 19,800 | 1,215 | 18,585 |
| 65 | Miscellaneous | | | | | | 500 | | 500 | 3,000 | - | 3,000 |
| 66 | **Total Arbitrations & Legal** | 20,807 | 12,905 | 24,787 | 19,611 | 35,045 | 28,640 | 21,875 | 6,765 | 171,840 | 135,030 | 36,810 |
| 67 | | | | | | | | | | | | |
| 68 | **FACILITIES** | | | | | | | | | | | |
| 69 | Rent-SJC + 535SJC | 32,716 | 37,673 | 37,731 | 37,643 | 37,597 | 34,922 | 32,827 | 2,095 | 209,532 | 216,187 | (6,655) |
| 70 | Rent-RWC | 6,114 | 6,114 | 6,130 | 6,130 | 6,130 | 6,114 | 6,330 | (216) | 36,684 | 36,948 | (264) |
| 71 | Rent-Bakersfield apartment | | | | | | 1,525 | | 1,525 | 9,150 | - | 9,150 |
| 72 | Rent-Fresno | 6,853 | 273 | 11,793 | 11,425 | 11,402 | 6,900 | 6,853 | 47 | 41,400 | 48,600 | (7,200) |
| 73 | Rent-Santa Cruz, Watsonville | 750 | 7,383 | 7,329 | 7,329 | 7,329 | 7,333 | 7,329 | 4 | 43,998 | 37,450 | 6,548 |
| 74 | Rent-Visalia | 2,157 | 661 | 925 | 661 | 661 | 700 | 800 | (100) | 4,200 | 5,865 | (1,665) |
| 75 | Utilities | 13,135 | 5,504 | 18,083 | 16,099 | 15,341 | 18,200 | 17,166 | 1,034 | 109,200 | 85,329 | 23,871 |
| 76 | Kitchen Sundries | 1,716 | 2,550.93 | 2,153 | 2,328 | (1,337) | 3,500 | 5,432 | (1,932) | 21,000 | 12,843 | 8,157 |
| 77 | Gen. Liab. Ins. & Property Tax | 5,417 | 5,417 | 5,433 | 8,089 | 9,216 | 18,033 | 5,417 | 12,616 | 108,197 | 38,990 | 69,207 |
| 78 | Building Maintenance & Facilities | 7,948 | 11,783 | 8,608 | 17,551 | 13,286 | 9,000 | 14,082 | (5,082) | 54,000 | 73,257 | (19,257) |
| 79 | **Total Admin - Facilities** | 76,806 | 77,359 | 98,187 | 107,255 | 99,626 | 106,227 | 96,237 | 9,990 | 637,361 | 555,468 | 81,893 |
| 80 | | | | | | | | | | | | |
| 81 | **ADMINISTRATIVE - OFFICES** | | | | | | | | | | | |
| 82 | Audit/Acct. Fees | 910 | 901 | 13,025 | 1,471 | 1,145 | 10,000 | 13,752 | (3,752) | 60,000 | 31,204 | 28,796 |
| 83 | Subscriptions | | 171 | 647 | | 115 | 500 | 226 | 274 | 3,000 | 1,159 | 1,841 |
| 84 | Office Sundries | 8,184 | 4,355 | 13,187 | 5,770 | 9,429 | 7,000 | 7,008 | (8) | 42,000 | 47,933 | (5,933) |
| 85 | Office Equipment Leases | 36,592 | 44,816 | 25,726 | 43,588 | 32,548 | 40,000 | 28,896 | 11,104 | 240,000 | 212,166 | 27,834 |
| 86 | Equipment Maintenance & Rep | 3,628 | 9,575 | 5,919 | 6,270 | 5,751 | 8,000 | 5,384 | 2,616 | 48,000 | 36,527 | 11,473 |
| 87 | Contributions | | | 283 | | 1,000 | 500 | | 500 | 3,000 | 1,283 | 1,717 |
| 88 | Research Material & Data | | | | | | 2,000 | | 2,000 | 12,000 | | 12,000 |
| 89 | Dues Implementation | | | | | | 600 | | 600 | 3,600 | | 3,600 |
| 90 | Computer Database Services | 881 | 2,482 | 777 | 777 | 324 | 10,000 | 52 | 9,948 | 60,000 | 5,294 | 54,706 |

G:\FinanceMonthend\2007\0807\INC0807 0807 9/26/2007 1:11 PM

SEIU Local 521
Financial Statement
For the month of August 2007

| B | J Mar Actual | M Apr Actual | P May Actual | S Jun Actual | V Jul Actual | Aug X Budget | Aug Y Actual | Aug Z better/(worse) | YTD - Six months AQ Budget | YTD AR Actual | YTD AS better/(worse) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 91 Miscellaneous | | 750 | | | | 1,000 | 0 | 1,000 | 6,000 | 750 | 5,250 |
| 92 Total Admin - Offices | 50,195 | 63,051 | 59,564 | 57,876 | 50,312 | 79,600 | 55,318 | 24,282 | 477,600 | 336,316 | 141,284 |
| 94 COMMUNICATIONS | | | | | | | | | | | |
| 95 Printing | 12,836 | 11,799 | 7,881 | 11,160 | 3,342 | 8,000 | 1,787 | 6,213 | 48,000 | 48,806 | (806) |
| 96 Paper | 2,445 | 1,244 | 2,404 | 3,609 | 2,473 | 4,000 | 411 | 3,589 | 24,000 | 12,585 | 11,415 |
| 97 Website/Station/communication | 719 | 799 | 453 | 310 | 251 | 1,500 | 303 | 1,197 | 9,000 | 2,835 | 6,165 |
| 98 Telephone & Internet | 13,223 | 11,744 | 13,188 | 18,048 | 11,957 | 18,000 | 12,207 | 5,793 | 108,000 | 80,367 | 27,633 |
| 99 Postage | 7,775 | 3,484 | 7,296 | 2,642 | 8,675 | 6,000 | 8,709 | (2,709) | 36,000 | 38,580 | (2,580) |
| 100 Professional Fees/Translations | | | 120 | 195 | | 1,000 | | 1,000 | 6,000 | 370 | 5,630 |
| 101 Total Communications | 36,998 | 29,125 | 31,342 | 35,964 | 26,698 | 38,500 | 23,416 | 15,084 | 231,000 | 183,543 | 47,457 |
| 103 CONFERENCES/MILEAGE | | | | | | | | | | | |
| 104 Staff-Misc. Conf/Seminar | | | | 175 | | 2,000 | 575 | 1,425 | 12,000 | 750 | 11,250 |
| 105 Exec. Board-Conferences | | | | | | 1,000 | | 1,000 | 6,000 | | 6,000 |
| 106 International Convention | | | | | | | | | | | |
| 107 Industries & Members Conferences | | | 1,500 | 95 | | 1,000 | | 1,000 | 6,000 | 1,595 | 4,405 |
| 108 Misc. Members-Reimbursed | | | | 604 | | 500 | | 500 | 3,000 | 604 | 2,396 |
| 109 Total Conferences/Mileage | - | - | 1,500 | 874 | - | 4,500 | 575 | 3,925 | 27,000 | 2,949 | 24,051 |
| 111 STAFF MEETING & TRAINING | | | | | | | | | | | |
| 112 Director Training | | | 1,845 | | | 2,000 | | 2,000 | 12,000 | 1,845 | 10,155 |
| 113 Staff - representation & politica | 4,360 | 7,456 | 662 | | | 10,000 | 5,076 | 4,924 | 60,000 | 17,555 | 42,446 |
| 114 Clerical Staff | | 1,392 | 259 | 323 | 177 | 800 | 568 | 232 | 4,800 | 2,719 | 2,081 |
| 115 Executive Staff | 2,742 | | 886 | 1,030 | | 800 | | 800 | 4,800 | 4,657 | 143 |
| 116 Tuition Reim.-Internal Organizers | | | | | | 500 | | 500 | 3,000 | | 3,000 |
| 117 Tuition Reim.-OPEIU | | | | | | 500 | | 500 | 3,000 | | 3,000 |
| 118 Total Staff Training | 7,102 | 8,848 | 3,652 | 1,354 | 177 | 14,600 | 5,644 | 8,956 | 87,600 | 26,776 | 60,825 |
| 120 EDUCATION & TRAINING | | | | | | | | | | | |
| 121 Steward & Chief Steward Training | | | | | | 300 | | 300 | 1,800 | - | 1,800 |
| 122 Executive Board | | | | | | 500 | | 500 | 3,000 | - | 3,000 |
| 123 Education & Training Committee Meeting & Materials | | | | | | 4,000 | | 4,000 | 24,000 | 29 | 23,971 |
| 124 Industry Training Events | | | | 29 | | 2,000 | | 2,000 | 12,000 | - | 12,000 |
| 125 Total Education & Training | - | - | - | 29 | - | 6,800 | - | 6,800 | 40,800 | 29 | 40,771 |
| 126 | | | | | | | | | | | |
| 127 POLITICAL/SOCIAL INVOLVEMENT | | | | | | | | | | | |
| 128 Candidates Account ($0.10 per) | 7,930 | 9,412 | 9,579 | 9,902 | 4,091 | 6,000 | 2,004 | 3,996 | 36,000 | 42,917 | (6,917) |
| 129 Issues Account | | | | | | | 2,003 | (2,003) | | 2,003 | (2,003) |
| 130 Legal | | | | | | 4,000 | | 4,000 | 24,000 | | 24,000 |
| 131 Committee Meetings | 91 | 86 | 68 | | | 300 | 401 | (101) | 1,800 | 1,944 | (144) |
| 132 Conferences | | | | | 509 | 2,000 | | 2,000 | 12,000 | 509 | 11,491 |
| 133 Electoral Staff/Activity | | | | | | 300 | | 300 | 1,800 | | 1,800 |
| 134 Polls & Surveys | | | | | 247 | 500 | | 500 | 3,000 | 247 | 2,753 |
| 135 Special Printing | | | | | | 200 | | 200 | 1,200 | | 1,200 |
| 136 Subscriptions | | | | | | 25 | | 25 | 150 | | 150 |

## SEIU Local 521
## Financial Statement
### For the month of August 2007

|  | Mar | Apr | May | Jun | Jul | Aug | Aug | | Budget | Actual | better/(worse) |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | | | | | | | | | | YTD - Six months | |
|  | Actual | Actual | Actual | Actual | Actual | Budget | Actual | better/(worse) | Budget | Actual | better/(worse) |
| **137 Total Political/Social Invol** | **8,021** | **9,498** | **9,647** | **11,199** | **4,846** | **13,325** | **4,408** | **8,917** | **79,950** | **47,620** | **32,330** |
| 138 | | | | | | | | | | | |
| 139 SOCIAL & ECONOMIC JUSTICE | | | | | | | | | | | |
| 140 Committee Meetings | | | 22 | 524 | | 300 | 359 | (59) | 1,800 | 904 | 896 |
| 141 Conferences | 778 | | | | | 300 | 193 | 107 | 1,800 | 971 | 829 |
| 142 Contributions/Solidarity | 500 | | | 350 | | 200 | 300 | (100) | 1,200 | 1,150 | 50 |
| 143 *** $1.00 PER MEMBER | 4,588 | 312 | 1,182 | | 2,487 | 3,125 | 8,844 | (5,719) | 18,750 | 17,413 | 1,337 |
| **144 Total Social & Economic.** | **5,867** | **312** | **1,204** | **874** | **2,487** | **3,925** | **9,696** | **(5,771)** | **23,550** | **20,438** | **3,112** |
| 145 | | | | | | | | | | | |
| 146 MEMBER INVOLVEMENT | | | | | | | | | | | |
| 147 Memorabilia/Give away Memb | 927 | 20,716 | 17,280 | 8,235 | 21,247 | 5,000 | 82,260 | (77,260) | 30,000 | 150,665 | (120,665) |
| 148 Awards/Recognition | 500 | | | | | 300 | | 300 | 1,800 | 500 | 1,300 |
| 149 Planning & Event Prep | | | | | | 300 | | 300 | 1,800 | | 1,800 |
| 150 Ex Board / Advisory Board Reimbursement | | | | | | 500 | | 500 | 3,000 | | 3,000 |
| 151 Rally Rental & Bus | | 3,570 | 1,945 | 760 | 1,414 | 4,000 | 74 | 3,926 | 24,000 | 6,349 | 17,651 |
| 152 Member Reimbursement/Lost time | | 283 | 831 | | | 5,000 | 569 | 4,431 | 30,000 | 3,097 | 26,903 |
| 153 Transportation & Vehicle Expe | 134 | | | | | 500 | | 500 | 3,000 | 134 | 2,866 |
| **154 Total Member Involvemen** | **1,561** | **24,569** | **20,056** | **8,995** | **22,661** | **15,600** | **82,903** | **(67,303)** | **93,600** | **160,745** | **(67,145)** |
| 155 | | | | | | | | | | | |
| 156 NEGOTIATIONS | | | | | | | | | | | |
| 157 Printing Contracts | 30,237 | | | | 507 | 5,000 | (447) | 5,447 | 30,000 | 30,297 | (297) |
| 158 Meetings & Supplies | 445 | 1,690 | 1,087 | 2,287 | 2,656 | 5,000 | 6,527 | (1,527) | 30,000 | 14,692 | 15,308 |
| 159 Negotiations Committee  Food | | | | | | 5,000 | | 5,000 | 30,000 | | 30,000 |
| 160 Strike Preparations | | | | | | 1,000 | | 1,000 | 6,000 | | 6,000 |
| 161 Automatic Strike Fund Transfer ($0.50 per member/mom) | | | | | | 18,750 | | 18,750 | 112,500 | | 112,500 |
| **162 Total Negotiations** | **30,682** | **1,690** | **1,087** | **2,287** | **3,163** | **34,750** | **6,081** | **28,669** | **208,500** | **44,989** | **163,511** |
| 163 | | | | | | | | | | | |
| 164 MEETINGS & EVENTS | | | | | | | | | | | |
| 165 Executive Board Meetings | 294 | 99 | 108 | | 665 | 2,000 | 210 | 1,790 | 12,000 | 982 | 11,018 |
| 166 Steward/Council meetings | 2,595 | | 5,484 | 4,961 | 4,281 | 4,500 | 26 | 4,474 | 27,000 | 15,146 | 11,854 |
| 167 521 Party & other events | | 5,886 | 22,719 | 1,565 | | 7,000 | 3,516 | 3,484 | 42,000 | 36,281 | 5,719 |
| 168 Advisory Board Meetings | 15,570 | | - | | | 10,000 | 2,761 | 7,239 | 60,000 | 18,331 | 41,669 |
| 169 Miscellaneous | | | | | | 200 | | 200 | 1,200 | - | 1,200 |
| **170 Total Meetings & Events** | **18,459** | **5,985** | **28,311** | **6,526** | **4,946** | **23,700** | **6,513** | **17,187** | **142,200** | **70,740** | **71,460** |
| 171 | | | | | | | | | | | |

SEIU Local 521
Financial Statement
For the month of August 2007

| | B | J | M | P | S | V | X | Y | Z | AQ | AR | AS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Mar | Apr | May | Jun | Jul | Aug | Aug | | | YTD - Six months | |
| | | Actual | Actual | Actual | Actual | Actual | Budget | Actual | better/(worse) | Budget | Actual | better/(worse) |
| 172 | REPRESENTATIVE DUES | | | | | | | | | | | |
| 173 | SEIU $7.65 ea | 571,918 | 386,333 | 397,907 | 412,366 | 424,540 | 430,848 | 417,300 | 13,548 | 2,585,088 | 2,610,363 | (25,275) |
| 174 | SEIU Unity Fund $5.00ea | 347,500 | 238,740 | 247,290 | 254,750 | 265,260 | 266,200 | 263,365 | 2,835 | 1,597,200 | 1,616,905 | (19,705) |
| 175 | SEIU Retirees $1.00ea | - | - | - | - | - | - | 602 | (542) | 360 | 602 | (242) |
| 176 | SEIU Associate Members-1.00 | - | - | - | - | - | 12 | 60 | 12 | 72 | - | 72 |
| 177 | SEIU State Council-$2.53ea | 197,089 | 126,639 | 130,547 | 157,157 | 139,986 | 142,490 | 148,237 | (5,747) | 854,938 | 899,655 | (44,717) |
| 178 | So Bay CLC $0.55ea | 20,898 | 11,230 | 11,172 | 16,311 | 14,002 | 12,100 | 16,062 | (3,962) | 72,600 | 89,675 | (17,075) |
| 179 | SMCO CLC $0.60ea | 4,965 | 2,571 | 2,440 | 2,629 | 2,371 | 2,838 | 2,155 | 683 | 17,028 | 17,131 | (103) |
| 180 | Fresno CLC $0.35ea | 510 | 1,619 | 1,950 | 2,237 | 1,967 | 2,800 | 2,198 | 602 | 16,800 | 10,480 | 6,320 |
| 181 | Bakersfield CLC $0.25ea | - | 1,585 | 1,753 | 1,854 | 1,760 | 1,625 | 1,808 | (183) | 9,750 | 8,760 | 990 |
| 182 | Monterey & Santa Cruz LC $0. | 1,880 | 2,648 | 3,605 | 3,600 | 4,284 | 3,300 | 3,989 | (689) | 19,800 | 20,006 | (206) |
| 183 | CA Labor Fed 50% X .47ea | 13,261 | 8,901 | 9,167 | 9,501 | 9,830 | 9,048 | 9,720 | (673) | 54,285 | 60,379 | (6,094) |
| 184 | Building Trades-SMCO | 250 | 250 | 250 | 275 | 275 | 250 | 275 | (25) | 1,500 | 1,575 | (75) |
| 185 | Total Representative Dues | 1,158,271 | 780,517 | 806,081 | 860,678 | 864,274 | 871,570 | 865,710 | 5,860 | 5,229,421 | 5,335,531 | (106,110) |
| 186 | | | | | | | | | | | | |
| 187 | TOTAL EXPENSES | 2,584,563 | 2,280,894 | 2,112,499 | 2,216,213 | 2,418,840 | 2,390,457 | 2,607,469 | (217,013) | 14,342,744 | 14,220,478 | 122,265 |
| 188 | | | | | | | | | | | | |
| 189 | TOTAL INCOME LESS TOTAl | (642,897) | (283,919) | 559,817 | (21,997) | (183,236) | (2,500) | (180,964) | (178,465) | (10,000) | (388,996) | (378,998) |
| 190 | | | | | | | | | | | | |
| 191 | VOLUNTARY TRANSFERS | | | | | | | | | | | |
| 192 | Building Funds | | | | | | | | | | | |
| 193 | Automatic Legal Defense Fund | 9,375 | 9,375 | 9,375 | 9,375 | 9,375 | 9,375 | 9,375 | - | 56,250 | 56,250 | - |
| 194 | Strike Fund | | | | | | - | | - | - | - | - |
| 195 | Total Transfers | 9,375 | 9,375 | 9,375 | 9,375 | 9,375 | 9,375 | 9,375 | - | 56,250 | 56,250 | - |
| 196 | TOTAL INCOME LESS EXPEl | (652,272) | (293,294) | 550,442 | (31,372) | (192,611) | (11,875) | (190,339) | (178,465) | (47,500) | (426,496) | (378,998) |

**EXHIBIT P**

Financial Statement
For the month of September 2007

| | J Mar Actual | M Apr Actual | P May Actual | S Jun Actual | V Jul Actual | Y Aug Actual | AA Budget | AB Sep Actual | AC better/(worse) | AQ Budget | AR Actual YTD – Seven months | AS better/(worse) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2 | | | | | | | | | | | | |
| 3 TOTAL DUES RECEIPTS | 1,937,972 | 1,960,198 | 2,661,404 | 2,182,557 | 2,224,147 | 2,412,425 | 2,376,957 | 2,867,623 | 490,666 | 16,538,701 | 16,246,326 | (392,375) |
| 4 OTHER INCOME | | | | | | | | | | | | |
| 5 Interest & Dividends | - | 6,158 | 7,601 | 6,986 | 7,767 | 10,529 | 2,400 | 15,063 | 12,663 | 16,800 | 54,104 | 37,304 |
| 6 SMHSS Administrative Reim | | | | | | | 5,000 | | (5,000) | 35,000 | 25,000 | (10,000) |
| 7 Sublease Rent | 3,311 | 3,311 | 3,311 | 4,626 | 3,457 | 3,536 | 3,600 | 3,391 | (209) | 25,200 | 24,943 | (257) |
| 8 Misc. Income | 383 | 2,308 | - | 47 | 234 | 15 | - | (378) | (378) | | 2,608 | 2,608 |
| 9 Total Misc. Income | 3,694 | 36,777 | 10,912 | 11,659 | 11,457 | 14,081 | 11,000 | 18,076 | 7,075 | 77,000 | 106,655 | 29,655 |
| 10 | | | | | | | | | | | | |
| 11 TOTAL GENERAL FUND IN | 1,941,666 | 1,996,976 | 2,672,316 | 2,194,216 | 2,236,604 | 2,426,506 | 2,387,957 | 2,886,698 | 497,741 | 16,715,701 | 16,352,981 | (362,720) |
| 12 | | | | | | | | | | | | |
| 13 GENERAL FUND EXPENSES | | | | | | | | | | | | |
| 14 | | | | | | | | | | | | |
| 15 ORGANIZING OFFSET | 301,077 | 301,077 | 301,077 | 301,077 | 301,077 | 301,077 | 301,077 | 301,077 | (0) | 2,107,542 | 2,107,540 | |
| 16 | | | | | | | | | | | | |
| 17 SALARIES | | | | | | | | | | | | |
| 18 Administrative | 29,293 | 34,472 | 34,472 | 34,472 | 34,472 | 50,267 | 37,345 | 30,948 | 6,397 | 251,414 | 248,396 | 13,018 |
| 19 Admin Support | 15,732 | 18,304 | 32,391 | 32,264 | 32,224 | 54,556 | 37,674 | 28,182 | 9,492 | 263,715 | 213,653 | 50,062 |
| 20 Directors | 63,466 | 65,828 | 65,581 | 71,063 | 70,314 | 105,810 | 83,896 | 76,759 | 7,137 | 597,272 | 518,823 | 68,449 |
| 21 Internal Organizers/Research | 179,499 | 207,013 | 218,022 | 214,018 | 258,140 | 413,449 | 252,575 | 275,800 | (23,225) | 1,768,027 | 1,799,949 | (31,951) |
| 22 Clerical | 58,721 | 67,066 | 54,179 | 65,436 | 60,602 | 87,339 | 68,579 | 59,864 | 8,714 | 480,051 | 443,409 | 36,642 |
| 23 Facilities | 2,669 | 3,321 | 3,362 | 3,362 | 3,203 | 4,878 | 3,337 | 3,369 | (32) | 23,356 | 23,882 | (526) |
| 24 Data Base Services | 17,152 | 21,396 | 22,889 | 23,847 | 23,361 | 36,212 | 23,217 | 23,837 | (621) | 162,516 | 168,695 | (6,179) |
| 25 Temp. Internal Organizers/Re | 2,889 | 3,440 | 2,964 | 2,964 | 9,863 | 2,815 | 5,000 | 3,223 | 1,777 | 35,000 | 30,184 | 4,816 |
| 26 Temp. Clerical/Support | 915 | 645 | 4,275 | 5,742 | 9,403 | 5,993 | 3,000 | 9,720 | (6,720) | 21,000 | 36,694 | (15,694) |
| 27 Vacation & Comp Time | 5,611 | 656 | 5,067 | 5,921 | 4,294 | 13,090 | 25,331 | 9,408 | 15,923 | 177,318 | 44,048 | 133,270 |
| 28 Total Salaries | 375,947 | 422,143 | 445,146 | 483,091 | 506,077 | 774,211 | 539,963 | 521,110 | 18,842 | 3,779,668 | 3,527,725 | 251,944 |
| 29 PAYROLL RELATED EXPENSES | | | | | | | | | | | | |
| 30 Pension | 102,326 | 28,766 | 58,608 | 61,103 | 60,615 | 96,949 | 70,927 | 64,119 | 6,808 | 496,489 | 472,487 | 24,002 |
| 31 Payroll Taxes Expenses | 30,413 | 57,561 | 26,190 | 29,002 | 29,278 | 52,793 | 50,662 | 33,063 | 17,599 | 354,635 | 258,300 | 96,336 |
| 32 Travel Staff-Admin | 951 | 3,012 | 5,877 | 434 | 3,564 | 6,410 | 1,500 | 4,020 | (2,520) | 10,500 | 24,269 | (13,769) |
| 33 Travel Staff-Internal Organiz | 5,977 | 9,614 | 3,634 | 3,639 | 5,335 | 3,757 | 3,000 | 5,689 | (2,689) | 21,000 | 35,762 | (14,762) |
| 34 Mileage/Ins. Reimb-Admin & | 2,209 | 1,049 | 509 | 3,639 | 3,084 | 2,164 | 10,392 | 2,184 | 8,208 | 72,744 | 14,838 | 57,906 |
| 35 Mileage/Ins. Reimb-Internal | 15,982 | 17,963 | 17,106 | 19,717 | 22,228 | 19,248 | 21,475 | 19,830 | 1,645 | 150,325 | 132,071 | 18,254 |
| 36 Telephone Reimbursement | 3,040 | 2,298 | 2,431 | 2,457 | 4,085 | 4,349 | 7,500 | 3,196 | 4,304 | 52,500 | 21,856 | 30,644 |
| 37 Retiree Health Exp | 3,410 | 7,969 | 2,334 | 3,236 | 7,085 | 6,569 | 5,701 | 6,069 | (368) | 39,904 | 36,672 | 3,232 |
| 38 Retire Benefit Trust Fund | 915 | | | | | 10,400 | 10,400 | 10,400 | - | 72,800 | 72,800 | |
| 39 Benefits(Health, Dental, Visic | 94,218 | 188,515 | 111,093 | 114,959 | 144,501 | 89,661 | 163,718 | 154,935 | 8,782 | 1,146,024 | 897,882 | 248,141 |
| 40 Workers Comp Insurance | 23,737 | 7,613 | 7,613 | 12,613 | 7,613 | 7,613 | 20,698 | 7,613 | 13,085 | 144,889 | 74,415 | 70,474 |
| 41 Recruiting exp | 909 | 1,394 | 1,331 | 1,175 | 1,271 | 1,501 | 1,000 | 1,519 | (519) | 7,000 | 9,101 | (2,101) |
| 42 Vacancy Rate (saving) | | | | | | | (88,182) | | (88,182) | | (617,277) | (617,277) |
| 43 Total Payroll Related Exp | 293,672 | 336,164 | 247,127 | 260,491 | 299,057 | 301,414 | 278,790 | 312,638 | (33,848) | 1,861,532 | 2,050,453 | (94,921) |
| 44 | | | | | | | | | | | | |
| 45 Total Salaries & Payroll Ex | 669,619 | 758,297 | 692,272 | 743,582 | 805,134 | 1,075,625 | 818,743 | 833,748 | (15,006) | 5,731,200 | 5,578,177 | 153,023 |
| 46 | | | | | | | | | | | | |
| 47 | | | | | | | | | | | | |

## Financial Statement
### For the month of September 2007

| # | B | Mar Actual (J) | Apr Actual (M) | May Actual (P) | Jun Actual (S) | Jul Actual (V) | Aug Actual (Y) | Sep Budget (AA) | Sep Actual (AB) | Sep better/(worse) (AC) | YTD Budget (AQ) | YTD Actual (AR) | YTD better/(worse) (AS) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 48 | **MISCELLANEOUS** | | | | | | | | | | | | |
| 49 | Agency Fee/Assoc. Exp. | 11,000 | 11,000 | 11,000 | 11,000 | 11,000 | 11,000 | 11,000 | 17,736 | (6,736) | 77,000 | 83,736 | (6,736) |
| 50 | Capital Fund Expense | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | - | 7,000 | 7,000 | - |
| 51 | Admin exp share w. chapter | 375 | 40 | 302 | | | | 1,000 | | 1,000 | 7,000 | 717 | 6,283 |
| 52 | Free Life insurance to members (SCR,MRY) | | 1,200 | 2,454 | 1,227 | 1,026 | 1,227 | 6,800 | 1,123 | 5,677 | 47,800 | 9,258 | 38,542 |
| 53 | Chapter Fund Reimbursement | 3,685 | 3,074 | 3,119 | 3,893 | 4,249 | 4,191 | 4,000 | | 4,000 | 28,000 | 22,270 | 5,730 |
| 54 | Dodge Scholarship | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | - | 10,500 | 10,500 | - |
| 55 | Good & Welfare | | | | | | 262 | 3,600 | 191 | 3,409 | 25,200 | 453 | 24,747 |
| 56 | UHW & L1877 ADMIN EXPE | 181,638 | 189,849 | 14,356 | 39,412 | 167,420 | 21,011 | - | 175,580 | (175,580) | - | 789,267 | (789,267) |
| 57 | Hanford - Shawnan Expense | | | | 10,000 | 10,000 | 10,000 | - | | - | - | 30,000 | (30,000) |
| 58 | Ex-Board Stipend | | | | | 2,200 | 2,200 | - | 1,500 | (1,500) | - | 5,900 | (5,900) |
| 59 | **Total Miscellaneous** | 199,198 | 207,663 | 33,732 | 68,032 | 198,385 | 62,391 | 28,300 | 208,630 | (179,730) | 202,300 | 963,041 | (755,741) |
| 60 | | | | | | | | | | | | | |
| 61 | **ARBITRATIONS & LEGAL** | | | | | | | | | | | | |
| 62 | Arbitrations Fees | 7,545 | 3,909 | 1,781 | 8,374 | 7,911 | 1,758 | 3,100 | 9,825 | (6,725) | 21,700 | 41,103 | (19,403) |
| 63 | Retainer | 13,262 | 8,995 | 21,791 | 11,237 | 27,134 | 20,117 | 21,740 | 23,576 | (1,836) | 152,180 | 126,113 | 26,067 |
| 64 | Court Costs | | | 1,215 | | | | 3,300 | | 3,300 | 23,100 | 1,215 | 21,885 |
| 65 | Miscellaneous | | | | | | | 500 | | 500 | 3,500 | | 3,500 |
| 66 | **Total Arbitrations & Leg** | 20,807 | 12,905 | 24,787 | 19,611 | 35,045 | 21,875 | 28,640 | 33,401 | (4,761) | 200,480 | 168,431 | 32,049 |
| 67 | | | | | | | | | | | | | |
| 68 | **FACILITIES** | | | | | | | | | | | | |
| 69 | Rent-SJC + 535SJC | 32,716 | 37,673 | 37,731 | 37,643 | 37,597 | 32,827 | 34,922 | 31,282 | 3,640 | 244,454 | 247,469 | (3,015) |
| 70 | Rent-RWC | 6,114 | 6,114 | 6,130 | 6,130 | 6,130 | 6,330 | 6,114 | 6,330 | (216) | 42,798 | 43,278 | (480) |
| 71 | Rent-Bakersfield apartment | | | | | | | 1,625 | | 1,525 | 10,675 | | 10,675 |
| 72 | Rent-Fresno | 6,853 | 273 | 11,793 | 11,425 | 11,402 | 6,853 | 6,900 | 8,096 | (1,196) | 48,300 | 56,695 | (8,395) |
| 73 | Rent-Santa Cruz, Watsonville | 750 | 7,383 | 7,329 | 7,329 | 7,329 | 7,329 | 7,300 | 7,329 | 4 | 51,331 | 44,760 | 6,551 |
| 74 | Rent-Visalia | 2,157 | 661 | 925 | 661 | 661 | 800 | 700 | 800 | (100) | 4,900 | 6,665 | (1,765) |
| 75 | Utilities | 13,135 | 5,504 | 18,083 | 16,099 | 15,341 | 17,166 | 18,200 | 14,961 | 3,239 | 127,400 | 100,289 | 27,111 |
| 76 | Kitchen Sundries | 1,716 | 2,550.93 | 2,153 | 2,328 | (1,337) | 5,432 | 3,600 | 4,958 | (1,458) | 24,500 | 17,800 | 6,700 |
| 77 | Gen. Liab. Ins. & Property Ta | 5,417 | 5,417 | 5,433 | 8,089 | 9,216 | 5,417 | 18,033 | 8,314 | 9,719 | 126,230 | 47,304 | 78,926 |
| 78 | Building Maintenance/Securit | 7,948 | 11,783 | 8,608 | 17,551 | 13,286 | 14,082 | 9,000 | 10,959 | (1,959) | 63,000 | 84,216 | (21,215) |
| 79 | **Total Admin - Facilities** | 76,806 | 77,369 | 98,187 | 107,256 | 99,626 | 96,237 | 106,227 | 93,028 | 13,199 | 743,688 | 648,498 | 95,692 |
| 80 | | | | | | | | | | | | | |
| 81 | **ADMINISTRATIVE - OFFICES** | | | | | | | | | | | | |
| 82 | Audit/Acct. Fees | 910 | 901 | 13,025 | 1,471 | 1,145 | 13,752 | 10,000 | 1,029 | 8,971 | 70,000 | 32,233 | 37,767 |
| 83 | Subscriptions | | 171 | 647 | | 115 | 226 | 500 | 259 | 241 | 3,500 | 1,418 | 2,082 |
| 84 | Office Sundries | 8,184 | 4,355 | 13,187 | 5,770 | 9,429 | 7,008 | 7,000 | 9,050 | (2,050) | 49,000 | 56,883 | (7,883) |
| 85 | Office Equipment Leases | 36,592 | 44,816 | 25,226 | 43,588 | 32,548 | 28,896 | 40,000 | 31,213 | 8,787 | 280,000 | 243,379 | 36,621 |
| 86 | Equipment Maintenance & R | 3,628 | 9,575 | 5,919 | 6,270 | 5,761 | 5,384 | 8,000 | 725 | 7,275 | 56,000 | 37,252 | 18,748 |
| 87 | Contributions | | | 283 | | 1,000 | | 500 | | 500 | 3,500 | 1,283 | 2,217 |
| 88 | Research Material & Data | | | | | | | 2,000 | | 2,000 | 14,000 | | 14,000 |
| 89 | Dues Implementation | | | | | | | 600 | | 600 | 4,200 | | 4,200 |
| 90 | Computer Database Service | 881 | 2,482 | 777 | 777 | 324 | 52 | 10,000 | 5,553 | 4,447 | 70,000 | 10,847 | 59,153 |
| 91 | Miscellaneous | | 750 | | | | 0 | 1,000 | | 1,000 | 7,000 | 750 | 6,250 |
| 92 | **Total Admin - Offices** | 50,195 | 63,051 | 59,584 | 57,876 | 50,312 | 55,318 | 79,600 | 47,829 | 31,771 | 557,200 | 384,148 | 173,054 |

Financial Statement
For the month of September 2007

The last three columns (AQ, AR, AS) are grouped under **YTD – Seven months**.

| | J | M | P | S | V | Y | AA | AB | AC | AQ | AR | AS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Mar | Apr | May | Jun | Jul | Aug | Budget | Sep | | Budget | Actual | |
| | Actual | Actual | Actual | Actual | Actual | Actual | | Actual | better/(worse) | | | better/(worse) |
| **94 COMMUNICATIONS** | | | | | | | | | | | | |
| 95 Printing | 12,836 | 11,799 | 7,881 | 11,160 | 3,342 | 1,787 | 8,000 | 4,429 | 3,571 | 56,000 | 53,235 | 2,765 |
| 96 Paper | 2,445 | 1,244 | 2,404 | 3,609 | 2,473 | 411 | 4,000 | 1,607 | 2,393 | 28,000 | 14,192 | 13,808 |
| 97 Website/Station/communicat | 719 | 799 | 453 | 310 | 251 | 303 | 1,500 | 1,867 | (367) | 10,500 | 4,703 | 5,797 |
| 98 Telephone & Internet | 13,223 | 11,744 | 13,188 | 18,048 | 11,957 | 12,207 | 18,000 | 9,544 | 8,456 | 126,000 | 89,911 | 36,089 |
| 99 Postage | 7,775 | 3,484 | 7,298 | 2,642 | 8,675 | 8,709 | 6,000 | 5,776 | 224 | 42,000 | 44,356 | (2,356) |
| 100 Professional Fees/Translations | | 55 | 120 | 195 | | | 1,000 | 405 | 595 | 7,000 | 775 | 6,225 |
| **101 Total Communications** | 36,998 | 29,125 | 31,342 | 35,964 | 26,698 | 23,416 | 38,500 | 23,628 | 14,872 | 269,500 | 207,171 | 62,329 |
| **103 CONFERENCES/MILEAGE** | | | | | | | | | | | | |
| 104 Staff-Misc. Conf/Seminar | | | | 175 | | 575 | 2,000 | 680 | 1,320 | 14,000 | 1,490 | 12,570 |
| 105 Exec. Board-Conferences | | | | | | | 1,000 | | 1,000 | 7,000 | | 7,000 |
| 106 International Convention | | | | | | | | | | | | |
| 107 Industries & Members Conferences | | | 1,500 | 95 | | | 1,000 | 27,301 | (26,301) | 7,000 | 28,896 | (21,896) |
| 108 Misc. Members-Reimbursed | | | | 604 | | | 500 | | 500 | 3,500 | 504 | 2,996 |
| **109 Total Conferences/Milea** | | | 1,500 | 874 | | 575 | 4,500 | 27,981 | (23,481) | 31,500 | 30,330 | 870 |
| **111 STAFF MEETING & TRAINING** | | | | | | | | | | | | |
| 112 Director Training | | | 1,845 | | | | 2,000 | 1,888 | 112 | 14,000 | 3,733 | 10,267 |
| 113 Staff - representation & politi | 4,360 | 7,456 | 662 | | | 5,076 | 10,000 | 6,286 | 3,714 | 70,000 | 23,841 | 46,159 |
| 114 Clerical Staff | | 1,392 | 259 | 323 | 177 | 568 | 800 | | 800 | 5,600 | 2,719 | 2,881 |
| 115 Executive Staff | 2,742 | | 886 | 1,030 | | | 800 | 968 | (168) | 5,600 | 5,626 | (26) |
| 116 Tuition Reim.-Internal Organizers | | | | | | | 500 | | 500 | 3,500 | | 3,500 |
| 117 Tuition Reim.-OPEIU | | | | | | | 500 | | 500 | 3,500 | | 3,500 |
| **118 Total Staff Training** | 7,102 | 8,848 | 3,652 | 1,354 | 177 | 5,644 | 14,600 | 9,142 | 5,458 | 102,200 | 35,918 | 66,282 |
| **120 EDUCATION & TRAINING** | | | | | | | | | | | | |
| 121 Steward & Chief Steward Training | | | | | | | 300 | | 300 | 2,100 | | 2,100 |
| 122 Executive Board | | | | | | | 500 | 3,862 | (3,362) | 3,500 | 3,862 | (362) |
| 123 Education & Training Committee Meeting & Materials | | | 29 | | | | 4,000 | | 4,000 | 28,000 | 29 | 27,971 |
| 124 Industry Training Events | | | | | | | 2,000 | | 2,000 | 14,000 | | 14,000 |
| **125 Total Education & Traini** | | | 29 | | | | 6,800 | 3,862 | 2,938 | 47,600 | 3,891 | 43,709 |
| **127 POLITICAL/SOCIAL INVOLVEMENT** | | | | | | | | | | | | |
| 128 Candidates Account ($0.10 F | 7,930 | 9,412 | 9,579 | 9,902 | 4,091 | 2,004 | 6,000 | 2,038 | 3,962 | 42,000 | 44,955 | (2,955) |
| 129 Issues Account | | | | | | 2,003 | - | 2,038 | (2,038) | - | 4,041 | (4,041) |
| 130 Legal | | | | | | | 4,000 | | 4,000 | 28,000 | | 28,000 |
| 131 Committee Meetings | 91 | 86 | 68 | 1,298 | | 401 | 300 | | 300 | 2,100 | 1,944 | 156 |
| 132 Conferences | | | | | 509 | | 2,000 | | 2,000 | 14,000 | 509 | 13,491 |
| 133 Electoral Staff Activity | | | | | | | 300 | | 300 | 2,100 | | 2,100 |
| 134 Polls & Surveys | | | | | 247 | | 500 | | 500 | 3,500 | 247 | 3,253 |
| 135 Special Printing | | | | | | | 200 | | 200 | 1,400 | | 1,400 |
| 136 Subscriptions | | | | | | | 25 | | 25 | 175 | | 175 |
| **137 Total Political/Social Inv** | 8,021 | 9,498 | 9,647 | 11,199 | 4,846 | 4,408 | 13,325 | 4,076 | 9,249 | 93,275 | 51,696 | 41,679 |

