**E-Filed 8/8/08**

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S HOSPITAL,<br><br>Petitioner,<br><br>v.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715,<br><br>Respondent.<br>─────────────────────────────<br>AND ALL RELATED ACTIONS. | Case Nos. C 07-5158 JF (RS)<br>C 08-213 JF (RS)<br>C 08-215 JF (RS)<br>C 08-216 JF (RS)<br>C 08-1726 JF (RS)<br>C 08-1727 JF (RS)<br><br>ORDER MODIFYING SCHEDULING ORDER |

The hearing on the motions for summary judgment and motions to compel arbitration, currently scheduled for August 29, 2008, is HEREBY CONTINUED to October 31, 2008. Opposition briefs shall be filed and served on or before October 10, 2008; reply briefs shall be filed and served on or before October 17, 2008.

IT IS SO ORDERED.

DATED:  8/8/08

_____
JEREMY FOGEL
United States District Judge

Case No. C 07-5158 JF (RS) ETC.
ORDER MODIFYING SCHEDULING ORDER
(JFLC2)

1  Copies of Order served on:
2
3  Laurence R. Arnold larnold@foley.com
4  W. Daniel Boone courtnotices@unioncounsel.net
5  Bruce A. Harland courtnotices@unioncounsel.net, bharland@unioncounsel.net
6  Vincent A. Harrington , Jr courtnotices@unioncounsel.net
7  Scott Powers Inciardi sinciardi@foley.com, kkunisaki@foley.com, syardley@foley.com
8  Eileen Regina Ridley eridley@foley.com, tschuman@foley.com, wdelvalle@foley.com
9  William A. Sokol courtnotices@unioncounsel.net

Case No. C 07-5158 JF (RS) ETC.
ORDER MODIFYING SCHEDULING ORDER
(JFLC2)