1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S HOSPITAL,<br><br>　　　　Petitioners,<br><br>vs.<br><br>SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715,<br><br>　　　　Respondent. | Case No: 5:07-CV-05158-JF<br><br>[PROPOSED] ORDER GRANTING STANFORD HOSPITAL & CLINICS' AND LUCILE PACKARD CHILDREN'S HOSPITAL'S MOTION TO COMPEL DEPOSITION OF GREG PULLMAN<br><br>Date:　　September 24, 2008<br>Time:　　1:30 PM<br>Dept:　　Ctrm 4, 5th Floor<br><br>Judge:　　Hon. Jeremy Fogel<br>Magistrate Judge: Hon. Richard Seeborg |
| SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715<br><br>　　　　Petitioner and Counter-Respondent,<br><br>vs.<br><br>STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S HOSPITAL<br><br>　　　　Respondents and Counter-Petitioners. | Case No: 5:08-CV-00213-JF<br><br><br><br><br><br><br><br><br><br><br><br><br>Judge:　　Hon. Jeremy Fogel |

[PROPOSED] ORDER GRANTING MOTION TO COMPEL DEPOSITION OF GREG PULLMAN
CASE NOS. 5:07-CV-05158-JF, 5:08-CV-00213-JF, 5:08-CV-00215-JF;
5:08-CV-00216-JF; 5:08-CV-01726-JF; 5:08-CV-01727-JF

SFCA_1447944.1

| | | |
|---|---|---|
| 1 | SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715 | Case No: 5:08-CV-00215-JF |
| 2 | Petitioner, | |
| 3 | vs. | |
| 4 | STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S HOSPITAL | |
| 5 | | |
| 6 | | Judge:    Hon. Jeremy Fogel |
| 7 | Respondents. | |
| | SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715 | Case No: 5:08-CV-00216-JF |
| 8 | | |
| 9 | Petitioner, | |
| 10 | vs. | |
| 11 | STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S HOSPITAL | |
| 12 | | |
| 13 | Respondents. | Judge:    Hon. Jeremy Fogel |
| 14 | SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715 | Case No: 5:08-CV-01726-JF |
| 15 | | |
| 16 | Petitioner, | |
| 17 | vs. | |
| 18 | STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S HOSPITAL | |
| 19 | | Judge:    Hon. Jeremy Fogel |
| 20 | Respondents. | |
| 21 | SERVICE EMPLOYEES INTERNATIONAL UNION, LOCAL 715 | Case No: 5:08-CV-01727-JF |
| 22 | Petitioner, | |
| 23 | vs. | |
| 24 | STANFORD HOSPITAL & CLINICS and LUCILE PACKARD CHILDREN'S HOSPITAL | |
| 25 | | |
| 26 | Respondents. | Judge:    Hon. Jeremy Fogel |

27

28

2
[PROPOSED] ORDER GRANTING MOTION TO COMPEL DEPOSITION OF GREG PULLMAN
CASE NOS. 5:07-CV-05158-JF, 5:08-CV-00213-JF, 5:08-CV-00215-JF;
5:08-CV-00216-JF; 5:08-CV-01726-JF; 5:08-CV-01727-JF

CA_1447944.1

1     Stanford Hospital & Clinics' and Lucile Packard Children's Hospital's ("the Hospitals") Motion to Compel Deposition Of Greg Pullman came on regularly for hearing before the Honorable Richard Seeborg on September 24, 2008, at 1:30 PM, in Department 4 of above-captioned Court, and counsel appeared on behalf of the parties.

    The Court, for good cause and having considered the pleadings in this matter, all the papers submitted in support of, and in opposition to, said Motion, and having heard the arguments of counsel, **HEREBY GRANTS** the Motion in its entirety and orders Service Employees International Union and its counsel to produce Greg Pullman for deposition. The Court orders that the deposition of Mr. Pullman be completed on a mutually convenient date or dates to be determined by the parties.

    Furthermore, it is hereby ordered that Greg Pullman, Service Employees International Union, and their counsel are to pay sanctions in the amount of $_____ to the Hospitals for costs incurred in bringing this Motion.

**IT IS SO ORDERED**.

Dated: _____

                                              HON. RICHARD SEEBORG

3
[PROPOSED] ORDER GRANTING MOTION TO COMPEL DEPOSITION OF GREG PULLMAN
CASE NOS. 5:07-CV-05158-JF, 5:08-CV-00213-JF, 5:08-CV-00215-JF;
5:08-CV-00216-JF; 5:08-CV-01726-JF; 5:08-CV-01727-JF

SFCA_1447944.1