Financial Statement
For the month of September 2007

| # | B | Mar Actual | Apr Actual | May Actual | Jun Actual | Jul Actual | Aug Actual | Sep Budget | Sep Actual | Sep better/(worse) | YTD Budget | YTD Actual | YTD better/(worse) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | J | M | P | S | V | Y | AA | AB | AC | AQ | AR | AS |
| 138 | | | | | | | | | | | | | |
| 139 | SOCIAL & ECONOMIC JUSTICE | | | | | | | | | | | | |
| 140 | Committee Meetings | | | 22 | 524 | | 359 | 300 | | 300 | 2,100 | 904 | 1,196 |
| 141 | Conferences | 778 | | | | | 300 | 300 | | 300 | 2,100 | 971 | 1,129 |
| 142 | Contributions/Solidarity | | | | 350 | | 193 | 200 | | 200 | 1,400 | 1,150 | 250 |
| 143 | *** $1.00 PER MEMBER | 4,588 | 312 | 1,182 | | 2,487 | 8,844 | 3,125 | 3,246 | (121) | 21,875 | 20,659 | 1,216 |
| 144 | Total Social & Economic | 5,867 | 312 | 1,204 | 874 | 2,487 | 9,696 | 3,925 | 3,246 | 679 | 27,475 | 23,684 | 3,791 |
| 145 | | | | | | | | | | | | | |
| 146 | MEMBER INVOLVEMENT | | | | | | | | | | | | |
| 147 | Memorabilia/Give away Merr | 927 | 20,716 | 17,280 | 8,235 | 21,247 | 82,260 | 5,000 | 4,371 | 629 | 35,000 | 155,035 | (120,035) |
| 148 | Awards/Recognition | 500 | | | | | | 300 | | 300 | 2,100 | 500 | 1,600 |
| 149 | Planning & Event Prep | | | | | | | 300 | | 300 | 2,100 | | 2,100 |
| 150 | Ex Board / Advisory Board Reimbursement | | | | | | | 500 | | 500 | 3,500 | | 3,500 |
| 151 | Rally Rental & Bus | | 3,570 | 1,945 | 760 | 1,414 | 74 | 4,000 | 1,034 | 2,966 | 28,000 | 7,383 | 20,617 |
| 152 | Member Reimbursement/Lost time | | 283 | 831 | | | 569 | 5,000 | 1,218 | 3,782 | 35,000 | 4,315 | 30,685 |
| 153 | Transportation & Vehicle Exp | 134 | | | | | | 500 | | 500 | 3,500 | 134 | 3,366 |
| 154 | Total Member Involvement | 1,561 | 24,569 | 20,056 | 8,995 | 22,661 | 82,903 | 16,600 | 6,623 | 8,977 | 109,200 | 167,368 | (58,168) |
| 155 | | | | | | | | | | | | | |
| 156 | NEGOTIATIONS | | | | | | | | | | | | |
| 157 | Printing Contracts | 30,237 | | | | 507 | (447) | 5,000 | | 5,000 | 35,000 | 30,297 | 4,703 |
| 158 | Meetings & Supplies | 445 | 1,690 | 1,087 | 2,287 | 2,656 | 6,527 | 5,000 | 11,824 | (6,824) | 35,000 | 28,516 | 6,484 |
| 159 | Negotiations Committee Food | | | | | | | 5,000 | | 5,000 | 35,000 | | 35,000 |
| 160 | Strike Preparations | | | | | | | 1,000 | | 1,000 | 7,000 | | 7,000 |
| 161 | Automatic Strike Fund Transfer ($0.50 per member/mom) | | | | | | | 18,750 | | 18,750 | 131,250 | | 131,250 |
| 162 | Total Negotiations | 30,682 | 1,690 | 1,087 | 2,287 | 3,163 | 6,081 | 34,750 | 11,824 | 22,926 | 243,250 | 58,813 | 184,437 |
| 163 | | | | | | | | | | | | | |
| 164 | MEETINGS & EVENTS | | | | | | | | | | | | |
| 165 | Executive Board Meetings | 294 | | 108 | | 665 | 210 | 2,000 | | 2,000 | 14,000 | 982 | 13,018 |
| 166 | Steward/Council meetings | 2,595 | 999 | 5,484 | 4,961 | 4,281 | 26 | 4,500 | | 4,500 | 31,500 | 15,146 | 16,354 |
| 167 | 521 Party & other events | 15,570 | 5,886 | 22,719 | 1,665 | | 3,516 | 7,000 | | 7,000 | 49,000 | 35,281 | 13,719 |
| 168 | Advisory Board Meetings | | | | | | 2,761 | 10,000 | | 10,000 | 70,000 | 18,313 | 51,989 |
| 169 | Miscellaneous | | | | | | | 200 | (1) | 201 | 1,400 | (1) | 1,401 |
| 170 | Total Meetings & Events | 18,459 | 6,885 | 28,311 | 6,626 | 4,946 | 6,513 | 23,700 | (1) | 23,701 | 165,900 | 70,739 | 95,161 |
| 171 | | | | | | | | | | | | | |

Note: columns AA / AB / AC are grouped under "Sep"; columns AQ / AR / AS are grouped under "YTD - Seven months".

Financial Statement
For the month of September 2007

| | Mar | Apr | May | Jun | Jul | Aug | Sep | | | YTD - Seven months | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Actual | Actual | Actual | Actual | Actual | Actual | Budget | Actual | better/(worse) | Budget | Actual | better/(worse) |
| **172 REPRESENTATIVE DUES** | | | | | | | | | | | | |
| 173 SEIU $7.65 ea | 571,918 | 386,333 | 397,907 | 412,366 | 424,540 | 417,300 | 430,848 | 498,552 | (67,704) | 3,015,936 | 3,108,915 | (92,979) |
| 174 SEIU Unity Fund $5.00ea | 347,500 | 238,740 | 247,290 | 254,750 | 265,260 | 263,365 | 266,200 | 312,196 | (45,996) | 1,865,400 | 1,929,101 | (65,701) |
| 175 SEIU Retirees $1.00ea | - | - | - | - | 602 | 602 | 60 | 60 | 60 | 420 | 602 | (182) |
| 176 SEIU Associate Members-1.( | | | | | | | 12 | | 12 | 84 | | 84 |
| 177 SEIU State Council-$2.53ea | 197,089 | 126,639 | 130,547 | 157,157 | 139,986 | 148,237 | 142,490 | 154,040 | (11,551) | 997,427 | 1,053,695 | (56,268) |
| 178 So Bay CLC $0.55ea | 20,898 | 11,230 | 11,172 | 16,311 | 14,002 | 16,062 | 12,101 | 12,164 | (64) | 84,700 | 101,839 | (17,139) |
| 179 SMCO CLC $0.60ea | 4,965 | 2,571 | 2,440 | 2,629 | 2,371 | 2,155 | 2,838 | 2,568 | 270 | 19,866 | 19,699 | 167 |
| 180 Fresno CLC $0.35ea | 510 | 1,619 | 1,950 | 2,237 | 1,967 | 2,198 | 2,800 | 5,109 | (2,309) | 19,600 | 15,589 | 4,011 |
| 181 Bakersfield CLC $0.25ea | | 1,585 | 1,753 | 1,854 | 1,760 | 1,808 | 1,625 | 2,042 | (417) | 11,375 | 10,803 | 572 |
| 182 Monterey & Santa Cruz LC $ | 1,880 | 2,648 | 3,605 | 3,600 | 4,284 | 3,989 | 3,300 | 3,823 | (523) | 23,100 | 23,828 | (728) |
| 183 CA Labor Fed 50% X .47ea | 13,261 | 8,901 | 9,167 | 9,501 | 9,830 | 9,720 | 9,048 | 13,191 | (4,143) | 63,333 | 73,670 | (10,238) |
| 184 Building Trades-SMCO | 250 | 250 | 250 | 275 | 275 | 275 | 250 | 275 | (25) | 1,750 | 1,850 | (100) |
| 185 **Total Representative Du** | 1,158,271 | 780,517 | 806,081 | 860,678 | 864,274 | 865,710 | 871,570 | 1,003,960 | (132,390) | 6,100,991 | 6,339,491 | (238,500) |
| 186 | | | | | | | | | | | | |
| 187 **TOTAL EXPENSES** | 2,684,663 | 2,280,894 | 2,112,499 | 2,216,213 | 2,418,840 | 2,607,469 | 2,390,457 | 2,812,055 | (221,599) | 16,733,201 | 16,832,633 | (99,333) |
| 188 | | | | | | | | | | | | |
| 189 TOTAL INCOME LESS TOT | (642,897) | (283,919) | 559,817 | (21,987) | (183,236) | (180,964) | (2,500) | 273,643 | 276,142 | (17,600) | (679,652) | (462,054) |
| 190 | | | | | | | | | | | | |
| 191 VOLUNTARY TRANSFERS | | | | | | | | | | | | |
| 192 Building Funds | | | | | | | | | | | | |
| 193 Automatic Legal Defense Fu | | | | | | | 9,375 | | | 85,625 | 65,625 | |
| 194 Strike Fund | | | | | | | | | | | | |
| 195 Total Transfers | 9,375 | 9,375 | 9,375 | 9,375 | 9,375 | 9,375 | 9,375 | 9,375 | | 65,625 | 65,625 | |
| 196 TOTAL INCOME LESS EXP | (652,272) | (293,294) | 550,442 | (31,372) | (192,611) | (190,339) | (11,875) | 264,268 | 276,142 | (83,125) | (645,177) | (462,054) |

Eᴠʜɪʙɪᴛ Q

## SEIU Local 521
### Financial Statement - For the month of November 2007

| | | Mar Actual | Apr Actual | May Actual | Jun Actual | Jul Actual | Aug Actual | Sep Actual | Oct Actual | Nov Budget | Nov Actual | better/(worse) | YTD - Nine months Budget | YTD Actual | better/(worse) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | (B) | (J) | (M) | (P) | (S) | (V) | (Y) | (AB) | (AE) | (AG) | (AH) | (AI) | (AQ) | (AR) | (AS) |
| 4 | TOTAL DUES RECEIPTS | 1,937,972 | 1,960,198 | 2,661,404 | 2,182,557 | 2,224,147 | 2,412,425 | 2,867,623 | 2,595,318 | 2,376,957 | 2,358,280 | (18,667) | 21,392,616 | 21,199,934 | (192,682) |
| 5 | OTHER INCOME | | | | | | | | | | | | | | |
| 6 | Interest & Dividends | 6,158 | | 7,601 | 6,986 | 7,767 | 10,529 | 15,063 | 20,059 | 2,400 | 4,553 | 2,153 | 21,600 | 78,696 | 57,096 |
| 7 | SMHSS Administrative Reim | - | 25,000 | | | | | | | 5,000 | 25,000 | 20,000 | 45,000 | 50,000 | 5,000 |
| 8 | Sublease Rent | 3,311 | 3,311 | 3,311 | 4,626 | 3,457 | 3,536 | 3,391 | 3,761 | 3,600 | 3,536 | (64) | 32,400 | 32,240 | (160) |
| 9 | Misc. Income | 383 | 357 | 47 | 47 | 234 | 15 | (378) | 298 | | | | | 2,905 | 2,905 |
| 10 | Total Misc. Income | 3,694 | 36,777 | 10,912 | 11,659 | 11,434 | 14,081 | 18,075 | 24,098 | 11,000 | 33,089 | 22,089 | 99,000 | 163,841 | 64,841 |
| 11 | TOTAL GENERAL FUND IN... | 1,941,666 | 1,996,975 | 2,672,316 | 2,194,216 | 2,235,604 | 2,426,506 | 2,885,698 | 2,619,416 | 2,387,957 | 2,391,379 | 3,421 | 21,491,616 | 21,363,775 | (127,841) |
| 13 | GENERAL FUND IN | | | | | | | | | | | | | | |
| 14 | GENERAL FUND EXPENSES | | | | | | | | | | | | | | |
| 16 | ORGANIZING FUND OFFSET | 301,077 | 301,077 | 301,077 | 301,077 | 301,077 | 301,077 | 301,077 | 301,077 | 301,077 | 301,077 | (0) | 2,709,697 | 2,709,694 | 2 |
| 17 | SALARIES | | | | | | | | | | | | | | |
| 18 | Administrative | 29,293 | 34,472 | 34,472 | 34,472 | 34,472 | 50,267 | 30,948 | 34,472 | 37,345 | 34,472 | 2,873 | 336,104 | 317,340 | 18,764 |
| 19 | Admin Support | 15,732 | 18,304 | 32,391 | 32,264 | 32,224 | 54,556 | 28,182 | 28,101 | 37,674 | 28,101 | 9,573 | 339,062 | 269,854 | 69,208 |
| 20 | Directors | 63,466 | 65,828 | 71,063 | 76,759 | 70,314 | 105,810 | 275,800 | 70,612 | 83,896 | 73,821 | 10,075 | 755,064 | 663,256 | 91,808 |
| 21 | Internal Organizers/Research | 179,499 | 207,013 | 218,022 | 248,018 | 258,140 | 413,449 | 275,800 | 262,380 | 252,575 | 278,360 | (25,784) | 2,273,178 | 2,360,682 | (87,504) |
| 22 | Clerical | 58,721 | 67,066 | 54,179 | 60,802 | 60,802 | 87,339 | 59,864 | 61,663 | 68,579 | 61,107 | 7,472 | 617,208 | 566,179 | 51,029 |
| 23 | Facilities | 2,669 | 3,321 | 3,080 | 3,362 | 3,203 | 4,878 | 3,369 | 3,374 | 3,337 | 6,496 | (3,159) | 30,029 | 33,752 | (3,723) |
| 24 | Data Base Services | 17,182 | 21,396 | 22,889 | 23,847 | 23,361 | 36,212 | 23,837 | 24,277 | 23,217 | 24,006 | (789) | 206,249 | 216,979 | (10,628) |
| 25 | Temp. Internal Organizers/Re | 2,888 | 3,410 | 3,190 | 2,964 | 2,615 | 2,615 | 3,223 | 4,239 | 3,000 | 3,456 | (456) | 34,533 | 34,533 | (1,461) |
| 26 | Temp. Clerical/Support | 915 | 645 | 4,275 | 5,742 | 9,403 | 5,993 | 9,720 | 14,533 | 3,000 | 6,525 | (3,525) | 27,000 | 57,752 | (30,752) |
| 27 | Vacation & Comp Time | 5,611 | 5,067 | 5,067 | 4,294 | 4,294 | 13,090 | 9,408 | 7,993 | 15,609 | 9,722 | 9,722 | 227,980 | 160,329 | 67,652 |
| 28 | Total Salaries | 375,947 | 422,143 | 445,146 | 483,091 | 506,077 | 774,211 | 521,110 | 531,755 | 539,953 | 528,497 | 11,455 | 4,859,574 | 4,587,977 | 271,596 |
| 29 | PAYROLL RELATED EXPENSES | | | | | | | | | | | | | | |
| 30 | Pension | 102,326 | 28,766 | 58,608 | 61,103 | 60,615 | 96,949 | 64,119 | 66,395 | 70,927 | 66,529 | 4,398 | 638,343 | 605,411 | 32,933 |
| 31 | Payroll Taxes Expenses | 30,413 | 57,561 | 26,190 | 29,002 | 29,278 | 52,793 | 33,063 | 33,815 | 50,662 | 31,130 | 19,532 | 455,959 | 323,245 | 132,715 |
| 32 | Travel Staff-Admin | 951 | 3,012 | 5,877 | 434 | 3,564 | 6,410 | 4,020 | 883 | 1,500 | 2,145 | (645) | 13,500 | 27,297 | (13,797) |
| 33 | Travel Staff-Admin | 5,977 | 3,634 | 3,634 | 1,756 | 5,335 | 3,757 | 5,689 | 2,610 | 7,393 | 7,393 | (645) | 45,766 | 27,287 | (409) |
| 34 | Travel Staff- Internal Organiz | 2,209 | 1,049 | 509 | 3,639 | 3,084 | 2,164 | 2,184 | 4,260 | 10,392 | 1,116 | 9,276 | 93,528 | 73,315 | 20,213 |
| 35 | Mileage/Ins. Reimb.-Admin & | 15,982 | 17,993 | 17,106 | 19,717 | 22,226 | 19,248 | 19,830 | 24,719 | 21,475 | 18,419 | 3,056 | 193,275 | 175,210 | 18,065 |
| 36 | Mileage/Ins. Reimb.-Internal ( | 3,040 | 2,298 | 2,431 | 2,457 | 4,085 | 4,349 | 3,196 | 5,281 | 7,500 | 4,044 | 3,456 | 67,500 | 31,182 | 36,318 |
| 37 | Telephone Reimbursement | 3,410 | 7,969 | 2,334 | 3,236 | 7,085 | 6,669 | 6,069 | 6,069 | 5,701 | 4,352 | 1,348 | 51,305 | 47,093 | 4,212 |
| 38 | Retiree Health Exp | 7,999 | | | | | | | | | | | | | |
| 39 | Retiree Benefit Trust Fund | 10,400 | 10,400 | 10,400 | 10,400 | 10,400 | 10,400 | 10,400 | 10,400 | 10,400 | 10,400 | | 93,600 | 93,600 | |
| 40 | Benefits(Health, Dental, Visio | 94,218 | 118,515 | 111,090 | 114,959 | 144,501 | 89,561 | 154,335 | 152,707 | 133,718 | 126,609 | 37,109 | 1,473,495 | 1,177,199 | 296,280 |
| 41 | Workers Comp Insurance | 23,737 | 7,613 | 7,613 | 12,613 | 7,613 | 7,613 | 7,613 | 5,776 | 20,688 | 7,718 | 12,980 | 186,286 | 87,909 | 98,377 |
| 42 | Recruiting exp | 909 | 1,394 | 1,331 | 1,175 | 1,271 | 1,501 | 1,519 | 371 | 1,000 | 1,409 | (409) | 9,000 | 10,881 | (1,881) |
| 43 | Vacancy Rate (saving) | | | | | | | | | (88,182) | (88,182) | (88,182) | (793,642) | | (135,891) |
| 44 | Total Payroll Related Exp | 293,572 | 336,154 | 247,127 | 260,491 | 299,057 | 312,638 | 313,285 | 313,285 | 278,790 | 281,265 | (2,475) | 2,509,112 | 2,645,004 | (135,891) |
| 45 | Total Salaries & Payroll Exp | 669,519 | 758,297 | 692,272 | 743,582 | 805,134 | 1,075,625 | 833,748 | 845,041 | 818,743 | 809,762 | 8,980 | 7,368,686 | 7,232,981 | 135,705 |

## SEIU Local 521
### Financial Statement - For the month of November 2007

| | Mar Actual | Apr Actual | May Actual | Jun Actual | Jul Actual | Aug Actual | Sep Actual | Oct Actual | Budget | Nov Actual | better/(worse) | Budget | YTD - Nine months Actual | better/(worse) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **MISCELLANEOUS** | | | | | | | | | | | | | | |
| Agency Fee/Assoc. Exp. | 11,000 | 11,000 | 11,000 | 11,000 | 11,000 | 11,000 | 11,000 | 11,000 | 11,000 | 11,000 | - | 99,000 | 105,736 | (6,736) |
| Capital Fund Expense | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | - | 9,000 | 9,000 | - |
| Admin exp share w. chapter | 375 | 40 | 302 | 1,227 | 1,026 | 1,227 | 1,029 | 6,474 | 1,000 | | 1,000 | 9,000 | 717 | 8,283 |
| Free Life Insurance to members (SCR, MRY & | | 1,200 | 2,454 | | | | | | 6,800 | 12,231 | (5,431) | 61,200 | 21,188 | 40,012 |
| Dodge Fund Reimbursemer | 3,685 | 3,074 | 3,893 | | 4,249 | 4,191 | 1,123 | | | 4,484 | (464) | 9,000 | 17,500 | (1,540) |
| Dodge Scholarship | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | 1,500 | - | 13,500 | 13,500 | - |
| Good & Welfare | | | | | | | 191 | | 3,600 | 3,600 | - | 32,400 | 453 | 31,947 |
| UHW & L 1877 ADMIN EXPE | 181,638 | 189,849 | 14,356 | 39,412 | 167,420 | 21,011 | 175,580 | 26,741 | | 69,603 | (69,603) | | 885,611 | (885,611) |
| Hanford - Shawnan Expenses | - | | | | 10,000 | 10,000 | 10,000 | 10,000 | | | | | | |
| Ex-Board Stipend | | | | | 2,200 | 2,200 | 1,500 | 1,700 | | 2,000 | (2,000) | | 9,600 | (9,600) |
| **Total Miscellaneous** | **199,198** | **207,663** | **33,732** | **58,032** | **198,395** | **52,391** | **208,630** | **63,485** | **28,900** | **111,819** | **(82,919)** | **260,100** | **1,133,345** | **(873,245)** |
| | | | | | | | | | | | | | | |
| **ARBITRATIONS & LEGAL** | | | | | | | | | | | | | | |
| Arbitrations Fees | 7,545 | 3,909 | 1,781 | 8,374 | 7,911 | 1,758 | 9,825 | 3,492 | 3,100 | 7,532 | (4,432) | 27,900 | 52,128 | (24,228) |
| Retainer | 13,262 | 8,995 | 21,781 | 11,237 | 27,134 | 20,117 | 23,576 | 53,194 | 21,740 | 24,661 | (2,921) | 195,660 | 203,568 | (8,308) |
| Court Costs | - | | 1,215 | | | | 1,500 | | 1,500 | | 1,500 | 13,725 | | 28,485 |
| Miscellaneous | | | | | | | | | 300 | | 300 | 29,700 | 1,215 | 4,500 |
| **Total Arbitrations & Lega** | **20,807** | **12,905** | **24,787** | **19,611** | **35,045** | **21,875** | **33,401** | **56,686** | **26,640** | **32,193** | **(3,553)** | **257,760** | **257,310** | **450** |
| | | | | | | | | | | | | | | |
| **FACILITIES** | | | | | | | | | | | | | | |
| Rent-SJC = 535SJC | 32,716 | 37,673 | 37,731 | 37,643 | 37,597 | 32,827 | 31,282 | 32,964 | 34,922 | 38,558 | (3,636) | 314,298 | 318,991 | (4,693) |
| Rent-RWC | 6,114 | 6,114 | 6,130 | 6,130 | 6,130 | 6,330 | 6,330 | 6,330 | 6,114 | 6,330 | (216) | 55,026 | 55,938 | 2,597 |
| Rent-Bakersfield apartment | | | | | | | | | 1,525 | | 1,525 | 13,725 | | 13,725 |
| Rent-Fresno | 6,853 | 273 | 11,793 | 11,425 | 11,402 | 6,853 | 8,096 | 8,368 | 6,900 | 7,196 | (296) | 62,100 | 72,259 | (10,159) |
| Rent-Santa Cruz, Watsonville | 750 | 661 | 925 | 661 | 661 | 800 | 800 | 800 | 700 | 800 | (100) | 6,300 | 8,265 | 8,287 |
| Rent-Visalia | 2,157 | 5,504 | 2,153 | 2,328 | 2,326 | 5,432 | 4,958 | 698 | 800 | 7,329 | (4,994) | 65,997 | 57,710 | (1,965) |
| Utilities | 13,135 | 18,083 | 16,083 | 16,099 | 17,166 | 17,166 | 14,961 | 12,308 | 18,200 | 13,206 | (252) | 163,800 | 125,804 | 37,996 |
| Kitchen Sundries | 1,716 | 2,550.93 | | | (1,337) | | | 698 | 3,500 | 3,752 | (100) | 31,500 | 22,250 | 9,250 |
| Gen. Lab. Ins. & Property Ta | 5,417 | 5,433 | 5,433 | 8,314 | 5,417 | 5,417 | 8,314 | 11,752 | 13,206 | 32,611 | (14,578) | 125,804 | 91,666 | |
| Building Maintenance/Securit | 7,948 | 8,089 | 8,608 | 17,551 | 13,286 | 14,082 | 10,959 | 9,744 | 9,000 | 7,996 | 1,004 | 81,000 | 101,956 | (20,956) |
| **Total Facilities** | **76,806** | **77,359** | **98,187** | **107,255** | **99,626** | **96,237** | **93,028** | **88,565** | **106,227** | **117,778** | **(11,551)** | **956,042** | **854,839** | **101,202** |
| | | | | | | | | | | | | | | |
| **ADMINISTRATIVE - OFFICES** | | | | | | | | | | | | | | |
| Audit/Acct. Fees | 910 | 901 | 13,025 | 1,471 | 1,145 | 13,752 | 1,029 | 6,474 | 10,000 | 13,850 | (3,850) | 90,000 | 52,557 | 37,443 |
| Subscriptions | | 171 | 647 | | 115 | 226 | 259 | 38 | 500 | 447 | 53 | 4,500 | 1,903 | 2,597 |
| Office Sundries | 8,184 | 4,355 | 9,429 | 7,008 | 9,429 | 7,008 | | 10,462 | 7,000 | 6,777 | 223 | 63,000 | 74,221 | (11,221) |
| Office Equipment Leases | 36,592 | 44,816 | 25,726 | 43,588 | 32,548 | 28,896 | 31,213 | 37,079 | 40,000 | 45,453 | (5,453) | 360,000 | 325,911 | 34,089 |
| Equipment Maintenance & R | 3,628 | 9,575 | 5,919 | 6,270 | 5,751 | 5,384 | 725 | 4,767 | 8,000 | 3,091 | 4,909 | 72,000 | 45,110 | 26,890 |
| Contributions | | | | | | | | | 2,000 | | 2,000 | 4,500 | 1,422 | 3,078 |
| Research Material & Data | | 2,482 | | | | | 2,000 | | 600 | | 360 | 5,400 | | 18,000 |
| Dues Implementation | | | | | | | | | 500 | | 500 | 90,000 | | |
| Computer Database Services | 881 | 750 | 777 | 777 | 324 | 52 | 5,553 | 312 | 1,000 | 140 | 1,000 | 90,000 | 11,212 | 78,788 |
| Miscellaneous | | | 283 | | 1,000 | 0 | | | | | | 9,000 | 750 | 8,250 |
| **Total Admin - Offices** | **50,195** | **63,051** | **59,564** | **57,876** | **50,312** | **55,318** | **47,829** | **59,131** | **79,600** | **69,810** | **9,790** | **716,400** | **513,087** | **203,313** |
| | | | | | | | | | | | | | | |
| **COMMUNICATIONS** | | | | | | | | | | | | | | |

G:\Finance\Monthend\2007\1107\INC1107 1107 12/10/2007 8:29 PM

# SEIU Local 521
## Financial Statement - For the month of November 2007

|  |  |  | | | | | | | | | | | Nine months | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| # | (B) | Mar Actual | Apr Actual | May Actual | Jun Actual | Jul Actual | Aug Actual | Sep Actual | Oct Actual | Budget | Nov Actual | better/(worse) | Budget | YTD Actual | better/(worse) |
| 2 | | | | | | | | | | | | | | | |
| 95 | Printing | 12,836 | 11,799 | 7,881 | 11,160 | 3,342 | 1,787 | 4,429 | 5,924 | 8,000 | 6,661 | 1,339 | 72,000 | 65,819 | 6,181 |
| 96 | Paper | 2,445 | 1,244 | 2,404 | 3,609 | 2,473 | 411 | 1,607 | 5,620 | 4,000 | 814 | 3,186 | 36,000 | 20,626 | 15,374 |
| 97 | Webster/Station/communicati | 719 | 453 | 310 | 310 | 310 | 251 | 1,867 | 1,230 | 1,500 | 278 | 1,222 | 13,500 | 6,211 | 7,289 |
| 98 | Telephone & Internet | 13,223 | 11,744 | 13,188 | 18,048 | 11,957 | 12,207 | 9,544 | 13,463 | 18,000 | 10,927 | 7,073 | 162,000 | 114,301 | 47,700 |
| 100 | Postage | 7,775 | 3,484 | 7,296 | 2,642 | 8,675 | 8,709 | 5,776 | 13,169 | 6,000 | 8,216 | (2,216) | 54,000 | 65,741 | (11,741) |
| 101 | Professional Fees/Translations | - | - | - | 195 | - | - | 405 | - | 1,000 | - | 1,000 | 9,000 | 865 | 8,135 |
| 102 | **Total Communications** | **36,998** | **29,125** | **31,342** | **35,964** | **26,698** | **23,416** | **23,628** | **39,496** | **38,500** | **26,895** | **11,605** | **346,500** | **273,563** | **72,937** |
| 103 | **CONFERENCES/MILEAGE** | | | | | | | | | | | | | | |
| 104 | Staff-Misc. Conf/Seminar | - | - | - | 175 | - | 575 | 680 | (601) | 2,000 | - | 2,000 | 18,000 | 828 | 17,172 |
| 105 | Exec. Board-Conferences | - | - | - | - | - | - | - | 2,175 | 1,000 | - | 1,000 | 9,000 | 2,175 | 6,825 |
| 106 | International Conference | - | - | 1,500 | - | - | - | 27,301 | 846 | - | 2,248 | (2,248) | 9,000 | 31,145 | (22,145) |
| 107 | Industries & Members Conferences | - | - | - | 95 | - | - | - | - | 1,000 | - | 1,000 | - | - | - |
| 108 | Misc. Members-Reimbursed | - | - | - | 604 | - | - | - | - | 500 | - | 500 | 4,500 | 1,450 | 3,050 |
| 109 | **Total Conferences/Milea** | **-** | **-** | **1,500** | **874** | **-** | **575** | **27,981** | **2,420** | **4,500** | **2,248** | **2,252** | **40,500** | **35,698** | **4,902** |
| 111 | **STAFF MEETING & TRAINING** | | | | | | | | | | | | | | |
| 112 | Director Training | - | - | 1,845 | - | - | - | 1,888 | 2,274 | 2,000 | - | 2,000 | 18,000 | 6,007 | 11,993 |
| 114 | Clerical Training | 4,360 | 7,456 | 662 | - | - | 5,076 | 6,286 | 1,616 | 10,000 | 11,231 | (1,231) | 90,000 | 36,687 | 53,313 |
| 115 | Executive Staff | - | 1,392 | 259 | 323 | 177 | 568 | - | 69 | 800 | 899 | (99) | 7,200 | 3,687 | 3,513 |
| 116 | Tuition Reim.-Internal Organizers | 2,742 | - | 886 | 1,030 | - | - | 968 | 2,053 | 800 | 143 | 657 | 7,200 | 7,821 | (621) |
| 117 | Tuition Reim.-OPEIU | - | - | - | - | - | - | - | - | 500 | - | 500 | 9,000 | - | 9,000 |
| 118 | **Total Staff Training** | **7,102** | **8,848** | **3,652** | **1,354** | **177** | **5,644** | **9,142** | **6,012** | **14,500** | **12,273** | **2,327** | **131,400** | **54,202** | **77,198** |
| 119 | **EDUCATION & TRAINING** | | | | | | | | | | | | | | |
| 120 | Steward & Chief Steward Training | - | - | - | - | - | - | - | - | 300 | 449 | (149) | 2,700 | 449 | 2,251 |
| 121 | Executive Board | - | - | - | - | - | - | 3,862 | 124 | 500 | - | 500 | 4,500 | 3,986 | 514 |
| 122 | Education & Training Committee Meeting & Materials | - | - | - | 29 | - | - | - | 439 | 4,000 | - | 4,000 | 36,000 | 468 | 35,532 |
| 123 | Industry Training Events | - | - | - | - | - | - | - | - | 2,000 | - | 2,000 | 18,000 | - | 18,000 |
| 124 | **Total Education & Traini** | **-** | **-** | **-** | **29** | **-** | **-** | **3,862** | **563** | **6,800** | **449** | **6,351** | **61,200** | **4,903** | **56,297** |
| 125 | | | | | | | | | | | | | | | |
| 126 | | | | | | | | | | | | | | | |
| 127 | **POLITICAL/SOCIAL INVOLVEMENT** | | | | | | | | | | | | | | |
| 128 | Candidates Account ($0.10 p | 7,930 | 9,412 | 9,579 | 9,902 | 4,091 | 2,004 | 2,038 | 2,048 | 6,000 | 2,017 | 3,983 | 54,000 | 49,025 | 4,980 |
| 129 | Issues Account | - | - | - | - | - | 2,003 | 2,038 | 2,047 | - | 2,017 | (2,017) | - | 8,105 | (8,105) |
| 130 | Legal | - | - | - | - | - | - | - | - | 4,000 | - | 4,000 | 36,000 | - | 36,000 |
| 131 | Committee Meetings | 91 | 86 | 68 | 1,298 | - | 401 | - | - | 300 | 239 | 61 | 2,700 | 2,183 | 517 |
| 132 | Conferences | - | - | - | - | 509 | - | - | - | 2,000 | 1,528 | 472 | 18,000 | 2,036 | 15,964 |
| 133 | Electoral Staff Activity | - | - | - | - | 247 | - | - | - | 300 | - | 300 | 2,700 | 247 | 2,453 |
| 134 | Polls & Surveys | - | - | - | - | - | - | - | - | 500 | - | 500 | 4,500 | - | 4,500 |
| 135 | Special Printing | - | - | - | - | - | - | - | - | 200 | - | 200 | 1,800 | - | 1,800 |
| 136 | Subscriptions | - | - | - | - | - | - | - | - | 25 | - | 25 | 225 | - | 225 |
| 137 | **Total Political/Social Inv** | **8,021** | **9,498** | **9,647** | **11,199** | **4,846** | **4,408** | **4,076** | **4,095** | **13,325** | **5,800** | **7,525** | **119,925** | **61,591** | **58,334** |

**SEIU Local 521**
**Financial Statement - For the month of November 2007**

| | Mar Actual | Apr Actual | May Actual | Jun Actual | Jul Actual | Aug Actual | Sep Actual | Oct Actual | Budget | Nov Actual | better/(worse) | Budget | YTD - Nine months Actual | better/(worse) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **SOCIAL & ECONOMIC JUSTICE** | | | | | | | | | | | | | | |
| Committee Meetings | 778 | | | 524 | | 359 | | 84 | 300 | 70 | 230 | 2,700 | 1,058 | 1,642 |
| Conferences | 500 | | 22 | 350 | | 193 | | | 300 | | 300 | 2,700 | 971 | 1,729 |
| Contributions/Solidarity | 4,588 | | | | 2,487 | 300 | | 250 | 200 | 300 | (100) | 1,800 | 1,700 | 100 |
| *** $1.00 PER MEMBER | | 312 | 1,182 | | | 8,844 | 3,246 | 1,073 | 3,125 | 5,557 | (2,432) | 28,125 | 27,290 | 835 |
| Total Social & Economic | 5,867 | 312 | 1,204 | 874 | 2,487 | 9,696 | 3,246 | 1,407 | 3,925 | 5,927 | (2,002) | 35,325 | 31,019 | 4,306 |
| | | | | | | | | | | | | | | |
| **MEMBER INVOLVEMENT** | | | | | | | | | | | | | | |
| Memorabilia/Give away Mem | 927 | 20,716 | 17,280 | 8,235 | 21,247 | 82,260 | 4,371 | 5,610 | 5,000 | (710) | 5,710 | 45,000 | 159,935 | (114,935) |
| Awards/Recognition | 500 | | | | | | | | 300 | | 300 | 2,700 | 500 | 2,200 |
| Planning & Event Prep | | | | | | | | | 300 | | 300 | 2,700 | | 2,700 |
| Ex Board / Advisory Board Reimbursement | | | | | | | | | 500 | | 500 | 4,500 | | 4,500 |
| Rally Rental & Bus | | 3,570 | 1,945 | 760 | 1,414 | 569 | 1,034 | | 4,000 | | 4,000 | 36,000 | 7,428 | 28,572 |
| Member Reimbursement/Lost time | | | | | | 74 | | 45 | 5,000 | 548 | 4,452 | 45,000 | 4,863 | 40,137 |
| Transportation & Vehicle Exp | 134 | 283 | 831 | | | | 1,218 | | 500 | | 500 | 4,500 | 134 | 4,366 |
| Total Member Involve | 1,561 | 24,569 | 20,056 | 8,995 | 22,661 | 82,903 | 6,623 | 5,655 | 15,600 | (162) | 15,762 | 140,400 | 172,861 | (32,461) |
| | | | | | | | | | | | | | | |
| **NEGOTIATIONS** | | | | | | | | | | | | | | |
| Printing Contracts | 30,237 | 1,690 | | | 507 | (447) | | 10,652 | 5,000 | | 5,000 | 45,000 | 40,949 | 4,051 |
| Meetings & Supplies | 445 | | 1,087 | 2,287 | 2,656 | 6,527 | 11,824 | 5,805 | 5,000 | 1,462 | 3,538 | 45,000 | 33,784 | 11,216 |
| Negotiations Committee  Food | | | | | | | | | 5,000 | | 5,000 | 45,000 | | 45,000 |
| Strike Preparations | | | | | | | | | 1,000 | | 1,000 | 9,000 | | 9,000 |
| Automatic Strike Fund Transfer ($0.50 per member/mom) | | | | | | | | | 18,750 | | 18,750 | 168,750 | | 168,750 |
| Total Negotiations | 30,682 | 1,690 | 1,087 | 2,287 | 3,163 | 6,081 | 11,824 | 16,457 | 34,750 | 1,462 | 33,288 | 312,750 | 74,733 | 238,017 |
| | | | | | | | | | | | | | | |
| **MEETINGS & EVENTS** | | | | | | | | | | | | | | |
| Executive Board Meetings | | | 108 | | 665 | 210 | | | 2,000 | 842 | 1,158 | 18,000 | 2,414 | 15,586 |
| Steward/Council meetings | 294 | 99 | 22,719 | 4,961 | | 26 | | 589 | 4,500 | | 4,500 | 40,500 | 29,183 | 11,317 |
| 521 Party & other events | 2,595 | 5,886 | 5,484 | 1,565 | 4,281 | 3,516 | | 14,037 | 7,000 | 5,738 | 1,262 | 63,000 | 42,019 | 20,981 |
| Advisory Board Meetings | 15,570 | | | | | 2,761 | | 43,057 | 10,000 | | 10,000 | 90,000 | 61,389 | 28,611 |
| Miscellaneous | | | | | | | (1) | | 200 | | 200 | 1,800 | (1) | 1,801 |
| Total Meetings & Events | 18,459 | 5,985 | 28,311 | 6,526 | 4,946 | 6,513 | (1) | 57,684 | 23,700 | 6,581 | 17,119 | 213,300 | 135,004 | 78,296 |

SEIU Local 521
Financial Statement - For the month of November 2007

| | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Budget | Nov | better/(worse) | Budget | Actual | better/(worse) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Actual | Actual | Actual | Actual | Actual | Actual | Actual | Actual | | Actual | | YTD - Nine months | | |
| **172 REPRESENTATIVE DUES** | | | | | | | | | | | | | | |
| 173 SEIU $7.65 ea | 571,918 | 386,333 | 397,907 | 412,366 | 424,540 | 417,300 | 498,552 | 424,024 | 430,848 | 421,423 | 9,425 | 3,877,632 | 3,954,362 | (76,730) |
| 174 SEIU Unity Fund $5.00ea | 347,500 | 238,740 | 247,290 | 254,750 | 265,280 | 265,385 | 312,196 | 285,035 | 266,200 | 260,575 | 5,625 | 2,395,860 | 2,454,711 | (58,911) |
| 175 SEIU Retirees $1.00ea | - | - | - | - | - | 602 | - | 50 | 1 | - | 1 | 9 | 653 | (113) |
| 176 SEIU Associate Members-1.0 | | | | | | | 12 | | 60 | 59 | 1 | 540 | 108 | (108) |
| 177 SEIU State Council-$2.25ea | 197,089 | 126,639 | 130,547 | 157,157 | 139,986 | 148,237 | 154,040 | 139,346 | 142,490 | 138,156 | 4,333 | 1,282,406 | 1,331,198 | (48,791) |
| 178 So Bay CLC $0.55ea | 20,898 | 11,230 | 11,172 | 16,311 | 14,002 | 16,062 | 12,164 | 11,910 | 12,100 | 11,325 | 775 | 108,900 | 125,073 | (16,173) |
| 179 SMCO CLC $0.60ea | 4,965 | 2,571 | 2,440 | 2,629 | 2,371 | 2,155 | 2,568 | 2,553 | 2,838 | 2,588 | 250 | 25,542 | 24,839 | 703 |
| 180 Fresno CLC $0.35ea | 510 | 1,619 | 1,950 | 2,237 | 1,967 | 2,198 | 5,109 | 2,200 | 2,800 | 2,230 | 570 | 25,200 | 20,020 | 5,180 |
| 181 Bakersfield CLC $0.25ea | - | 1,585 | 1,753 | 1,854 | 1,760 | 1,808 | 2,042 | 1,810 | 1,625 | 1,900 | (275) | 14,625 | 14,512 | 113 |
| 182 Monterey & Santa Cruz LC $ | 1,880 | 2,648 | 3,605 | 3,600 | 4,284 | 3,989 | 3,823 | 3,326 | 3,300 | 3,597 | (297) | 29,700 | 30,752 | (1,052) |
| 183 CA Labor Fed 50% X .47ea | 13,261 | 8,901 | 9,167 | 9,501 | 9,830 | 9,720 | 13,191 | 9,778 | 9,048 | 9,709 | (662) | 81,428 | 93,057 | (11,630) |
| 184 Building Trades-SMCO | 250 | 250 | 250 | 275 | 275 | 275 | 275 | 275 | 250 | 275 | (25) | 2,250 | 2,400 | (150) |
| **185 Total Representative Du** | 1,158,271 | 780,517 | 806,081 | 860,678 | 864,274 | 865,710 | 1,003,960 | 860,307 | 871,570 | 851,779 | 19,791 | 7,844,131 | 8,051,577 | (207,446) |
| 186 | | | | | | | | | | | | | | |
| **187 TOTAL EXPENSES** | 2,584,563 | 2,280,894 | 2,112,499 | 2,216,213 | 2,418,840 | 2,607,469 | 2,612,055 | 2,408,082 | 2,390,457 | 2,355,692 | 34,765 | 21,514,116 | 21,596,307 | (82,192) |
| 188 | | | | | | | | | | | | | | |
| **189 TOTAL INCOME LESS TOT.** | (642,897) | (283,919) | 559,817 | (21,997) | (183,236) | (180,964) | 273,643 | 211,334 | (2,500) | 35,687 | 38,186 | (22,500) | (232,532) | (210,033) |
| 190 | | | | | | | | | | | | | | |
| **191 VOLUNTARY TRANSFERS** | | | | | | | | | | | | | | |
| 192 Building Funds | | | | | | | | | | | | | | |
| 193 Automatic Legal Defense Fur | 9,375 | 9,375 | 9,375 | 9,375 | 9,375 | 9,375 | 9,375 | 9,375 | 9,375 | 9,375 | - | 84,375 | 84,375 | - |
| 194 Strike Fund | | | | | | | | | | | | | | |
| 195 Total Transfers | 9,375 | 9,375 | 9,375 | 9,375 | 9,375 | 9,375 | 9,375 | 9,375 | 9,375 | 9,375 | - | 84,375 | 84,375 | - |
| **196 TOTAL INCOME LESS EXPI** | (652,272) | (293,294) | 550,442 | (31,372) | (192,611) | (190,339) | 264,268 | 201,959 | (11,875) | 26,312 | 38,186 | (106,875) | (316,907) | (210,033) |

Exhibit R

SEIU Local 521
Financial Statement for the year of 2008

| Headcount | | Budget | Jan Actual | better/ (worse) |
|---|---|---|---|---|
| 52,792 | **TOTAL DUES RECEIPTS** | 2,333,518 | 2,196,636 | (136,882) |
| | **OTHER INCOME** | - | | - |
| | Interest & Dividends | 8,300 | 14,693 | 6,393 |
| | SMIHSS Administrative Reimbursement | 4,167 | 25,000 | 20,833 |
| | Sublease Rent | 4,240 | 3,787 | (453) |
| | Misc. Income - SEIU Int'l subsidy | 2,415 | | (2,415) |
| | **Total Misc. Income** | 19,122 | 43,479 | 24,358 |
| | **TOTAL GENERAL FUND INCOME** | 2,352,640 | 2,240,115 | (112,525) |
| | **GENERAL FUND EXPENSES** | | | |
| | **ORGANIZING OFFSET** | 317,262 | 317,262 | 0 |
| | **SALARIES** | - | | - |
| 5 | Administrative | 37,619 | 34,472 | 3,147 |
| 9 | Admin Support | 41,346 | 28,208 | 13,138 |
| 13 | Directors | 84,661 | 77,095 | 7,566 |
| 55 | Internal Organizers/Research | 268,360 | 258,666 | 9,694 |
| 17 | Clerical | 66,650 | 56,600 | 10,050 |
| 2 | Facilities | 5,909 | 5,765 | 144 |
| 8 | Data Base Services | 26,995 | 25,261 | 1,734 |
| | Temp. Internal Organizers/Research | 5,000 | 135 | 4,865 |
| | Temp. Clerical/Support | 3,000 | 10,390 | (7,390) |
| | Vacation & Comp Time | 23,993 | 11,942 | 12,052 |
| 109 | **Total Salaries** | **607,828** | **508,533** | **99,295** |
| | **PAYROLL RELATED EXPENSES** | - | | - |
| | Pension | 84,784 | 65,063 | 19,721 |
| | Payroll Taxes Expenses | 57,584 | 52,423 | 5,160 |
| | Travel Staff-Admin | 4,000 | 3,672 | 328 |
| | Travel Staff- Internal Organizers | 5,000 | 1,572 | 3,428 |
| | Mileage/Ins. Reimb.-Admin & Director | 9,366 | 2,024 | 7,342 |
| | Mileage/Ins. Reimb.-Internal Organizers | 24,943 | 20,403 | 4,540 |
| | Telephone Reimbursement | 8,200 | 9,037 | (837) |
| 9 | Retiree Health Exp - including Ward | 7,392 | 6,301 | 1,090 |
| 61 | Retire Benefit Trust Fund | 9,400 | 9,400 | - |
| | Benefits(Health, Dental, Vision,life,401K,Fle | 190,063 | 151,800 | 38,263 |
| | Workers Comp Insurance | 7,913 | 7,613 | 300 |
| | Recruiting exp | 1,200 | 211 | 989 |
| 10% | Vacancy Rate  **most postion has filled | - | | - |
| | **Total Payroll Related Expenses** | **409,843** | **329,518** | **80,325** |
| | **Total Salaries & Payroll Expenses** | **1,017,672** | **838,052** | **179,620** |
| | **MISCELLANEOUS** | - | | - |
| | Agency Fee/Assoc. Exp. | 12,000 | 12,000 | - |
| | Capital Fund Expense | 1,000 | 1,000 | - |
| | Admin exp share w. chapter | 1,000 | 652 | 348 |

SEIU Local 521
Financial Statement for the year of 2008

| Headcount | | Budget | Actual | better/ (worse) |
|---|---|---|---|---|
| | | | **Jan** | |
| | Free Life insurance to members (SCR, MRY | 6,800 | 2,068 | 4,732 |
| | Chapter Fund Reimbursement | 4,800 | 2,872 | 1,928 |
| | Dodge Scholarship | 1,250 | 1,250 | - |
| | Computer Database Unionwares & MRC cen | 100,000 | | 100,000 |
| | Bill Shawhan | 10,000 | 10,000 | - |
| | Ex-Board Stipends | 2,100 | 2,300 | (200) |
| | Good & Welfare | 3,600 | | 3,600 |
| | **Total Miscellaneous** | **142,550** | **32,142** | **110,408** |
| | | | | |
| | **ARBITRATIONS & LEGAL** | - | | - |
| | Arbitrations Fees | 5,000 | 2,847 | 2,153 |
| | Retainer | 26,500 | 24,481 | 2,020 |
| | Court Costs | 2,750 | | 2,750 |
| 39016 | Automatic Legal Defense Fund ($0.25 per me | 9,754 | 9,754 | - |
| | Miscellaneous | 417 | 16 | 400 |
| | **Total Arbitrations & Legal** | **44,421** | **37,098** | **7,323** |
| | | | | |
| | **FACILITIES** | - | | - |
| | Rent-SJC | 34,000 | 33,931 | 69 |
| | Rent-RWC | 6,330 | 6,330 | - |
| | Rent-Bakersfield apartment | 1,545 | - | 1,545 |
| | Rent-Fresno     **no moving | 7,200 | 8,121 | (921) |
| | Rent-Santa Cruz, Watsonville & Hollister | 9,108 | 5,676 | 3,432 |
| | Rent-Visalia | 1,000 | 800 | 200 |
| | Utilities | 21,000 | 13,562 | 7,438 |
| | Kitchen Sundries | 4,000 | 3,292 | 708 |
| | Gen. Liab. Ins. & Property Tax | 15,944 | 11,873 | 4,071 |
| | Building Maintenance/Security/Janitorial | 12,700 | 8,784 | 3,916 |
| | **Total Admin - Facilities** | **112,827** | **92,370** | **20,457** |
| | **ADMINISTRATIVE - OFFICES** | - | | - |
| | Audit/Acct. Fees | 8,708 | 3,208 | 5,501 |
| | Subscriptions | 500 | 227 | 273 |
| | Office Sundries | 8,000 | 4,456 | 3,544 |
| | Office Equipment Leases | 40,000 | 36,834 | 3,166 |
| | Equipment Maintenance & Repair Contracts | 8,000 | 2,714 | 5,286 |
| | Contributions | 500 | | 500 |
| | Research Material & Data | 1,000 | 268 | 732 |
| | Miscellaneous | 1,000 | | 1,000 |
| | **Total Admin - Offices** | **67,708** | **47,707** | **20,001** |
| | **COMMUNICATIONS** | - | | - |
| | Printing | 10,000 | 4,048 | 5,952 |
| | Paper | 6,000 | 740 | 5,260 |
| | Website/Station/communication | 1,500 | | 1,500 |
| | Telephone & Internet   ** legacy exp only | 2,500 | 7,165 | (4,665) |
| | Postage | 7,000 | 1,839 | 5,161 |

SEIU Local 521
Financial Statement for the year of 2008

| Headcount | | Budget | Actual | better/ (worse) |
|---|---|---|---|---|
| | | | Jan | |
| | Professional Fees/Translations | 417 | | 417 |
| | **Total Communications** | **27,417** | **13,792** | **13,624** |
| | | | | |
| | **CONFERENCES/MILEAGE** | - | | - |
| | Staff-Misc. Conf/Seminar    staff retreat? | 2,000 | | 2,000 |
| | Exec. Board-Conferences | 1,000 | 650 | 350 |
| | International Convention  - no lost time w/ 27 | 4,635 | | 4,635 |
| | Industries & Members Conferences | 1,000 | 37 | 963 |
| | Misc. Members-Reimbursed | 500 | | 500 |
| | **Total Conferences/Mileage** | **9,135** | **687** | **8,448** |
| | | | - | |
| | **STAFF MEETING & TRAINING** | - | | - |
| | Director Training | 800 | | 800 |
| | Staff - representation & political & communi | 7,000 | 7,718 | (718) |
| | Clerical Staff | 800 | 103 | 697 |
| | Executive Staff | 800 | 531 | 269 |
| | Tuition Reim.-Internal Organizers | 417 | | 417 |
| | Tuition Reim.-OPEIU | 417 | | 417 |
| | **Total Staff Training** | **10,233** | **8,352** | **1,881** |
| | **EDUCATION & TRAINING** | - | | - |
| | Steward & Chief Steward Training | 2,383 | | 2,383 |
| | Executive Board   - + SEIU Int'l training (IFC | 500 | | 500 |
| | Education & Training Committee Meeting & | 4,000 | | 4,000 |
| | Industry Training Events | 1,667 | | 1,667 |
| | **Total Education & Training** | **8,550** | **-** | **8,550** |
| | **POLITICAL/SOCIAL INVOLVEMENT** | - | | - |
| | Candidates Account ($0.15 per member per m | 5,852 | 5,812 | 41 |
| | Issues Account ($0.05 per member per month | 1,951 | 1,937 | 14 |
| | Legal | 4,000 | 285 | 3,715 |
| | Committee Meetings | 300 | 717 | (417) |
| | Conferences | 2,000 | 349 | 1,651 |
| | Electoral Staff/ Activity | 300 | | 300 |
| | Polls & Surveys | 500 | | 500 |
| | Special Printing | 200 | | 200 |
| | Subscriptions | 25 | | 25 |
| | **Total Political/Social Involvement** | **15,128** | **9,099** | **6,029** |
| | **SOCIAL & ECONOMIC JUSTICE** | - | | - |
| | Committee Meetings | 300 | 101 | 199 |
| | Conferences | 417 | - | 417 |
| | Contributions/Solidarity | 333 | 1,137 | (804) |
| 52,792 | Caucus Activities | 4,399 | 770 | 3,629 |
| | **Total Social & Economic Justice** | **5,449** | **2,008** | **3,442** |
| | **MEMBER INVOLVEMENT** | | | |
| | Memorabilia/Give away Member Pride | 1,667 | (3,511) | 5,177 |
| | Awards/Recognition | 1,667 | | 1,667 |

SEIU Local 521
Financial Statement for the year of 2008

| Headcount | | Budget | Jan Actual | better/ (worse) |
|---|---|---|---|---|
| | Planning & Event Prep | 250 | | 250 |
| | Ex Board / Advisory Board Reimbursement | 417 | | 417 |
| | Rally Rental & Bus | 4,000 | 154 | 3,846 |
| | Member Reimbursement/Lost time | 5,000 | | 5,000 |
| | Transportation & Vehicle Expenses | 500 | | 500 |
| | **Total Member Involvement** | **13,500** | **(3,357)** | **16,857** |
| | **NEGOTIATIONS** | - | | - |
| | Printing Contracts | 4,167 | | 4,167 |
| | Meetings & Supplies | 5,000 | 2,075 | 2,925 |
| | Strike Preparations | 1,000 | | 1,000 |
| 39016 | Automatic Strike Fund Transfer ($0.50 per m | 16,257 | 16,256 | 1 |
| | **Total Negotiations** | **26,423** | **18,331** | **8,092** |
| | **MEETINGS & EVENTS** | - | | - |
| | Executive Board Meetings | 2,000 | 2,137 | (137) |
| | Steward/Council meetings | 2,083 | | 2,083 |
| | 521 Party & other events | 5,000 | | 5,000 |
| | Advisory Board Meetings   3*@$25k | 6,250 | | 6,250 |
| | Miscellaneous | 167 | | 167 |
| | **Total Meetings & Events** | **15,500** | **2,137** | **13,363** |
| | **REPRESENTATIVE DUES** | - | | - |
| 52792 | SEIU $7.65 ea | 370,204 | 413,651 | (43,447) |
| 49992 | SEIU Unity Fund $5.00ea | 229,130 | 254,060 | (24,930) |
| 600 | SEIU Retirees $1.00ea | 50 | 103 | (53) |
| 24 | SEIU Associate Members-1.00 | 2 | - | 2 |
| 52792 | SEIU/ State Council-$2.53ea | 122,433 | 135,424 | (12,990) |
| 20600 | So Bay CLC  $0.55ea | 10,386 | 11,078 | (692) |
| 4300 | SMCO CLC $0.60ea | 2,365 | 2,329 | 36 |
| 7000 | Fresno CLC $0.45ea | 2,042 | 2,874 | (832) |
| 7600 | Bakersfield CLC $0.25ea | 1,583 | 2,124 | (541) |
| 6600 | Monterey & Santa Cruz LC $0.55ea | 3,025 | 3,473 | (448) |
| 52792 | CA Labor Fed 25% X .47ea | 5,686 | 9,530 | (3,844) |
| | Building Trades-SMCO | 300 | 300 | |
| | **Total Representative Dues** | **747,206** | **834,945** | **(87,739)** |
| | **TOTAL EXPENSES** | **2,580,982** | **2,250,625** | **330,357** |
| | **TOTAL INCOME LESS TOTAL EXPEN** | **(228,342)** | **(10,510)** | **(217,833)** |
| | **VOLUNTARY TRANSFERS** | - | | - |
| | Building Funds | - | | - |
| | Strike Fund | - | - | - |
| | **Total Transfers** | - | - | - |
| | **TOTAL INCOME LESS EXPENSES & T** | **(228,342)** | **(10,510)** | **(217,833)** |

EXHIBIT S

**From:** Norman Gleichman [mailto:Norman.Gleichman@seiu.org]
**Sent:** Tuesday, July 01, 2008 1:18 PM
**To:** Ridley, Eileen R.
**Subject:** RE: Local 715 v. SHC/LPCH - Documents To Be Authenticated

Dear Ms. Ridley:

I have reviewed your e-mail and the documents you have forwarded with your request that SEIU authenticate them.

First, I wish to reiterate SEIU's position, stated in SEIU's objection dated May 27, 2008, that the subpoenas do not comply with Rule 45(c) of the Federal Rules of Civil Procedure. As I understand it from your communications to date, the Court in this matter has permitted discovery on the narrow question of the existence of Local 715. You have not supplied me with the Court's discovery order, but I assume you have accurately described it.

It is well settled that no formal structure or financing arrangement is required to meet the definition of "labor organization" under the National Labor Relations Act. Thus, a group of employees can constitute a labor organization without officer elections or elected officials, membership meetings, a dues structure, or a set of bylaws. All that is required is employee participation for the purpose of dealing with employers over wages, hours, or terms and conditions of employment. *See, e.g., Sahara Datsun v. NLRB*, 811 F.2d 1317 (9th Cir. 1987); *Polaroid Corp.* 329 NLRB 424 (1999).

Against this backdrop, your subpoena goes far beyond the narrow area of inquiry open to you concerning the issue of the existence of Local 715. As just one example, the identity of the counsel selected to represent Local 715, a subject of the Hospitals' requests for production nos. 1, 20 and 21, is completely irrelevant to the question whether Local 715 exists. Without limitation, the same is true regarding financial transactions regarding Local 715, other SEIU local unions, or SEIU. See request nos. 19, 22-27, 56-57. In sum, these subpoenas constitute an obvious fishing expedition having nothing whatever to do with the question of Local 715's existence.

The subpoenas are also unduly burdensome, in violation of the Federal Rules. The requests are so broadly worded that they would require virtually every piece of written communication to Local 715 to be produced. See, without limitation, request nos. 5, 7, 8, 9 and 10. In this connection, you are advised that SEIU does not maintain a central filing system where documents are uniformly and systematically maintained according to subject matter or other categories. Instead, files and records are kept separately in SEIU's numerous separate departments and regional offices, as well as by individual staff members within those departments. The record retention policies, protocols and categories, if any, used in those separate departments and regional offices are not necessarily compatible. Additionally, a significant volume of SEIU files are not readily accessible because they have been boxed and transferred to an outside archive. Accordingly, the requests detailed herein and similar requests would require SEIU to spend countless hours locating and combing through thousands of separate, uncatalogued files maintained in separate Departments and offices, as well as to retrieve and review files boxed and stored in the

outside archives, simply to determine whether they contain any material falling within the scope of the subpoena. This search would have to be performed manually. The expense to the SEIU in personnel time and archives retrieval charges would be enormous. The subpoena imposes a substantial additional burden on the SEIU in that its personnel would be precluded from carrying out the essential business of SEIU while deployed in the document search demanded by the Hospitals.

The sweeping scope of the subpoenas would force SEIU to divulge SEIU and its members communications on all issues, deliberations, and other activity protected by the First Amendment, including but not limited to SEIU's and its members exercise of the right to freedom of association and freedom of speech. Moreover, while the subpoenas would force the SEIU to mount an expensive, time-consuming records search, that effort will yield little, if any relevant material given the definition of labor organization under the NLRA.

Furthermore, as indicated in SEIU's objection, SEIU does not have custody of much of the documentation your subpoena seeks. I repeat that SEIU is not a party to these actions, and under the Labor Management Reporting and Disclosure Act is not the same labor organization as its affiliated local unions.

Nevertheless, without waiving its stated objections to the subpoenas, in an effort to reach agreement on issues raised by the subpoenas, SEIU further responds to your request as follows:

SEIU is agreeable to stipulating to the authenticity of the following documents:

    Order of Emergency Trusteeship dated June 8, 2007
    Form LM-15 Trusteeship Report
    Memorandum from Andrew L. Stern re: trusteeship of Local 715, dated June 8, 2007
    Notice of Hearing signed by Anna Burger dated July 12, 2007
    Memorandum from Andrfew L. Stern re: IEB Decision on California Jurisdiction dated June 11, 2006

SEIU is unable to stipulate to the authenticity of the following documents for the reasons given:

    Letter from B.W. Smith to Laurie Quintel dated December 19, 2007. This letter was purported issued by Local 715, and Local 715 is the entity that would be in a position to authenticate this document.
    Letter from B.W. Smith to Laurie Quintel dated February 12, 2008. See comment above.
    Hearing Officers' Joint Report and Recommendations. The version you sent to me is unsigned.

Without waiving SEIU's previously stated objections to your subpoena, SEIU is producing herewith the following additional documents that are covered by the subpoena:

    Signed Hearing Officers' Joint Report and Recommendations dated June 9, 2006
    Order of Reorganization signed by Andrew Stern dated January 2, 2007
    Hearing Officer's Report on Local 715 trusteeship dated August 13, 2007
    Letter from Kristina Sermersheim to Andrew Stern dated June 4, 2007
    Letter to Bruce Smith from Andrew L. Stern dated June 8, 2007
    Letter to Clarence Dodge from George E. Fairchild dated March 2, 1972
    Letter to Bruce Smith from Anna Burger dated August 23, 2007
    Servicing Agreement between Local 715 and UHW
    Form LM-15 Trusteeship Report May 2008

SEIU will further stipulate that the hearing officers' reports attached hereto were duly approved by the SEIU International Executive Board.

With respect to taking President Stern's deposition, I am advised that President Stern will be out of the country between July 9 and July 20, and will not be available prior to his departure. However, I can make his assistant James J. Johnston available in his place. Mr. Johnston recently served as SEIU California Area Director and is currently Director of Union-Wide Programs. By virtue of holding these positions, Mr. Johnston is knowledgeable about the existence of Local 715. Mr. Johnston is available on July 10 and 11. Our preference would be July 10. Please note that Mr. Johnston may only be questioned on the narrow issue about which I understand the Court has permitted discovery: the existence of Local 715.

With respect to Greg Pullman, you seemed surprised when I advised you that has been an International Union employee since November 2006. Yet Mr. Pullman testified to this in his deposition which the Hospitals took on March 22, 2007, at which he answered questions related to the 2006 SEIU reorganization in California. It would plainly be improper, oppressive and vexatious to depose Mr. Pullman again on the same issue. Please let me know specifically why the Hospitals seek to depose Mr. Pullman.

Yours,

Norman M. Gleichman
Deputy General Counsel

---

**From:** Ridley, Eileen R. [mailto:ERidley@foley.com]
**Sent:** Thu 6/26/2008 2:47 AM
**To:** Norman Gleichman
**Subject:** FW: Local 715 v. SHC/LPCH - Documents To Be Authenticated



Mr. Gleichman:

Per our conversation this week attached are documents we would request your client to authenticate which include the following:

June 9, 2006 Hearing Officers' Joint Report And Recommendations
[]

June 11, 2006 memo from Andrew Stern to Affected SEIU Local Unions in California regarding the IEP decision on California jurisdiction

June 8, 2007 notice of appointment of trustee signed by Andrew Stern

June 8, 2007 memo from Andrew Stern to officers and members of Local 715 regarding appointment of trustee

July, 2007 Form LM-15 (Trusteeship Report) signed by Andrew Stern and Anna Burger.

July 12, 2007 Memo from Anna Burger, International Secretary-Treasurer titled "Notice Of Hearing Appointment Of Hearing Officer And Rules Of Procedure."

December 19, 2007 letter from B. Smith to L. Quintel reflecting copy sent to Norm Gleichman

February 12, 2008 letter from B. Smith to L. Quintel reflecting copy sent to Norm Gleichman
[]

In addition, we need to have your client respond to the requests presented by the subpoena (obviously, if there are no responsive documents we will need a verified statement to that effect). Further, we are aware there are likely documents retained by your client which are responsive to the requests but are not included in the above request for authentication. In order to expedite this process, please let us know the quantity of responsive documents your client has. While your client's response was due on Monday, we have agreed to an extension of time. However, we will need a response by early next week.

Finally, as discussed, we will want to depose Mr. Stern and Pullman. In particular, Mr. Stern was involved in the creation of the trust regarding Local 715 which is a subject in this matter. Again, our focus is related to the existence and representation of Local 715 and the use of its resources, Please provide us with available dates for these proceedings. Thanks very much.

The preceding email message may be confidential or protected by the attorney-client privilege. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this message in error, please (i) do not read it, (ii) reply to the sender that you received the message in error, and (iii) erase or destroy the message. Legal advice contained in the preceding message is solely for the benefit of the Foley & Lardner LLP client(s) represented by the Firm in the particular matter that is the subject of this message, and may not be relied upon by any other party.

Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.

**EXHIBIT T**

SERVICE EMPLOYEES INTERNATIONAL UNION

|  |  |
|---|---|
| )<br>In re: SEIU Local Union Jurisdiction )<br>in California for Long Term Care )<br>Workers, Public Services Employees, )<br>Public Health Employees, Property )<br>Services Workers, and Private Sector )<br>Workers in Public Sector Locals )<br>) | Hearing Officers:<br>Alice Dale<br>Tom Balanoff |

## HEARING OFFICERS' JOINT REPORT AND RECOMMENDATIONS

### I.    Introduction and Procedural Background

This is a joint report and recommendations to the International Executive Board ("IEB") of the Service Employees International Union ("SEIU") concerning the jurisdiction of SEIU local unions in California for long term care workers, public services employees, public health employees, property services workers, and private sector workers in public sector locals. The undersigned hearing officers were appointed by the SEIU Executive Committee[1] to hear this matter and render a report and recommendations concerning SEIU local union jurisdiction in California.

This proceeding commenced when International Secretary-Treasurer Anna Burger issued a Notice of Preliminary Hearing on January 30, 2006 (Ex. 2). On February 13, 2006, Secretary-Treasurer Burger issued a notice of the schedule of hearings and procedure proposed by the

---

1  Pursuant to Article VI, Section 1(b) and Article XI, Section 6B of the SEIU Constitution and Bylaws, the IEB has delegated the appointment of hearing officers to the Executive Committee.

International Union (Ex. 3).[2]  The notice contained six proposed rules of procedure.  On February

17, 2006, a preliminary hearing was conducted in Burlingame, California, solely on the question

of the schedule and procedures for the subsequent hearings on the substance of the jurisdictional

questions.  The purpose of that preliminary hearing was to get the views of local union leaders

concerning the schedule and procedural rules proposed by the International Union. As a result of

the preliminary hearing, modified rules of procedure were issued on March 13, 2006 (Ex. 8). The

modified rules of procedure responded to local union comments and suggestions made at the

preliminary hearing.  In particular, the number of hearing days was doubled from four to eight,

consecutive days of hearing were provided, the International Union was directed to establish a

website to inform members about the issues involved in the jurisdiction proceeding, and one day

of the hearings took the form of an audio conference with hearing locations in Sacramento,

Fresno, Riverside, and San Diego.

The hearing process was designed to afford maximum opportunity for input from local

union leaders and members on the jurisdictional questions.  Hearings on the substantive

jurisdictional issues were held on March 24 and 25 and April 27, 2006 in Los Angeles, on April

7 and 8, 2006 in Burlingame, on April 21 and 22, 2006 in San Francisco, and, via audio

conference, on April 28, 2006 in Sacramento, Fresno, Riverside and San Diego.  The hearings on

March 24-25 and April 7-8, held by Sister Dale, dealt with local union jurisdiction for public

services employees in Southern and Northern California, respectively, excluding public health

---

2  Notices were sent to the following SEIU local unions:  Locals 99, 24/7, 265, 280, 347, 415,
434B, 535, 614, 616, 620, 660, 700, 707, 715, 790, 817, 949, 998, 1000, 1280, 1292, 1877, 1983,
1997, UHW 2005, 2028, 2579, 4988, and 5000 NAGE.

employees and private sector workers represented by public sector locals. Hearings on jurisdiction for long term care employees were held on April 21 and April 27. The April 21 hearing also dealt with local union jurisdiction for California State University employees. On April 22, a hearing was held on jurisdiction for Northern California public hospital workers and private sector workers represented by public sector locals. In addition, the April 22 hearing dealt with jurisdiction for employees of the State of California, and property services workers (including cemetery workers, race track employees, private sector greens attendants, private university workers, and multi-service workers). A hearing on jurisdiction for Southern California public hospital workers and private sector workers represented by public sector locals took place on April 27. The hearings held on April 21, 22 and 27 were held by Brother Balanoff. All jurisdictional issues were addressed in the April 28 hearing by audio conference, held jointly by both hearing officers. Norm Gleichman, Deputy General Counsel of the International Union, assisted us at the hearings.

At each in-person hearing, local leaders and members were invited to submit post-hearing materials within 14 days of the close of the hearing on each jurisdictional issue. In addition, pursuant to the March 13 order on procedural questions, the International Union established a website with information concerning the jurisdictional issues covered by the hearings and the opportunities for members to participate. Members were invited to submit comments via the website, which were collected and made a part of the record.

Each affected local union that so desired was provided the opportunity to be heard during the hearing and to submit any documents that it wished us to consider. The following locals made presentations at one or more of the hearings: 24/7, 87, 121RN, 265, 280, 347, 415, 434B,

3

535, 614, 616, 620, 660, 700, 707, 715, 790, 817, 949, 998, 1000, 1280, 1877, 1983, 1997, 2028, 2579, 4988, and UHW. Many of the affected locals also responded in writing to the requests for information issued by the International Union in connection with the jurisdictional issues.

JJ Johnston, California Area Director, made presentations on the need for restructuring local union jurisdiction in California based on political and demographic developments and the need to grow the union in areas of the state where union density is low. John Tanner, Assistant Director of the Public Services Division, gave the Division's views on the need to restructure public sector jurisdiction in California, including the question whether public sector locals should have jurisdiction for public health care workers. Ian Campbell, Assistant Research Director for the Health Systems Division, gave a presentation on the Division's goals and the role of SEIU's United Healthcare Workers – West ("UHW") in the Division's plans. David Kieffer, Director of the Long Term Care Division, and Jon Barton, Deputy Director of the Division, stated the Division's views on the best way to organize ourselves to win higher standards for home care and nursing home workers. Eddie Iny, Assistant Director of the Property Services Division, gave a presentation on the opportunities and challenges facing property services local unions in California. Fifty-five exhibits were entered into the record at the hearings, a transcript of the hearings was made by the court reporters, and post-hearing submissions from a number of locals and individual members were received.

The entire record was considered in the drafting of this report. This report is the product of our collaborative efforts; however, we each concentrated on those issues covered in the respective hearings held separately by each of us.

4

## II.    The International Union's Policies on Organizing and
## Jurisdiction Established by the 2000 and 2004 Conventions

Article XIV, Section 3 of the SEIU Constitution and Bylaws authorizes the IEB to

"consolidate or merge existing Local Unions under such terms and conditions as the [IEB] may

determine when in the opinion of the [IEB] the interests and welfare of the International Union

and the membership thereof will be better served by such action."

Delegates to the 2000 SEIU Convention adopted the New Strength Unity Plan ("NSUP")

to build power for SEIU members. A critical part of the NSUP was a "Jurisdiction Policy and

Procedure" set forth in the "Decide Report" prepared by the President's Committee 2000. The

Decide Report was adopted by the 2000 Convention and incorporated in the NSUP. The

Committee concluded that "industry-based jurisdiction gives local unions the best opportunity to

be recognized by the public, elected officials, industry employers and workers as the principal

voice of workers in that industry and geographic area." SEIU members have told the union

leadership that they want to be united with their co-workers doing similar work in the same

geographic area so that they can exert maximum power to improve their working conditions.

The policy of the International Union, as expressed at the 2000 Convention, is to combine

members employed in a particular industry in a manner that mirrors the structure of that industry,

minimizes fragmentation and, as a result, increases bargaining power. The focus on industry-

based jurisdiction necessarily means that employees of the same employer are to be represented

by the same SEIU local union.

In his testimony at the hearings, Brother Johnston explained that SEIU's program to

refocus and restructure the Union to build an organization that is better positioned to win higher

5

standards for SEIU members began in 1996 with the "Bold Action" program adopted at the 1996

Convention, and continued with the 2000 Convention's NSUP and the "Seven Strengths"

program adopted by the 2004 Convention delegates. Among the elements of the Seven Strengths

program are building local union strength, political strength, and industry strength. SEIU's

Policy on Jurisdiction contributes to the enhancement of all three of these strengths by fostering

local unions with the size, capacity, resources and focus to win big for SEIU members in

bargaining, and in the state capitals and Congress.

Brother Johnston testified that, in many states across the country, SEIU has consolidated

and rationalized local union jurisdiction to create more powerful local unions. In California,

Florida, Massachusetts, Connecticut, Maryland, Michigan, Missouri, Ohio, Pennsylvania, Rhode

Island, and Washington, local unions have participated in a process similar to the one now

underway in California. The results have been astounding: SEIU grew by 820,000 between

1996 and 2004.

This achievement was also due to our relentless focus on local union organizing. As part

of the New Strength Unity program, the 2000 Convention adopted a local union organizing

mandate that became Article XV, Section 16(a) of the SEIU Constitution and Bylaws. The

organizing requirement was confirmed by the 2004 Convention. That provision states:

> Every Local Union shall continue to implement an annual local
> union organizing budget equivalent to 20 percent of the local's
> budget (after payment of all per capita tax obligations), to be spent
> consistent with the principles of the applicable industry division of
> the International Union. Each industry division shall submit its
> principles and the procedures for their enforcement for approval by
> the International Executive Board no later than January 2005.

Ex. 1, p. 31.

6

As part of the implementation of this requirement, the International Union divisions require locals to submit organizing plans on an annual basis. In addition, local unions are expected to have full-time organizing directors who are responsible for drawing up the locals' organizing plans and overseeing their execution.

Further, the Seven Strengths program adopted at the 2004 Convention includes a commitment to building national strength. A component of this commitment was expressed in the United Strategy for Strength resolution adopted by the Convention. This resolution commits the International Union and local union to devoting resources, including personnel, dedicated to growing the union in areas such as the South and Southwest, where union density, and SEIU's presence, has historically been weak. Through adoption of this resolution, the 2004 Convention mandated the International Union resources be redirected from areas of traditional strength, such as California and New York, to emerging growth regions.

## III.    Political and Demographic Trends in California

Brother Johnston, Brother Tanner, and Dean Tipps, Executive Director of the California State Council, made the case for the need to reorganize local union jurisdiction in California. Tr. 1056-64. They pointed out that, notwithstanding conventional political wisdom, California is not a "safe" state for candidates who support progressive positions of importance to working men and women. The data presented by these witnesses establishes that SEIU locals are strongest in the slower-growing coastal areas of the state such as San Francisco, Santa Clara, Los Angeles, and Alameda counties. These counties readily support agendas for working Californians; however, they are losing influence due the demographic shift to inland counties such as the

7

Central Valley counties and Sacramento, San Joaquin, Kern, San Bernardino, Riverside and San Diego counties, where the political climate is much more conservative, and SEIU is much weaker. SEIU is growing in California, but we are growing in the coastal areas where population growth in stagnant.

It is vital that we hit upon a strategy to unite workers in the inland counties within the same industry. In order to be able to organize successfully on a massive scale and affect the politics of these areas in a way which benefits our members by lifting standards, we must bring to bear the resources and expertise of our successful coastal locals. Currently, the vast majority or our organizing resources are concentrated in a few coastal county locals, and are mostly absent in strategic counties where growth and political power are on the rise.

**IV.    Current SEIU Local Union Jurisdiction in California**

The evidence presented at the hearing dramatically highlighted the fragmentation of SEIU local union jurisdiction by geography, industry and employer. None of the four industry divisions (Public Services, Health Systems, Long Term Care, and Property Services) are unified under the present system of local union jurisdiction in California. The testimony revealed that many locals are quite small and therefore under-resourced. In addition, a number of locals still exercise jurisdiction across industry lines.

**A.    Current Public Services Local Unions**

For purposes of this report, the term "public services local unions" refers to SEIU local unions whose membership is made up primarily of local or state government workers (including

8

California State University system employees). We address separately below, in a section devoted to Long Term Care Division members, home care providers considered employees of in home supportive services ("IHSS") public authorities.

### 1.    Local government employees

According to Brother Tanner's testimony, 22 California counties have multiple public services local unions.[3] Some of these local unions have jurisdiction for workers in a single county; others exercise jurisdiction in several counties. One public services local, Local 535, represents over 30,000 social services employees in local government statewide, and has members in many counties. Local 535 also represents private sector health care workers and workers employed by publicly-funded social service agencies. Other local government workers are represented by 19 local unions of vastly different sizes and resources (excluding Local 99, which represents Los Angeles area school employees). Some public services locals represent IHSS providers, property services workers, and private health care employees. We summarize below the jurisdiction exercised by these local unions for local government workers who are not represented by Local 535.

Los Angeles County employees are represented by Local 660, which represents over 51,000 employees of Los Angeles and Orange counties. About 19,000 Local 660 members are in the public health field, including those at the Los Angles County Department of Public Health

---

3  These are the counties of Alameda, Contra Costa, Fresno, Kern, Los Angeles, Kings, Marin, Monterey, Napa, Orange, Riverside, Sacramento, San Diego, San Francisco, San Joaquin, San Mateo, Santa Barbara, Santa Clara, Solano, Stanislaus, Tulare, and Ventura.

Ingleside Hospital, Los Angles County – USC Medical Center, Rancho Los Amigos National

Rehabilitation Center, and the King/Drew Medical Center. Former Locals 434 and 787

previously merged into Local 660. Local 347 represents about 12,000 municipal workers in Los

Angeles County, most of whom work for the City of Los Angeles. Local 2028, which was

created as a result of the consolidation of former locals 102 and 1926, represents over 8,000

employees in San Diego County, and ten cities and school districts. Local 2028 also represents

stadium and arena employees, theater and convention center workers, and workers at Delmar

racetrack, who fall under the Property Services Division. In addition, Local 2028 represents

employees of a Fredericka Manor, a private sector nursing home, and Edgemore, a county owned

and operated nursing home. Employees of Riverside County, cities in the county, and special

districts are represented by Local 1997, which represents about 6,000 public workers. Twenty-

five percent of Local 1997's members are healthcare workers. Local 998, which is currently

under trusteeship, represents about 5,500 employees of Ventura County (including Ventura

County Medical Center) and various municipalities in that county, as well as workers for the

courts, special districts, and IHSS workers.

Santa Barbara local government workers are represented by Local 620, which also

represents public sector employees in San Luis Obispo county for a total representation of about

4,000. County and municipal workers in Kern, Tulare and Kings counties, including public

hospital workers at Kern County Medical Center, are represented by Local 700, which represents

over 7,000 workers. Local 700, which originally had jurisdiction limited to Kern County, is the

product of a merger with former Local 690, which had jurisdiction for Tulare and Kings counties.

Local 700 also represents employees of the San Joaquin Valley Air Pollution Control District,

10

which has employees who work in Bakersfield, Fresno and Stanislaus County. Local 817 represents over 5,000 workers in Monterey and San Benito counties, including city and county employees, IHSS providers, employees at Natividad Medical Center, a public hospital in Monterey County, and Hazel Hawkins Hospital, a district hospital in San Benito County.

Local government workers in Santa Clara and San Mateo counties are represented by Local 715, which represents over 26,000 employees. Some of Local 715's public sector members include employees of Santa Clara Valley Medical Center and San Mateo General Hospital. Local 715 also represents employees at El Camino Hospital, a district hospital. In addition, Local 715 has units in other SEIU divisions: private university workers at Stanford University and Santa Clara University (including Santa Clara Mission Cemetery workers), private hospital workers at Stanford and Lucile Packard Hospitals, IHSS providers, and multiservice workers employed by Bon Appetit/Compass who work at Stanford and Santa Clara universities.

Local 790 represents employees of cities, counties (including public hospitals), school districts, special districts, private non-profits, and other private sector employees (including airport service workers at San Francisco International Airport) in San Francisco, Alameda, Contra Costa, San Joaquin, and Sacramento counties. Local 790, which currently represents almost 29,000 employees, is itself the product of the mergers of former SEIU Locals 390, 400 and 22. In San Francisco, social services workers are represented by Local 535, and some public health classifications are represented by UHW. Specifically, UHW represents public health care employees at San Francisco General Hospital and the Laguna Honda public skilled nursing facility. UHW, Local 535, and Local 616 (which alone represents about 14,000 employees and

11

providers) also represent different classifications of local government workers in Alameda County, including employees at the Alameda County Medical Center. Local 616 also represents IHSS providers, employees of special districts, Head Start workers, and employees of one private non-profit. Santa Cruz local government workers, including both municipal and county employees, are represented by Local 415, which represents about 4,500 workers. Local 415 also represents IHSS providers, and is operating under a servicing agreement with Local 715. City, county school, court, special district, and child care workers in Marin County are represented by Local 949, which represents under 2,000 local government and related employees. Local 707 is an amalgamated local of about 6,000 county, special district, court, city, schools, IHSS, for-profit and non-profit contract agencies, and private sector hospitals workers, with jurisdiction in Sonoma, Mendocino and Lake counties.

Local 614 represents about 2,300 employees, including employees of Napa County, as well as employees in four cities in the county, school district employees, IHSS workers, and classified employees at Napa Community College. Local 614 has been in merger talks with Local 1280, which represents over 3,300 local government and related employees, as well as IHSS providers, in Solano County. Locals 1280 and 614 share an executive director. Local 1292 represents under 800 employees in cities, the courts, special districts, and publicly-funded private agencies in Butte, Shasta, and Siskiyou counties. Local 4988 has about 1500 members, 60% of whom work for the counties of Amador and Calaveras, cities, and special districts.

12

## 2.    Education and State Employees

Employees of the Los Angeles, Lynwood, Torrance and Pleasant Valley unified school districts, Head Start workers, and Los Angeles Community College employees, are represented by Local 99, which is currently under trusteeship. Local 99 represents over 36,000 employees in Los Angeles and Orange counties. Local 1983, also known as California Faculty Association, represents 23,000 teaching faculty at all 23 campuses in the California State University ("CSU") system. Non-teaching employees in bargaining units 2, 5, 7 and 9 in the system are represented by Local 2579, the California State University Employees Union, which represents over 15,000 CSU employees. Employees of the State of California in many bargaining units are represented by Local 1000, which represents over 83,000 state employees.

## B.    Current Long Term Care Local Unions

SEIU's Long Term Care Division includes IHSS providers, homecare workers employed by private agencies, private sector nursing home workers, and employees of senior living facilities. In California, SEIU represents over 200,000 homecare workers and approximately 20,000 nursing home workers. SEIU's nursing home workers are currently represented by three California local unions: Local 434B, which represents workers in 50 private nursing homes, UHW, which represents workers in 152 private nursing homes, and Local 2028, which represents workers at one private nursing home.

Homecare providers are in many different California local unions. SEIU represents IHSS providers in four types of unions. The bulk of the home care providers are represented by Local

13

434B, which represents almost 123,000 SEIU homecare members in Ventura,[4] Los Angeles and

San Bernardino counties. In addition, the Local 434B leadership heads Local 4034, also called

the California United Homecare Workers Union ("CUHW"). Local 434B and CUHW share the

same president and secretary-treasurer. CUHW is a California homecare workers union jointly

affiliated with SEIU and AFSCME pursuant to the Strength In Unity Agreement between the two

international unions. Ex. 38. CUHW represents over 22,000 homecare workers in 25 counties.[5]

Together, CUHW and Local 434B represent home care workers in 28 counties in Northern,

Central, and Southern California. Local 434B and CUHW represent only long term care

workers. Another AFSCME affiliate, the United Domestic Workers of America ("UDW"),

represents about 60,000 IHSS providers in 10 counties.[6] Over 46,000 IHSS providers in nine

counties[7] are represented by UHW, SEIU's statewide health care union. In addition, as noted

above, Locals 715, 616, 614, 415, 707, 998, 1280 and 817 certified representatives of IHSS

providers in their respective jurisdictions.[8]

---

4  Local 434B has represented the Ventura County IHSS workers under a servicing agreement with Local 998. This group recently voted overwhelmingly to join Local 434B.

5  CUHW represent IHSS providers in Imperial, Inyo, Tulare, Kings, Mono, Madera, Mariposa, Tuolumne, Alpine, Nevada, Sierra, Sutter, Colusa, Lake, Glenn, Butte, Plumas, Tehama, Lassen, Shasta, Trinity Humboldt, Del Norte, Siskiyou, and Modoc counties.

6  Placer, El Dorado, Stanislaus, Merced, San Luis Obispo, Kern, Santa Barbara, Riverside, Orange, and San Diego.

7  San Francisco, Fresno, Marin, Sonoma, Contra Costa, Sacramento, San Joaquin, Amador and Calaveras.

8  Locals 616, 614, 707 and 1280 operate jointly through the Joint Organizing Partnership. Local 415 is party to a servicing agreement with Local 715, and Local 998 is party to a servicing agreement with Local 434B.

C.    **Current Property Services Jurisdiction**

SEIU's Property Services Division includes janitors, security guards, employees of stadiums, arenas and convention centers, private higher education employees, subcontracted airport workers, and racetrack workers. The largest Property Services Division local union in California is Local 1877, which represents janitors, stadium and arena workers, convention center employees, subcontracted airport workers at all major California airports, grocery store cleaners, racetrack workers, residential building workers, cemetery workers, and employees in other allied industries. Local 24/7 represents security officers in Northern California. Local 265 represents cemetery workers and greens keepers. Locals 700, 715, and 535 also represent cemetery workers. Local 280, also called the Pari-Mutuel Employees Guild of California, represents pari-mutuel clerks throughout the state. As noted above, Locals 715, 790 and 2028 also represent small numbers of Property Services Division members.[9]

D.    **Private Hospital Workers Represented by Public Services Locals**

UHW, the product of a 2005 merger between former Locals 250 and 399, is a large local of 130,000 members with statewide jurisdiction for private sector healthcare workers in California. At the time of the merger, Local 250 had about 94,000 members, and Local 399 represented over 30,000 workers. Yet there are also several public sector locals that represent

---

9  In addition, Local 87 represents janitors in San Francisco. Local 87 was not formally included in this proceeding, but a Local 87 representative testified at the hearing on property services jurisdiction.

private sector hospital workers. Local 4988 represents wall-to-wall units at Catholic Healthcare West's ("CHW's") Mark Twain hospital in Calaveras County, and the Sutter Amador acute care facility in Amador County. Local 707 represents employees at the Sutter Santa Rosa hospital. Local 715 is the certified representative of employees at Stanford and Lucille Packard Hospitals. Local 2028 represents employees at Children's Hospital in San Diego. UHW is actually servicing employees in these facilities represented by Locals 707, 715, and 2028 pursuant to servicing agreements. Finally, Local 535 represents about 3,400 registered nurses, other professional units, and technical employees employed by Kaiser Permanente.

### E.    **Representation of District Hospital Workers**

District hospitals are run by the elected boards of special healthcare districts. UHW represents workers at eight district hospitals. Workers at three other district hospitals are represented by public sector Locals 817, 715, and 5000 (NAGE).[10]

### V.    **Organizing Programs and Results**

Despite the impressive growth in overall SEIU membership over the past decade, only a relative small percentage of that growth has been due to organizing wins. According to a submission from the Public Services Division, during the period 1998 through 2005, California public sector unions (include those representing state workers and school employees) organized just 75,161 new workers. This number includes 23,500 added in 2000 and 2004 by California

---

10   NAGE represents employees at Menifee district hospital in Riverside County.

Faculty Association, Local 1983, through an agency shop campaign and accretion of teacher aides. Among local unions whose focus is local government workers, the organizing wins for this period amounted to only 48,494 new members.

Many public sector locals are not contributing at all to our California growth, and those that are contributing are not winning at the pace needed to achieve union density in our priority services and geography. Our annual average growth per local union over the past 6 years is 368 workers. A disproportionate amount of that growth results from our current membership base: agency shop, residual and part-time worker victories. We are not organizing on pace in services that were formerly publicly-delivered and are now privately-delivered, publicly-funded such as mental health and developmental disabilities workers. Only two local unions have achieved a measure of union density in mental health services.

We are also not growing on pace in other Public Services Division priority services such as childcare. These privately-delivered, publicly-funded services are severely underfunded resulting in unreliable access and service quality and poverty level workforce wage and benefit standards.

Why are our growth numbers in the California public sector so anemic? It is true that many opportunities for growth lie in localities where existing local government local unions don't have sufficient resources to mount large-scale organizing drives. For example, the Public Services Division estimates that, in Tulare County, there are 1,800 workers, including residual public units, hospital district employees, child care centers and mental health workers, who could be organized immediately. This figure does not count an additional 1,000 developmental

17

disability community workers who could win the right to union representation in the near future given new political leadership in Sacramento. This fact further underscores the necessity to realign our jurisdiction to bring local union resources to bear in those localities of low union density.

But the geographic imbalance in our present local union structure does not fully explain the mediocre growth of our public sector local unions. Even in 2006, many public sector local unions are not "on program" with respect to SEIU's organizing mandates. For example, many of our public sector local unions are simply too small to be able to devote the resources required to fund full-time organizing directors. Thirteen of our California public sector locals represent less than 10,000 workers, and nine represent less than 6,000 public employees. The Public Services Division reports that eight local unions are not contributing to our growth goals due to lack of capacity and/or political will. To address this problem, some locals have banded together to jointly organize, in what amounts to a partial step toward consolidation. Specifically, Locals 707, 614, 1280, 1292 and 949 formed the Joint Organizing Partnership ("JOP") with Local 616. The JOP is led by Local 616's organizing director. Similarly, Local 4988 receives organizing services from Local 790 through their servicing agreement. But Locals 2028, 1997, 998, 700 and 817 do not have organizing directors.

Local 347 represents about 12,000 workers, yet it too lacks a full-time organizing director. According to the Public Services Division, the person listed as the organizing director is actually the local's fulltime political director. In addition, Local 347's organizing plan for 2006 does not comply with SEIU's organizing mandate. The Division reports that the three staff listed as organizers are actually representatives. The Division explains that, in 2005, the local

18

assigned responsibility for its organizing program to its General Counsel in order to recruit a fulltime organizing director and staff and to develop a viable organizing program. The Division points out that this was not done, and that, as in 2006, the three staff listed as organizers in 2005 were actually representatives.

In addition, Local 347 continues to struggle with maintaining its membership base. The Division reports that, on April 24, 2006, the local informed its members employed by the City of Commerce that it was withdrawing from the ballot rather than face a decertification election challenge from the Commerce City Employees Association. Similarly, during the hearings, a decertification challenge to Local 347 in a large unit from a public safety union affiliated with an AFL-CIO union was only averted after the local called on the International Union for assistance. The Division reports that there are 119 independently-represented cities in Los Angeles and Orange counties employing over 5,000 employees for which Local 347 has no organizing plan or dedicated resources.

Our organizing shortfalls extend beyond the Public Services Division. The goal of Health Systems Division is to build a strong national union to change the lives of RNs and hospital workers, to hold hospitals accountable to workers, patients, the underserved, and communities, to improve the quality of care delivered, and to win health care for all. Assistant Research Director Campbell testified that the biggest challenge to achieving these goals is the current low union density in the industry. Tr. 1898-1908.

Brother Campbell submitted data showing the job we have before us in the private hospital sector in California. Statewide, fully 78% of hospital beds are in private facilities, and of these, 39% are in totally non-union facilities. In the markets identified as growth markets by

19

the Health Systems Division, significant percentages of non-union facilities exist. In the Fresno

County market, private hospitals make up 95% of hospital beds, and 52% of those beds are in

non-union facilities. There is also a non-union district hospital in Fresno County. In Orange

County, 93% of hospital beds are in private hospitals, of which 73% are in facilities where no

union is present. In San Diego County, private sector hospitals have 65% of the total hospital

beds in the county, and 33% of those beds are in non-union hospitals. In addition, 52% of the

district hospital beds are in non-union facilities in San Diego County. In Riverside County, 68%

of the hospital beds are in private sector hospitals, of which 35% are in non-union facilities. And

in San Bernardino County, private acute care facilities make up 84% of the hospital beds in the

county, with 59% of them located in non-union hospitals. In addition 175 of the 199 district

hospital beds in that county are in non-union facilities.

Based in part on the above data, the Health Systems Division estimates that there are

approximately 100,000 unorganized hospital and related workers in Southern California. The

Division's plans call for organizing more than 40,000 private and healthcare district healthcare

workers in California over the next four years. These are mostly professional and technical

workers. The Division is targeting district hospitals, private profit and private non-profit

hospitals in markets in Fresno, Orange, Riverside, San Bernardino and San Diego counties. For

2006, the Division's plans call for organizing 6,000 workers in private sector and district hospital

targets in California. These include workers in hospitals and related facilities in the Kaiser,

CHW, Tenet and Sutter chains and district hospitals where some of the workers are already in

unions.

UHW is the key to the Health Systems Division's organizing plans. UHW is the only local union with jurisdiction to organize private sector healthcare workers in California. And although it currently shares jurisdiction for district hospital workers with public sector unions, UHW represents employees seven district hospitals, far more than any other SEIU local union. Yet, UHW has also failed to keep pace. Since the 2005 merger of 250 with 399, UHW has only organized about 2200 hospital workers. It is plain that UHW has much further to go in organizing its current jurisdiction.

## VI.    Discussion and Recommendations

It is stating the obvious to say that the current patchwork of SEIU local union jurisdiction in California is not designed to maximize local union strength through uniting workers by industry in the most relevant geography. Rather, the current jurisdictional patterns are in large part an outgrowth of piecemeal affiliations, mergers, and special arrangements that do not reflect the current needs of SEIU members to win significant improvement in standards, preserve gains previously won, and grow the union in areas of low union density. We emphasize that such growth in not growth for growth's sake; it is vital if we are to retain the standards we have won in areas of higher union density. We simply cannot be islands of strength in a sea of weakness; we must improve standards throughout the state so that employers cannot use lower standards in the unorganized areas of the state to attack wages and benefits in the locations where we are a significant presence. And as the testimony established, we must increase out statewide clout to promote a progressive agenda and to head off efforts to block that agenda through initiatives such as Proposition 75, which we only managed to defeat by a narrow margin. As pointed out by

21

Brother Johnston, SEIU devoted substantial resources to that campaign to just to maintain the status quo. To accomplish this, we must project our strength into the eastern part of the state, where political power is migrating in step with population growth. We must also take a hard look at what the relevant geography is for each industry division, and be prepared to match our structure to that geography, irrespective of the current jurisdictional hodgepodge.

In addition, we need to take stock of the inability of many locals in their current configuration to adhere to the organizing mandates of SEIU. We think that it will take new internal structures and locals of larger size to establish properly-resourced organizing programs geared to the 21st century. Our outdated structure in California has not produced the kind of organizing results we will need to have across the state if we are to keep standards high, grow the union, and win for our members. These principles underlie our recommendations for jurisdictional realignment in California.

The imperative of creating new local organizations that are not only self-sustaining, but that can devote resources to organizes in the growth areas, also flows from the current practice, of divisions subsidizing local organizing work. Notwithstanding the United Strategy for Strength resolution adopted by the 2004 Convention, the Public Services, Property Services, and Long-Term Care Divisions are currently subsidizing organizing campaigns in California. This needs to change if we are serious about our commitment to commit resources to unionize the "red" states.

We emphasize that our California locals are already no strangers to consolidation and realignment. As detailed above, many of the local unions involved in these proceedings are themselves the products of earlier consolidations. We are recommending an intensification of

22

that process to permit SEIU to exercise the maximum leverage possible on behalf of our California members.

Because the thorniest issues we address relate to the appropriate jurisdiction for healthcare workers, we turn preliminarily to the contention made by UHW that all healthcare workers, broadly defined to include public health workers and long-term care employees, should ultimately be placed in a single local union. We do not think that the record of healthcare to date demonstrates that this is necessarily the best approach for growth. We believe that the jury is still out on the question whether, in order to raise standards and build power for our members, we need to amalgamate all of the sectors of the broadly defined healthcare world into a single entity. This has not been our uniform structure for representing members in the different sectors of the healthcare industry, and, as a matter of fact, recent jurisdictional decisions have resulted in recommendations for different structures based on different density, geography, capacity, and growth possibilities in each case. For example, although in New York all healthcare workers are in one local, it is not as a result of International Union jurisdictional decisions, but rather through voluntary mergers, except for interns and residents who are still in a separate local. Jurisdictional decisions in Illinois and Washington have resulted in sectoral structures, and there are sector-based locals in Oregon, Wisconsin, and Pennsylvania.

## A.    Jurisdiction for Local Government Employees

### 1.    Proposals for Geographic Reorganization

By memorandum dated March 17, 2006, prior to the opening of substantive hearings in this matter, the International Union circulated a concept for reorganizing public sector

23

jurisdiction in California for local government workers. Ex. 10. The proposal covered public sector locals except Locals 99, 1000, 2579, 1983, and a future childcare local contemplated to be jointly affiliated with AFSCME. The key element of the International Union's proposal was a map of the state with four regions designated by ovals running from north to south. The ovals, often referred to during the hearings as "eggs" due to their shape, represented four regional public sector local unions that the International Union proposed be established in lieu of the existing arrangement of 19 separate local unions. The map was more of a framework than a precise blueprint; the four regions were generally delineated, but at the periphery of each oval there was some ambiguity. Two counties, San Francisco and Alpine, did not appear to fall within any of the regions, while counties at the borders of the proposed new locals, such as San Joaquin, Kern, and Riverside, appeared in two ovals. For purposes of this decision, we refer to the four proposed regional locals as the Northern, North Central, South Central, and Southern regional public sector locals.

Local representatives who testified at the hearings generally recognized the need to consolidate small local unions and reorganize public sector jurisdiction along regional lines, although there were different views expressed about the precise makeup of regional configurations. Locals 2028, 660, 1997, and 715 explicitly or implicitly supported the four-local model proposed by the International Union. Local 620 proposed a fifth local to be comprised of three coastal counties (Santa Barbara, Ventura and San Luis Obispo) plus five Central Valley counties (Tulare, Kings, Kern, Inyo and Mono). Local 700 endorsed this proposal, but added a ninth county, Fresno, in a post-hearing submission. At the hearing itself, Local 700 proposed an alternative Central Valley local consisting of Kern, Kings, Tulare, Fresno, Madera, Mariposa,

24

Merced, Stanislaus, and possibly also San Joaquin. In addition, Local 700's Executive Director,

Ward Wollesen, testified that Inyo and Mono counties, on the eastern side of the Sierra Nevada

range, would logically fit with Local 700's jurisdiction. Brother Wollesen stated the local's

preference to be in a local representing other Central Valley counties rather than a local

headquartered in Los Angeles or San Francisco.

Local 715 (Santa Clara and San Mateo counties) urged that San Joaquin County be placed

in the North Central regional local, while Local 790 presented testimony from San Joaquin

County members who desired to remain with Local 790. Local 817 (Monterey and San Benito

counties) came out in favor of a single statewide local union for public sector workers, to be

achieved in phases. Under Local 817's proposal, there would be an initial consolidation of

public sector local unions into two regional locals, one in the north and one in the south. The

northern boundaries of San Luis Obispo, Kern, and San Bernardino counties would be the

dividing line between these two proposed locals. According to the proposal, presented by Local

817 Executive Director John Vellardita, these two locals would then be merged within five to

seven years to form a single statewide public sector local. Local 949 (Marin County) proposed a

Northern California provisional local covering the jurisdictions currently exercised by Locals

790, 616, 707, 1280, 614, 4988, and 1292. According to Local 949 Executive Director Kris

Organ, this Northern California provisional local would encompass San Francisco, Alameda, San

Joaquin, Calaveras, Tuolumne, Mono, and all counties north of those counties.

Locals 535 and 616 proposed three public sector locals. Local 535 Executive Director

Damita Davis-Howard's description of the proposed Northern California provisional local was

similar to Local 949's proposal, and included the members serviced out of Local 535's Oakland

25

and Sacramento offices, including the State Bar (a statewide employer), San Andreas Regional

Center (located in the South Bay), and Valley Mountain Regional Center (located in multiple

counties including San Joaquin and Stanislaus), as well as Local 535 members serviced out of

Local 535's San Jose offices that are located in Alameda County and north of San Mateo County.

Sister Davis-Howard further testified that the Central California local include all of the

jurisdictions currently represented by Locals 415 (Santa Cruz County), 700 (Kern, Tulare and

Kings counties), 715 (Santa Clara and San Mateo counties), 817 (Monterey and San Benito

counties), plus all Local 535 members serviced out of its San Jose office, with the exceptions of

members working in Alameda County and north of San Mateo County and the regional center

employees she listed as part of the Northern California local. Local 535's proposed Southern

California public sector local would include all of the jurisdictions currently represented by

Locals 347, 620, 660, 998, 1997, 2028, and all Local 535 members serviced out of Local 535's

Pasadena, San Diego, and Santa Barbara offices. This would include the counties of Los

Angeles, Ventura, Santa Barbara, San Luis Obispo, Riverside, Orange, San Diego, Imperial, and

San Bernardino. Local 2028 Executive Director Ben Monterroso, while supporting the 4-egg

concept, testified that Orange County should be added to the jurisdiction of the southernmost

local.

Only one local, Local 347, opposed fundamental changes to its current structure.

Representatives of Local 347, which represents about 12,000 municipal employees employed by

the City of Los Angeles and other cities in Los Angeles and Orange counties, took the position

that city workers have unique issues and interests and that city and county workers should not be

in the same local union.

26

Locals urged that various principles be adhered to in the course of our consideration of the public sector jurisdictional questions. Local 535 presented a comprehensive list of eight additional recommendations to guide SEIU during any reorganization. These were: the creation of new local unions rather than the merger of locals into existing local unions; the creation of an advisory body to assist with transition and implementation issues; ensuring operational continuity; creation of industry councils; restructuring of other SEIU bodies that support public sector locals in California; providing full employment for staff; allowing all members to vote on the hearing officers' recommendations; and preservation of the history and culture of the current public sector locals. Ex. 12. In addition, at the hearing, Sister Davis-Howard urged that, in consolidating existing local unions to create new entities, existing locals be moved in their entirety into the new locals, rather than being divided up and assigned to different regional locals. Tr. 130, 134-35.

Many of the suggestions of Local 535 were echoed by other locals. In particular, locals and members emphasized the need for members to vote on the reorganization plan, the importance of maintaining staff and offices in local communities where existing local unions maintain a presence, the necessity of honoring staff contracts, the benefits of establishing new ("provisional") local unions instead of merging locals into existing unions, and the importance of creating a member advisory committee charged with laying out democratic governance structures, dealing with dues, staffing and office location issues, and establishing statewide industry councils to bring together SEIU members doing similar work across regional locals.

27

## 2.    Proposals for Public Healthcare Workers Jurisdiction

One focus of the hearings was the question whether jurisdiction for employees in public healthcare facilities should go to public sector locals or to UHW. By "public healthcare workers" we mean employees of public hospitals, public nursing homes, and related facilities, including healthcare workers in clinics, prisons and health departments.

UHW President Sal Rosselli and other UHW representatives and members testified that, in general, public hospital workers belong in a local union focused on healthcare. Tr. 1938-78. Brother Rosselli stated that the common healthcare industry was more important than the common employer. UHW argued that hospitals form a distinct sector, with common legal requirements, managed care contracts, technology and clinical practices. UHW stressed that the care delivered and the work performed are the same in privately run hospitals as in public hospitals. UHW emphasized that, compared with other public employees, hospital workers are distinguished by the requirement for advanced education, licensing, certification and continuing education, the highly regulated environment in which they operate, exposure to toxic substances, infectious diseases, and higher rates of injuries, unique scheduling issues and unique staffing issues.

UHW noted that the counties' portion of funding was relatively small, ranging from 21.9% in San Francisco to 2.6% in San Joaquin County. UHW made the point that public sector healthcare workers identified themselves as healthcare workers first, and county workers second. Brother Rosselli pledged to bring the same high standards UHW has won for private sector hospital workers at systems like Kaiser to public hospital workers. UHW noted that many healthcare job classifications were common across the public and private sectors. UHW

28

representatives argued that UHW's knowledge of the healthcare industry and workplace issues common to all healthcare workers would be at the service of public hospital workers if they were in the same union – UHW.

While stating its general position that public hospital workers belong in UHW's jurisdiction, UHW also acknowledged that a county-by-county analysis was warranted, with the yardstick being a determination of which local could most effectively represent the interests of public healthcare members. Brother Rosselli testified that, because public healthcare workers form a substantial portion of the membership of Local 660, and because Local 660 has done an excellent job in winning high standards for its public hospital members, Local 660 should retain jurisdiction for its public hospital members. In a post-hearing submission, Brother Rosselli requested that UHW be granted jurisdiction for public hospital workers in Alameda, San Francisco, and Monterey Counties. He argued for a case-by-case approach with respect to jurisdiction for SEIU members employed by public hospitals in other counties, and for employees of all public hospitals in which SEIU currently does not have membership, including all hospitals affiliated with the University of California, in the event that AFSMCE transfers those members to SEIU at some point in the future.

Brother Vellardita, on behalf of Local 817, testified in support of UHW's position. He stated that Local 817 was not as well positioned as UHW is to win higher standards for workers at the public hospital in Monterey County. Brother Vellardita testified that Local 817 lacked the knowledge of the industry that UHW has acquired through its representation of private sector hospital workers. He emphasized that medical economics trumps the single employer – single

29

union approach because relationships with county officials cannot ultimately overcome the dictates of the healthcare industry market.

For its part, the Public Services Division took the position that public sector local unions should have jurisdiction for public healthcare workers. Tr. 1908-20. Assistant Division Director Tanner testified that placement of public hospital workers in public sector unions would promote industry strength, because public health workers and other public workers in the same community share the same employer, and community strength, because public health members work shoulder to shoulder with other public services workers to build safe and healthy communities. Brother Tanner pointed out that healthcare workers represent a substantial portion of the membership of public locals. He asserted that health services are just one of many types of services provided by county workers, including social services, public safety, property services, and transportation, none of which ought to be removed from the jurisdiction of public sector locals. He stressed that, because the county is the single employer for public healthcare workers and other employees of the county, placing these members in the public sector local is the only way to uphold the principles of "One Employer – One Union" and "Speaking with One Voice." Brother Tanner emphasized that major benefits for all county workers, including health insurance, pension, retiree medical, and vacation, tend to be the same for all workers, with the exception of public safety employees. He also stated that public sector locals will have the capacity and experience to carry out the political work at the state and federal levels that impact county government expenditures on public health needs.

The Public Services Division presentation also pointed out the practical difficulties of attempting to split off representation of public health workers from other county workers.

30

Brother Tanner explained that bargaining units for all but one county are cross-departmental. He remarked that, in unit determination decisions, the largest possible bargaining units are favored, with the goal of avoiding fragmentation and the proliferation of smaller bargaining units. Josie Mooney, Local 790's Executive Director, and other representatives and members of Local 790, echoed this proposition. Sister Mooney presented evidence that 33 job classifications in the San Francisco Department of Public Health were located in other City of San Francisco departments. Tr. 2077-78. She noted in particular Clerks, Transcriber Typists, Account Clerks, Health Care Billing Clerks, and Senior Telephone Operators, all of whom are covered by the same contract and are in the same bargaining unit whether inside or outside of the Department of Public Health (Ex. 53).

Similar testimony was given by Kristy Sermersheim, Executive Secretary of Local 715, Brother Wollesen on behalf of Local 700, Mark Kisselburg, an executive board member of Local 1997, and Annelle Grajeda and Steve Matthews, General Manager and Director of Health Operations, respectively, of Local 660. Tr. 1929-38, 2013-34, 2092-2100. Brother Matthews testified that Los Angeles County's workforce is highly integrated with many classifications of workers working in many different county departments, including the Department of Health Services ("DHS"). For example, according to Local 660, 20 of 22 Los Angeles County departments (including DHS) employ intermediate clerks, and 16 departments (also including DHS) have Warehouse Worker Aids. Nurses work in eight county departments in addition to DHS. The collective bargaining units and contracts covering these common job classifications span departmental lines. Local 660's official positions was that public healthcare units belong in public sector unions (Ex. 54).

31

Moreover, Brothers Wollesen and Kisselburg pointed out that it was unlikely that the union could unilaterally remove healthcare workers from common bargaining units with other county workers. They stressed that the counties had an interest in the makeup of the bargaining units and were unlikely to agree to the removal of these workers from the broader county units. Grace Corse, a Registered Nurse and chair of the combined Los Angeles County RN bargaining units for Local 660, testified that nurses identified with their fellow county employees and did not wish to be divided from them in a separate local union. Tr. 2039-41. She asserted that RNs benefited from the public sector locals' fight for safe staffing levels. Other health care members of Local 660 and 790 gave similar testimony. Sister Grajeda emphasized that health care members contribute greatly to the local membership as a whole, and also benefit from their unity with other county workers in the local. Brother Wollesen pointed out that the goal of creating larger, effective regional public sector locals would be undermined by removing public health workers, such as those who work for Kern Medical Center, from the public sector locals. He added that public health workers' pay and benefits are protected by the fact that they are currently inextricably linked to the pay and benefits for workers countywide.

Further, Sisters Davis-Howard, Mooney and Fran Jefferson, Executive Director of Local 616, testified that at Alameda County Medical Center, Laguna Honda Hospital, and San Francisco General Hospital, where multiple SEIU local unions represent employees of the same employer, relationships among the local unions have been difficult, and bargaining coordination has not always gone smoothly. Tr. 2084-86. Sister Mooney described two occasion on which Local 790 and UHW took opposite positions on issues being discussed with the San Francisco Department of Public Health. Sister Davis-Howard noted that, frequently, the locals were

32

obliged to call in assistance from the International Union to referee disputes among the locals during contract negotiations. Tr. 2001.

The Public Services Division also contended that public health systems constitute a separate sector, as evidenced by the fact that public hospitals have their own association, called the California Association of Public Hospitals, which is separate from the association for private hospitals. Along these same lines, the Division stressed that public health systems have a fundamentally different mission than do their private sector counterparts: to provide indigent care and psychiatric emergency care, and to serve the entire community, irrespective of ability to pay. For instance, Brother Tanner testified that public hospitals provide 85% of the indigent care in counties where they operate and serve a patient population that is 76% people of color, despite the fact the public hospitals make up only six percent of California hospitals.

### 3.    Proposals for District Hospital Jurisdiction

Another issue to be resolved in this proceeding is jurisdiction for district hospital employees. Healthcare districts were created after World War II in California to address the problem of a shortage of hospital beds in the state. Healthcare districts are governed by elected boards. Most health care districts in California are purely public. Some have a two-board, district-private structure. In one or more of these cases the public board retains majority control of the private board. A minority of the district hospitals are affiliated with chains or managed by management companies. Examples of this are Oak Valley Hospital, managed by the Catholic Healthcare West chain, and Marin General Hospital, managed by the Sutter hospital chain.

33

District hospitals serve as safety net providers, including significant care for uninsured and underinsured residents. Healthcare districts are the chief source of inpatient, outpatient and emergency care to rural residents and residents in agricultural, fishing, mining and timber areas. There are 47 district hospitals, of which 31 are rural. Fifteen districts have hospitals operated by private companies. Eighteen districts provide health services but do not operate hospitals.

Some district hospitals have changed their governance from public to private. However, recent conversions in control of district hospitals have been from private to public. Examples are the creation of a healthcare district to rescue Alameda Hospital,[11] the leasing of Doctors' Hospital Pinole to the West Contra Costa healthcare district, and the switch in control of Palo Verde Hospital in Blythe from LifePoint Hospitals to the Palo Verde healthcare district.

County governments play an indirect role in the operations of healthcare districts and their hospitals. Counties approve the formation of the healthcare districts and appoint the first district board. County treasurers may act as the district treasurers and assess, collect and distribute property taxes to the districts. However, the districts have their own bonding and taxing authority to finance both operations and capital. Under California law, district hospital workers are considered public sector employees. They are covered by the Meyers-Milias Brown Act, the collective bargaining law for local government workers, and participate in public pension systems.

Healthcare districts are one type of special district, but there are others. Examples of other types of special districts are sanitary districts, water districts, recreation and park districts,

---

11 It was explained at the hearing that Alameda County Medical Center has a unique governance structure that does not precisely fit the district hospital or public hospital models.

and community services districts. Public services locals represent workers at 68 special districts (not including education). Public services locals organized 11 new special districts in the past five years. There are approximately 4,300 healthcare district workers unorganized in SEIU targeted counties in California.

UHW and Local 817 argued that UHW should have jurisdiction for district hospitals. UHW emphasized that district hospitals, although nominally public, behave more like private sector hospitals and are beyond the control of local government officials. Brother Vellardita added that Local 817 did not have the expertise in representing health care workers to win the highest standards for members at the district hospital it has organized (Hazel Hawkins Hospital), and asserted that UHW would be better placed to represent those members.

The Health Systems Division did not directly address the jurisdiction issue concerning district hospitals. However, as discussed above, the Division's presentation made clear that the Division included the organization of district hospitals as part of its plan to organize the healthcare industry in California.

The Public Services Division, Local 715, and Local 1997 urged us to recommend that public sector locals be given jurisdiction for district hospitals. Sister Sermersheim stressed that public sector entities like district hospitals belong in public sector unions. In urging that public sector locals have jurisdiction for district hospitals, Brother Tanner underscored the difference between district and private hospitals in terms of mission, payer mix, and governance, and likened healthcare districts to other special districts whose employees are represented by SEIU local unions.

35

### 4.    Proposals for Southern California Education Jurisdiction

Local 99 Deputy Trustee Bill Lloyd requested that Local 99 be granted jurisdiction for education employees in the same geographical area as that covered by the South Central regional public sector local union. In a post-hearing submission, Brother Lloyd argued that the education employers form a separate sector of public employees that justifies a separate local union. Brother Lloyd stressed that Local 99 represents the lion's share of school employees in Southern California. He asserted that, with over 30,000 members, Local 99 has sufficient size to be an effective local union with adequate resources to organize more education employees and lift standards for those already represented. Brother Lloyd pointed out that, in addition to an anticipated agency shop campaign that should add 10,000 Los Angeles Unified School District ("LAUSD") Unit G workers to the ranks of fee payers or members, Local 99 is targeting LAUSD community representatives, and will focus on early education employees and workers in public and private charter schools. Brother Lloyd noted that a June ballot proposition, if passed, will make preschool available for all 4-year olds in California, and would result in thousands of new SEIU Local 99 members filling jobs that will be created by this initiative.

Brother Lloyd stressed that, unlike other local government employees, school employees are not covered by the Meyers-Millias-Brown Act. Instead, school employees are subject to the provisions of the Education Code and the Educational Employment Relations Act of 1976, which established collective bargaining in California's public schools and community colleges. He noted as well the unique set of players that shape policy and funding in the educations arena, including the California Teachers Association and the California School Employees Association.

36

### 5.    Recommendations for Local Government Jurisdiction

#### a.    General Principles

The current fragmentation of local government jurisdiction and representation is simply inadequate to meet the needs of SEIU members in the 21st Century. We must be bold and recognize the need to change ourselves and our union if we expect to stay ahead of the curve as government and industry change all around us. Our 600,000 California members should provide us with greater clout in improving their lives than we have thus far been able to bring to bear on the employers and political bodies with whom we must deal. At the outset of this discussion of public sector jurisdiction, we state an overriding principle: we need larger, stronger local unions in the public sector that can focus on growing the worker voice for workers within the jurisdiction of the Public Services Division, including the 100,000 developmental disabilities workers and 40,000 mental health workers in California. These new local unions are also needed to grow our traditional public worker presence in cities and counties in the conservative, fastest-growing areas of the state. In short, we are convinced that the time for significant change is now.

Accordingly, we recommend the creation of four new local unions with jurisdiction for local government employees. We find the proposal to combine 19 local unions representing public sector employees into one or two local unions to be overly ambitious as a first step. The melding of 19 different local union cultures, personnel, collective bargaining responsibilities, and political orientations into four local unions will be a major undertaking. As Bill Steck, Executive Director of Local 707, stated, we must be careful to do the job right. It may be that, at some point in the future, it will make sense to further consolidate our California public sector locals

37

into two or even one local union. For now, however, we recommend adopted of the "four egg" approach.

In this connection, we note that Locals 535 and 620 questioned the viability of a San Diego based local. Tr. 132-33, 189. It is true that a San Diego public sector local, even with the Local 535 members and jurisdiction in Imperial County, might not have the size and therefore the resources necessary to assure rapid expansion into the northern and eastern portions of the two-county area. However, given that San Diego is the second largest city in California, and that Imperial County is slated for growth, we think that, as of now, the prospect of a Southern public sector local based in San Diego and with jurisdiction in Imperial County is worth pursuing. As indicated below, however, we also recommend that this jurisdictional arrangement, like the others we recommend today, be revisited in the future so that a determination may be made whether these new regional public sector locals are organizing, growing, and engaging in political action at the high level we expect.

We agree with the suggestion of Brother Steck and Sister Davis-Howard to create what they each termed "provisional locals." By this we understand them to mean that new public sector unions should be chartered, as opposed to merging existing local unions into other existing locals. We agree that this will enhance the prospects for cooperation from all members and leaders of existing locals, and will provide a real opportunity for a fresh start in terms of developing local union structures that will meet the needs of our California members now and in the future for strong, resource-rich, democratic unions with expansive reaches into all parts of California.

38

Whether or not the creation of four regional locals leads to further consolidation along the lines proposed by Local 817, we think these new locals should closely cooperate with each other and share operations where possible. For example, the new locals may be able to realize economies of scale and improve efficient delivery of member services by jointly carrying out "back office" administrative or representational functions.

From what we have said thus far it should be clear that we do not think a stand-alone municipal workers local union such as that urged by Local 347 makes sense. Our experience in virtually every public sector union in California is that city workers and county workers are together in the same local unions, and that each group gives strength to the other. For example, Local 715 represents over 1,500 municipal workers and nearly 11,000 county workers, and Local 620 represents about 1,200 municipal workers and over 2,200 county workers. Representatives of public locals emphasized the benefits of combining the strength of municipal and county employees. Matthew Nathanson, Acting President of Local 415, testified that there are many similarities in job classifications between city and county workers. Tr. 682. He also noted that the person "who is on the City Council may be the person who is on the Board of Supervisors tomorrow."

Moreover, Local 347's own experience demonstrates that it has grown in part by merging formerly independent associations into the local union. These independent associations are far smaller than Local 347, but nevertheless decided that they could unite their strength with other public workers in a much larger organization and still retain a degree of local control. There is no reason why the same cannot be true of Local 347 itself, which will be far larger in proportion to the new South Central regional local union than the independent associations were when

39

compared with Local 347 at the time they merged into Local 347. In addition, if our recommendations are adopted, Local 347, like other public sector locals, will have a seat at the table in drawing up the structure of the new regional locals.

If our recommendations are adopted, all existing SEIU public sector local unions in California except Locals 99, 1000, 1983, 2579, and the new SEIU-AFSCME joint childcare local union, will be consolidated into new local unions. This consolidation will include a substantial portion of the members of Locals 347, 415, 535, 614, 616, 620, 700, 715, 790, 817, 949, 998, 1280, 1292, 1997, 2028, and 4988. We agree with Sister Davis-Howard that it is vital to preserve in permanent form the proud history, achievements, cultures and traditions of these SEIU local unions. Accordingly, we recommend that the International Union establish a suitable archive or similar facility whose purpose will be to memorialize this history for the benefit of current and future SEIU members and activists.

### b. Geographic Jurisdiction

With respect to the contested questions of geographic boundaries for the new locals, we recommend as follows. Jurisdiction for San Joaquin County should be awarded to the Northern regional local union. Although that county is sometimes considered a part of the Central Valley, San Joaquin County employees are currently represented by Local 790, and to move them to the North Central local would split the public sector workers currently represented by Local 790 into two regional local unions, because the bulk of the Local 790 membership will go into the Northern local union.

40

Similarly, we do not think it makes sense for Kern County to be placed in the South Central local union. To do so would divide the members currently represented by Local 700 into two regional local unions, given that Kings and Tulare counties are placed in the North Central local union. Moreover, Brother Wollesen and Chuck Waide, Local 700's Supervisor of Field Services, made a convincing case that SEIU's Kern County members have much more in common with the Central Valley counties to the north than they do with the Los Angeles basin to the south. Tr. 489-91, 504-06. Besides being geographically separated from Los Angeles by the Tehachapi range, Kern County and its workers share a common culture and political orientation with Central Valley counties like Tulare and Kings.

We also do not recommend splitting up the Tri-County area identified by Walt Hamilton, Executive Director of Local 620, and Sister Davis-Howard. The Tri-County area consists of Ventura, Santa Barbara, and San Luis Obispo counties. Tr. 134, 187. Brother Hamilton testified that there is a historical tie among these counties. The central labor council covering these counties is known as the Tri-County Central Labor Council. There are also close ties between this area and Los Angeles. Los Angeles-based Local 99 has assisted Local 998, the Ventura public local, with school district bargaining. Tr. 316. Local 998's IHSS providers are being serviced by Local 434B, also headquartered in Los Angeles, and have recently voted to join that local. In addition, Local 660, another Los Angeles-based union, assisted Local 998 by training organizers and assisting with collective bargaining. Tr. 344. On the other hand, we do not perceive a strong connection between Santa Barbara and the Central Valley counties. These are some of the factors that lead us to conclude that the coastal Tri-County area is more appropriately placed in the South Central regional local.

41

In addition, we are convinced that the South Central regional local should have jurisdiction for Orange County. Orange County forms an essentially unbroken greater metropolitan area with much of Los Angeles County. Except for a small strip to the south, it is surrounded by jurisdictions that will be in the South Central local (Los Angeles, San Bernardino and Riverside counties). Locals 347 and 660, both based in Los Angeles, already represent workers in Orange County. Former Orange County Local 787 merged into Local 660 and became Chapter 787 of Local 660, with an office in the county. Tr. 344. By contrast, Local 2028, which is seeking jurisdiction for Orange County, does not represent workers in the county and has no offices there.

Finally, we recommend that Regional Center employees be assigned to the regional public local where the employees work. The particular statewide concerns of these employees can be the subject of an industry council uniting similar workers across regional lines.

We therefore recommend the following geographic jurisdiction for these four local government local unions, together with the recommended mergers of public sector workers in existing locals into each new regional entity, as detailed below. The names we use here for the new locals are for purposes of this report only and we are not recommending that the IEB adopt these particular designations.

**Northern Regional Public Sector Local:** Jurisdiction for public sector workers in the counties of Del Norte, Siskiyou, Modoc, Humboldt, Trinity, Shasta, Lassen, Mendocino, Tehama, Plumas, Glenn, Butte, Sierra, Lake, Colusa, Sutter, Yuba, Nevada, Sonoma, Napa, Yolo, Sacramento, Placer, El Dorado, Amador, Marin, Solano, San Francisco, Contra Costa, Alameda, San Joaquin, and Calaveras. We recommend the merger into this new local of the

public sector units, excluding IHSS workers, of Locals 535 (Northern workers only), 614, 616, 707, 790, 949, 1280, 1292, and 4988. In addition, public employees represented by UHW and Local 790 who work for San Francisco International Airport should be merged into the Northern regional local.

**North Central Regional Public Sector Local :** Jurisdiction for public sector workers in the counties of San Mateo, Santa Cruz, Santa Clara, Santislaus, Alpine, Tuolumne, Mono, Monterey, San Benito, Merced, Mariposa, Madera, Fresno, Kings, Tulare, Inyo, and Kern. We recommend the merger into this new local of the public sector units, excluding those in district hospitals, of Locals 415 (also excluding IHSS workers), 535 (North Central workers only), 700, 715 (including IHSS workers), and 817 (also excluding IHSS workers).

**South Central Regional Public Sector Local:** Jurisdiction for public sector workers in the counties of San Luis Obispo, Santa Barbara, Ventura, Los Angeles, San Bernardino, Riverside, and Orange. We recommend the merger into this new local of the public sector units of Locals 347, 535 (South Central workers only), 620, 660 (excluding Los Angeles Office of Education employees), 998, and 1997 (excluding district hospital workers).

**Southern Regional Public Sector Local:** Jurisdiction for public sector workers in the counties of San Diego and Imperial. We recommend the merger into this new local of the public sector units of Locals 535 (Southern workers only) and 2028.

Many public sector locals and members voiced their desires for a process to allow member and leader input concerning the structure of the regional locals. We agree with these concerns, and accordingly we recommend that the International President appoint a broad-based member advisory committee on the public sector reorganization. The committee should be

43

charged with developing a proposed structure for the regional public local unions, as well as proposed industry councils that would operate across regional lines. The committee should develop a plan for transitional continuity and governance. The committee's work should be driven by the following set of core principles:

- Regional locals should have similar structures

- Structure must facilitate growth

- Structure should dramatically increase member participation

- Structure should enable the delivery of enhanced member services

- Implementation plan should provide for new leader and staff development

We recommend that the committee's work be concluded no later than six months and that a plan be submitted to the undersigned hearing officers for review and approval prior to submission to the International President by the end of 2006.

### c.    Jurisdiction for Public Healthcare Workers

We further recommend that the new regional public sector local unions have jurisdiction for public healthcare employees, including public hospital workers and public nursing home workers. We are not persuaded that it makes sense to divide workers of a single employer into multiple local unions. Such a course would run counter to the principle we have adhered to in countless jurisdictional matters of uniting workers of a single employer in a single union to build power for our members and to enable us to speak with one voice. The mixed results we have had in San Francisco and Alameda County with multiple unions representing employees of a single public employer further suggests that we need to try another approach. By eliminating

fragmented local union representation of employees of the same employer, we will be able to speak with one voice on behalf of our members at these facilities.

We are not convinced that stripping out public healthcare workers from multi-department county-wide bargaining units is achievable, practicable or desirable. In fact, legal and administrative constraints on fragmentation of bargaining units could make this a risky maneuver without clear benefits to the members.

We recognize the special mission of the public health sector. We think that the public sector regional unions will be in the best position to deal with county employers on the issues facing county public health workers. Many of these issues cut across departmental lines and affect other county workers as well. We want to see a structure that permits public health care workers to fully benefit from efforts made on behalf of other county workers, and also to make their own contributions toward winning higher standards for their brothers and sisters in other departments of local government.

We are also mindful of the Herculean task the Health Systems Division has given UHW: organizing over 40,000 private sector and healthcare district employees into SEIU. Accomplishing this far-reaching goal will require tremendous resources, focus, and dedication from UHW, and falls squarely within its core jurisdiction. No other SEIU local union in California is attempting to nor has the capacity to organize private sector healthcare workers. We think that UHW needs to concentrate on this primary goal, and that our recommendation regarding jurisdiction will help it do just that.

If our recommendation is adopted, new regional public sector locals will exercise jurisdiction for public healthcare workers within their respective geographies. This includes

45

public healthcare workers currently represented by existing public sector local unions, and workers currently represented by UHW at San Francisco General Hospital, Alameda County Medical Center ("ACMC") (including the public acute and psychiatric hospital and clinics and public nursing home), and the Laguna Honda Hospital public nursing home. These units should be merged into the Northern regional public local. We suggest one exception to assignment of public health members to the regional public locals. UHW represents workers at Tuolumne General Hospital. No other SEIU local union represents workers at this hospital, and there was no testimony offered concerning this facility. The Public Services Division should gather information concerning Tuolumne to evaluate whether and how it fits in with the Division's strategic goals. For the present, these workers should remain in UHW, subject to later review.

#### d.    Public Sector Registered Nurses

Based on the testimony given by public sector registered nurses, we think RNs demonstrated a strong identification with the special, public mission of the public health care populations with whom they work, as well as an appreciation for the work of other healthcare workers and an understanding of the significant role registered nurses can play in a unified healthcare local union. We recommend that the new regional public sector locals have jurisdiction for the public sector registered nurses, just as current public sector local unions like Local 790 have jurisdiction for public sector registered nurses. We also recognize that RNs play a critical role in leading the public health care team. Accordingly, we make specific recommendations on RN structures both within and outside the new regional local unions.

46

We recommend that each regional local have dedicated staff to help coordinate and lead the nurse program work within the new public locals. Each regional local should also have a designated nurse leader with responsibility for overseeing the development and implementation of the nurse program within the local. We further recommend that each regional local representing RNs have proportional representation on the steering committee/leadership group of the Nurse Alliance of California. This will enable public sector RNs to have a strong voice in matters of legislation, policy, standards and bargaining that cut across regional lines. We think such representation will promote the RN identity within the public sector regional locals, including the occupational and professional issues of public sector RNs.

To ensure that public sector RNs have a significant role in the development of statewide initiatives of interest and benefit to the profession, we also recommend that two co-chairs of the Nurse Alliance of California be created, and that one co-chair be reserved for a representative of public sector RNs, and the other for a representative of private sector RNs. Due to the high density of public sector nurses in California and the critical role that California nurses play in leading on quality, patient care issues, we also recommend strengthening the public sector RN voice at the national level by adding an additional public sector RN representative to the national Nurse Alliance leadership group.

Further, we recommend that a representative of public sector registered nurses serve on the member advisory committee referenced below, so that registered nurses will have a role in the design of the regional public sector unions that will be created if our recommendations are approved.

        e.    **Ancillary Public Sector Jurisdiction**

47

In addition to their core jurisdictions, public sector local unions also represent employees of private sector employers, such as bookstores, contracted national park employees, and non-public airport workers (other than contracted airport workers and security personnel), that don't fall into any of the SEIU industry divisions. Locals 535 and 790 are examples of public local unions with such members. We recommend that the regional public sector unions retain jurisdiction for these ancillary units.

### 6.    Jurisdiction for Private Non-Profit Agency Employees

Consistent with our recommendation that the new regional public services local unions absorb the jurisdiction for public sector workers from existing public sector local unions, we also recommend that the new regional locals have jurisdiction for employees of publicly-funded private non-profit agencies. Such agencies are prevalent in the delivery of services to developmentally disabled and mental health clients. The new regional local unions should also have jurisdiction for privately-funded non-profit agencies that deliver social services, such as Planned Parenthood and the Red Cross.

### 7.    Jurisdiction for District Hospital Employees

The evidence regarding district hospitals demonstrated that they are a true hybrid. Although district hospitals are clearly public entities, they often behave like private sector hospitals. County government does play a role in the establishment and operation of district hospitals, but that role is limited. Some healthcare districts hire a private company or chain to manage the district hospital; other district hospitals are directly managed by elected boards. And

48

some even have a combination of public and private governance. To make matters even less clear, several hospitals have passed from private to public governance, or vice versa. District hospital workers confront many of the same challenges as other hospital workers, but this does not further the claims of either the public sector locals or UHW, because both represent, and will continue to represent, hospital workers.

We believe that the evidence does not warrant a blanket grant of jurisdiction to either public sector locals or UHW for organizing unorganized district hospitals. Instead, we recommend that UHW and the public sector locals share jurisdiction for the unorganized district hospitals, and that a case-by-case approach govern the award of specific organizing rights, with the right to organize a particular district hospital determined by division strategic growth goals in the area. We further recommend that proposals to organize particular district hospitals be submitted to the directors of both the Public Services Division and the Health Systems Division for approval. Any disagreement between the divisions regarding a grant of organizing rights with respect to a district hospital should be resolved by the International President.

Division strategic organizing imperatives are less significant with respect to El Camino district hospital in Santa Clara County and Hazel Hawkins district hospital in San Benito County, both district hospitals that have already been organized. While the case is a close one, we recommend that, on balance, the private-sector behavior of these two district hospitals argues for UHW to represent the members at El Camino and Hazel Hawkins, and that merger with UHW would strengthen the hand of these workers given their particular circumstances. As discussed above, workers at Alameda County Medical Center should be merged into the Northern regional public local.

49

### 8.    Jurisdiction for School Employees

We agree with Local 99 and Local 535 that Local 99 is large enough to be a self-sustaining local union focused on the education sector. In addition, we recommend that Local 99 be granted jurisdiction for all education employees in the same geographic area covered by the recommended South Central regional public sector local, namely, Los Angeles, Ventura, Santa Barbara, San Luis Obispo, San Bernardino, Riverside, and Orange counties.[12]

We think that the particular statutes and policies governing education in California make a separate schools local feasible in Southern California. By "education employees," we mean Head Start, K-12, county office of education, and community college employees. With one exception (noted below), all such employees represented by current public sector local unions in the counties listed above should be merged into Local 99 as soon as feasible. These include employees of the Santa Monica school district and the Los Angeles County Office of Education currently represented by Local 660, Pleasant Valley School District workers in Local 998, and Ventura Community College members represented by Local 535. Due to legal restrictions on school employees and supervisors being in the same certified union, jurisdiction for LAUSD school supervisors represented by Local 347 should be transferred to the new South Central regional public local.

---

12  In his post-hearing submission, Brother Lloyd requested jurisdiction for Kern County education employees. However, if our recommendations are adopted by the IEB, the South Central public local will not have jurisdiction for Kern County. Accordingly, Local 99 should not have jurisdiction for Kern County school employees. Rather, these employees should be in the jurisdiction of the North Central regional local.

### 9.    Jurisdiction for Employees of the State of California and the California State University System

In contrast to the multiplicity of local unions representing local government workers, only one SEIU local union, Local 1000, represents employees of the State of California. Accordingly, we have no occasion at this time to recommend any changes. We note that Local 1000 needs to adhere to the 20% organizing budget mandate set forth in the SEIU Constitution and Bylaws. In this connection, Local 1000 should submit an organizing plan to the Public Services Division for approval.

Local 1000 is an affiliate of the California State Employees Association ("CSEA") along with Local 2579, which represents classifications of non-faculty employees of the CSU system. The CSU system is governed by an independent Board of Trustees. Tr. 1119. At the hearing on CSU jurisdiction, Local 2579 President Pat Gantt requested jurisdiction for private sector employees of CSU foundations. Tr. 1115. Brother Gantt testified that there are nearly 35,000 employees working for 80 foundations throughout the CSU system. Half of the foundations are student-run, and those account for 7,500 employees. Fifteen hundred employees are performing work substantially similar to bargaining unit work being performed by CSU employees. Yet, only 70 foundation employees are currently represented.

We agree that it makes sense for Local 2579 to have jurisdiction for the CSU foundation employees, except for jurisdiction already granted to SWU, provided that Local 2579 develops and submits to the Public Services Division for approval a detailed plan for implementing the 20% organizing budget requirement. This plan should be submitted jointly by Local 2579 and

51

California Faculty Associates, Local 1983, the SEIU local union that represents CSU teaching faculty.

Both Local 1983 and Local 2579 represent CSU employees across the state. Some of the CSU campuses are far from urban centers. Accordingly, we recommend that these two CSU locals intensify their coordination and cooperation to the maximum extent possible. We recommend that, wherever possible, Locals 1983 and 2579 coordinate bargaining and share office space and staff. Ultimately, we think that these two locals, representing employees of the same employer, should voluntarily discuss maximizing coordination.

### B.        Jurisdiction for Long-Term Care Workers

####        1.        Proposals for Long-Term Care Reorganization

#####                a.        The Statewide Model

According to the testimony of Brothers Kieffer and Barton on behalf of the Long-Term Care Division, local elected leaders in the Division from across the country have concluded that long-term care is a distinct industry within healthcare uniquely dependent on state Medicaid programs for funding. Tr. 1121-36, 1979-91. Therefore, the Division believes that the most logical geographical model for organizing and collective bargaining strength in the Long-Term Care Division is a single statewide local union for long-term care workers in each state.

Brothers Kieffer and Barton stressed that it is important to concentrate members' political power at the state level because the state Medicaid program is the most important funding stream for long-term care workers. They added that uniting all employees of statewide and national nursing home chains and homecare entities is best done in a single statewide local union. The

52

Division representatives emphasized that large scale organizing and bargaining campaigns require large scale resources, and that overcoming wage and benefits variations within a state is best accomplished by unified statewide approaches.

Brothers Kieffer and Barton explained that, in California, there are 90,000 unorganized nursing home workers, 70,000 unorganized home health care workers, and 46,000 unorganized employees of assisted living facilities and comprehensive care campuses. Uniting these 206,000 long-term care workers into SEIU will require focus, concentration, resources, and speaking with one voice.

The Division presentation highlighted SEIU's organizing successes among long-term care workers. Over the last decade, long-term care representation in California grew from less than 10,000 members to almost 240,000.[13] Of these, Local 434B organized at least 107,000 and UHW organized at least 43,000. In 2005, SEIU organized 18,710 new long-term care workers in California. Local 434B organized 18,494 of those new members, and UHW organized 292. In 2005, Local 434B and the Division devoted considerable resources to achieve that result. Future organizing is tied to the private sector in nursing homes, homecare agencies and senior housing – sectors that are still subject to state politics.

Brothers Kieffer and Barton pointed out that the nursing home industry is a national and statewide industry. There are 1185 nursing homes in California. Twenty-two firms control 450 facilities and most operate in both Northern and Southern California. Multi-facility operators run 90% of the state's nursing home facilities. Many of the largest California operators are also the

---

13   This corrected figure was supplied in a post-hearing submission from the Division.

53

largest national companies that bargain with other SEIU locals in other states. SEIU bargains with most statewide operators at a statewide table.

The Division believes that nursing home membership growth requires a statewide strategy. SEIU is engaging in joint political work with a majority of the large chains to help the industry win more funding to enable raising standards for industry workers. Through such statewide efforts we have won organizing rights at 120 facilities, with 50 organized to date. Our work on accountability campaigns is statewide in scope. And Medi-Cal, the California Medicaid program, pays nursing home fees for 65% of all nursing homes residents.

In homecare, county-based strategies were initially important in organizing the industry and setting standards. However, today, county-based strategies are less important in organizing and contract bargaining, based on three factors: 1) Medicaid funding decisions are made in Sacramento, 2) IHSS public authorities are now mandated, and 3) all IHSS workers are organized. Between 1999 and 2004, our political successes in Sacramento have reduced the county share of IHSS funding from 66% to 17.5%, and increased the state share from 0 to 32.5%.

The Division explained that a county-based strategy will not address IHSS wage disparity across the state. The highest paid IHSS workers earn $3.75 an hour more than the lowest paid IHSS workers for doing exactly the same work. Wage variations for nursing home CNAs is $5.83 per hour. Yet Medicaid is the biggest funder for IHSS workers and nursing home workers, and is controlled in Sacramento. And wage standards for IHSS workers cannot be explained by the alignment of county bargaining. Whether or not the same local union represents IHSS providers and county employees, wage rates are determined by the poverty rate and local labor rates.

Brothers Kieffer and Barton asserted that the collective political strength of the union statewide is what is most important in addressing current and future challenges in homecare and nursing homes. These two facets of the industry are inextricably linked, according to the Division. They are part of the continuum of long-term care and share the same Medicaid funding source which is controlled at the state and federal levels. Brothers Kieffer and Barton asserted that battles for future growth in the industry must be fought at the state level, including defending the Medicaid program from repeated assaults by politicians, influencing state contracts with managed care organizations that contract with long-term care providers, and using our political strength to increase the pace of organizing in nursing homes and senior housing. According to the Division, for a local union to efficiently and effectively manage statewide issues and strategies, long-term care members should be its sole priority, providing a single voice representing long-term care members across the state.

Local 434B supports the concept of a single local union with jurisdiction for all long-term care workers in California. Tr. 1344-94, 2102-27. Local 434B President Tyrone Freeman testified that Local 434B understands the particular needs and concerns of long-term care workers because it represents only long-term care workers in California. Brother Freeman stressed that Local 434B is already a statewide union, representing nearly 180,000 long-term care workers in every geographic area of the state. Brother Freeman agreed with the Division testimony that a statewide strategy will be necessary as we move to address the needs of long-term care workers at the bargaining table and in Sacramento. He cited a 2002 court ruling that IHSS "is a comprehensive program, comprehensively regulated by the state." He pointed out that SEIU local leaders representing homecare workers have endorsed a united strategy by signing the

55

California Homecare Council agreement providing for a unified approach to bargaining standards and legislative initiatives. Brother Freeman chairs the Council. He also detailed the many programs offered by Local 434B designed solely for long-term care workers, such as a scholarship program, a housing corporation, and various training programs.

In post-hearing submissions, Sister Jefferson, on behalf of Local 616, supported the statewide model advanced by the Long-Term Care Division and the Division's rationale for that model. Sister Jefferson concluded that only Local 434B, as the SEIU local union with the largest long-term care membership and a statewide presence, is in a position to carry out the statewide model. Local 616 stated that, in the event immediate consolidation of all long-term care members into Local 434B is not feasible, those IHSS workers in public sector local unions should be consolidated with Local 434B now, and UHW's long-term care units should be merged after a transition period. UHW and Locals 707, 817, 715, and 1280 opposed a statewide model that would unite all long-term care workers in Local 434B.

### b.    The North/South Model

On behalf of UHW, Brother Rosselli stated that, in principle, a single local union representing all healthcare workers, including long-term care employees, was the preferred model. Brother Rosselli argued that long-term care workers are healthcare workers, and therefore all California long-term care workers should be united in UHW. However, acknowledging the complexity of the issue, Brother Rosselli proposed that UHW be granted jurisdiction for all IHSS workers and nursing home workers in Northern California, and that Local 434B be granted jurisdiction for these workers in Southern California. Tr. 1256-64. UHW

56

further proposed that it be granted jurisdiction for all private sector homecare workers in the state.

In proposing a partnership between UHW and Local 434B, Brother Rosselli emphasized the successes realized by both local unions on behalf of long-term care workers. Brother Rosselli stressed that Local434B and UHW were already working together in the nursing home sector with coordinated bargaining, political work, and organizing support, and in the homecare sector in the California Homecare Council and the California United Homecare Workers Union. He pointed out that, together, UHW and Local 434B have organized and represent the vast majority of unionized long-term care workers in California. Brother Rosselli further asserted that UHW and Local 434B have the resources, depth of industry knowledge and vision necessary to address the challenges of the future. He detailed UHW's plans to organize private sector home health workers, nursing home workers, and employees of senior living facilities. In a post-hearing submission, Brother Rosselli presented additional materials and arguments in favor of a UHW-434B partnership in the representation of convalescent workers. The North/South model was also endorsed by Local 817. Tr. 1184-85, 1195. Local 616 opposed the North/South model

### c.    The Public Sector Model

Several public sector locals advanced the proposition that all jurisdiction for homecare workers should be granted to the new public sector locals. Under this scenario, homecare workers represented by UHW and Local 434B would be assigned to the new regional locals, as would homecare workers currently represented by existing public sector locals. In addition, the regional public sector locals would have responsibility to organize the private sector non-hospital

57

owned homecare agencies. Ex. 34. In support of this approach, Sister Sermersheim, on behalf of
Local 715, testified that counties continue to play an important role in the determination of wages
and benefits for homecare workers. Tr. 1208-31. She argued that the county is the employer of
record for both traditional county employees and IHSS workers. She maintained that counties
contribute to the funding of IHSS programs, and that the county must pay 50% of the cost of
raising IHSS workers' wages beyond $10.50 per hour and healthcare benefits higher than $.60
per hour, whereas the state pays zero. Sister Sermersheim pointed to the important gains made
by public locals on behalf of homecare workers. She added that county unions have the political
clout at the county level to increase standards for IHSS workers. Local 715 Vice President
Christine Walters requested that, if the Local 715 IHSS workers could not stay in a public sector
local, they preferred to merge with UHW. Tr. 1250.

Local 1280 Executive Director Art Grubel supported the public sector model in additional
comments filed following the hearings. Brother Grubel stressed that, until the state takes over
administration of the IHSS program, a county-by-county approach will yield more results for our
IHSS members. He stated that, based on political obstacles to achieving state administration
through legislation or the initiative process, and expected opposition from advocates for the
elderly and the disabled, state administration of the homecare program is unlikely to be achieved
anytime soon. Locals 415 and 707 also support the public sector model. Tr. 1204-08, 1325-32,
1343.

As an alternative, Brother Grubel identified what he termed a "modified status quo"
approach. Under this concept, UHW and Local 434B would continue to represent homecare
workers in the counties where they already have jurisdiction. The new regional public sector

58

locals would absorb homecare jurisdictions from the existing public sector unions currently

representing homecare workers in each region.  UHW and Locals 434B, 616 and 817 oppose the

public sector union option.

### 2.    Recommendations for Long-Term Care Workers

There is no doubt that the long-term care sector is a distinct industry.  Institutionally,

SEIU has recognized the unique attributes and requirements of this industry and its workers

through the establishment of a Long-Term Care Division, separate from the Health Systems

Division, which encompasses acute care and related facilities.  The record persuasively

demonstrates that the long-term care industry is characterized by state and national employers

and that a statewide strategy is imperative if we are to effectively deal with the key industry

players on behalf of current and future members.  The record also establishes beyond dispute that

all facets of the industry – homecare, skilled nursing care, and senior living – are linked as part of

the continuum of supportive services for the infirm, with related workplace issues, employee skill

sets, payer mixes and clients who go from one setting to another.  We are convinced that, to raise

standards for long-term care workers, a unified approach on the statewide level is the optimum

choice.  No other option has the prospect of successfully addressing the current county-by-county

disparities that exists among California homecare workers.  Along with the Division, Local

434B, the SEIU local union with the largest contingent of long-term care workers, agrees that

uniting long-term care workers in one union makes the most sense.  The North/South approach

not only violates this concept; but, by the logic of UHW's single healthcare union model, the

entire Southern California hospital membership of UHW would need to be moved to Local

59

434B. This would essentially undo the consolidation of Locals 399 and 250 that was just completed in 2005.

The county-based model of homecare work made sense when we were organizing the IHSS public authorities, and when county funding for IHSS providers was paramount. Now that all California IHSS workers are in unions, and state funding has become dominant, the county-by-county approach no longer meets the needs of our homecare membership.

SEIU locals have already taken steps in the direction of unifying our approach to the organization and representation of California long-term care workers. For example, as members of the Joint Organizing Partnership, Locals 707, 614, 1280 and 616 already pool their resources. In addition, through the California Homecare Council, local unions representing homecare workers coordinate bargaining strategies, uphold standards, determine policy goals, attempt to speak with one voice to coalition partners, and jointly plan legislative strategies. However, we need to go much further in unifying our efforts if we hope to realize our goals of organizing and lifting up all California long-term workers.

Accordingly, we think that, ideally, uniting long-term care workers in one union makes the most sense. We also believe that, to really win for long-term care workers, that local union should focus solely on the particular needs of those workers.

In proposing a structure for representation of long-term care workers, we are mindful of the principles enunciated by Sister Davis-Howard concerning the benefits of beginning anew with newly-chartered unions that can organize themselves along the most effective lines, irrespective of the old bureaucratic structures of our existing unions. Sister Davis-Howard's request that we recommend the creation of new local unions, rather than the merger of SEIU-

represented units into existing local unions, focused on the question of how we can best reorganize our public sector jurisdictions in California. However, we find her concerns equally applicable to the long-term care setting. We therefore recommend that a new local union be chartered to focus solely on our long-term care members.

We turn now to the question of the precise plan of consolidation for this new local union. Our recommendations are as follows: First, homecare workers currently represented by Local 434B and our existing public sector unions should be merged into the new long-term care local, with one exception.

The exception we recommend concerns the North Central regional local union. That proposed local has a large geography stretching from San Mateo, Santa Cruz and Monterey counties in the west to Mono and Inyo counties in the east, and from Stanislaus and Tuolumne counties in the north to Kern County in the south. The placement of all IHSS workers in this geography in a long-term care local would leave this local with the smallest membership base by far among the three regional locals with significant geographical sweep: according to the estimates of the International Union, the North Central regional local would have under 35,000 workers, compared with over 51,000 in the Northern region and 91,000 in the South Central region. The Southern region would have less than the North Central region, but the Southern region has a compact geography encompassing just two counties: San Diego and Imperial. We are concerned that, given the extensive territory to be covered and the increased number of collective bargaining agreements to be negotiated by the North Central local, the projected membership without homecare workers may not be sufficient to assure growth and representation at the levels we expect.

Accordingly, we recommend that, for the present, the IHSS workers currently in Local 715 be placed in the North Central regional local union, which would bring the anticipated membership in that local up to about 45,000. Based on these recommendations, the IHSS units in Locals 415, 434B, 614, 616, 707, 817, and 1280 should be merged into the new long-term care local union.

Second, the private nursing home units represented by Locals 434B and 2028 should be consolidated with this new long-term care local. Third, all private sector homecare workers represented by Local 434B should change their affiliation to the new long-term care local union. Fourth, Local 415's unit of Sunshine Villa workers should be merged into the new local. If this recommendation is adopted, we will have two local unions representing nursing home workers in the state: the new long-term care local union and UHW.

We further recommend that, for the present, UHW continue to represent its current private sector homecare workers, IHSS workers and nursing home workers. This recommendation is based on the large number of nursing home and IHSS workers currently represented by UHW and the difficulties that would be posed by removing these members from UHW.

If this recommendation is adopted, we will have three local unions representing homecare workers in the state: the North Central regional public local, the new long-term care local, and UHW. We recognize that this determination may not be the optimum solution in the long run. While three locals representing homecare workers is an improvement over the current fragmented structure, by its very nature this structure is not as compatible with the notion of speaking with one voice as a single long-term care local union would be. For this arrangement to

62

work well, the locals should closely coordinate their homecare activities within the California Homecare Council. The Long-Term Care Division should propose to the International President any changes in the structure of the Council which the Division deems advisable in light of the changed makeup of the Council resulting from our recommendations.

Our recommendation with regard to representation of private nursing home workers will, if adopted, result in two unions representing SEIU nursing home members: the new long-term care local and UHW. As with the recommended homecare representation model, this split representation approach is less conducive to speaking with one voice than would be the case with a unified structure. To address these concerns, we recommend that the Long-Term Care Division determine the appropriate vehicle to foster coordination and growth. One possible approach could be the creation of a unity council for private sector nursing home workers. Article VIII, Section 1(f) of the SEIU Constitution and Bylaws, adopted at the 2004 Convention, empowers the International President to require coordinated bargaining and contains new language authorizing industry divisions to propose to the International President structures, procedures and financing for coordinated bargaining.

The homecare council and any structure developed for coordination of our efforts on behalf of nursing home workers should take the lead in advancing coordinated bargaining, legislative, and political goals for SEIU's California long-term care members. We recommend that the locals with nursing home and long-term members be part of the appropriate council or other body and be required to abide by decisions and participate in programs of these vehicles of coordination.

Rather than recommending a grant of exclusive jurisdiction to the new long-term care local, UHW, or the North Central public sector local, we propose that authorization to organize long-term care facilities be determined by the Division, subject to approval by the International President. These determinations should be based on the locals' organizing strategies and the ability to win higher standards for our long-term care members in a given location. We recommend that, pending issuance of the Division's organizing plan for California long-term care workers, local unions be required to submit specific organizing proposals to the Division for approval, and that all organizing proceed in the name of the International Union.

We further recommend that the effectiveness of this reorganization be evaluated by the Division in the future to determine what changes may be warranted. The Division's analysis should focus on the success of the existing model in 1) helping to raise standards for homecare workers 2) helping to organize the long-term care industry, broadly defined, and 3) permitting UHW and the North Central regional public local to organize their core jurisdictions of private sector healthcare workers and public sector workers, respectively.

Consistent with our recommendations for public sector jurisdiction, we recommend a process for development of the structure of the new long-term care local. Accordingly, we recommend that the International President appoint a member advisory committee on long-term care reorganization. The committee should be charged with developing a proposed structure for the new long-term care local. The committee should develop a plan for transitional continuity and governance. The committee's work should be driven by the following set of core principles:

- Structure must facilitate growth
- Structure should dramatically increase member participation

64

- Structure should enable the delivery of enhanced member services

- Implementation plan should provide for new leader and staff development

We recommend that the committee's work be concluded no later than six months and that a plan be submitted to the undersigned hearing officers for review and approval prior to submission to the International President by the end of 2006.

## C.    Jurisdiction for Private Hospital Workers Represented by Public Locals

Local 4988's private hospital units are in chains whose employees elsewhere in the state are represented by UHW. UHW plainly has the expertise, leverage and chain-wide strategies to win for these workers. Local 4988 requested that its relationship with Local 790 remain unchanged. However, if our recommendations are approved, Local 790 will be merged into a new regional local union. Accordingly, we recommend that Local 4988's private sector healthcare units merge into UHW. In addition, the affiliation of private healthcare units represented by Locals 707, 715, and 2028 should be changed to UHW as soon as feasible.

Local 121RN, which represents about 7000 private sector nurses and professionals in Southern California, seeks jurisdiction for Kaiser nurses and professionals in Southern California currently represented by Local 535. Tr. 1992-96. However, not all of Local 535's Kaiser units are in Southern California, and one is a unit of technical employees. We therefore recommend that Local 535's Kaiser units be merged into UHW as soon as feasible. UHW already represents SEIU members in the Kaiser system and is the principal SEIU local union in the Kaiser bargaining council. As such, it is the logical local union to exercise jurisdiction for these Kaiser employees.

65

**D.     Jurisdiction for Property Services Division Members**

On behalf of the Property Services Division, Brother Iny described the trend across SEIU toward consolidation of smaller local unions into larger unions focused solely on property services members. In New York City, Locals 32E, 531, 54 and 2 merged into Local 32BJ in March 2001. In 2005, Local 36 (Philadelphia) merged into Local 32BJ. And in 2006, Local 82 (Washington, D.C.) united with Local 32BJ. Working together in New York City has recently led to displaced worker protection, card check and neutrality for Brooklyn waterfront redevelopment, coordinated bargaining and the maintenance of fully paid health insurance for New York City members, and growing the union by 4,000 including suburban markets like New Jersey. In Chicago, Locals 25, 73 and 236 merged into Local 1 in 1999. In 2002, Local 1 merged with Local 50 (St. Louis), Local 96 (Kansas City), and the property services part of Local 150 (Wisconsin). Working together in Chicago has recently led to health insurance for suburban and contracted public sector security, and organization and increased standards for suburban contracted school janitors, helping to raise standards for public sector cleaners. In addition, property services members in Local 79 (Detroit), Locals 508 and 585 (Pennsylvania), and Locals 47 and 85 (Cleveland) have united in Local 3, a tri-state property services local.

Mike Garcia, President of Local 1877, testified that we are not at the point yet in California of being able to unite all property services workers in a single local union. Instead, as the next step toward uniting California property services workers, Brother Garcia and the Division proposed the creation of a California Property Services Council to bring together all California property services local unions to facilitate coordinated bargaining, help plan and implement strategic organizing campaigns, and enhance communications among local unions

66

representing similar employees. Local 265 supported this proposal. We agree that a California Property Services Council makes sense, and recommend that, pursuant the Division's recommendation and the International President's authority under Article VIII, Section 1(f) of the SEIU Constitution and Bylaws, such a Council be created with sufficient resources to carry out these objectives. The Council should be organized along industry sector lines so that the concerns and needs of the different occupational and employer-based groups within the Property Services Division can be addressed by leaders and members in those groups.

We recommend that the International President adopt the following plan recommended by the Division. Within six months of the IEB's decision in this matter, the locals, together with property services units from other locals, should confer and agree to a structure and plan of action for the Council. This plan should be submitted to the undersigned hearing officers by the end of 2006 for approval and submission to the International President. We recommend that Locals 1877, 24/7, 265, 280, the Los Angeles security local, and the private university group be required to participate in the Council.

As noted above, Local 2028 has an amusement division that includes stadium and arena employees, theater and convention center workers. These workers should be in a Property Services Division local union. Accordingly, we recommend that these units be consolidated with Local 1877 as soon as feasible.

In the higher education sector, the Property Services Division has members (in-house and contracted) at dozens of colleges and universities around the country. Examples are Harvard, USC, Stanford, New York University, and the University of Chicago. In California, Local 1877

67

also represents workers at the University of San Francisco, UC Davis, UC Berkeley, UC Irvine, Cal State Sacramento, and San Jose State.

At the hearings and in post-hearing submissions, the United Stanford Workers chapter of Local 715 proposed two alternative jurisdictional arrangements for workers at Stanford and Santa Clara universities. First, the chapter proposed that a charter be issued to a new local union covering those two universities with jurisdiction to organize university workers throughout the state. In the alternative, the chapter suggested that the Stanford workers be united with UHW, which is servicing the Stanford and Lucile Packard Hospitals and which, if this report is approved by the IEB, will soon be granted jurisdiction for the employees of those facilities. The chapter's requests were based in part on the feeling of those testifying that university workers were not part of the core jurisdiction of SEIU and did not fit into neatly into any of the division-based local unions.

Although there have been unification discussions between representatives of the Stanford chapter and Local 1877, it appears to us that an interim step toward eventual merger should be the chartering of a new local union with jurisdiction for workers employed by Stanford and Santa Clara universities. We recommend that this new local be required to participate in the Property Services Council and the development of its structure and plans, and to abide by the Council's requirements. The Council should create a higher education division that will focus resources on organizing and winning higher standards for higher education workers.

With respect to SEIU's racetrack members, testimony from Local 280 President Richard Castro made it clear that SEIU and UNITE-HERE are currently in discussions to unite SEIU's racetrack members with the gaming industry workers represented by UNITE-HERE. We agree

68

that UNITE-HERE is the logical place for SEIU's racetrack members. Until these discussions are completed and the racetrack members change their affiliation to UNITE-HERE, we recommend that they be housed in their current local unions (Locals 2028, 1877 and 280), participate in the Property Services Council, and abide by the Council's requirements. In the event that the change in affiliation to UNITE-HERE takes longer than anticipated, Local 2028's racetrack workers should be merged into Local 1877.

We recommend that Local 1877 have jurisdiction for subcontracted San Francisco International Airport ("SFO") employees and such workers represented by other locals should be merged into Local 1877. Any remaining employees located at SFO, whether employed by the airport directly or by ancillary employers located there, should be assigned to the Northern public local.

California cemetery workers in SEIU are spread among five local unions. Cemetery workers form a recognized occupational group within the Property Services Division. The current fragmentation of cemetery worker representation is antithetical to the New Strength Unity approach of uniting workers with similar jobs in single union. Consolidating the power of cemetery workers will give us the opportunity to organize the many non-union cemetery and country club operations identified by Local 265 in its extensive post-hearing submission.

The first step toward uniting cemetery workers will be to reduce the number of locals representing workers in the field. Accordingly, we recommend that all private sector cemetery workers in Locals 1877, 535 and 715 be merged into Local 265, which represents cemetery and country club workers exclusively. Local 265 should also be granted jurisdiction for unorganized private sector cemetery workers and green attendants. Jurisdiction for public sector cemetery

69

workers currently represented by Locals 700 and 715 should be awarded to the North Central regional public local.[14]   Local 265 should participate in the Property Services Division Council and abide by its requirements.

### E.    Jurisdiction for Multiservice Workers

Local 715 represents approximately 200 employees of Bon Appetit/Compass, a food service company, in two bargaining units at Stanford and Santa Clara universities. We recommend that Service Workers United, a union of multiservice workers jointly affiliated with SEIU and UNITE-HERE, have jurisdiction for these workers. Our recommendation is consistent with the testimony of Sister Sermersheim.

### VII.    Further Recommendations and Implementation

We believe we should reorganize ourselves to enable SEIU in California to grow, to exercise enhanced political and bargaining power, and thereby win higher standards for our members. Accordingly, we further recommend that the jurisdictions of our California local unions be reviewed in the near future. The yardstick for measuring the success of the jurisdictional models we are recommending today should be growth and higher standards. As part of this review, locals should be held accountable for fulfilling SEIU's organizing mandate. In this connection, we think that the International President should immediately appoint a

---

14  Local 700 represents workers at two district cemeteries in Bakersfield, whose employees are considered public employees; Local 715 represents employees at one public sector and one private sector cemetery.

California area-wide public sector organizing director, with responsibilities across local union lines, to work with our California public locals on their growth strategies during the implementation of the IEB's decision. The organizing director should also work with the other division locals and the International organizing leadership to best coordinate all division growth plans in California.

If our recommendations are adopted, we will have created powerful local unions able to focus significant resources on organizing, bargaining, and politics. Existing structures within which much of our California political work is currently done will need to be re-examined. That re-examination should take place immediately following the submission of the public sector, property services, and long-term care structure and implementation plans, with a view to instituting a new political program structure in California as soon as possible after the submission of the plans. Accordingly, we further recommend that, nine months from the date of the IEB's decision in this matter, the charter of the California State Council be revoked and a new State Council constitution be developed and approved by the new array of locals and the International Union. Then, the State Council should be re-chartered.

We recognize, and we ask the California leaders of our local unions to recognize, that establishing this or any jurisdictional framework is simply a first step toward energizing our organizing programs, changing workers' lives, strengthening our political action, enhancing member mobilization, and generally unleashing the power of SEIU, its members, and coalition partners. For our work in California to succeed the way we want it to, local leaders in the state must step up to the plate and come to agreement on a common agenda. We hope that, by leaving

71

behind the local structures and jurisdictions of the past, California's SEIU leaders will have a clear path to forging common ground, unencumbered by past disagreements.

We also agree with the many statements made during the hearings that the reorganization should include a process for membership voting. We recommend that a vote take place on proposed changes in members' affiliation. Although a membership vote on jurisdictional changes is not required by the SEIU Constitution and Bylaws, which vests the International Executive Board with the authority to determine jurisdiction, we think a vote on member movement into new local unions would be appropriate. We recommend that such a vote take place after the IEB's decision in this matter. We further recommend that the International Union implement a program of education and outreach to members concerning all facets of the reorganization plan. This program should allow members the opportunity to learn about the reorganization plan, make comments, ask questions, and register concerns.

We recommend that the International President issue a timetable and rules governing the vote at the appropriate time. Those rules should deal with the voting method, eligibility issues, approval requirements, and related matters. While we think it would be inappropriate for the hearing officers to attempt to settle all of those details in this report, we do recommend that, based on the comprehensive scope of the reorganization we propose today, a pooled vote among affected members is needed of locals. By "affected members," we mean members whose local union affiliation will change if our recommendations are adopted. We have attached a list of membership groups by local eligible to vote under this proposal. A piecemeal approach, either unit by unit or local by local, would be incompatible with our interrelated jurisdictional recommendations. For example, with respect to the proposed regional locals, the approval or

72

disapproval by a single local or series of units could alter the relative balance among the locals that we seek to achieve with these recommendations. Similarly, inconsistent outcomes among locals could leave members outside of all existing or proposed local unions.

In addition, we recommend two additional voting processes for members who change their affiliation to newly-chartered locals. We believe these members should vote on any new permanent constitutions and bylaws for their locals that may be developed and proposed. Members should also vote on regular officers of new locals once the provisional periods for these locals have concluded. The International President should determine the appropriate schedule for such votes.

As we noted above, our phenomenal growth over the past decade has been no accident. Rather, we think it is in part the result of the decisions made by SEIU Conventions to reorganize our union to maximize opportunities for growth and raising standards for members. Our Policy on Jurisdiction was approved by the 2000 Convention to guide that reorganization, and has been implemented in a number of reorganizations across the nation. Our recommendations today flow directly from that Policy. We believe that our recommendations are the right approach for our members and for SEIU in California. It is vital that our California local unions fully cooperate in the implementation of any IEB decision on California jurisdiction. Accordingly, we recommend that, in implementing the IEB's decision in this matter, the International President be guided by policies adopted for implementing previous IEB decisions concerning local union jurisdiction.

We further recommend that the Secretary-Treasurer or her designee oversee the implementation of the IEB's decision in this matter. Finally, we recommend that the undersigned hearing officers retain jurisdiction in these proceedings to resolve disputes arising from this

report and recommendations, to review and approve structures and plans presented by the

member advisory committees for the new regional public locals, the new statewide long-term

care local, and the property services council, and to review the California jurisdictional

arrangements in the near future.


## IX.    Summary and Conclusion

In the public sector, we recommend the chartering of four new public sector local unions

with jurisdiction for public services members in the state on a geographic basis. Existing public

sector local unions should be merged into the new locals, based on geography, as detailed herein.

The International Union should create an archive to preserve the history and achievements of our

current California public sector locals. A broad-based member advisory committee should be

established to propose a structure for the new local unions and a plan for continuity during the

transition. The member advisory committee proposals should be submitted to the hearing

officers for approval and submission to the International President by December 31, 2006. The

new regional public locals should have jurisdiction for public sector healthcare workers. Public

healthcare units currently represented by UHW should be merged into the appropriate regional

public sector local, except for UHW's unit at Tuolumne General Hospital. The regional public

locals should also assume the jurisdiction for private non-profit agencies, and for ancillary units

that the current public sector units already represent.

The regional public sector locals should also have jurisdiction for public sector RNs.

Each regional local should have dedicated staff for the RN program and proportional

representation on the steering committee of the Nurse Alliance of California. In addition, public

74

and private sector RN co-chair positions should be created to head the Nurse Alliance of California. Further, a public RN representative position should be added in the national Nurse Alliance leadership group. Public RNs should have representation on the membership advisory committee for the public sector locals.

Jurisdiction for unorganized district hospitals should be shared by the new regional public sector locals and UHW. Authority to organize a specific facility should be granted based on the importance of the hospital to the division's strategic organizing plan. Organized units at El Camino and Hazel Hawkins district hospitals should be merged into UHW.

Local 99 should be awarded jurisdiction for all school employees in the same geographical area as that assigned to South Central regional local union. School employee units in existing public sector locals in this territory should be merged into Local 99. Jurisdiction for LAUSD school supervisors should be granted to the South Central regional public sector local.

A new statewide long-term care local union should be chartered. Local 434B and IHSS units in Locals 415, 614, 616, 707, 817, and 1280 should be merged into this new local. IHSS workers currently represented by Local 715 should be assigned to the North Central regional public local. UHW should retain the IHSS workers it currently represents.

The private nursing home unit represented by Local 2028 should be merged into the new long-term care local. UHW should retain the private sector homecare workers and private sector nursing home workers it currently represents. The Long-Term Care Division should recommend the appropriate vehicle for achieving coordination and growth in the private nursing home sector. The Division should grant authority to organize long-term care facilities based on local union strategic objectives and opportunities to raise standards for long-term care workers. In the future,

75

the Division should review the current long-term care representational arrangements and propose changes if warranted. A broad-based member advisory committee should be established. The committee's report should be submitted to the hearing officers by December 31, 2006.

Private sector hospital units currently represented by Locals 535, 707, 715, and 2028 should be merged into UHW.

The International President should adopt the recommendation of the Property Services Division to create a California Property Services Council, and a member advisory committee should make a proposal to the hearing officers on the Council's structure and activities by December 31, 2006. Local 2028's amusement division should be merged into Local 1877. A new local union should be granted jurisdiction for the private university units at Stanford and Santa Clara universities. This new local should be required to participate in the Property Services Council and abide by its decisions. A higher education division should be created within the Council to promote the interests of our higher education members. Racetrack workers should continue to be housed in their current local unions until arrangements for their change of affiliation to UNITE-HERE can be completed. Private sector cemetery workers should be merged into Local 265, which should be granted jurisdiction for all such workers and greens attendants in California. Jurisdiction for public sector cemetery workers should be awarded to the North Central public local. Local 715's unit of multiservice workers should be merged into Service Workers United.

California public sector jurisdiction should be reviewed in the near future based on growth and standards. The charter of the California State Council should be revoked within nine months of the date of the IEB's decision so that a new structure based on the reorganized local

76

union jurisdictions can be established and a new charter issued. A pooled vote of affected

members should take place regarding members' changes of local union affiliations, pursuant to a

timetable and rules issued by the International President. The hearing officers should retain

jurisdiction to resolve disputes and review and approve structures and plans proposed by member

advisory committees. A statewide public sector organizing director position should be

established during the transitional period. Finally, the Secretary-Treasurer or her designee should

oversee implementation of the IEB's decision.


Respectfully submitted,


Alice Dale
Hearing Officer


Tom Balanoff
Hearing Officer


Dated: June 9, 2006


77

**VOTER ELIGIBILITY**

**CALIFORNIA MEMBERSHIP AFFILIATION CHANGES**

**Members in units whose local union affiliation will change pursuant to the IEB decision may vote.**

**ELIGIBLE:**

- All members of Locals 347, 415, 434B, 535, 614, 616, 620, 660, 700, 707, 715, 790, 817, 949, 998, 1280, 1292, 1997, 2028, and 4988

- All public hospital members and other public sector members of UHW, except UHW members at Tuolumne General Hospital

- All cemetery worker members of Local 1877

**EXHIBIT U**



**Stronger Together**

### <u>ORDER OF REORGANIZATION</u>

**TO:**   **All Officers and Members of Locals 265, 521, 715, 2007, SWU, and UHW, California, Service Employees International Union, CtW, CLC**

By virtue of the authority contained in the Constitution and Bylaws of the Service Employees International Union, and consistent with the June 2006 International Executive Board decision on California local union jurisdiction and the vote of the members, I direct that all workers represented by SEIU Local 715 (except for Santa Clara University and Stanford University workers, El Camino Hospital and Stanford/Lucille Packard Hospital workers, Bon Appetit/Compass workers, and Santa Clara Mission Cemetery workers), be and are hereby, reorganized into SEIU Local 521, that all Santa Clara University and Stanford University workers be, and are hereby, reorganized into SEIU Local 2007, that all El Camino Hospital and Stanford/Lucille Packard Hospital workers be, and are hereby, reorganized into SEIU Local UHW, that Bon Appetit/Compass workers be, and are hereby reorganized into SEIU UNITE-HERE Service Workers United, and that all Santa Clara Mission Cemetery workers be, and are hereby, reorganized into SEIU Local 265, effective January 2, 2007, or as soon thereafter as practicable.

Dated: January 2, 2007

Andrew L. Stern
International President

ANDREW L. STERN
International President

ANNA BURGER
International Secretary-Treasurer

MARY KAY HENRY
Executive Vice President

GERRY HUDSON
Executive Vice President

ELISEO MEDINA
Executive Vice President

TOM WOODRUFF
Executive Vice President

SERVICE EMPLOYEES
INTERNATIONAL UNION
CTW, CLC

1800 Massachusetts Ave NW
Washington DC 20036

202.730.7000
TDD: 202.730.7481
www.SEIU.org

**EXHIBIT V**



**SEIU**®

**Stronger Together**

June 8, 2007

Mr. Bruce Smith
1598 Hillmont Avenue
San Jose, CA  95127

ANDREW L. STERN
International President

ANNA BURGER
International Secretary-Treasurer

MARY KAY HENRY
Executive Vice President

GERRY HUDSON
Executive Vice President

ELISEO MEDINA
Executive Vice President

TOM WOODRUFF
Executive Vice President

Re:    Appointment as Trustee of SEIU Local 715

Dear Brother Smith:

This is to inform you that, pursuant to the authority vested in me by Article VIII, Section 7, of the International Constitution and Bylaws, I have appointed you as Trustee to take charge and control of the affairs of Service Employees International Union, Local 715, effective immediately.

I have enclosed the Order of Trusteeship, which should be posted immediately in the Local Union headquarters and in such other places as would best inform the membership of the imposition of Trusteeship.

In the performance of your duties, you must comply fully with the provisions of the International Constitution and Bylaws and the provisions of Title III of the Labor Management Reporting and Disclosure Act ("LMRDA"), 29 U.S.C. §§ 461-466.

The office of the International Secretary-Treasurer will bond you in your new capacity as Trustee of the Local Union, effective as of the date of the imposition of the Trusteeship.  Please note that anyone else who handles the funds or property of the Local Union must also be bonded in accordance with the requirements of the LMRDA.

SERVICE EMPLOYEES
INTERNATIONAL UNION
CTW, CLC

1800 Massachusetts Ave NW
Washington DC 20036

202.730.7000
TDD: 202.730.7481
www.SEIU.org

Mr. Bruce Smith
June 8, 2007
Page 2


As Trustee, you are not to obligate the International Union for the payment of any bills or debts, past or future. This includes, but is not limited to, fees for lawyers, accountants, statisticians, economists, or similar professional personnel. If special circumstances arise requiring protection of the interests of the International Union, as distinguished from the interests of the Local Union, and in that connection the services of attorneys or other professionals are needed, you shall not retain any such persons or incur any indebtedness without my permission or the permission of a person authorized to act in my behalf. If you have any questions concerning your duties as Trustee, please contact this office.


In unity,

Andrew L. Stern
International President


Enclosures

cc.    Anna Burger, International Secretary-Treasurer
       John Ronches, Assistant to International Secretary-Treasurer
       JJ Johnston, Area Director

EXHIBIT W

**SERVICE EMPLOYEES INTERNATIONAL UNION, CTW, CLC**

| | |
|---|---|
| **In the Matter of the Trusteeship** ) | |
| **Imposed on Service Employees** ) | **Marc Earls** |
| **International Union, Local 715** ) | **Hearing Officer** |
| _____ ) | |

## REPORT AND RECOMMENDATION
## TO THE INTERNATIONAL EXECUTIVE BOARD

### PROCEDURAL BACKGROUND

    I was appointed by the International Executive Board ("IEB") of the Service Employees International Union ("SEIU" or "International Union") to serve as hearing officer on the question whether an emergency trusteeship imposed on Service Employees International Union, Local 715, was properly implemented and should be continued. On June, 8, 2007, International President Andrew L. Stern issued an order imposing a trusteeship on Local 715 (Exhibit 2). In the order, President Stern stated that he had received a request from the officers and Executive Board of Local 715 for the imposition of an emergency trusteeship over Local 715 due to grave concerns of the Local 715 leadership about the ability of Local 715 to carry out its collective bargaining responsibilities and defend its status as collective bargaining representative of employees for whom Local 715 is the collective bargaining agent. President Stern appointed Bruce W. "Rusty" Smith, former Training Director and Senior Field Representation of SEIU Local 715, as Trustee to take charge of the affairs of the local. The trusteeship was imposed effective June 8, 2007. President Stern's order and my appointment by the International Executive Board were pursuant to the provisions of Article VIII, Section 7 of the SEIU Constitution and Bylaws (Exhibit 3).

On July 12, 2007, a hearing on the trusteeship was noticed for July 24, 2007 (Exhibit 1). The notice was provided to Local 715 members and former officers. The hearing commenced at 4:30 p.m. on July 24, 2007, at the local union office in Redwood City, California, and was attended by Trustee Smith and members of Local 715. Brother Smith gave testimony and entered two exhibits into evidence. I kept the record open until July 31, 2007, for the submission of additional materials.

## FINDINGS

None of the relevant facts are in dispute. In the spring of 2006, hearing officers appointed by the SEIU International Executive Board held hearings throughout California concerning local union jurisdiction, including possible merger and consolidation, for public service employees and property services workers among others. On June 9, 2006, the hearing officers issued a Joint Report and Recommendations concerning local union jurisdiction in California, which recommended extensive reorganization of SEIU local unions in California. On June 10, 2006, the International Executive Board approved the hearing officers' Joint Report and Recommendations, including the recommendation of a membership vote on the proposed changes in California members' affiliation (Exhibit 4). On August 21, 2006, President Stern directed that a vote of the affected California membership take place. The vote was held and the ballots were counted on October 6, 2006. The membership approved the reorganization plan.

Pursuant to the approved reorganization plan, public sector and publicly-funded workers in California are being reorganized into four newly-created regional public sector locals, based on geography: Local 221, for locals in the Southern Region of California, Local 521, for locals in

2

the Central Northern Region, Local 721, for locals in the Central Southern Region, and Local 1021, for locals in the Northern Region.

Under the reorganization plan, with a few exceptions, members of Local 715 are being reorganized into Local 521, the Central Northern regional public local. Two of the exceptions are that Local 715 members employed by Santa Clara University and Stanford University (including members in a separate bargaining unit at the power generating facility at Stanford University) are to be reorganized into a new university local, and that Local 715 members employed by El Camino Hospital and Stanford and Lucille Packard Hospitals are to be reorganized into SEIU United Healthcare Workers – West (UHW).

On January 2, 2007, SEIU chartered the new regional California public locals, and President Stern issued orders implementing the reorganization of all affected California members into their new locals. After President Stern issued the reorganization order concerning Local 715, Local 715 began the process of reorganizing its members into their respective new unions and, for the most part, the reorganization process has gone smoothly. By the late spring of 2007, a significant majority of the Local 715 membership had been successfully reorganized into Local 521. However, there are still a number of Local 715 members who have not yet been reorganized into their new local unions, including the employees of Stanford Hospital and Clinics/Lucille Packard Hospital, El Camino Hospital, Stanford University, and Santa Clara University. There are approximately 3,500-4,000 members of SEIU Local 715 in seven jurisdictions who remain members of Local 715, and the Local still maintains a treasury.

The shift of a significant percentage of the Local 715 membership to Local 521 has resulted in the shift of the resources associated with those members to Local 521, which has hampered the ability of Local 715 to continue carrying out its collective bargaining

responsibilities with regard to the remaining Local 715 members who have not yet been reorganized and to defend its status as the collective bargaining agent of these members.

In addition to the challenges posed by the shift in resources, the process of reorganizing the remaining Local 715 members into their new unions has been openly thwarted and undermined by at least one employer. Since May 30, 2007, Stanford Hospital and Clinics has taken the position that Local 715 no longer exists, it has refused to recognize UHW as Local 715's servicing agent, and it has prevented UHW staff from having access to Local 715 members on Hospital premises, making it exceedingly difficult for UHW to service these members, as it is obligated to do under the servicing agreement between Local 715 and UHW. The evidence establishes that Stanford Hospital is manipulating the transition period to thwart Local 715's status as collective bargaining agent, thereby threatening the collectively-bargained rights of Local 715 members at Stanford Hospital and Clinics.

Based on the factors detailed above, on June 4, 2007, Kristina M. Sermersheim, Executive Secretary of Local 715, acting on behalf of the officers and Board of Directors of Local 715, and upon a unanimous vote of the Local 715 Executive Board, requested that President Stern impose an emergency trusteeship on Local 715 (Exhibit 5). President Stern granted Local 715's request and placed Local 715 into trusteeship on June 8, 2007.

## RECOMMENDATION

It is plain that the trusteeship imposed by President Stern over Local 715 was properly imposed. The Local continues to have collective bargaining responsibilities and must continue to manage its resources, even as members and resources are shifted to other SEIU local unions. The Local was having serious difficulty protecting the collectively bargained rights of its

4

remaining members given its dwindling membership base and the concerted efforts of one key employer to undermine Local 715 status as collective bargaining agent. Accordingly, I recommend that the trusteeship be continued in order to assure Local 715's performance of its collective bargaining responsibilities. The approximately 4,000 remaining Local 715 members deserve full representation during this transition process. The trustee should do his utmost to assure the reorganization of remaining Local 715 members pursuant to the IEB's June 2006 reorganization decision, in a manner that protects the collectively bargained rights of these members.

Respectfully submitted,

Marc Earls
Hearing Officer

Dated: August 13, 2007

**EXHIBIT X**



**SEIU®**

**Stronger Together**

August 23, 2007

Bruce W. ("Rusty") Smith, Trustee
SEIU Local 715
2302 Zanker Rd
San Jose, CA 95134

Dear Brother Smith:

On August 13, 2007, Hearing Officer Marc Earls submitted his report
and recommendation to the International Executive Board on the Emergency
Trusteeship imposed upon SEIU Local 715. The International Executive
Board reviewed the report and recommendation and adopted the report and
recommendation in its entirety. A copy of the report and recommendation is
enclosed.

In unity,

*Anna Burger*

Anna Burger
International Secretary-Treasurer

ANDREW L. STERN
International President

ANNA BURGER
International Secretary-Treasurer

MARY KAY HENRY
Executive Vice President

GERRY HUDSON
Executive Vice President

ELISEO MEDINA
Executive Vice President

TOM WOODRUFF
Executive Vice President

Enclosure

cc:    Andrew L. Stern, International President
       Marc Earls, Hearing Officer
       Kristy Sermersheim, International Vice President
       John Ronches, Assistant to the International Secretary-Treasurer
       J.J. Johnston, Jr., Area Director
       Former SEIU Local 715 Officers and Executive Board Members

SERVICE EMPLOYEES
INTERNATIONAL UNION
CTW, CLC

1800 Massachusetts Ave NW
Washington DC 20036

202.730.7000
TDD: 202.898.3481
www.SEIU.org
4836-900H

**EXHIBIT Y**

U.S. Department of Labor
Office of Labor-Management
Standards
Washington, DC 20210

# FORM LM-15
## TRUSTEESHIP REPORT

Form approved
Office of Management
and Budget
No. 1215-0188
Expires 11-30-2009

This report is mandatory under P.L. 86-257 as amended. Failure to comply may result in criminal prosecution, fines, or civil penalties as provided by 29 U.S.C. 461.

| For Official Use Only |
|---|

**READ THE INSTRUCTIONS CAREFULLY BEFORE PREPARING THIS REPORT.**

| 1. File Number of Labor Organization Held in Trusteeship | 2. Type of Report | 3. Date Trusteeship Established |
|---|---|---|
| 513-588 | Initial (complete pages 1 through 4.)  X Semiannual for period ending (Complete pages 1 and 2 only.) 12 / 8 / 2007 | 6 / 8 / 2007 |

**4. Labor Organization Held in Trusteeship**

Affiliation or Organization Name  Service Employees International Union

Designation LU - Local Union

P.O. Box, Bldg. and Room No., if any

Number and Street 2302 Zanker Road

Designation Number    715

City  San Jose

Unit Name (if any)

State California          ZIP Code + 4 95134

**5. Labor Organization Imposing the Trusteeship**

Name  Service Employees International Union

File Number 000-137

P.O. Box, Building and Room Number, if any

Number and Street 1800 Massachusetts Avenue, NW

City Washington          State District of Columbia          ZIP Code + 4 20036

**6.** List the article(s) and section(s) of the constitution which specifically authorize imposition of the trusteeship:

Article VIII, Sections 7(a) and 7(f).

## Signatures

Each of the undersigned, duly authorized officials of the labor organization imposing the trusteeship over the above labor organization, declares, under penalty of perjury and other applicable penalties of law, that all of the information submitted in this report (including the information contained in any accompanying documents) has been examined by the signatory and is, to the best of the undersigned's knowledge and belief, true, correct, and complete. (See the section on penalties in the instructions.)

| 24. Signed | Andrew L. Stern | President (if other title, see instructions.) | 26. Signed | Bill Smith | Trustee (if other title, see instructions.) |
|---|---|---|---|---|---|
| Other (Specify) International President | | | | Trustee | |
| On 5/20/08 | (202) 730-7000 | | On 05/19/08 | (408) 954-1538 | |
| Date | Telephone Number | | Date | Telephone Number | |

| 25. Signed | Anna Burger | Treasurer (if other title, see instructions.) | 27. Signed | | Trustee (if other title, see instructions.) |
|---|---|---|---|---|---|
| Other (Specify) International Secretary-Treasurer | | | | Trustee | |
| On 5/20/08 | (202) 730-7000 | | On | | |
| Date | Telephone Number | | Date | Telephone Number | |

Form LM-15 (2003)                                                        Page 1 of 4

| Name of Labor Organization Held In Trusteeship | File Number |
|---|---|
| Service Employees International Union | 513-588 |

7. Check the reason(s) for establishing or continuing the trusteeship:

    a. To correct corruption or financial malpractice.

✗  b. To assure the performance of collective bargaining agreements or other duties of a bargaining representative.

    c. To restore democratic procedures.

    d. Other.

8. Provide a detailed statement which explains each reason checked in Item 7, above.

As the result of changes in the jurisdiction of SEIU local unions in California, Local 715 is in the process of reorganizing the majority of its members into other SEIU local unions. The shift of a large majority of Local 715 members, and resources associated with those members, to other SEIU unions is making it difficult for Local 715 to carry out its remaining collective bargaining responsibilities and to defend its status as collective bargaining agent. The significant decline in Local 715's membership and resources has impaired Local 715's ability to operate as contemplated by the Local 715 Constitution and Bylaws. The process of reorganizing the remaining Local 715 members into their new SEIU local unions is still underway.

9. During the period covered by this report

a. Did a convention or other policy-determining body meet to which the trusteed labor organization sent delegates or would have sent delegates if not in trusteeship?

    Yes    ✗ No
    *(if the answer is "Yes," complete and file Form LM-15A.)*

b. Did the labor organization imposing the trusteeship hold an election of officers?

    Yes    ✗ No
    *(If the answer is "Yes," complete and file Form LM-15A.)*

**EXHIBIT Z**



**SEIU.**

**Stronger Together**

ANDREW L. STERN
International President

ANNA BURGER
International Secretary-Treasurer

MARY KAY HENRY
Executive Vice President

GERRY HUDSON
Executive Vice President

ELISEO MEDINA
Executive Vice President

TOM WOODRUFF
Executive Vice President

SERVICE EMPLOYEES
INTERNATIONAL UNION
CTW, CLC

1800 Massachusetts Ave NW
Washington DC 20036

202.730.7000
TDD: 202.730.7481
www.SEIU.org

### ORDER OF EMERGENCY TRUSTEESHIP
### APPOINTING A TRUSTEE
### TO TAKE CHARGE AND CONTROL OF THE AFFAIRS OF
### SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715

**To:** **All Officers and Members of Service Employees International Union, Local 715**

Pursuant to my authority under Article VIII, Sections 7(a) and (f), of the SEIU Constitution and Bylaws, I have determined that an emergency situation exists within Service Employees International Union, Local 715 (hereinafter "Local 715"), and that in order to protect the interests of the membership, the immediate appointment of a Trustee is necessary for the purpose of assuring preservation of the union's status as collective bargaining representative and its performance of collective bargaining duties and functions, and otherwise carrying out the legitimate objects of the International Union.

I have received a request from the officers and Executive Board of Local 715 requesting the imposition of the emergency trusteeship due to the difficulties the Local Union is experiencing in performing its collective bargaining duties due to the shift of members and resources to other SEIU local unions. Local 715 is in the process of reorganizing most of its members into Local 521 pursuant to the International Executive Board's June 2006 decision on California jurisdiction. At this point, many members of Local 715 have moved into Local 521 in accordance with this decision. However, Local 715 still retains collective bargaining responsibilities on behalf of members who have not yet been moved into the successor local union. Local 715's responsibilities include the representation of employees and Stanford Hospital and Clinics/Lucile Packard Children's Hospital. Pursuant to the IEB's decision, Local 715's Stanford Hospital members will be united with other SEIU healthcare members in SEIU United Healthcare Workers – West ("UHW").

Reports I have received indicate that, since May 30, 2007, the Hospital has taken the position that Local 715 no longer exists, and the Hospital is refusing to recognize Local 715's servicing agent, UHW. The Hospital's actions threaten to deprive Local 715 members at Stanford Hospital of their collectively-bargained rights. The shift of a large majority of Local 715 members, and resources associated with those members, to Local 521, is making it difficult for Local 715 to carry out its remaining collective bargaining responsibilities and to defend its status as collective bargaining agent. The significant decline in Local 715's membership and resources has impaired the Local's ability to operate as contemplated by the Local 715 constitution and bylaws.

SEIU0001

From the information that I have received, including the request from the Local 715 officers and Executive Board for imposition of an emergency trusteeship over Local 715, I have determined that placing Local 715 under trusteeship is the best means of preventing disruption of contracts, assuring that the Local Union performs its duties as collective bargaining representative, protecting the interests of the membership, and otherwise carrying out the legitimate objects of the International Union. Further, I have determined that an emergency exists that justifies pre-hearing appointment of a Trustee. Therefore, in light of the situation facing Local 715 and by virtue of my authority as International President, I have this date appointed Rusty Smith as Trustee of Local 715, with all of the powers that he is entitled to assume under the SEIU Constitution and Bylaws and applicable law. The Trustee shall assume responsibility for Local 715 immediately.

The Local Union's Constitution and Bylaws are suspended for the period of the Trusteeship. By operation of this Order of Emergency Trusteeship and pursuant to my authority under Article VIII of the SEIU Constitution and Bylaws, I hereby remove all Local 715 officers, including Executive Board members, representatives and employees of Local 715. In accordance with Article VIII, Section 7(f) of the SEIU Constitution, I will request that the International Executive Board appoint a hearing officer and that a Notice of Hearing and Appointment of a Hearing Officer be issued in the very near future. Consistent with this notice, a hearing regarding the imposition of an emergency trusteeship over Local 715 will be held within the time limits set forth in Article VIII, Section 7(f).

I am requesting that all members and employees of Local 715 cooperate with the Trustee in every respect. All former officers, representatives and employees of the Local Union should immediately make available to the Trustee all books, records, funds and other property of the Local Union in their possession and control.

Dated this 8th day of June, 2007.

Andrew L. Stern
International President

cc:     Anna Burger, International Secretary Treasurer
        Kristy Sermersheim, Executive Secretary, Local 715
        Former Executive Board Members, Local 715
        Rusty Smith, Trustee



SEIU0002

EXHIBIT AA

05/14/2007 16:13 FAX 408 954 1`    SEIU 521    @001/003



**LOCAL 715**

**SEIU**
Stronger Together



**FACSIMILE**

DATE: 6/14/07

TO: Laurie Quinthel

C/O:

FROM: Rusty Smith

Cover Page + 2 page(s)

☐ Urgent  ☐ For Review  ☐ Please Comment  ☐ Please Reply  ☐ Please Recycle

Message: _____

_____

_____

_____

_____

_____

C: _____

_____

**NOTE: IF FACSIMILE IS MISREDIRECTED**

The page(s) comprising this facsimile transmission contain confidential information from SEIU Local 715. This information is intended solely for use by the individual or entity named as the recipient hereof. If you are not the intended recipient, be aware that any disclosure, copying, distribution, or use of the contents of this transmission is prohibited. If you have received this transmission in error, please notify us by telephone immediately.

**SAN JOSE OFFICE**
2302 ZANKER ROAD, SAN JOSE, CA 95131 ▪ 408-954-8715 ▪ Fax: 408-954-1538
**REDWOOD CITY OFFICE**
891 MARSHALL STREET, REDWOOD CITY, CA 94036 ▪ 650-365-8715 ▪ Fax: 650-365-7956
**STANFORD OFFICE**
P.O. BOX 19152, STANFORD, CA 94309 ▪ 650-723-3680 ▪ Fax: 650-723-3650

© 1983 LOCAL 715, SEIU, AFL-CIO/CLC Saved as: 2004-cloalic (Office_Forms Fax_Cover_Sheet.pdf) REV. 14-83

SEIU0003

June 14, 2007

*Via Facsimile and U.S. Mail*

Laurie J. Qunitel, Director – Employee and Labor Relations
Stanford Hospital and Clinics
300 Pasteur Dive · · M/C 5513
Stanford, CA 94305-5513

Dear Ms. Qunitel:

On June 8, 2007, the International President of the Service Employees International Union ("SEIU"), CtW, CLC, Andrew L. Stern, acting pursuant to Article VIII, Section 7 of the International Union's Constitution and Bylaws and applicable federal law, took control of all operations of SEIU Local 715 ("Local 715"). A copy of the official Trusteeship Order is attached hereto.

All officers of Local 715 have been removed. President Stern appointed me as the Trustee with full authority to act on behalf of Local 715.

Effective June 8, 2007, all matters relating to the representation of the employees of your organization under the Local 715 collective bargaining agreement will be handled under my direction. We intend to fulfill all of our collective bargaining obligations, and expect no interruption in the provision of services to our members.

All servicing agreements to which Local 715 is a party will remain in full force and effect in every respect, without any change whatsoever. Accordingly, Kim Tavaglione, Joceyln Olick, and Ella Hereth will continue to be the representative responsible for servicing your facility.

If you have any questions, please feel free to call me at 408-316-4460. Thank you.

Sincerely yours,

*B.W. Smith*

Bruce W. ("Rusty") Smith
International Trustee

Attachment

06/14/2007 16:15 FAX 408 954 1 '    SEIU 521    ⌀003/003



June 8, 2007

**TO WHOM IT MAY CONCERN:**

In accordance with the powers vested in me by the Constitution and Bylaws of the Service Employees International Union, CtW, CLC, I have appointed Bruce W. Smith as Trustee over the affairs of SEIU Local 715, effective immediately.

The Trustee will have charge of the affairs of the Local Union until relieved of responsibility by me.

The Trustee will be governed by the provisions of the Service Employees International Union Constitution and Bylaws and the provisions of applicable law.

Sincerely,

Andrew L. Stern
International President

ANDREW L. STERN
International President

ANNA BURGER
International Secretary-Treasurer

MARY KAY HENRY
Executive Vice President

GERRY HUDSON
Executive Vice President

ELISEO MEDINA
Executive Vice President

TOM WOODRUFF
Executive Vice President

SERVICE EMPLOYEES
INTERNATIONAL UNION
CTW, CLC

800 Massachusetts Ave NW
Washington DC 20036

202.730.7000
TDD: 202.730.7481
www.SEIU.org



**SEIU0005**

**EXHIBIT BB**


**LOCAL 715**
www.seiu715.org

# LOCAL 715

*SERVICE EMPLOYEES INTERNATIONAL UNION*

Via Facsimile

June 18, 2007

Laurie J. Quintel, Director
Employee and Labor Relations
Stanford Hospital and Clinics
300 Pasteur Dive – M/C 5513
Stanford, CA  94305-5513

Dear Ms. Quintel:

On June 8, 2007, the International President of the Service Employees International Union ("SEIU"), CTW, CLC, Andrew L. Stern, acting pursuant to Article VIII, Section 7 of the International Union's Constitution and Bylaws and applicable federal law, took control of all operations of SEIU Local 715 ("Local 715"). A copy of the official Trusteeship Order is attached hereto.

All officers of Local 715 have been removed. President Stern appointed me as the Trustee with full authority to act on behalf of Local 715.

Effective June 8, 2007, all matters relating to the representation of the employees of your organization under the Local 715 collective bargaining agreement will be handled under my direction. We intend to fulfill all of our collective bargaining obligations, and expect no interruption in the provision of services to our members.

All servicing agreements to which Local 715 is a party will remain in full force and effect in every respect, without any change whatsoever. Accordingly, Kim Tavaglione, Jocelyn Olick, and Ella Hereth will continue to be the representative responsible for servicing your facility.

If you have any questions, please feel free to call me at 408-316-4460. Thank you.

Sincerely yours,

Bruce W. ("Rusty") Smith
International Trustee

**SEIU0006**

Enclosure

page 1



**Stronger Together**

June 8, 2007

**TO WHOM IT MAY CONCERN:**

In accordance with the powers vested in me by the Constitution and Bylaws of the Service Employees International Union, CtW, CLC, I have appointed Bruce W. Smith as Trustee over the affairs of SEIU Local 715, effective immediately.

The Trustee will have charge of the affairs of the Local Union until relieved of responsibility by me.

The Trustee will be governed by the provisions of the Service Employees International Union Constitution and Bylaws and the provisions of applicable law.

Sincerely,

ANDREW L. STERN
International President

ANNA BURGER
International Secretary-Treasurer

MARY KAY HENRY
Executive Vice President

GERRY HUDSON
Executive Vice President

ELISEO MEDINA
Executive Vice President

TOM WOODRUFF
Executive Vice President



Andrew L. Stern
International President

SERVICE EMPLOYEES
INTERNATIONAL UNION
CTW, CLC

1800 Massachusetts Ave NW
Washington DC 20036

202.730.7000
TDD: 202.730.7481
www.SEIU.org

SEIU0007

EXHIBIT CC

**Contact Us**

SEIU Local 715

2302 Zanker Road

San Jose, CA 95131

(408) 954-8715

SEIU0010



## Contact Us

SEIU Local 715

2302 Zanker Road

San Jose, CA 95131

(408) 954-8715

SEIU0011



# SEIU Benefits for You and Your Family

**SEIU Local 715**

**2302 Zanker Road**

**San Jose, CA 95131**

**(408) 954-8715**

Because you are a member or retiree of SEIU, you have access to a variety of services and discounts through Union Plus. These benefits supplement what you may receive through your union-negotiated contract. With these SEIU-Union Plus benefits, you can save on life insurance, health savings, mortgages, legal services, and more.

> **Need assistance?**
> Call **1-800-452-9425**.
> Or visit www.unionplus.org .
>
> ¿Tiene preguntas? Tenemos informacion en Español .

## Money and Credit

**Credit Card** with great value and service

**Secured Credit Card** for members who have poor credit or little or no credit history

**Loans** —personal loans, lines of credit, and home equity loans

**Credit Counseling** to help eliminate debt

**Your Credit Score** for a 15% discount

## Family Services

**Find a Lawyer** —Union Plus legal services for your Local

**Immigration Legal Services** including free initial consultations and discounts on hourly rates

**Planning for College** — resources on applying, paying, and more

**Paying for College** —resources include loans, financial aid, and savings plans

**Pet Health** —savings on veterinary services for all animals

## House and Home

**Mortgage and Real Estate** —low down payments and reduced closing costs

**Home Heating Oil Discounts** — save on service contracts and fuel oil purchases

**Moving Van Discounts** —Save on interstate moves, truck rentals, and storage

## Health and Well-Being

**Health Savings** reduces out-of-pocket expenses for prescriptions, vision, and other services

**Health Club Discounts** at more than 1,500 locations

## Insurance Protection

**Life Insurance** protection regardless of job or health conditions

**Accident Insurance** including insurance for accidental death in the workplace

**Auto Insurance** with

## Union Marketplace

**Cingular Wireless Discounts** on monthly service for union members

**Auto Buying Service** to help you find the right vehicle for the right price

**Goodyear Discounts** on tires

SEIU0012

Benefits

competitive rates, multi-
vehicle discounts, and 24-hour
service

Professional Liability Insurance
for medical professionals

Pet Insurance --accident and
illness insurance for your dog
or cat

## SEIU Scholarships

SEIU Scholarship Program

Jesse Jackson Scholarship

John Gegan Scholarship

Moe Foner Scholarship

Nora Piore Scholarship

Union Plus Scholarship Program

## Computers

Dell Computers for a 5-10%
discount

and service

Powell's Bookstore --a union-
organized online bookstore

Union-Made Clothing --support
good jobs at good pay with a
discount

Union-Made Checks with your
union's logo

## Travel and Recreation

Vacation Tours with a discount

Norwegian Cruise Line
discounts

Car Rentals for up to 25% off

## Gift Shop

Flowers --delivery service with
a discount

**SEIU0013**

Our Local



## Contact Us

SEIU Local 715

2302 Zanker Road

San Jose, CA 95131

(408) 954-8715

## About SEIU

The Service Employees International Union is 1.8 million working people and 50,000 retirees united to improve services and our communities throughout North America.

SEIU members are winning better wages, health care, and more secure jobs at home, while uniting their strength with their counterparts around the world to help ensure that workers, not just corporations and CEOs, benefit from today's global economy.



SEIU is the fastest-growing union in North America. Focused on uniting workers in three sectors to improve their lives and the services they provide, SEIU is:

▶▶The largest health care union, with 900,000 members in the field, including nurses, LPNs, doctors, lab technicians, nursing home workers, home care workers

▶▶The largest property services union, with 225,000 members in the building cleaning and security industries, including janitors, door men and women

▶▶The second largest public services union, with 850,000 local and state government workers, public school employees, bus drivers, and child care providers

(Total is current as of 09-27-05, and exceeds 1.8 million due to overlaps in public/health care.)

**SEIU0014**

Action Center



## What is COPE?

COPE is our union's voluntary bi-partisan Political Action Committee used for political and legislative activities. We hold politicians accountable at every level of government.

‣ Read more

## What is Change to Win?

The Change to Win Federation is made up of SEIU and six other national unions representing more than 5 million workers.

‣ Read more

**SEIU0015**



## SEIU's Stern, Rivera Named Two of Top Six Most Powerful in Healthcare

Modern Healthcare magazine released its "100 Most Powerful People in Healthcare" list, ranking SEIU President Andy Stern and SEIU Healthcare Chair Dennis Rivera number 5 and 6, respectively. This recognition comes during a year of landmark healthcare leadership, initiatives, and policy work for SEIU, including the formation in June of SEIU Healthcare, a new one million member "union within a union."

» Read more

## What Is Change to Win?

The Change to Win Federation is made up of SEIU and six other national unions representing more than 5 million workers.

» Read more

SEIU0016





## California Budget: the Year of Reckoning



### The Latest on the Budget Campaign:  May Revise a Missed Opportunity

On May 14, the Governor unveiled his revised budget and proposed deeper cuts, a power grab, and more borrowing, not real solutions. In other words, he missed an opportunity to fix our chronic budget problems. Now, legislators must take responsibility. Read SEIU's reaction to the proposed budget and our latest update and analysis of the cuts.

~ Read More

## June Primary Election Results

### Election Update: SEIU Wins Major Victories, Defeating Prop. 98 and Helping Scores of Working-Family-Friendly Candidates Advance

In the June primary election, SEIU helped defeat the dangerous and deceptive Prop. 98, which would have gutted rent control and environmental laws and made it nearly impossible to build public works, by a 61% (No) - 39% (Yes) margin. We also helped pass real homeowner protection, Prop. 99, in a 62.5% (Yes) - 37.5% (No) vote.

For the California Assembly races - in a remarkable sweep - in every district where we endorsed a candidate, we won, and a 2/3 majority of SEIU-backed candidates won their Senate seats as well. In Congress, we helped Mike Lumpkin (D, CD 52) win his primary in the only district without an incumbent running. And in a closely watched, key local race, SEIU and labor allies helped lift longtime champion of working people Senator Mark Ridley-Thomas above the crowd in his L.A. County Supervisor bid, positioning him well for a November run-off.

Click here for a complete list of SEIU endorsements and results.

## Progress on Healthcare: A Three-Year Plan

### Healthcare Reform Bills Make Progress

While our primary healthcare goal this year must be to stop the devastating budget cuts that would add a million Californians to the rolls of the uninsured, SEIU continues to push for components of the healthcare reform package we fought for in 2007. Working with our allies from last year's "It's OUR Healthcare!" campaign, we continue to lay the groundwork for comprehensive reform by tackling a range of

### State Budget News Clips

California's budget is a thing of shreds of patches

Lottery plan off target

Aid for California's disabled in peril

Governor's lottery plan could hurt school funding, analyst says

Senator says California prisons upgrade cost 'borders on the incredible'

Who Pays Taxes in California

### Press Releases

SEIU California State Council Announces Selection of New Executive Director

Assembly Budget Moves Debate in the Right Direction

SEIU Says Governor's Budget Will Hurt California

SEIU, Health Care Groups Win Promise to Amend Flawed Health Care Bill

Parents, providers blast Gov.'s veto on child care reform

## Members Are Speaking Out!



'As a children's social worker, our primary responsibility is to protect children and make sure they have safe, permanent homes. Our

SEIU0017

critical healthcare issues. Some of the key reform components have made legislative progress in recent weeks, including:
• Giving consumers more information about healthcare costs and quality, so that consumers have real choices and can shape the healthcare market by avoiding costly and ineffective care AB2967 (Lieber)
• Prohibiting junk insurance and standardizing the insurance market SB1522 (Steinberg)

Read the latest update as these bills continue to make progress through the legislature from ally Health Access.

Link to this update:

http://www.health-access.org/labels/YearOfReform.htm

systemfunctions as the children's parents while we help their parentsrecover, or find a family member or foster parents. We're fighting for the children and families we serve. The children aren't voters. They have no voice. They're the most vulnerable membersof our society. That's why I became a social worker, and that's why I'm fighting the budget cuts."
SEIU Local 721 David Green - Adoption Social Worker, County of Los Angeles

» Read more

**SEIU0018**

SEIU Online Store                                                    Page 1 of 1



Stronger Together

**Men's Wear**

**Women's Wear**

**Children's Wear**

**Generation S Wear**

**Bags & Briefcases**

**Toys & Games**

**Misc. Merchandise**

**SEIU for Obama Items**

Home | Search | Current Order | 1-800-408-2388 | Email: sales@imagepoints.com

**SEIU0019**

Exhibit DD

AUG-16-2006  10:33    FROM-LOCAL 250 SAN FRANCISCO        415-563-9614        T-060  P.001/004  F-155



# LOCAL 715

**SERVICE EMPLOYEES INTERNATIONAL UNION, AFL-CIO/CLC**

www.seiu715.org

TO: Laurie Quintel

FR: Greg P.

SEIU servicing agreement

4 pages

Any questions, please call (415) 740-4461

SEIU0020

AUG-15-2006  10:33    FROM-LOCAL 250 SAN FRANCISCO              415-563-9814           T-060   P.002/004   F-155

# SERVICING AGREEMENT

This SERVICING AGREEMENT is entered into between Local 715 ("Local 715") and SEIU UHW ("UHW").

WHEREAS, Local 715 and UHW recognize that the core jurisdiction represented by Local 715 includes public sector employees and that the core jurisdiction of UHW includes health care employees; and

WHEREAS, Local 715 and UHW recognize that the professional services provided by each organization are most highly developed in regard to their core jurisdictions; and

WHEREAS, Local 715 is the sole and exclusive collective bargaining representative for a unit of employees at the Stanford Hospital facility ("Stanford facility"); and

WHEREAS, Local 715 wishes to obtain for its members at the Stanford facility the professional services available through UHW, and UHW is willing to make its professional services available to Local 715's members at the Stanford facility; now,

THEREFORE, it is AGREED as FOLLOWS:

1.  **Effective Date**

    The terms of this Servicing Agreement shall become effective on March 1, 2006.

2.  **Cost of Services**

    For a period running concurrently with the existing collective bargaining agreement between Local 715 and the Stanford facility, UHW shall provide the professional services outlined herein at no cost to Local 715. Thereafter, if this Agreement is extended, Local 715 shall reimburse UHW for the costs of the services outlined herein from the dues and agency fees collected by UHW for each Local 715 member affected by this Agreement.

3.  **Duration of Agreement**

    This Servicing Agreement shall be effective on March 1, 2006 and shall remain in full force and effect until the end of the current collective bargaining agreement between Local 715 and the Stanford facility. The duration of this Servicing Agreement may be mutually extended by the parties. Additionally, this Agreement can be altered, amended, or rescinded by the mutual agreement of the parties. Either party may unilaterally terminate this Agreement by giving three months notice to the other party.

[W-02000000/01460003A.DOC]

**SEIU0021**

RECEIVED   AUG-14-06  13:48      FROM-                    TO-SEIU UHW SF         PAGE  002

4.    **Services Provided By UHW**

For the duration of this Servicing Agreement, UHW's staff, acting as designated agents of Local 715, shall provide the following professional services to Local 715 for its members at the Stanford facility:

Representation in the grievance procedure and at arbitration hearings

Representation at labor-management meetings

Assistance to members appearing before the National Labor Relations Board on behalf of the Local 715 Chapter at the Stanford facility.

5.    **Oversight By Local 715**

The UHW staff member assigned to the day-to-day servicing of the Stanford facility unit will meet on a regular basis with an officer of Local 715 to review the status of representation matters within the unit. In addition, UHW will provide Local 715 with advance notice of all membership meetings and site visits and clear all correspondence with Local 715. The parties acknowledge that Local 715 has the ultimate responsibility for collective bargaining matters on behalf of the Stanford facility unit.

6.    **Services Provided By Local 715**

For the duration of this Agreement, Local 715 shall continue to administer the collection of membership dues, and shall have access to, and may assist with, all membership meetings, and shall have access to all records associated with the bargaining unit.

7.    **Designation of Agency Status**

Local 715 shall notify the Employer in writing of its designation of the appropriate employees of UHW to serve as the agents of Local 715 in providing services to Local 715's membership at the Stanford facility.

Should the Employer challenge or refuse to accept the legitimacy of this Servicing Agreement, the parties will cooperate in processing the legal actions necessary to its enforcement. (This may include filing an unfair labor practice charge under the name of Local 715). UHW will provide professional assistance in this process. During the pendency of this process, Local 715 will continue to provide representation and the administration of all aspects of the collective bargaining agreement through its own staff until such matter is resolved.

8.    **Chapter Structure and Members' Rights**

a)    Following the implementation of this Servicing Agreement, Local 715's unit at the Stanford facility shall maintain the same officers and other employee-representatives, under the same internal Chapter structure that existed prior to implementation of this Agreement;

{W:\200\008\01\00080078.DOC}2

SEIU0022

AUG-15-2006  10:34    FROM-LOCAL 250 SAN FRANCISCO         415-553-9914         T-060  P.004/004  F-155

b)    Following implementation of this Servicing Agreement, Local 715 members at the Stanford facility will continue to be full members of Local 715, with the right to vote in Local 715 elections and otherwise participate in Local 715's affairs. Employees in the bargaining unit will be offered Associate Member status with UHW but shall keep whatever membership rights are accorded them under the Local 715 by-laws and the Service Employees International Union constitution;

c)    Nothing herein shall prohibit UHW from permitting Local 715's Chapter leaders or members from the Stanford facility to participate in UHW educational functions, or appearing as guests at other UHW functions.

9.    **Severability**

The parties hereto believe that all provisions of this Servicing Agreement comply with applicable law. However, should any portion of this Agreement be found illegal by any tribunal of competent jurisdiction, this shall not affect the remainder of the Agreement. Rather, the parties shall promptly meet to negotiate an acceptable, lawful substitute to the stricken provisions.

_____          _____
Sal Roselli, President, UHW                Kristy Sermersheim, Executive Secretary,
                                           Local 715

                                                  2/20/2006

_____          _____
Date                                       Date

RECEIVED  AUG-14-06  13:40    FROM-              TO-SEIU UHW SF         PAGE 004

EXHIBIT EE

**WEINBERG, ROGER & ROSENFELD**
A PROFESSIONAL CORPORATION

1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
TELEPHONE 510.337.1001
FAX 510.337.1023

August 11, 2006

Larry Arnold
Foley & Lardner
One Maritime Plaza, Sixth Floor
San Francisco, CA 94111-3404

Re:    SEIU United Healthcare Workers-West and SEIU Local 715
       Stanford Medical Center

Dear Mr. Arnold:

Enclosed please find a copy of the Servicing Agreement with respect to the Stanford Medical Center Bargaining Unit, between Local 715 and UHW.

I am sending this to you at your request, so there will be no further confusion concerning this matter, and so that henceforth, the Employer will understand and recognize the fact that SEIU Local 715 is the bargaining representative, but is being aided by UHW.

Lest it is not apparent from the document, it is modeled directly and completely on servicing agreements approved by the NLRB.

I trust this will resolve this henteforth.

Sincerely,

William A. Sokol

WAS/rfb
opeiu 3 afl-cio(1)
Enclosure
cc:    Greg Pullman
       Kristy Sermersheim
       John Borsos
       Sal Rosselli

1/430729

**SEIU0024**

# SERVICING AGREEMENT

This SERVICING AGREEMENT is entered into between Local 715 ("Local 715") and SEIU UHW ("UHW").

WHEREAS, Local 715 and UHW recognize that the core jurisdiction represented by Local 715 includes public sector employees and that the core jurisdiction of UHW includes health care employees; and

WHEREAS, Local 715 and UHW recognize that the professional services provided by each organization are most highly developed in regard to their core jurisdictions; and

WHEREAS, Local 715 is the sole and exclusive collective bargaining representative for a unit of employees at the Stanford Hospital facility ("Stanford facility"); and

WHEREAS, Local 715 wishes to obtain for its members at the Stanford facility the professional services available through UHW, and UHW is willing to make its professional services available to Local 715's members at the Stanford facility; now,

THEREFORE, it is AGREED as FOLLOWS:

1.  **Effective Date**

    The terms of this Servicing Agreement shall become effective on March 1, 2006.

2.  **Cost of Services**

    For a period running concurrently with the existing collective bargaining agreement between Local 715 and the Stanford facility, UHW shall provide the professional services outlined herein at no cost to Local 715. Thereafter, if this Agreement is extended, Local 715 shall reimburse UHW for the costs of the services outlined herein from the dues and agency fees collected by UHW for each Local 715 member affected by this Agreement.

3.  **Duration of Agreement**

    This Servicing Agreement shall be effective on March 1, 2006 and shall remain in full force and effect until the end of the current collective bargaining agreement between Local 715 and the Stanford facility. The duration of this Servicing Agreement may be mutually extended by the parties. Additionally, this Agreement can be altered, amended, or rescinded by the mutual agreement of the parties. Either party may unilaterally terminate this Agreement by giving three months notice to the other party.

{W:\2000\001\01\06000478.DOC} 1

SEIU0025

4.   **Services Provided By UHW**

For the duration of this Servicing Agreement, UHW's staff, acting as designated agents of Local 715, shall provide the following professional services to Local 715 for its members at the Stanford facility:

Representation in the grievance procedure and at arbitration hearings

Representation at labor-management meetings

Assistance to members appearing before the National Labor
Relations Board on behalf of the Local 715 Chapter at the Stanford facility.

5.   **Oversight By Local 715**

The UHW staff member assigned to the day-to-day servicing of the Stanford facility unit will meet on a regular basis with an officer of Local 715 to review the status of representation matters within the unit. In addition, UHW will provide Local 715 with advance notice of all membership meetings and site visits and clear all correspondence with Local 715. The parties acknowledge that Local 715 has the ultimate responsibility for collective bargaining matters on behalf of the Stanford facility unit.

6.   **Services Provided By Local 715**

For the duration of this Agreement, Local 715 shall continue to administer the collection of membership dues, and shall have access to, and may assist with, all membership meetings, and shall have access to all records associated with the bargaining unit.

7.   **Designation of Agency Status**

Local 715 shall notify the Employer in writing of its designation of the appropriate employees of UHW to serve as the agents of Local 715 in providing services to Local 715's membership at the Stanford facility.

Should the Employer challenge or refuse to accept the legitimacy of this Servicing Agreement, the parties will cooperate in processing the legal actions necessary to its enforcement. (This may include filing an unfair labor practice charge under the name of Local 715). UHW will provide professional assistance in this process. During the pendency of this process, Local 715 will continue to provide representation and the administration of all aspects of the collective bargaining agreement through its own staff until such matter is resolved.

8.   **Chapter Structure and Members' Rights**

a)   Following the implementation of this Servicing Agreement, Local 715's unit at the Stanford facility shall maintain the same officers and other employee-representatives, under the same internal Chapter structure that existed prior to implementation of this Agreement;

SEIU0026

   b)    Following implementation of this Servicing Agreement, Local 715 members at the Stanford facility will continue to be full members of Local 715, with the right to vote in Local 715 elections and otherwise participate in Local 715's affairs. Employees in the bargaining unit will be offered Associate Member status with UHW but shall keep whatever membership rights are accorded them under the Local 715 by-laws and the Service Employees International Union constitution;

   c)    Nothing herein shall prohibit UHW from permitting Local 715's Chapter leaders or members from the Stanford facility to participate in UHW educational functions, or appearing as guests at other UHW functions.

9.    **Severability**

   The parties hereto believe that all provisions of this Servicing Agreement comply with applicable law. However, should any position of this Agreement be found illegal by any tribunal of competent jurisdiction, this shall not affect the remainder of the Agreement. Rather, the parties shall promptly meet to negotiate an acceptable, lawful substitute to the stricken provisions.

_____          _____
Sal Roselli, President, UHW               Kristy Sermersheim, Executive Secretary,
                                          Local 715

   2/18/06                                   2/20/2006
_____          _____
Date                                      Date

(W:\200000\101\06000478.DOC)3

SEIU0027

EXHIBIT FF

08/21/2006  14:22 FAX 408 954 1538          LOCAL 715                              ☑003



# WEINBERG, ROGER & ROSENFELD
### A PROFESSIONAL CORPORATION
1001 Marina Village Parkway, Suite 200
Alameda, CA 94501-1091
TELEPHONE 510.337.1001
FAX 510.337.1023

August 17, 2006

Larry Arnold
Foley & Lardner
One Maritime Plaza, Sixth Floor
San Francisco, CA 94111-3404

Re:    Servicing Agreement

Dear Mr. Arnold:

Per your request, enclosed please find the Servicing Agreement between Local 715 and UHW.
For your information, it is modeled on the servicing agreement which has expressly been upheld
as lawful by the NLRB, see <u>Suburban Pavilion</u>.

I trust this will calm any insecurities you and/or your client may have concerning this matter and
that henceforth you will recognize that UHW is servicing Local 715, which continues to be the
exclusive bargaining representative of the bargaining unit at the Stanford Medical Facilities.

If you have any questions or comments, please do not hesitate to contact me.

Sincerely,

William A. Sokol

WAS/jys
opeiu 3 afl-cio(1)

Enclosure

1/431225

SEIU0028

EXHIBIT GG

U.S. Department of Labor
Office of Labor-Management
Standards
Washington, DC 20210

# FORM LM-15
# TRUSTEESHIP REPORT

Form approved
Office of Management
and Budget
No. 1215-0188
Expires 11-30-2009

For Official Use
Only

This report is mandatory under P.L. 86-257 as amended. Failure to comply may result in criminal prosecution, fines,
or civil penalties as provided by 29 U.S.C. 461.

> **READ THE INSTRUCTIONS CAREFULLY BEFORE PREPARING THIS REPORT.**

| 1. File Number of Labor Organization Held in Trusteeship | 2. Type of Report | 3. Date Trusteeship Established |
|---|---|---|
| 513-588 | Initial *(complete pages 1 through 4.)*  X  Semiannual for period ending *(Complete pages 1 and 2 only.)*  12 / 8 / 2007 | 6 / 8 / 2007 |

**4. Labor Organization Held in Trusteeship**

Affiliation or Organization Name  Service Employees International Union

Designation  LU - Local Union

Designation Number  Prefix ____  Number  715  Suffix ____

Unit Name (if any)

P.O. Box, Bldg. and Room No., if any

Number and Street  2302 Zanker Road

City  San Jose

State  California          ZIP Code + 4  95134

**5. Labor Organization Imposing the Trusteeship**

Name  Service Employees International Union

File Number  000-137

P.O. Box, Building and Room Number, if any

Number and Street  1800 Massachusetts Avenue, NW

City  Washington          State  District of Columbia          ZIP Code + 4  20036

**6. List the article(s) and section(s) of the constitution which specifically authorize imposition of the trusteeship:**

Article VIII, Sections 7(a) and 7(f).

## Signatures

Each of the undersigned, duly authorized officials of the labor organization imposing the trusteeship over the above labor organization, declares, under penalty of perjury and other applicable penalties of law, that all of the information submitted in this report (including the information contained in any accompanying documents) has been examined by the signatory and is, to the best of the undersigned's knowledge and belief, true, correct, and complete. (See the section on penalties in the instructions.)

| 24. Signed | President *(if other title, see instructions.)* | 26. Signed | Trustee *(if other title, see instructions.)* |
|---|---|---|---|
| Other (Specify) International President | | Trustee | |
| On 5/20/08  (202) 730-7000 | | On 05/19/08  (408) 954-1538 | |
| Date   Telephone Number | | Date   Telephone Number | |
| 25. Signed | Treasurer *(if other title, see instructions.)* | 27. Signed | Trustee *(if other title, see instructions.)* |
| Other (Specify) International Secretary-Treasurer | | Trustee | |
| On 5/20/08  (202) 730-7000 | | On ____  ____ | |
| Date   Telephone Number | | Date   Telephone Number | |

Form LM-15 (2003)                                                                 Page 1 of 4

SEIU0029

| Name of Labor Organization Held in Trusteeship | File Number |
|---|---|
| Service Employees International Union | 513-588 |

7. Check the reason(s) for establishing or continuing the trusteeship:

a. To correct corruption or financial malpractice.

X b. To assure the performance of collective bargaining agreements or other duties of a bargaining representative.

c. To restore democratic procedures.

d. Other.

8. Provide a detailed statement which explains each reason checked in Item 7, above.

As the result of changes in the jurisdiction of SEIU local unions in California, Local 715 is in the process of reorganizing the majority of its members into other SEIU local unions. The shift of a large majority of Local 715 members, and resources associated with those members, to other SEIU unions is making it difficult for Local 715 to carry out its remaining collective bargaining responsibilities and to defend its status as collective bargaining agent. The significant decline in Local 715's membership and resources has impaired Local 715's ability to operate as contemplated by the Local 715 Constitution and Bylaws. The process of reorganizing the remaining Local 715 members into their new SEIU local unions is still underway.

9. During the period covered by this report

a. Did a convention or other policy-determining body meet to which the trusteed labor organization sent delegates or would have sent delegates if not in trusteeship?

Yes X No

*(If the answer is "Yes," complete and file Form LM-15A.)*

b. Did the labor organization imposing the trusteeship hold an election of officers?

Yes X No

*(If the answer is "Yes," complete and file Form LM-15A.)*

07/24/07  15:18 FAX 202 693 1345                                                    @002

530

U.S. Department of Labor
Office of Labor-Management
Standards
Washington, DC 20210

# FORM LM-15
# TRUSTEESHIP REPORT

Form approved
Office of Management
and Budget
No. 1218-0188
Expires 11-30-2009



For Official Use

This report is mandatory under P.L. 86-257 as amended. Failure to comply may result in criminal prosecution, fines,
or civil penalties as provided by 29 U.S.C. 461.

| READ THE INSTRUCTIONS CAREFULLY BEFORE PREPARING THIS REPORT. |
| --- |

| 1. File Number of Labor Organization Held in Trusteeship | 2. Type of Report | 3. Date Trusteeship Established |
| --- | --- | --- |
| 513-588 | X Initial (complete pages 1 through 4.)  /  /  Semiannual for period ending (Complete pages 1 and 2 only.) | 6 / 8 / 2007 |

| 4. Labor Organization Held in Trusteeship |
| --- |
| Affiliation or Organization Name  Service Employees International Union |
| Designation LU - Local Union |
| Designation Number  Auto  _____  715  Auto |
| Unit Name (if any) |
| P.O. Box, Bldg. and Room No., if any |
| Number and Street  2302 Zanker Road |
| City  San Jose |
| State  California                ZIP Code + 4  95134 |

| 5. Labor Organization Imposing the Trusteeship |
| --- |
| Name  Service Employees International Union |
| File Number  000-137. |
| P.O. Box, Building and Room Number, if any |
| Number and Street  1800 Massachusetts Avenue, NW |
| City  Washington          State  District of Columbia      ZIP Code + 4  20036 |

| 6. List the article(s) and section(s) of the constitution which specifically authorize imposition of the trusteeship: |
| --- |
| Article VIII, Sections 7(a) and 7(f). |

## Signatures

Each of the undersigned, duly authorized officials of the labor organization imposing the trusteeship over the above labor organization, declares, under penalty of perjury and other applicable penalties of law, that all of the information submitted in this report (including the information contained in any accompanying documents) has been examined by the signatory and is, to the best of the undersigned's knowledge and belief, true, correct, and complete. (See the section on penalties in the instructions.)

| 24. Signed  _Andrew L. Stern_  Other (Specify)  International President  On  _7/9/07_   (202) 730-7000  Date        Telephone Number | President (if other title, see instructions.) | 26. Signed  _B.W. (Busby) Smith_  Trustee  On  _07/06/07_   (408) 954-1530  Date        Telephone Number | Trustee (if other title, see instructions.) |
| --- | --- | --- | --- |
| 25. Signed  _Anna Burger_  Other (specify)  International Secretary-Treasurer  On  _7/9/07_   (202) 730-7000  Date        Telephone Number | Treasurer (if other title, see instructions.) | 27. Signed  Trustee  On  _____  Date        Telephone Number | Trustee (if other title, see instructions.) |

Form LM-15 (2003)                                                                Page 1 of 4

SEIU0031

58

| Name of Labor Organization Held in Trusteeship | File Number |
|---|---|
| Service Employees International Union | 513-588 |

7. Check the reason(s) for establishing or continuing the trusteeship:

    a. To correct corruption or financial malpractice.

   X  b. To assure the performance of collective bargaining agreements or other duties of a bargaining representative.

    c. To restore democratic procedures.

    d. Other.

8. Provide a detailed statement which explains each reason checked in item 7, above.

As the result of changes in the jurisdiction of SEIU local unions in California, Local 715 is in the process of reorganizing the majority of its members into other SEIU local unions. The shift of a large majority of Local 715 members, and resources associated with those members, to other SEIU unions is making it difficult for Local 715 to carry out its remaining collective bargaining responsibilities and to defend its status as collective bargaining agent. The significant decline in Local 715's membership and resources has impaired Local 715's ability to operate as contemplated by the Local 715 Constitution and Bylaws.

9. During the period covered by this report

  a. Did a convention or other policy-determining body meet to which the trusteed labor organization sent delegates or would have sent delegates if not in trusteeship?

    Yes    X No
    (If the answer is "Yes," complete and file Form LM-15A.)

  b. Did the labor organization imposing the trusteeship hold an election of officers?

    Yes    X No
    (If the answer is "Yes," complete and file Form LM-15A.)

Form LM-15 (2003)

Page 2 of 4

SEIU0032

'07/24/07  15:19 FAX 202 693 1345    @004

| Name of Labor Organization Held in Trusteeship . | File Number |
|---|---|
| Service Employees International Union | 513-500 |

### Statement of Assets and Liabilities  (Complete for Initial Report Only)

| Assets as of Date Trusteeship Imposed | | | Liabilities as of Date Trusteeship Imposed | | |
|---|---|---|---|---|---|
| Item | From Sch. # | Amount | Item | From Sch. # | Amount |
| 10. Cash | | 3,543,513 | 18. Accounts Payable | | 299,863 |
| 11. Accounts Receivable | | 6,563 | 19. Loans Payable | 6 | 0 |
| 12. Loans Receivable | 1 | 0 | 20. Mortgages Payable | | 0 |
| 13. U.S. Treasury Securities | | 0 | 21. Other Liabilities | 4 | 1,127,359 |
| 14. Investments | 2 | 0 | 22. TOTAL LIABILITIES | | 1,427,122 |
| 15. Fixed Assets | 5 | 526,079 | 23. NET ASSETS (Item 17 less Item 22) | | |
| 16. Other Assets | 3 | 251,217 | | | |
| 17. TOTAL ASSETS | | 6,650,996 | | | 3,231,850 |

### Schedule 1 - Loans Receivable (See Instructions for Item 12)

| (A) Name of officer, employee, member, or business enterprise | (B) Purpose of loan, security, if any, and terms for repayment | (C) Amount |
|---|---|---|
| 1. 0 | | 0 |
| 2. 0 | | 0 |
| 3. 0 | | 0 |
| | 4. Total from additional pages (if any) | 0 |
| | 5. Total of loans not listed above | 0 |
| | 6. Total of Lines 1 through 5 | 0 |

| Schedule 2 - Investments (See Instructions for Item 14) | | Schedule 3 - Other Assets (See Instructions for Item 16) | |
|---|---|---|---|
| (A) Description | (B) Amount | (A) Description | (B) Book Value |
| Marketable Securities: | | 1. Prepaid Expenses | 15,285 |
| 1. Total Cost | 0 | 2. Deposit | 13,540 |
| 2. Total Book Value | 0 | 3. Due to/from SEI others | 221,392 |
| 3. List each marketable security that has a book value over $1,000 and exceeds 20% of Line 2. | | 4. | |
| | | 5. | |
| (a) | | 6. | |
| (b) | | 7. Total from additional pages (if any) | 0 |
| (c) Total from additional pages (if any) | 0 | 8. Total of Lines 1 through 7 | 251,217 |
| Other Investments: | | Schedule 4 - Other Liabilities (See Instructions for Item 21) | |
| 4. Total Cost | 0 | (A) Description | (B) Amount |
| 5. Total Book Value | 0 | 1. Capital lease | 17,582 |
| 6. List each other investment which has a book value over $1,000 and exceeds 20% of Line 5. Also list each subsidiary or trust which is an investment. | | 2. IRSS Payable | 188,167 |
| | | 3. Security Deposit | 2,500 |
| (a) | | 4. Other Payable | 264,647 |
| (b) | | 5. Accured Vacation | 654,363 |
| (c) Total from additional pages (if any) | 0 | 6. | 0 |
| 7. Total of Lines 2 and 5 | 0 | 7. Total from additional pages (if any) | 0 |
| | | 8. Total of Lines 1 through 7 | 1,127,359 |

Form LM-15 (2003)                                                 Page 3 of 4

SEIU0033

| Name of Labor Organization Held in Trusteeship | File Number |
| --- | --- |
| Service Employees International Union | 513-588 |

| Schedule 5 - Fixed Assets (See Instructions for Item 18) | | | | |
| --- | --- | --- | --- | --- |
| (A) Description | (B) Cost or Other Basis | (C) Total Depreciation or Amount Expensed | (D) Book Value | (E) Fair Market Value |
| 1. Land (give location) | 0 0 0 | ███████ | | |
| 2. Total from additional pages (if any) | 0 | | 0 | 0 |
| 3. Buildings (give location) | 0 D 0 | | | |
| 4. Total from additional pages (if any) | 0 | 0 | 0 | 0 |
| 5. Automobiles and Other Vehicles | 0 | | | |
| 6. Office Furniture and Equipment | 1,004,263 | 478,188 | 526,075 | |
| 7. Other Fixed Assets | | | P | |
| 8. Total of Lines 1 through 7 | 1,004,263 | 478,188 | 526,075 | 0 |

| Schedule 6 - Loans Payable (See Instructions for Item 19) | |
| --- | --- |
| (A) Source | (B) Amount |
| 1. | 0 |
| 2. | 0 |
| 3. | 0 |
| 4. | 0 |
| 5. Total from additional pages (if any) | 0 |
| 6. Total of Lines 1 through 5. | 0 |

Form LM-15 (2003)

SEIU0034

Page 4 of 4

01/24/10  18:20  FAX  202 683 1345

EXHIBIT HH

ADRMOP, E-Filing, RELATE

# U.S. District Court
## California Northern District (San Jose)
## CIVIL DOCKET FOR CASE #: 5:08-cv-00213-JF

| | |
|---|---|
| Service Employees International Union, Local 715 v. Stanford Hospital and Clinics and Lucile Packard Children's Hospital | Date Filed: 01/11/2008 |
| | Jury Demand: None |
| Assigned to: Hon. Jeremy Fogel | Nature of Suit: 720 Labor: Labor/Mgt. Relations |
| Referred to: Magistrate Judge Richard Seeborg | Jurisdiction: Federal Question |

Relate Case Cases: 5:07-cv-05158-JF
                5:08-cv-00215-JF
                5:08-cv-00216-JF
                5:08-cv-01727-JF
                5:08-cv-01726-JF

Cause: 29:151 Labor: Review of Agency Action

## Plaintiff

| | | |
|---|---|---|
| **Service Employees International Union, Local 715** | represented by | **W. Daniel Boone**<br>Weinberg, Roger & Rosenfeld<br>1001 Marina Village Parkway<br>Suite 200<br>Alameda, CA 94501-1091<br>510-337-1001<br>Fax: 510-337-1023<br>Email: courtnotices@unioncounsel.net<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Bruce A. Harland**<br>Weinberg, Roger & Rosenfeld<br>A Professional Corporation<br>1001 Marina Village Parkway<br>Suite #200<br>Alameda, CA 94501<br>510 -337- 1001<br>Fax: 510-337-1023<br>Email: courtnotices@unioncounsel.net<br>*ATTORNEY TO BE NOTICED* |
| | | **Laurence R. Arnold**<br>Foley & Lardner LLP<br>One Martime Plaza<br>Sixth Floor<br>San Francisco, CA 94111-3409 |

415-984-9819
Fax: 415-434-4507
Email: larnold@foley.com
*ATTORNEY TO BE NOTICED*

**William A. Sokol**
Weinberg, Roger & Rosenfeld
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
510-337-1001
Fax: 510-337-1023
Email: courtnotices@unioncounsel.net
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Stanford Hospital and Clinics and
Lucile Packard Children's Hospital**

represented by **Laurence R. Arnold**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Scott Powers Inciardi**
Attorney at Law
1 Maritime Plaza, 6th Floor
San Francisco, CA 94111
415-434-4484
Fax: 415-4344507
Email: sinciardi@foley.com
*ATTORNEY TO BE NOTICED*

V.

**Respondent**

**Stanford Hospital & Clinics and
Lucile Packard Children's Hospital**

represented by **Eileen Regina Ridley**
Foley & Lardner
One Maritime Plaza
Sixth Floor
San Francisco, CA 94111-3404
415-434-4484
Fax: 415-434-4507
Email: eridley@foley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Laurence R. Arnold**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Scott Powers Inciardi**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter-claimant**

**Stanford Hospital & Clinics and**            represented by  **Eileen Regina Ridley**
**Lucile Packard Children's Hospital**                          (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Laurence R. Arnold**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Scott Powers Inciardi**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

**Counter-claimant**

**Stanford Hospital and Clinics and**          represented by  **Laurence R. Arnold**
**Lucile Packard Children's Hospital**                          (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Scott Powers Inciardi**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

V.

**Counter-defendant**

**Service Employees International**             represented by  **W. Daniel Boone**
**Union, Local 715**                                            (See above for address)
                                                                *LEAD ATTORNEY*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Bruce A. Harland**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Laurence R. Arnold**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

                                                                **William A. Sokol**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/11/2008 | 1 | PETITION TO CONFIRM ARBITRATION AWARD (no process) against Stanford Hospital and Clinics and Lucile Packard Children's Hospital (Filing fee $ 350, receipt number 34611014520.). Filed by Service Employees International Union, Local 715. (slh, COURT STAFF) (Filed on 1/11/2008) (Additional attachment(s) added on 1/16/2008: # 1 Exhibit A, # 2 Exhibit B) (slh, COURT STAFF). (Entered: 01/15/2008) |
| 01/11/2008 | 2 | Administrative MOTION to Consider Whether Cases Should Be Related re C 07-5158 MMC filed by Service Employees International Union, Local 715. (slh, COURT STAFF) (Filed on 1/11/2008) (slh, COURT STAFF). (Entered: 01/15/2008) |
| 01/11/2008 | 3 | ADR SCHEDULING ORDER: Case Management Conference set for 4/23/2008 01:30 PM. Case Management Statement due by 4/16/2008. (Attachments: # 1 EMC Standing Order, # 2 Case Management Standing Order)(slh, COURT STAFF) (Filed on 1/11/2008) (Entered: 01/15/2008) |
| 01/11/2008 |  | CASE DESIGNATED for Electronic Filing. (slh, COURT STAFF) (Filed on 1/11/2008) (Entered: 01/15/2008) |
| 01/23/2008 |  | Summons Issued as to Stanford Hospital and Clinics and Lucile Packard Children's Hospital. (slh, COURT STAFF) (Filed on 1/23/2008) (Entered: 01/24/2008) |
| 01/30/2008 | 4 | Declination to Proceed Before a U.S. Magistrate Judge by Service Employees International Union, Local 715 and Request for Reassignment to a United States District Judge. (Harland, Bruce) (Filed on 1/30/2008) (Entered: 01/30/2008) |
| 01/31/2008 | 5 | CLERK'S NOTICE of Impending Reassignment to U.S. District Judge (bpf, COURT STAFF) (Filed on 1/31/2008) (Entered: 01/31/2008) |
| 02/01/2008 | 6 | ORDER REASSIGNING CASE. Case reassigned to Judge Hon. William H. Alsup for all further proceedings. Magistrate Judge Edward M. Chen no longer assigned to the case. Signed by Executive Committee on 2/1/08. (ha, COURT STAFF) (Filed on 2/1/2008) (Entered: 02/01/2008) |
| 02/05/2008 | 7 | *** FILED IN ERROR. PLEASE SEE DOCKET # 10 . *** SUMMONS Returned Executed by Service Employees International Union, Local 715. Stanford Hospital and Clinics and Lucile Packard Children's Hospital served on 1/29/2008, answer due 2/18/2008. (Harland, Bruce) (Filed on 2/5/2008) Modified on 2/6/2008 (ewn, COURT STAFF). (Entered: 02/05/2008) |
| 02/05/2008 | 8 | ACKNOWLEDGEMENT OF SERVICE Executed as to 7 Summons Returned Executed Acknowledgement filed by Service Employees International Union, Local 715. (Harland, Bruce) (Filed on 2/5/2008) (Entered: 02/05/2008) |
| 02/06/2008 | 9 | CERTIFICATE OF SERVICE by Service Employees International Union, Local 715 re 4 Declination to Proceed Before a U.S. Magistrate Judge, 5 Clerk's |

|  |  | Notice of Impending Reassignment, 6 Order Reassigning Case, Case Assigned/Reassigned (Harland, Bruce) (Filed on 2/6/2008) (Entered: 02/06/2008) |
|---|---|---|
| 02/06/2008 | 10 | SUMMONS Returned Executed by Service Employees International Union, Local 715. *CORRECTION OF DOCKET # 7* (Harland, Bruce) (Filed on 2/6/2008) (Entered: 02/06/2008) |
| 02/19/2008 | 11 | MOTION to Change Venue filed by Service Employees International Union, Local 715. (Harland, Bruce) (Filed on 2/19/2008) Modified on 2/25/2008 (cv, COURT STAFF). (Entered: 02/19/2008) |
| 02/19/2008 | 12 | Proposed Order re 11 MOTION to Change Venue *OF INTRA-DISTRICT ASSIGNMENT* by Service Employees International Union, Local 715. (Harland, Bruce) (Filed on 2/19/2008) (Entered: 02/19/2008) |
| 02/20/2008 | 13 | CERTIFICATE OF SERVICE by Service Employees International Union, Local 715 re 11 MOTION to Change Venue *OF INTRA-DISTRICT ASSIGNMENT*, 12 Proposed Order (Harland, Bruce) (Filed on 2/20/2008) (Entered: 02/20/2008) |
| 02/22/2008 | 14 | ORDER by Judge Alsup granting 11 Motion to Change Venue (whalc1, COURT STAFF) (Filed on 2/22/2008) (Entered: 02/22/2008) |
| 02/25/2008 | 15 | ORDER REASSIGNING CASE. Case reassigned to Judge Hon. James Ware for all further proceedings. Judge Hon. William H. Alsup no longer assigned to the case. Signed by Executive Committee on 2/25/08. (ha, COURT STAFF) (Filed on 2/25/2008) (Entered: 02/25/2008) |
| 02/26/2008 | 16 | CERTIFICATE OF SERVICE by Service Employees International Union, Local 715 re 14 Order on Motion to Change Venue (Harland, Bruce) (Filed on 2/26/2008) (Entered: 02/26/2008) |
| 02/29/2008 | 17 | ORDER RELATING CASES CV-07-5158-JF, CV-08-215-JF AND CV-08-216-JF. Signed by Judge Jeremy Fogel on 2/22/08. (dlm, COURT STAFF) (Filed on 2/29/2008) (Entered: 02/29/2008) |
| 02/29/2008 |  | Pursuant to Related Case Order ( 17 ). Case reassigned to District Judge Jeremy Fogel for all further proceedings and Magistrate Judge Richard Seeborg for all discovery matters. District Judge James Ware no longer assigned to the case. (tsh, COURT STAFF) (Filed on 2/29/2008) (Entered: 02/29/2008) |
| 03/06/2008 | 18 | ANSWER to Complaint *Petition to Confirm Arbitration Award*, COUNTERCLAIM *to Vacate Arbitration Award* against Service Employees International Union, Local 715 byStanford Hospital and Clinics and Lucile Packard Children's Hospital. (Attachments: # 1 Exhibit Exhibit A to Answer and Counter-Petition to Vacate Arbitration Award, # 2 Exhibit Exhibit B to Answer and Counter-Petition to Vacate Arbitration Award)(Arnold, Laurence) (Filed on 3/6/2008) (Entered: 03/06/2008) |
| 03/06/2008 | 19 | Certificate of Interested Entities by Stanford Hospital and Clinics and Lucile Packard Children's Hospital re 18 Answer to Complaint,, Counterclaim, (Arnold, Laurence) (Filed on 3/6/2008) (Entered: 03/06/2008) |

| 03/06/2008 | 20 | NOTICE of Appearance by Scott Powers Inciardi (Inciardi, Scott) (Filed on 3/6/2008) (Entered: 03/06/2008) |
|---|---|---|
| 03/06/2008 | 21 | NOTICE of Appearance by Eileen Regina Ridley (Ridley, Eileen) (Filed on 3/6/2008) (Entered: 03/06/2008) |
| 03/13/2008 | 22 | CERTIFICATE OF SERVICE by Service Employees International Union, Local 715 re 15 Order Reassigning Case, Case Assigned/Reassigned (Harland, Bruce) (Filed on 3/13/2008) (Entered: 03/13/2008) |
| 03/18/2008 | 23 | CLERK'S NOTICE Case Management Conference rescheduled for 4/25/2008 10:30 AM. (jfsec, COURT STAFF) (Filed on 3/18/2008) (Entered: 03/18/2008) |
| 03/27/2008 | 24 | NOTICE by Stanford Hospital & Clinics and Lucile Packard Children's Hospital re 18 Answer to Complaint,, Counterclaim, *of Errata regarding Answer and Counter-Petition to Vacate Arbitration Award* (Attachments: # 1 Exhibit Exhbit A to Notice of Errata Regarding Answer and Counter-Petition to Vacate Arbitration Award)(Inciardi, Scott) (Filed on 3/27/2008) (Entered: 03/27/2008) |
| 03/27/2008 | 25 | Proposed Order re 24 Notice (Other), Notice (Other) *of Errata regarding Answer and Counter-Petition to Vacate Arbitration Award* by Stanford Hospital & Clinics and Lucile Packard Children's Hospital. (Inciardi, Scott) (Filed on 3/27/2008) (Entered: 03/27/2008) |
| 03/31/2008 | 26 | ORDER GRANTING REQUEST TO CORRECT TYPOGRAPHICAL ERRORS re 24 Notice (Other), Notice (Other) filed by Stanford Hospital & Clinics and Lucile Packard Children's Hospital. Signed by Judge Jeremy Fogel on 3/31/08. (jfsec, COURT STAFF) (Filed on 3/31/2008) (Entered: 03/31/2008) |
| 04/10/2008 | 27 | ADR Clerks Notice re: Non-Compliance with Court Order. (tjs, COURT STAFF) (Filed on 4/10/2008) (Entered: 04/10/2008) |
| 04/17/2008 | 28 | ADR Certification (ADR L.R. 3-5b) of discussion of ADR options (Harland, Bruce) (Filed on 4/17/2008) (Entered: 04/17/2008) |
| 04/17/2008 | 29 | NOTICE of need for ADR Phone Conference (ADR L.R. 3-5 d) re 3 ADR Scheduling Order re document 3 ) (Harland, Bruce) (Filed on 4/17/2008) (Entered: 04/17/2008) |
| 04/17/2008 | 30 | ADR Certification (ADR L.R. 3-5b) of discussion of ADR options (Inciardi, Scott) (Filed on 4/17/2008) (Entered: 04/17/2008) |
| 04/21/2008 | 31 | JOINT CASE MANAGEMENT STATEMENT filed by Service Employees International Union, Local 715, Stanford Hospital and Clinics and Lucile Packard Children's Hospital. (Arnold, Laurence) (Filed on 4/21/2008) (Entered: 04/21/2008) |
| 04/25/2008 | 32 | Minute Entry: Further Case Management Conference held on 4/25/2008 before Judge Jeremy Fogel (Date Filed: 4/25/2008). Motion Hearing set for 8/29/2008 09:00 AM. All other hearing dates are vacated.(Court Reporter Summer Clanton.) (dlm, COURT STAFF) (Date Filed: 4/25/2008) (Entered: 04/28/2008) |

| 07/02/2008 | 33 | MOTION to Continue *Deadline to File/Hear Dispositive Motions* filed by Stanford Hospital & Clinics and Lucile Packard Children's Hospital. (Ridley, Eileen) (Filed on 7/2/2008) (Entered: 07/02/2008) |
| 07/02/2008 | 34 | Declaration in Support of 33 MOTION to Continue *Deadline to File/Hear Dispositive Motions* filed byStanford Hospital & Clinics and Lucile Packard Children's Hospital. (Attachments: # 1 Exhibit A & B to Declaration of Eileen R. Ridley, # 2 Exhibit C to Declaration of Eileen R. Ridley, # 3 Exhibit D to Declaration of Eileen R. Ridley, # 4 Exhibit E to Declaration of Eileen R. Ridley, # 5 Exhibit F to Declaration of Eileen R. Ridley, # 6 Exhibit G to Declaration of Eileen R. Ridley, # 7 Exhibit H to Declaration of Eileen R. Ridley, # 8 Exhibit I to Declaration of Eileen R. Ridley, # 9 Exhibit J to Declaration of Eileen R. Ridley, # 10 Exhibit K to Declaration of Eileen R. Ridley, # 11 Exhibit L to Declaration of Eileen R. Ridley, # 12 Exhibit M & N to Declaration of Eileen R. Ridley)(Related document(s) 33 ) (Ridley, Eileen) (Filed on 7/2/2008) (Entered: 07/02/2008) |
| 07/02/2008 | 35 | Proposed Order re 33 MOTION to Continue *Deadline to File/Hear Dispositive Motions*, 34 Declaration in Support,,, by Stanford Hospital & Clinics and Lucile Packard Children's Hospital. (Ridley, Eileen) (Filed on 7/2/2008) (Entered: 07/02/2008) |
| 07/08/2008 | 36 | Memorandum in Opposition re 33 MOTION to Continue *Deadline to File/Hear Dispositive Motions* filed byService Employees International Union, Local 715. (Harland, Bruce) (Filed on 7/8/2008) (Entered: 07/08/2008) |
| 07/08/2008 | 37 | Declaration of Bruce A. Harland in Support of 36 Memorandum in Opposition *To Motion to Continue Deadline to File/Hear Dispositive Motion* filed byService Employees International Union, Local 715. (Attachments: # 1 Exhibit A to Declaration of Bruce A. Harland in Support of SEIU Local 715's Opposition to Motion to Continue Deadline to File-Hear Dispositive Motion, # 2 Exhibit B to Declaration of Bruce A. Harland in Support of SEIU Local 715's Opposition to Motion to Continue Deadline to File-Hear Dispositive Motion, # 3 Exhibit C to Declaration of Bruce A. Harland in Support of SEIU Local 715's Opposition to Motion to Continue Deadline to File-Hear Dispositive Motion, # 4 Exhibit D to Declaration of Bruce A. Harland in Support of SEIU Local 715's Opposition to Motion to Continue Deadline to File-Hear Dispositive Motion, # 5 Exhibit E to Declaration of Bruce A. Harland in Support of SEIU Local 715's Opposition to Motion to Continue Deadline to File-Hear Dispositive Motion) (Related document(s) 36 ) (Harland, Bruce) (Filed on 7/8/2008) (Entered: 07/08/2008) |
| 07/11/2008 | 38 | MOTION to Compel *Responses to Discovery Subpoena Propounded to UHW* filed by Stanford Hospital & Clinics and Lucile Packard Children's Hospital. Motion Hearing set for 8/27/2008 09:30 AM in Courtroom #4, 5th Floor, San Jose. (Arnold, Laurence) (Filed on 7/11/2008) (Entered: 07/11/2008) |
| 07/11/2008 | 39 | MOTION to Compel *Responses to Discovery Subpoena Propounded to Local 521* filed by Stanford Hospital & Clinics and Lucile Packard Children's Hospital. Motion Hearing set for 8/27/2008 09:30 AM in Courtroom #4, 5th Floor, San Jose. (Arnold, Laurence) (Filed on 7/11/2008) (Entered: 07/11/2008) |

| 07/11/2008 | <u>40</u> | MOTION to Compel *Further Responses to Discovery Requests Propounded to Local 715* filed by Stanford Hospital & Clinics and Lucile Packard Children's Hospital. Motion Hearing set for 8/27/2008 09:30 AM in Courtroom #4, 5th Floor, San Jose. (Arnold, Laurence) (Filed on 7/11/2008) (Entered: 07/11/2008) |
|---|---|---|
| 07/11/2008 | <u>41</u> | Declaration of Eileen R. Ridley in Support of 40 MOTION to Compel *Further Responses to Discovery Requests Propounded to Local 715*, <u>38</u> MOTION to Compel *Responses to Discovery Subpoena Propounded to UHW*, <u>39</u> MOTION to Compel *Responses to Discovery Subpoena Propounded to Local 521* filed byStanford Hospital & Clinics and Lucile Packard Children's Hospital. (Attachments: # <u>1</u> Exhibit Exhibit A to Declaration of Eileen R. Ridley, # <u>2</u> Exhibit Exhibit B to Declaration of Eileen R. Ridley, # <u>3</u> Exhibit Exhibit C to Declaration of Eileen R. Ridley, # <u>4</u> Exhibit Exhibit D to Declaration of Eileen R. Ridley, # <u>5</u> Exhibit Exhibit E to Declaration of Eileen R. Ridley, # <u>6</u> Exhibit Exhibit F to Declaration of Eileen R. Ridley, # <u>7</u> Exhibit Exhibit G to Declaration of Eileen R. Ridley, # <u>8</u> Exhibit Exhibit H to Declaration of Eileen R. Ridley, # <u>9</u> Exhibit Exhibit I to Declaration of Eileen R. Ridley, # <u>10</u> Exhibit Exhibit J to Declaration of Eileen R. Ridley, # <u>11</u> Exhibit Exhibit K to Declaration of Eileen R. Ridley, # <u>12</u> Exhibit Exhibit L to Declaration of Eileen R. Ridley, # <u>13</u> Exhibit Exhibit M to Declaration of Eileen R. Ridley, # <u>14</u> Exhibit Exhibit N to Declaration of Eileen R. Ridley, # <u>15</u> Exhibit Exhibit O to Declaration of Eileen R. Ridley, # <u>16</u> Exhibit Exhibit P to Declaration of Eileen R. Ridley, # <u>17</u> Exhibit Exhibit Q to Declaration of Eileen R. Ridley, # <u>18</u> Exhibit Exhibit R to Declaration of Eileen R. Ridley, # <u>19</u> Exhibit Exhibit S to Declaration of Eileen R. Ridley, # <u>20</u> Exhibit Exhibit T to Declaration of Eileen R. Ridley, # <u>21</u> Exhibit Exhibit U to Declaration of Eileen R. Ridley, # <u>22</u> Exhibit Exhibit V to Declaration of Eileen R. Ridley, # <u>23</u> Exhibit Exhibit W to Declaration of Eileen R. Ridley, # <u>24</u> Exhibit Exhibit X to Declaration of Eileen R. Ridley, # <u>25</u> Exhibit Exhibit Y to Declaration of Eileen R. Ridley, # <u>26</u> Exhibit Exhibit Z to Declaration of Eileen R. Ridley, # <u>27</u> Exhibit Exhibit AA to Declaration of Eileen R. Ridley, # <u>28</u> Exhibit Exhibit BB to Declaration of Eileen R. Ridley, # <u>29</u> Exhibit Exhibit CC to Declaration of Eileen R. Ridley, # <u>30</u> Exhibit Exhibit DD to Declaration of Eileen R. Ridley, # <u>31</u> Exhibit Exhibit EE to Declaration of Eileen R. Ridley, # <u>32</u> Exhibit Exhibit FF to Declaration of Eileen R. Ridley, # <u>33</u> Exhibit Exhibit GG to Declaration of Eileen R. Ridley, # <u>34</u> Exhibit Exhibit HH to Declaration of Eileen R. Ridley, # <u>35</u> Exhibit Exhibit II to Declaration of Eileen R. Ridley, # <u>36</u> Exhibit Exhibit JJ to Declaration of Eileen R. Ridley, # <u>37</u> Exhibit Exhibit KK to Declaration of Eileen R. Ridley, # <u>38</u> Exhibit Exhibit LL to Declaration of Eileen R. Ridley, # <u>39</u> Exhibit Exhibit MM to Declaration of Eileen R. Ridley, # <u>40</u> Exhibit Exhibit NN to Declaration of Eileen R. Ridley, # <u>41</u> Exhibit Exhibit OO to Declaration of Eileen R. Ridley, # <u>42</u> Exhibit Exhibit PP to Declaration of Eileen R. Ridley, # <u>43</u> Exhibit Exhibit QQ to Declaration of Eileen R. Ridley, # <u>44</u> Exhibit Exhibit RR to Declaration of Eileen R. Ridley, # <u>45</u> Exhibit Exhibit SS to Declaration of Eileen R. Ridley, # <u>46</u> Exhibit Exhibit TT to Declaration of Eileen R. Ridley, # <u>47</u> Exhibit Exhibit UU to Declaration of Eileen R. Ridley, # <u>48</u> Exhibit Exhibit VV to Declaration of Eileen R. Ridley, # <u>49</u> Exhibit Exhibit WW to Declaration of Eileen R. Ridley, # <u>50</u> Exhibit Exhibit XX to Declaration of Eileen R. Ridley, # <u>51</u> Exhibit Exhibit YY to Declaration of Eileen R. Ridley, # <u>52</u> Exhibit Exhibit ZZ to Declaration of Eileen R. Ridley, # |

| | | |
|---|---|---|
| | | 53 Exhibit Exhibit AAA to Declaration of Eileen R. Ridley, # 54 Exhibit Exhibit BBB to Declaration of Eileen R. Ridley, # 55 Exhibit Exhibit CCC to Declaration of Eileen R. Ridley, # 56 Exhibit Exhibit DDD to Declaration of Eileen R. Ridley, # 57 Exhibit Exhibit EEE to Declaration of Eileen R. Ridley, # 58 Exhibit Exhibit FFF to Declaration of Eileen R. Ridley)(Related document (s) 40 , 38 , 39 ) (Arnold, Laurence) (Filed on 7/11/2008) (Entered: 07/11/2008) |
| 07/11/2008 | 42 | Proposed Order re 41 Declaration in Support,,,,,,,,,,,,,,,, 38 MOTION to Compel *Responses to Discovery Subpoena Propounded to UHW* by Stanford Hospital & Clinics and Lucile Packard Children's Hospital. (Arnold, Laurence) (Filed on 7/11/2008) (Entered: 07/11/2008) |
| 07/11/2008 | 43 | Proposed Order re 41 Declaration in Support,,,,,,,,,,,,,,,, 40 MOTION to Compel *Further Responses to Discovery Requests Propounded to Local 715* by Stanford Hospital & Clinics and Lucile Packard Children's Hospital. (Arnold, Laurence) (Filed on 7/11/2008) (Entered: 07/11/2008) |
| 07/11/2008 | 44 | Proposed Order re 41 Declaration in Support,,,,,,,,,,,,,,,, 39 MOTION to Compel *Responses to Discovery Subpoena Propounded to Local 521* by Stanford Hospital & Clinics and Lucile Packard Children's Hospital. (Arnold, Laurence) (Filed on 7/11/2008) (Entered: 07/11/2008) |
| 07/11/2008 | 45 | MOTION to Compel *Depositions of Rusty Smith, Myriam Escamilla and Kristy Sermersheim* filed by Stanford Hospital & Clinics and Lucile Packard Children's Hospital. Motion Hearing set for 8/27/2008 09:30 AM in Courtroom #4, 5th Floor, San Jose. (Arnold, Laurence) (Filed on 7/11/2008) (Entered: 07/11/2008) |
| 07/11/2008 | 46 | Declaration of Eileen R. Ridley *in Support of 45 Motion to Compel Depositions* filed byStanford Hospital & Clinics and Lucile Packard Children's Hospital. (Attachments: # 1 Exhibit Exhibit A to Declaration of Eileen R. Ridley, # 2 Exhibit Exhibit B to Declaration of Eileen R. Ridley, # 3 Exhibit Exhibit C to Declaration of Eileen R. Ridley, # 4 Exhibit Exhibit D to Declaration of Eileen R. Ridley, # 5 Exhibit Exhibit E to Declaration of Eileen R. Ridley, # 6 Exhibit Exhibit F to Declaration of Eileen R. Ridley, # 7 Exhibit Exhibit G to Declaration of Eileen R. Ridley, # 8 Exhibit Exhibit H to Declaration of Eileen R. Ridley, # 9 Exhibit Exhibit I to Declaration of Eileen R. Ridley, # 10 Exhibit Exhibit J to Declaration of Eileen R. Ridley, # 11 Exhibit Exhibit K to Declaration of Eileen R. Ridley, # 12 Exhibit Exhibit L to Declaration of Eileen R. Ridley, # 13 Exhibit Exhibit M to Declaration of Eileen R. Ridley, # 14 Exhibit Exhibit N to Declaration of Eileen R. Ridley, # 15 Exhibit Exhibit O to Declaration of Eileen R. Ridley, # 16 Exhibit Exhibit P to Declaration of Eileen R. Ridley, # 17 Exhibit Exhibit Q to Declaration of Eileen R. Ridley, # 18 Exhibit Exhibit R to Declaration of Eileen R. Ridley, # 19 Exhibit Exhibit S to Declaration of Eileen R. Ridley, # 20 Exhibit Exhibit T to Declaration of Eileen R. Ridley, # 21 Exhibit Exhibit U to Declaration of Eileen R. Ridley, # 22 Exhibit Exhibit V to Declaration of Eileen R. Ridley, # 23 Exhibit Exhibit W to Declaration of Eileen R. Ridley, # 24 Exhibit Exhibit X to Declaration of Eileen R. Ridley, # 25 Exhibit Exhibit Y to Declaration of Eileen R. Ridley, # 26 Exhibit Exhibit Z to Declaration of Eileen R. Ridley, # 27 Exhibit Exhibit AA to Declaration of Eileen R. Ridley, # 28 Exhibit Exhibit BB to Declaration of Eileen R. Ridley, # 29 Exhibit Exhibit CC to Declaration of Eileen R. |

| | | |
|---|---|---|
| | | Ridley, # 30 Exhibit Exhibit DD to Declaration of Eileen R. Ridley, # 31 Exhibit Exhibit EE to Declaration of Eileen R. Ridley, # 32 Exhibit Exhibit FF to Declaration of Eileen R. Ridley, # 33 Exhibit Exhibit GG to Declaration of Eileen R. Ridley, # 34 Exhibit Exhibit HH to Declaration of Eileen R. Ridley, # 35 Exhibit Exhibit II to Declaration of Eileen R. Ridley, # 36 Exhibit Exhibit JJ to Declaration of Eileen R. Ridley, # 37 Exhibit Exhibit KK to Declaration of Eileen R. Ridley, # 38 Exhibit Exhibit LL to Declaration of Eileen R. Ridley, # 39 Exhibit Exhibit MM to Declaration of Eileen R. Ridley, # 40 Exhibit Exhibit NN to Declaration of Eileen R. Ridley, # 41 Exhibit Exhibit OO to Declaration of Eileen R. Ridley, # 42 Exhibit Exhibit PP to Declaration of Eileen R. Ridley, # 43 Exhibit Exhibit QQ to Declaration of Eileen R. Ridley, # 44 Exhibit Exhibit RR to Declaration of Eileen R. Ridley, # 45 Exhibit Exhibit SS to Declaration of Eileen R. Ridley, # 46 Exhibit Exhibit TT to Declaration of Eileen R. Ridley)(Arnold, Laurence) (Filed on 7/11/2008) Modified on 7/14/2008 (gm, COURT STAFF). (Entered: 07/11/2008) |
| 07/11/2008 | 47 | Proposed Order re 46 Declaration in Support,,,,,,,,,,,, 45 MOTION to Compel *Depositions of Rusty Smith, Myriam Escamilla and Kristy Sermersheim* by Stanford Hospital & Clinics and Lucile Packard Children's Hospital. (Arnold, Laurence) (Filed on 7/11/2008) (Entered: 07/11/2008) |
| 07/11/2008 | 48 | CLERK'S NOTICE Continuing Motions Hearing. Motions Hearing continued to 9/3/2008 09:30 AM in Courtroom #4, 5th Floor, San Jose. (rssec, COURT STAFF) (Filed on 7/11/2008) (Entered: 07/11/2008) |
| 07/14/2008 | 49 | CERTIFICATE OF SERVICE by Stanford Hospital & Clinics and Lucile Packard Children's Hospital re 41 Declaration in Support,,,,,,,,,,,,,, 44 Proposed Order, 39 MOTION to Compel *Responses to Discovery Subpoena Propounded to Local 521 on A. Laiacona, Attorney for Local 521, by Federal Express* (Ridley, Eileen) (Filed on 7/14/2008) (Entered: 07/14/2008) |
| 07/14/2008 | 50 | CERTIFICATE OF SERVICE by Stanford Hospital & Clinics and Lucile Packard Children's Hospital re 41 Declaration in Support,,,,,,,,,,,,,,, 38 MOTION to Compel *Responses to Discovery Subpoena Propounded to UHW*, 42 Proposed Order, *on W. Sokol, Attorney for UHW, by Federal Express* (Ridley, Eileen) (Filed on 7/14/2008) (Entered: 07/14/2008) |